UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 07-732  GHK | Date | July 13, 2010 |
|---|---|---|---|

**Present: The Honorable**  **GEORGE H. KING, UNITED STATES DISTRICT JUDGE**

Interpreter   N/A

| Beatrice Herrera | N/R | Bonnie Hannan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present Cust. Bond | Attorneys for Defendants: | Present App. Ret. |
|---|---|---|---|
| IRA ISAACS | NOT ✘ | Roger Jon Diamond | NOT ✘ |

**PROCEEDINGS:**      **(IN CHAMBERS)     ORDER**


     Counsel of record are hereby notified, that the above matter is placed on the Court's calendar for Status Conference and Trial Setting on **August 2, 2010 at 3:00 p.m.**  Defendant and counsel of record SHALL appear on date and time specified herein.

     **IT IS SO ORDERED.**

                                                              ___    :    ___

                              Initials of Deputy Clerk    _____ Bea _____