BONNIE HANNAN
Trial Attorney
United States Department of Justice
Criminal Division
Obscenity Prosecution Task Force
1301 New York Avenue, N.W.
Suite 500
Washington, D.C. 20530
Telephone: (202)353-8855
Facsimile: (202)307-2217
E-mail: Bonnie.Hannan@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 07-732 |
| Plaintiff, | |
| v. | **GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE** |
| IRA ISAACS dba "STOLEN CAR FILMS" dba "LA MEDIA" | **SELF-AUTHENTICATING DOCUMENTS PURSUANT TO RULE 902(11)** |
| Defendant. | |

The United States, by and through its attorney, Bonnie Hannan, Trial Attorney, United States Department of Justice, Criminal Division, hereby provides notice of its intent to introduce evidence pursuant to Fed. R. Evid. 902(11), entitled Self-authentication; Certified Domestic Records of Regularly Conducted Activity.

The Federal Rules of Evidence allow for business records to be admitted in evidence at trial without a custodian of records testifying about their authenticity.[1] See Fed. R. Evid. 902(11). This rule provides that:

> Extrinsic evidence of authenticity as a condition precedent to admissibility is not required with respect to the following:
> . . .

---

[1] Alternatively, the defense may agree to stipulate that these records are admissible as business records, as they did in the last trial.

**(11) Certified Domestic Records of Regularly Conducted Activity.–** The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under Rule 803(6) [Records of Regularly Conducted Activity] if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rules prescribed by the Supreme Court pursuant to its statutory authority, certifying that the record --

**(A)** was made at or near the time of the occurrence of the matter set forth by or from information transmitted by, a person with knowledge of those matters;

**(B)** was kept in the course of the regularly conducted activity; and

**(C)** was made by the regularly conducted activity as a regular practice.

A party intending to offer a record into evidence under this paragraph must provide written notice of that intention to all adverse parties, and must make the record and declaration available for inspection sufficiently in advance of their offer into evidence to provide an adverse party with a fair opportunity to challenge them.

Pursuant to Rule 902(11), the government hereby gives written notice of its intent to introduce evidence consisting of business records from the following entities:[2]

      Planet Internet Services
      Network Solutions
      Wild West Domain
      Intercosmos Media Group
      United Parcel Service

By seeking to admit evidence pursuant to Rule 902(11), the government anticipates that its witness list will be reduced.[3]

---

[2] These materials have been made available to the defense in discovery.

[3] The government reserves the right to call representatives from some of these companies, if necessary.

The government hereby respectfully submits notice of its intent to introduce business documents through Rule 902(11) declarations.

Respectfully submitted,

BRENT WARD
Director
United States Department of Justice
Criminal Division
Obscenity Prosecution Task Force

By:   /s/

BONNIE HANNAN
Trial Attorney
United States Department of Justice
Criminal Division
Obscenity Prosecution Task Force
Attorney for Plaintiff
UNITED STATES OF AMERICA

## **CERTIFICATE OF SERVICE**

I, Bonnie Hannan, Trial Attorney with the United States Department of Justice, Criminal Division, hereby certify that the foregoing Notice of Intent to Introduce Self-Authenticating Documents Pursuant to Rule 902(11) was filed on July 30, 2010 by CM/ECF which will send electronic copies to counsel for the defendant, Roger Jon Diamond, 2115 Main Street, Santa Monica, California 90405 and was also mailed first-class, postage pre-paid to Roger Jon Diamond, 2115 Main Street, Santa Monica, California 90405 on July 30, 2010.

                                                                           ____/s/_____
                                                                           Bonnie Hannan