Attachment 1

CASE NO. CR 09-732-AK
U.S.
VS. Ira Isaacs
PLAINTIFF'S EXHIBIT 24

1. Thomas P. O'Brien
   United States Attorney
   Central District of California

2. Christine C. Ewell
   Assistant United States Attorney
   Chief, Criminal Division

3. Craig H. Missakian
   Assistant United States Attorney
   California State Bar No. 125202
   1300 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-0757
   Craig.Missakian@usdoj.gov

4. Kenneth F. Whitted
   Trial Attorney
   United States Department of Justice
   District of Columbia Bar No. 430346
   1301 New York Avenue, NW
   Suite 500
   Washington, D.C. 20530
   Telephone (202) 353-8855
   Kenneth.Whitted2@usdoj.gov

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-07-732-GHK |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT AND DEFENDANTS' STIPULATION CONCERNING EVIDENCE |
| IRA ISAACS | |
| Defendant. | |

The United States of America, by and through the United States Attorney for the Central District of California, and the Defendant Ira Isaacs have entered into the following stipulation(s):

## STIPULATIONS

The United States of America and the Defendants Ira Isaacs hereby agree and stipulate as follows:

(1) on or about May 11, 2004, FBI Special Agent Mark Hunter, using an interactive service computer in California, used a credit card and the undercover name and address of "Mark Gunther" in Huntington Beach, California, and ordered three DVD-movies, one of which was "Gang Bang Horse, Pony Sex Game," from the website www.scatmovies.com and the Defendant Ira Isaacs' California-based business LA Media;

(2) on or about June 2, 2004, Detective Dave McCain of the Hunting Beach Police Department obtained the three DVD-movies, including the movie "Gang Bang Horse, Pony Sex Game," ordered by Agent Mark Hunter from the undercover mailbox at 7071 Warner Avenue, Suite 800, Huntington Beach, California. These movies were in a brown envelop, Government's Exhibit # _1_, which had been shipped from LA Media in California by United Parcel Service. Detective McCain gave these movies to Agent Hunter; who gave the movies to FBI Special Agent Vikki Medrano. These movies, Government's Exhibits #_2,3,4_, inclusive of the movie "Gang Bang Horse, Pony Sex Game," Government's Exhibit # _2_, were ultimately received by FBI Special Agent William McDermott in Falls Church, Virginia, on or about April 26, 2004;

(3) on or about July 26, 2006, FBI Special Agent William McDermott, using an interactive service computer in Virginia, used a credit card and the undercover name and address of "William Kelly" in Huntington Beach, California, and ordered four DVD-movies, one of which was "Mako's First Time Scat," from the website www.scatmovies.com and the Defendant Ira Isaacs' California-based business LA Media;

(4) on or about August 3, 2006, FBI Special Agent Norma Ballard obtained the four DVD-movies, including the movie "Mako's First Time Scat," ordered by Agent William McDermott from the undercover mailbox at 412 Olive Avenue, Suite 475, Huntington Beach, California. These movies, along with a DVD-box with the title "Stolen Car Films," were in a

1  brown envelop, Government's Exhibit # _5_, which had been shipped from LA Media in
2  California by United Parcel Service. Agent Ballard and other agents eventually gave these
3  movies, Government's Exhibits #_6 thru 10_, inclusive of the movie "Mako's First Time Scat,"
4  Government's Exhibit # _6_, to FBI Special Agent James Myrick, who received them in Falls
5  Church, Virginia, on or about September 19, 2006;

      (5) The United Parcel Service packages, Government's Exhibits #_1&5_, and the movies
"Gang Bang Horse, Pony Sex Game" and "Mako's First Time Scat" – that is, Government's
Exhibits # _2_ and _6_ – are admitted into evidence.

_____      Feb 11, 2008
ROGER DIAMOND, ESQUIRE                                       Date
Attorney for Defendant Isaacs

_____      2-11-08
KENNETH F. WHITTED                                              Date
Department of Justice

_____      2-11-08
CRAIG MISSAKIAN                                                   Date
United States Attorney's Office
    Central District of California