Attachment 2

CASE NO. CR:07-732-AK
U.S.
VS. IRA ISAACS
PLAINTIFF'S EXHIBIT 25

1  Thomas P. O'Brien
   United States Attorney
2  Central District of California

3  Christine C. Ewell
   Assistant United States Attorney
   Chief, Criminal Division

4  Craig H. Missakian
   Assistant United States Attorney
   California State Bar No. 125202
5  1300 United States Courthouse
   312 North Spring Street
6  Los Angeles, California 90012
   Telephone: (213) 894-0757
7  Craig.Missakian@usdoj.gov

   Kenneth F. Whitted
8  Trial Attorney
   United States Department of Justice
   District of Columbia Bar No.  430346
9  1301 New York Avenue, NW
   Suite 500
   Washington, D.C. 20530
10 Telephone (202) 353-8855
   Kenneth.Whitted2@usdoj.gov

11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,
                                    NO. CR-07-732-GHK
15        Plaintiff,

16   v.                             GOVERNMENT AND DEFENDANT'S
                                    STIPULATION CONCERNING
17 IRA ISAACS,                      FORFEITURE OF ASSETS

18        Defendant.

19

20

21
        The United States of America, by and through the United States
22
   Attorney for the Central District of California, and the Defendant Ira
23
   have entered into the following stipulation concerning forfeiture:
24

25

26

27

28

## STIPULATION CONCERNING FORFEITURE

1. The United States of America and the Defendant Ira Isaacs, pursuant to Title 18, United States Code, Section 1467, agree to forfeit to the United States agree to forfeit to the United States all interests in, rights to, and copies of any movie, specifically identified as "Gang Bang Horse 'Pony Sex Game,'" "Mako's First Time Scat," "Hollywood Scat Amateurs No. 7," "Laurie's Toilet Show," and "BAE 20," that the jury determines to be obscene at trial, in violation of Title 18, United States Code, Sections 1462 or 1465, as described in counts one through six of the indictment.

2. The Defendant also agrees to forfeit to the United States all interests in and rights to the domain names and websites www.scatmovies.com, www.scatcinemax.com, and www.stolencarfilms.com if such domain name or website was used to facilitate the sale, distriubution or transfer of any movie determined to be obscene by the jury.

This stipulation represents a resolution of all the forfeiture issues in this case against Defendant Ira Isaacs. The jury will not be informed of this stipulation nor will any forfeiture issues be submitted to them.

_____     Feb 11, 2008
ROGER DIAMOND, ESQUIRE                Date
Attorney for Defendant Isaacs

_____     2-11-08
KENNETH F. WHITTED                    Date
Department of Justice

2

_C Missakian By KFW_     2-11-08
_____     _____
CRAIG MISSAKIAN                Date
United States Attorney's Office
    Central District of California

Respectfully submitted this 26th day of February 2008.

                        THOMAS P. O'BRIEN
                        United States Attorney
                        Central District of California

                        S/ Craig H. Missakian

                        CRAIG H. MISSAKIAN
                        Assistant U.S. Attorney
                        Central District of California

                        S/ Kenneth F. Whitted

                        KENNETH F. WHITTED
                        Trial Attorney
                        U.S. Department of Justice