# TABLE OF EXHIBITS
## ( 1-57G )

1 – 4,   Isaacs produced paintings

5 – 12,   Isaacs produced coupon mailers

13 A,   Marcel Duchamp short biography
   B,   Photo copy of Marcel Duchamp's "fountain"
   C,   Photo copy of Marcel Duchamp's "nude decending Stairs"

14A-B,   Piero Manzoni short biography

15,   Photo copy of Manzoni's " artist shit" package can

16,   Kiki Smith's short biography

17,   Photo copy of Kiki Smith's sculpture "trail"

18,   Photo copy of Kiki Smith's sculpture

19A-C,   Chris Ofili short biography
   D,   Photo copy of Chris Ofili's "Madonna" painting

20,   Reuters article on turner 2008 award winner "mannequin on toilet"

21A,   Short description of Schneemann's performance art piece
   B,   Photo copy of Schneemann performing art piece

22A,   Quotes from the book "Visual shock" by Michael Kammen
   B,   Michael Kammen's " Visual shock" book

23A-C,   Robert Rauschenberg's short biography
   D,   Photo copy of Rauschenberg's "white painting"

24,   John Dewey's short biography

25A,B   Robert Henri's short biography

26A,B   Georges Braque's short biography

27A-E   Roy Lichtenstein's short biography

28A,B   Karen Finley's short biography

29,   George Sugarman's short biography

30,   D.H. Lawrence's " Lady chatterley's lover" book

31,   Henry Miller's " Tropic of cancer" book

32,   Allen Ginsberg's " Howl and other poems" book

34,   James Joyce's " Ulysses" book

35A-K,   Article on postmodernism by Dr.Mary Klages

36A-C,   Filmmaker blog talks about Isaacs's films

37A-N,   Examples of articles from filmmaker blog

38A-D,   Radar blog on Isaacs's films

39,      "The IFC blog about film" talks about Isaacs's films

40,      NEOOWS blog talks about Isaacs's films

41,      Mercer union hall blog talks about Isaacs's films

42A-B,   The reverse cowgirl blog talks about Isaacs's films

43A-J,   Boingboing blog article on Isaacs's art films with readers comments

44A-D,   Defamer blog article on Isaac's art films with readers comments

45A-D,   Boingboing blog article talks about Isaacs's films with readers comments

46A-B,   Radar blog feature article list

47A-B,   Website blog whatisntart.net talks on Isaacs's films

49A-B,   Definition of "Shock Art" from wikipedia

50,      Definition of "serious" from Merriam-webster dictionary

51,      Definition of " value" from Merriam-webster dictionary

52,      Dvd of "2 girls 1 cup" reaction you-tube videos

53,      Dvd of four movie clips " Team America ", " Jackass the movie" and " South Park the movie "

54,      Dvd of " Team America"

55,      Dvd of " Jackass the movie"

56,      Dvd of " South park the movie "

57A-G,   "You-tube" views of reaction videos features in exhibit #52-2 girls 1 cup

58,      San Francisco radio talk show discusses " What is art " with university experts