ROGER JON DIAMOND
2115 Main Street
Santa Monica, CA  90405
(310) 399-3259
(310) 392-9029

BONNIE HANNAN
1301 New York Ave., NW
5th Floor
Washington, D.C. 20530
(202) 307-0523
(202) 307-2217

E-FILED: **8/19/10**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>        Plaintiff,           )<br>                             )<br>        vs.                   )<br>                             )<br>        IRA ISAACS,           )<br>                             )<br>        Defendant.            ) | **CR-07-732-GHK**<br><br>**ORDER** |

   The court hereby accepts the government's and defendant's stipulations as set forth in the Joint Stipulation Regarding Excludable Time Under the Speedy Trial Act and finds that the ends of justice would be served by granting a continuance and further

   **ORDERS** that pursuant to the Speedy Trial Act and pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii)and 18 U.S.C. § 3161 (h)(7)(A)

all time between August 2, 2010 and February 8, 2011, shall be deemed excludable time.

```
_____                    _____
DATE   8/18/10           UNITED STATES DISTRICT JUDGE
```

To:

Bonnie Hannan
Trial Attorney
United States Department of Justice
Criminal Division
1301 New York Avenue, N.W., Suite 500
Washington, DC 20530

Roger Jon Diamond
Attorney to Defendant
2115 Main Street
Santa Monica, CA  90405