E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 07-732 GHK | Date | October 26, 2010 |
|---|---|---|---|

| **Present: The Honorable** | GEORGE H. KING, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | N/A |
|---|---|

| Beatrice Herrera | N/R | Bonnie Hannan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ira Isaacs | NOT | | ✘ | Roger Diamond | NOT | | ✘ |

**PROCEEDINGS:**     **(IN CHAMBERS)**    **ORDER**

   The Court is in receipt of the Governments' Motion in Limine to Preclude Defense Evidence (dkt# 122), and Motion in Limine to Request Pretrial Determination of Standard to be Applied in Light of <u>Kilbride</u> Decision (dkt# 123), e-filed October 13, 2010.  These motions are hereby **STRICKEN** from the record pending the Court's issuance of a comprehensive scheduling order.  This matter is calendared for status/scheduling conference on Monday,  **November 22, 2010 at 3:30 p.m.**   Defendant and counsel of record SHALL appear on date and time specified herein.

   **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Deputy Clerk | | Bea |