BRENT D. WARD
Director, Obscenity Prosecution Task Force
United States Department of Justice
Criminal Division
1301 New York Avenue, N.W.
Suite 500
Washington, D.C. 20530
Telephone: (202)616-8894
Facsimile: (202)307-2217
E-mail: Brent.Ward@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 07-732-GHK |
| Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL |
| v. | |
| IRA ISAACS dba "STOLEN CAR FILMS" dba "LA MEDIA" | |
| Defendant. | |

Plaintiff United States of America hereby gives notice that Brent D. Ward shall be added as attorney of record in this case.

Dated: November 1, 2010

                              Respectfully submitted,

                              BRENT WARD
                              Director
                              United States Department of Justice
                              Criminal Division
                              Obscenity Prosecution Task Force

                By:        /s/
                      BRENT D. WARD
                      Director, Obscenity Prosecution
                      Task Force
                      United States Department of Justice
                      Criminal Division
                      Attorney for Plaintiff
                      UNITED STATES OF AMERICA