UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 07-732-GHK | Date | November 24, 2010 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. KING, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Beatrice Herrera | None | Brent D Ward - Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *United States Department of Justice* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ira Isaacs | Not | | √ | Roger Diamond | Not | | √ |

**Proceedings:** IN CHAMBERS - COURT ORDER

      On November 22, 2010, the Court held proceedings in the above-captioned matter. Pursuant to that hearing, no later than **December 22, 2010** the Parties **SHALL** file a joint status report specifically addressing the expert testimony to be offered at trial. Prior to such filing, the Parties shall meet and confer in person. The joint status report shall be fully integrated and formatted as follows. The government shall describe each expert it proposes along with the purpose that testimony will serve. Defendant shall then describe his objections, if any, to that witness' proposed expert testimony. The government shall do so for each expert it proposes, followed by Defendant's objections. Defendant shall, following the same format, describe his experts and their proposed testimony, followed by the government's objections, if any, to each of these proposed experts. After review of the joint status report, the Court will then hold a *Daubert* hearing, if necessary. The Court will also set forth the schedule for any additional motions in limine regarding Defendant's exhibits that might be necessary depending on the result of the *Daubert* hearing.

      Prior to trial, the Parties shall meet and confer and in a joint brief, to be filed **thirty (30) days before trial**, propose a jury questionnaire. In this joint brief, the Parties shall list each proposed question and then whether the Parties stipulate to it or, if there are objections, the grounds for those objections. The Parties shall file separate proposed voir dire questions no later than **fourteen (14) days before trial**. No later than **ten (10) days before trial** the Parties shall file a joint proposed statement of the case.

      **IT IS SO ORDERED.**

| | : | |
|---|---|---|
| Initials of Deputy Clerk | IR for BEA | |