UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 07-732 GHK | Date | November 22, 2010 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. KING, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None Present |

| Irene Ramirez | Mary Riordan Rickey | Brent Ward, DOJ |
|---|---|---|
| *Relief Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ira Isaacs | | X | X | Roger Diamond | | X | X |

**Proceeding**   Status Conference

    The case is called and counsel are present. The Court and counsel confer. Court issues orders reflected in subsequent minute order (Document # 126)

    IT IS SO ORDERED.

|  | 1 | : | 02 |
|---|---|---|---|
| Initials of Deputy Clerk | IR | | |