```
MICHAEL W. GRANT
Trial Attorney
United States Department of Justice
Criminal Division
Child Exploitation and Obscenity Section
1400 New York Avenue, N.W.
Sixth Floor
Washington, D.C. 20005
Telephone: (202)307-1982
Facsimile: (202)514-1793
E-mail: Michael.Grant@usdoj.gov


Attorney for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 07-732-GHK |
| Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL |
| v. | |
| IRA ISAACS dba "STOLEN CAR FILMS" dba "LA MEDIA" | |
| Defendant. | |

   Plaintiff United States of America hereby gives notice that Trial Attorney Michael Grant shall be an attorney of record in this case.

```
Dated: January 10, 2011        Respectfully submitted,

                               ANDREW G. OOSTERBAAN
                               Chief
                               United States Department of Justice
                               Criminal Division
                               Child Exploitation and Obscenity
                               Section

                          By:        /s/
                               MICHAEL W. GRANT
                               Trial Attorney
                               United States Department of Justice
                               Criminal Division
                               Child Exploitation and Obscenity
                               Section
                               Attorney for Plaintiff
                               UNITED STATES OF AMERICA
```