ROGER JON DIAMOND
2115 Main Street
Santa Monica, CA 90405
(310) 399-3259
(310) 392-9029
State Bar No. 40146

Attorney for Defendant
Ira Isaacs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>IRA ISAACS,<br><br>    Defendant | CASE NO. No. CR 07-732 GHK<br><br>DEFENDANT'S DAUBERT STATEMENT<br><br><br>DATE:    January 12, 2011<br>TIME:<br>PLACE:   Room 650 at Roybal<br>              Federal Building<br><br>Hon. George H. King |

     Mr. Isaacs is producer and director of one of the films charged ( Hollywood Scat Amateurs # 7 ), and has directed over 60 Films of this genre.

1. Isaacs films tries to explore the cutting edge of art by challenging Taboos, Cultural Morays and tractional artistic views,

     All 3 charged films explore the darker side of human nature and behavior as well as questioning " What is Art" as a whole

1

Isaacs films are not only about the obvious - what you see - but also what you don't see ( like the audiences reaction to the film, etc. ).

Isaacs is presently working on a gallery installation art exhibit featuring the audience reaction to one of the charged films ( HSA # 7 ).

In a closed room in the gallery, the audience watches the film, a camera records there reaction to the film in real time.

The real time reaction video is projected on to a screen outside the viewing room for gallery patrons to see.

This maybe the first time an exhibit captures 2 perspectives of the same artistic event

Isaacs film making experience gives him insight into the 3 charged films artistic value, due to his over 10 years experience as a film maker in the Postmodernism " Shock Art " style

Moreover, as creator and director of one of the charged film ( HSA # 7 ), gives him a special inside insight.

Isaacs also has been in the traditional art world for more than 25 years producing marketing campaigns featuring fine art Imagery in a commercial art setting. He and his company have produced over a 100 hand painted works to be used in a variety of commercial applications.

Isaacs graduated from the State University of New York in 1977, where he received a B.A degree in Communications arts.

2

Exhibits

1- Marcel Duchanp : fountain ( ready made sculpture )

2- Marcel Duchanp : 'Nude Descending A Staircase'

3- Piero Mannzoni : Artist Shit ( Package can )

4- Kiki Smith : Trail ( sculpture )

5- Chris Ofili : Madonna ( painting )

6- Robert Rauschenberg : White Painting ( painting )

7- Ira Isaacs : installation exhibit sketch

A- 3 painting by Isaacs

B- *I*saacs design direct mail pieces

   Mr, Isaacs will testify on the serious artistic value of the three charged films.

   Isaacs testimony will show that " Scatological and Bestiality " narratives are legitimate and consistent ideas within the postmodern art movement.

   He will discuss Postmodernism ( use of disturbing imagery ) versus Modernism ( aesthetically pleasing images ) and the value of both.

   He will show that the 3 charged films are serious works of art.

   Most people when they think of art, they think of a beautiful painting in a museum or a sculpture in a art gallery.

3

and they are RIGHT - it is art, but its not the only kind of art.

In fact, art does not have to be beautiful at all, rather it can utilize disturbing imagery and ideas e.g: War, Taboos, Political ideas , Social Morays, etc.

If all art was paintings of puppies and clowns,1 how would we know of these darker parts of life.

Isaacs will testify that Much of postmodern art, relies on a gut emotional reaction - to shock the viewer into thinking and questioning about what they are looking at.

To the shock artist, all reaction is welcomed, even negative reaction - the purpose is to engage the viewer with the piece

Mr. Isaacs will show that the three charged films certainly do this - the films portray the extreme and dark side of human life, as well as questioning

" What is Art" . animal cruelty, sexual taboos, censorship etc

The artistic value ( both bad and good ) of isaacs films have been question and discussed in the media i.e radio talk shows, TV talk shows, web blogs, newspapers etc.

including:

L.A. Times

Filmmaker Magazine

L.A. Weekly

4

1 New York Daily News

2 Radar on Line

3

4 Boing Boing . com

5

6 KFI radio

7 NPR radio

8 Defamer.com

9

10     Even singer Pat Boone of 1950's fame , wrote an article about

11 Isaacs films and that there depraved nature is corrupting society.

12 And isn't this one of the purpose of serious ART- is to engage

13 people, to get people to think, discuss and question ( even if it

14 negative criticism )

15

16     Do you think Pat Boone in his whole career ever wrote a piece

17 thinking or questioning "What Art Is"

18     There have been good and bad reactions to these films- and

19 that's the point of art, to get people to think, question and

20 discuss.

21

22     Isaacs will discuss good art versus bad art - high art versus

23 low art - and how good. bad, high and low art can all have

24 serious artistic value.

25

26 Exhibit 1 and 2 Photo of Marcell Duchamp 's : Fountain and Nude

27 Descending A Staircase

28

In April 1917 the Big Show was the biggest art exhibition the country had ever seen. Held at the Grand Central Palace by the Society of Independent Artists. The Big Show centered on a radical concept of the time, the absence of judges, juries, and awards. This was an attempt to end the exclusive influence of galleries and museums over art and artists. At the Big Show, any artist paying membership dues, and the $6 exhibition fee, had the right to exhibit his or her work.

As the day of the opening drew near, painting and sculptures of all sizes and styles began to arrive at the Big Show. Each work was prepared for display in accordance with the philosophy of the show in alphabetical order based on the artists' last name beginning with a randomly chose letter of the alphabet insuring a level playing field.

'Fountain' was a sculpture submitted by then an unknown artist named R. Mutt. Mutt's reputation, or lack of it, didn't matter, of course. 'Fountain' was accompanied by precisely the amount of money that the Society of Independent Artists required, which, according to the rules of the Big Show, guaranteed it's exhibition with no prejudice beyond the luck of alphabetical draw.

'Fountain',presented on a pedestal, was signed in black paint like any other sculpture with the name R.Mutt.

Some of the members of the board of directors of the show were outraged at this sculpture. This of course, was a urinal created solely as a receptacle for men's urine. They felt it was vulgar and obscene and it wasn't even art! It was clearly a machine made, one

of a thousand urinals that rolled off an assembly line from somewhere in New York. Mr. Mutt had done nothing more then purchase it, sign it and send it in. How could this be placed among other works at the show? It was an insult to the paintings and sculptures at which so many artists at the show had labored long and hard. Some other members of the I.S.A. felt that the exhibit should be allowed because the idea of the show was no judges, juries, or awards. It was meant for any artist to submit whatever they wanted. After going back and forth, 'Fountain' was banned from the show. Very soon after that, the very famous artist Marcel DuChamps, who painted 'Nude Descending A Staircase', who was the head of the Hanging Committee for the Big Show, resigned in protest. After all Marcel DuChamps was R. Mutt, the creator of 'Fountain'.

'Fountain' never appeared in the show but it's legacy is still important today.

After 90 years the S.I.A. violated their own vision of the Big Show with their refusal to exhibit 'Fountain.' The sponsors of England's renowned Turner Prize surveyed 500 artists, critics, dealers, and curators to determine 20th century's most influential work of art. The first choice of 64% of those surveyed named Marcel DuChamps 'Fountain'.

'Fountain' altered the definition of art by making every day machine objects artistic credence. This was the beginning of post modernism and conceptual art. Ready-mades are honored today as one of the first and purest examples of conceptual art and the beginnings of post modernism shock art.

Surly a Urinal in 1917 is more shocking then the 3 charged films are in the 21 century.

Part of Duchamps legacy is that art can't be only defined by beautiful paintings or sculptures found in a museum or gallery Art is created by the artist and should be free from definitions, categories and pre-conceived ideas.

"Fountain" freed the urinal from its everyday function, and by doing so, elevated it to ART

Ducamp believed that "Art " is what artists create.

Exhibits 3, 4, and 5 are examples of postmodern art using a scatological theme or influence. Exhibit 3 features Piero Manzoni May 1961 exhibit of 90 cans of his feces in an art gallery in Albisola, Italy. Each can comprising Merda D' Artista (artist's shit) was signed numbered and wrapped in a a label like a can of tune. On the label printed in 4 languages was (artist's shit/ contents 30 grams net/ freshly preserved/ produced and tinned in May 1961.

Each can was on sale during it's exhibition by it's weight based on the current price of gold. From the base price (around $1.12 a gram in 1960) the value shot up 41 years later as the Tate Modern in London paid $34,100 to acquire Merda can #004.

Exhibit 4

In 1992 Kiki Smith sculpted 'Trail', a life sized sculpture of a woman on all fours with a 10 foot trail of feces coming out of

8

her anus. It was considered important enough to appear in the Whitney Museum of American art's exhaustive exhibition 'The American Century: Art and Culture 1900-2000'.

Exhibit 5

In 1999 , British artist Chris Ofili scandalized New York and enraged then-Mayor Rudolph Guiliani with 'The Holy Virgin' Mary'' a portrait of black Madonna with pornographic images and elephant dung. Ofili, who used elephant droppings in many of his works, said dung was symbolic of his African heritage and not meant as an insult. Guiliani, never the less ordered Brooklyn Museum's public funding revoked, though a judge later ordered it restored and enjoined further sanctions by the city.

In the 1960s and 1970s many German and Austrian performance artists incorporated poop into their work. Gunther Brus, for instance, in a single performance, took off his clothes, urinated into his hand, drank it, vomited, and then defecated and smeared his poop on his naked body while singing the Austrian national anthem.

Exhibit 6 White Painting

Robert Rauschenberg

Rauschenberg's White Painting is one of the most important examples in art today.

It asks the viewer to look deeper than the surface of the canvas and to consider " The Nature of Art" at its most basic

level.

Rauschenberg challenged the viewers pre conceived ideas of what art should be.

A white painting seeming portraying "NOTHING" can be a more serious statement than a painting portray "Something" Rauschenberg painting illustrates what you see is not always the point.

On the surface, for some, the 3 charged films may look obscene, but beneath the surface beneath the "white Painting" there is serious value and commentary.

Exhibit 7 " Obscenity a new fragrance by Calvin Klien"

Ira Isaacs

Isaacs is presently working on a gallery installation art exhibit featuring the audience reaction to one of the charged films ( HSA # 7 ).

In a closed room in the gallery, the audience watches the film, a camera records there reaction to the film in real time.

The real time reaction video is projected on to a screen outside the viewing room for future gallery patrons to see.

At the same time it will be streamed live on the internet on the gallery web site

This maybe the first time an exhibit captures 2 perspectives of the same artistic event

10

Isaacs will testify that many people view "legitimate" art as only paintings and sculptures, and certainly nothing that has sex can be art.

Isaacs installation exhibit

By changing the artistic venue of the charged films to a more traditional gallery setting, Isaacs believes this will change the viewer perception of the films artistic value The fact that its in a gallery or a museum  gives credence to there serious artistic value. However, buying the charged films over the internet, to be played on a dvd may not lend the same credibility as the museum or gallery

Should it be that Rauschenberg " White Painting" sitting in Rauschenberg apartment, be only a white painting, with no value, but once its exhibited in a museum.

 It become a serious work of art. This would mean that the venue is more important that the art work itself.

 It would mean for many talented unknown, painters, sculptures, edgers, and film makes, that the intrinsic value of a particular work is determined by commercial success in gallery's, museum etc Wasn't this the point of the 1917 big show- to let art be - not to define its worth.

 Isaacs will testify that the installation exhibit will help the jury understand the serious artistic value of the 3 charged films.

11

Isaacs exhibit takes the films from seemingly 'low' art (watching a dvd of the film ) to "high" art ( displayed in galleries )

Lastly, if you take Kiki Smiths Sculpture 'Trail" and deconstruct it - from "high" to 'low"

If we put on film a women on all fours defecating and sold that film over the internet - would it then be obscene. Does changing the Medium of the art change the artistic value.

                                                  Respectfully submitted,

                                                  _____S/s_____
                                                  ROGER JON DIAMOND
                                                  Attorney for Defendant