1  ROGER JON DIAMOND
   2115 Main Street
2  Santa Monica, CA 90405
   (310) 399-3259
3  (310) 392-9029
   State Bar No. 40146
4

5  Attorney for Defendant
   Ira Isaacs
6

7

8

9                 UNITED STATES DISTRICT COURT

10           FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )    CASE NO. No. CR 07-732 GHK
                                 )
13          Plaintiff,           )    EXHIBITS REFERENCED BY IRA
                                 )    ISAACS DURING DAUBERT HEARING
14  vs.                          )
                                 )
15  IRA ISAACS,                  )
                                 )    PLACE:    Room 650 at Roybal
16          Defendant            )              Federal Building
    _____ )
17                                    Hon. George H. King

18

19

20      Attached are the exhibits referenced by Ira Isaacs during the

    Daubert Hearing.
21

22                                    Respectfully submitted,

23

24                                    _____S/s_____
                                      ROGER JON DIAMOND
25                                    Attorney for Defendant

26

27

28

                                1



**July 21-30, 2011**
Deadline for entries: May 1
www.stonybrookfilmfestival.com



# FILMMAKER
THE MAGAZINE OF INDEPENDENT FILM   a publication of **ifp**



Blog   Web Exclusives   Columns   Director Interviews   Our videos   Load & Play   Latest Issue   Archives   Forums   Advertise

Documentary   Sundance '11   Festival Coverage   SXSW '10   Toronto '10

[ _____ Search ]

## THE TRIAL OF JOSEF K
**By Scott Macaulay on Wednesday, May 7th, 2008**
Tags:



Susannah Breslin has a positively surreal interview at Radar Online with Ira Isaacs, the 57-year-old L.A.-based director currently awaiting trial on obscenity charges for his, um... scat videos. Kudos to the photo editor at Radar for the two improbable shots that run with the piece — one of Marcel Duchamp's famous urinal (voted in 2004 by a group of art critics as the most influential piece of art of all time), and the other of Martha Stewart.

On her own Reverse Cowgirl blog, Breslin had previously written about Isaacs and the novel defense he's mounting against the charges that his videos *Laurie's Toilet Show* and *Hollywood Scat Amateurs 7* are obscene. She called it the "Two Girls, One Cup Defense."

From her blog post:

And perhaps most interestingly, Isaacs and his lawyer, he says, intend to pursue an unprecedented legal defense. The *2 Girls 1 Cup* defense, that is. Isaacs explains: "'What it is, is, there's videos all over the internet of millions of people watching this [Two Girls, One Cup] video, and it's a shock video, and people record their reactions...' '[T]he idea is, millions of people are watching this video... and they are not, I think, obviously looking for prurient interest to masturbate. People are trying to shock themselves, because in today's world, everything is shock on TV... People need a lot to be shocked these days... What I've done is, I think, really shocked people, and I think that's why the federal government is on this case.'"

She also links to Boing Boing, which has a similar story. In that piece, a poster named UndergroundBastard offers some legal commentary:

In United States v. Gugliemi (819 F.2d 451), the 4th Circuit Court of Appeals considered the legality of bestial pornography, sided with Alan Dershowitz' contention that the grossness of the events depicted in the defendant's film, "The Snake F**kers" was so extreme as to not appeal to the prurient interests demanded of the pornography standard. In short, it was so gross it was beyond pornography, which is what the defendant here is arguing.

In her interview, Breslin talks with Isaac and discovers that he has the heart of an independent filmmaker;

**RADAR: How did you get started making these movies?**
IRA ISAACS: When the Internet was happening, I wanted to enter it in some way, and I wanted to do something different. In the past, you needed a lot of money and people to make a movie. Until video cameras were invented. Then the Internet was a big breakthrough for distribution. So, I started making a lot of money with these fetish shock videos. I was distributing shock art films from Europe.

**What do you mean by "shock art films"?**
You talk about art? What is art? Art is what artists do. If it shocks you, it's art. One of the things art should do is make you think and question things. Shock art has always been something that has been a very popular thing through the 20th century and the 21st century. People used feces as shock art. There was a guy who shit in a can and sold it for the price of gold. [In 1961, Italian conceptual artist Piero Manzoni canned his feces in 90 tins and sold them for the price of their weight in gold.] So, the Internet allowed me to be an artist, to reach a lot of people. It allowed me to be on the edge, to do what I would never do as a fine artist. If you're going to paint, you've got to compete with Picasso. If you want to write a great classical music piece, you're competing with Mozart. I would never write anything like Kafka's *The Trial*. If I was going to make a mark, I was going to do it in some extreme shock way.

Later in the interview, we learn that Isaac's Kafka reference is not just some random musing:

**So you were indicted.**
In July [2007], they indict me. This has all been very surreal. I'm a big Kafka fan. I always dreamed to be Josef K. [the central character of Kafka's *The Trial*, who wakes up one morning to find he is being prosecuted for an unknown crime]. And now I am. I'm rereading the book, and I see the similarities. In fact, the director's credit I use in all my films is Josef K. I am Josef K., the character. Now I get to play Josef K. I get to go to court and do



FILM PROJECT

film.economist.com



Read the current issue

Buy/Access Digital Subscription

Read A Digital Sample

Subscription Help

Buy/Renew Print Subscription

**Recent Posts**
JUST LIKE THE U.N., BUT DIFFERENT : ROTTERDAM PRODUCER LABS
WHAT'S IN MY INSTAPAPER: SUNDAY MORNING LINKS, 2/6/2011
MAKING LOW-BUDGET, INDIE ACTIONER "RETRIBUTION"
A RESPONSE FROM NEOFLIX'S JC
R.I.P. TURA SATANA, 1935 – 2011
People
Recent
Popular

**Recent Comments**



CD Printing Great printing. Looking forward to see more good prints.

BAM TO UNVEIL NEW GODARD PRINT · 1 hour ago



Bill We can help filmmakers who have lost their distribution at Neoflix, please

all these things. This whole thing is art. Now I get my 15 minutes of fame.

Isaacs is not the only one facing jail time at the moment on an obscenity rap. Boing Boing rounds up a number of links about the prosecution of John Stagliano, a porn director we featured in *Filmmaker* in 1993. As the Boing Boing post notes, Stagliano's case promises a constitutional showdown over elements of its prosecution, particularly its reliance on a law that says that the internet can not be used to send offensive material to anyone under 18.

Boing Boing quotes from a piece by Mark Kernes at Adult Video News:

One charge, however, that hasn't been seen before in a case involving adult material accessible from a Website is under Chapter 47 of the United States Code, Sec. 223(d), "sending or displaying offensive material to persons under 18."

That section reads, in pertinent part, "Whoever, in interstate or foreign communications, knowingly ... uses any interactive computer service to display in a manner available to a person under 18 years of age, any comment, request, suggestion, proposal, image, or other communication that is obscene or child pornography, regardless of whether the user of such service placed the call or initiated the communication; or knowingly permits any telecommunications facility under such person's control to be used for an activity prohibited by paragraph (1) with the intent that it be used for such activity, shall be fined under title 18 or imprisoned not more than two years, or both."

**Share and Enjoy:**

## Related posts:
THE TRIAL OF JT LEROY
A PIRATE IN THE COURTROOM
APOCALYPSE JONZE
COPYRIGHT CONTROL
STEVE JAMES' "NO CROSSOVER: THE TRIAL OF ALLEN IVERSON"|
*By Alicia Van Couvering*

Filed Under: News
Read more:

# Add New Comment

Optional: Login below.

[ Post as ... ]

## Showing 0 comments

Sort by [ Popular now ]  ✉ Subscribe by email  🔗 Subscribe by RSS

Trackback URL  http://www.filmmakerma

blog comments powered by **DISQUS**

---

email me at
bill@leapingbrain.com

A RESPONSE FROM
NEOFLIX'S JC · 11 hours ago



Argus If you say it's a cat, when its really a dog, regardless of the motives or explanations why, it's still a lie. The danger is we can now convince most people that a cat is a dog.(substitute religous...

THINGS THAT SEEM REAL,
PART 3: "CATFISH" AND
FAKERY · 16 hours ago



Landon Brilliant work. I really appreciated this essay.

THINGS THAT SEEM REAL,
PART ONE: A 3-PART ESSAY
ON "CATFISH" AND OTHER
MOVIES · 20 hours ago



Scott Macaulay
Thanks -- corrected this.

IN ROTTERDAM, AMERICAN
FILMS THAT COULDN'T
EXIST ANYWHERE ELSE · 2
days ago

community on **DISQUS**
Powered by Disqus

## Categories
News
Web Exclusives
Director Interviews
Columns
Filmmaker Videos
Load & Play
Festival Coverage
Festival Ambassador
Oscars
Sundance
SXSW

## Archives
[ Select Month ]

## Related
1. THE TRIAL OF JT LEROY
2. A PIRATE IN THE COURTROOM
3. APOCALYPSE JONZE
4. COPYRIGHT CONTROL
5. STEVE JAMES' "NO CROSSOVER: THE TRIAL OF ALLEN IVERSON"|
*By Alicia Van Couvering*

## Tags
documentary (909)
Sundance (298)
Sundance 2011 (92)
SXSW (75)
IFP (46)
music (35)
blog (35)
jamie stuart (33)
new york (31)
obituaries (29)
distribution (29)




FRESH INTELLIGENCE  **FEATURES**  REVIEWS  PHOTOF  MAGAZINE  DAILY VIDEO
FAME-O-METER  RADAR QUIZ  WEEKLY E-MAIL

POP • POLITICS • SCANDAL • STYLE
# RADAR

HOME  DSS  CONTACT US  ADVERTISE  SUBSCRIBE

SEARCH RADAR:

Q&A
# BUT IS IT OBSCENE?
**"Shock art" director Ira Isaacs is about to go on trial for obscenity**
*By Susannah Breslin*

LOG IN

Username
Password
Join Radar Online —    SUBMIT
it's free and easy!
Forgot Your Password?



*(Photo: Getty images)*

**TODAY'S FEATURES**

Homosexual Agenda
Gayest Person Ever? Author
Joel Derfner wants the title

Full Court Press
Frank Rich leads this week's
list of Winners and Sinners

Bad Tattoos
From Dr. Phil to gay unicorns,
the new book *No Regrets*
looks at the worst tattoos on
the planet

Unfinished Business
Everything you need to know
about the R. Kelly sex trial

But Is It Obscene?
"Shock art" director Ira Isaacs
is about to go on trial for
obscenity

**EXECUTIVE EDITOR:**
Alex Belk

**EDITED BY:**
Paige Ferrari

Next month, Ira Isaacs, a 57-year-old Los Angeles–based video director will sit center stage at what may be the most extreme obscenity trial in U.S. history. Last July, the Department of Justice's Obscenity Prosecution Task Force handed down an eight-count federal obscenity indictment charging Isaacs with four counts of using an interactive computer service to sell and distribute obscene videos, two counts of using a common carrier to distribute obscene videos, and two counts of failing to properly label sexually explicit films with information proving its performers were of legal age when the videos were made. (The last two counts have since been dropped.)

There's no question the titles are extreme: *Laurie's Toilet Show, Mako's First Time Scat, Gang Bang Horse (Pony Sex Game)*, and *Hollywood Scat Amateurs No. 7*—the last of which Isaacs directed himself—feature coprophagy and bestiality. The question is if they are obscene. Isaacs, who grew up poor in the South Bronx and now lives with his girlfriend in the Hollywood Hills, talked to *Radar* about why his work is really art, what happens when the Feds come for you, and how his story is like Kafka.

**RADAR: How did you get started making these movies?**
'**RA ISAACS:** When the Internet was happening, I wanted to enter it in some way, and I wanted to do something different. In the past, you needed a lot of money and people to make a movie. Until video cameras were invented. Then

**KNOW SOMETHING WE DON'T?**
Email us at:
tips@radaronline.com
or IM: TipRadar



**FRESH INTELLIGENCE**

Bloggers Split on Whether
to Police Themselves

#38A

the internet was a big breakthrough for distribution. So, I started making a lot of money with these fetish shock videos. I was distributing shock art films from Europe.

**What do you mean by "shock art films"?**
You talk about art? What is art? Art is what artists do. If it shocks you, it's art. One of the things art should do is make you think and question things. Shock art has always been something that has been a very popular thing through the 20th century and the 21st century. People used feces as shock art. There was a guy who shit in a can and sold it for the price of gold. [In 1961, Italian conceptual artist Piero Manzoni canned his feces in 90 tins and sold them for the price of their weight in gold.] So, the internet allowed me to be an artist, to reach a lot of people. It allowed me to be on the edge, to do what I would never do as a fine artist. If you're going to paint, you've got to compete with Picasso. If you want to write a great classical music piece, you're competing with Mozart. I would never write anything like Kafka's *The Trial*. If I was going to make a mark, I was going to do it in some extreme shock way.

**What kind of videos were they exactly?**
Scat videos. I don't want to say this is porn because I don't think it is. But it had a niche market that made me money. I don't see myself as part of the adult industry. I don't think the people watch my stuff to watch sex. They can watch porn for that. That doesn't mean they don't masturbate to [my videos]. People masturbate to everything.

**Then you started directing these videos yourself.**
I was one of the first to do this. Getting actresses to participate in this art venture is not the easiest thing in the world. Picasso had problems as well. And [Marcel] Duchamp with the toilet [*Urinal*, a signed urinal exhibited in an art gallery]. [James Joyce's] *Ulysses* was up for obscenity. I felt like I'm never going to be a great musician, I'm never going to be a great oil painter. Here, I had a chance to shock a lot of people. My movies that I make, there's a lot of contrast, there's a lot of social commentary. How people deal with taboos. How people see something so mundane. The contrast between feces and a beautiful girl. Good and evil. I always wanted to put some Bach behind some of this [as a soundtrack]. I always thought that would be a great idea. But these ideas don't always manifest themselves. Basically, I would either run an ad in the *L.A. Weekly*, or I knew girls in the adult industry who would do it to make money. And they tell their friends.

**Why would the women do it?**
Money has something to do with it. I don't know. Money was probably a big motivator. Some like being involved in extreme stuff. No one would do it for free.

**Who watches it?**
Until I saw "2 Girls 1 Cup," I wouldn't have thought so many regular people would want to watch this stuff. There are millions of people watching it. For now, it's probably most people like the shock value of it. This is art that asks questions about what's ugly, acceptable, taboo. It takes something mundane, like going to the bathroom, and puts it in a new light. It inspires people. Just because it has sex in it and deals with a subject matter that isn't typically in art doesn't mean it isn't art. People have done stuff with feces before. And crazier stuff than this. Like cutting up animals. I never shot bestiality videos. I had girls who wanted to do it. But I'm an animal lover. That's illegal. I decided not to do it.

**Were you worried about getting busted?**
January 17 [2007], I'm going to my office in Koreatown, and there's 20 to 25 FBI agents. They're in my office. They're in my hallway. There's these two big guys. "Are you Mr. Isaacs?" they say. "Come with me." They walk me down the hallway, into my office. There's the FBI all over the place. But I'll tell you, they were very, very pleasant people. They were really nice. Those guys would rather be fighting terrorism than being the sex police. The FBI guy was as curious as you are. He asked me, "Off the record," he asked me, "How do you convince girls to do this kind of stuff?" I said, "I do it very well."

The 'Hills' Girls Respond to Audrina's Budding Stardom

A Clip of Olbermann Showing a Clip of O'Reilly

Obama-Curious George Tee an Instant Cobb County Classic

Rep. Vito Fossella (R-NY) Is Living Above His Sister's Garage

Spencer Pratt Offers His Expertise On Male Group Dynamics As Regards West Coast Club Admittance

R. Kelly Sex Trial: Prosecution Deliberately Avoiding Black Jurists?

Last Night's Gossip Girl: OMFG It's Boring

Minnesota Governor Isn't Getting Any

Suge Knight Assailant Cops to Using Pipe


FAME-O-METER
RADAR'S REAL-TIME
BUZZ TRACKER

**DAILY VIDEO**

Bush the Third
You've been warned

A younger Bill O'Reilly gets angry
But did he ever have it?

Sloane Crosley's book told with finger puppets
A publicist gets some puppeteering publicity

A friend's cancer is good for your health: study
Promising new findings

Scientology Recruitment Video
They almost had us there for a minute!

383

THE LOVE BUTTON  PUSH ME HARD!

radardd.com

Feedback - Ads by Google

RADAR MAGAZINE 
• RISK-FREE ISSUE
• GIVE A GIFT
• CUSTOMER SERVICE

POP • POLITICS • SCANDAL • STYLE

# RADAR

FRESH INTELLIGENCE   FEATURES   REVIEWS   PHOTOS   MAGAZINE   DAILY VIDEO
FAME-O-METER · RADAR QUIZ   WEEKLY E-MAIL

HOME   RSS   CONTACT US   ADVERTISE   SUBSCRIBE

SEARCH RADAR:

‹ FIRST PAGE
Q&A

NEXT ARTICLE ›

## BUT IS IT OBSCENE?
(continued)

They offered to cut you a deal.
Then they offer me a plea deal. I met with them at the beginning of March [2007]. They say, "Take a year and half." I said no. Then they call me up, and they say four months in prison and four months house arrest. And I turned that down. I'm going to tell you why I turned it down. I've always been a real strong person. I felt if I took this, I don't know if I could live with myself. I could live with going to prison. I thought, Martha Stewart went to prison. But I don't believe this stuff is obscene. I think we have a right to see it, to sell it, and I can't look at this stuff and say, "I sold out."

So you were indicted.
In July [2007], they indict me. This has all been very surreal. I'm a big Kafka fan. I always dreamed to be Josef K. [the central character of Kafka's *The Trial*, who wakes up one morning to find he is being prosecuted for an unknown crime]. And now I am. I'm rereading the book, and I see the similarities. In fact, the director's credit I use in all my films is Josef K. I am Josef K, the character. Now I get to play Josef K. I get to go to court and do all these things. This whole thing is art. Now I get my 15 minutes of fame.

Is that what you wanted?
That's not what I wanted. It's a stressful situation. Like the Kafka character, we tend to delude ourselves. Maybe I'm in the middle of a performance piece.

Your trial starts next month.
Part of me, I'm scared. It's a trial. I'm excited, actually. I'm going to take the stand and defend [these videos] as well. I'm not denying I sold [the videos]. I'm going talk about shock art. This kind of stuff I produce and sell, it has serious artistic value.

Do you think you'll be found guilty?
I think I'm either gonna get a not guilty or a mistrial or a hung jury. It's hard to find 12 unreasonable people in L.A. And the videos, they're not obscene. The way the law is, you have to prove three things. It will appeal to the prurient interest. That it will offend. That it has no serious, literary, artistic, political, or scientific value. *I* think the jury is going to realize there's scientific value. It's like Viagra. It's good for you to get turned on. It's an aid to turn you on. Obscenity is based on sex. Why should sex be exempt from the First Amendment? It's because of uptight people. The Klan is more offensive than what I do.



"EVEN MARTHA STEWART WENT TO PRISON." Stewart, after serving her time
(Photo: Getty Images)

LOG IN
Username
Password
Join Radar Online —
it's free and easy!
SUBMIT
Forgot Your Password?

TODAY'S FEATURES

Homosexual Agenda
Gayest Person Ever? Author Joel Derfner wants the title

Full Court Press
Frank Rich leads this week's list of Winners and Sinners

Bad Tattoos
From Dr. Phil to gay unicorns, the new book No Regrets looks at the worst tattoo on the planet

Unfinished Business
Everything you need to know about the R. Kelly sex trial

But Is It Obscene?
"Shock art" director Ira Isaacs is about to go on trial for obscenity

EXECUTIVE EDITOR:
Alex Balk

EDITED BY:
Paige Ferrari

KNOW SOMETHING WE DON'T?
Email us at:
tips@radaronline.com
or IM: TipRadar

THE RADAR REPORT
SIGN UP NOW ⊙

FRESH INTELLIGENCE

Bloggers Split on Whether to Police Themselves



# 38c

Have you ever appeared in your own movies?
My penis occasionally makes an appearance in these videos.

Are you turned on by your own work?
It doesn't do anything for me.

Are you in a relationship?
I have a girlfriend. She's Japanese.

What does she think of what you do?
She doesn't care. She was shocked this [the indictment] could even happen. I go to Amsterdam quite a bit. Dutch people are great.

*Obscenity is based on sex. Why should sex be exempt from the First Amendment?*

No matter how bad they think America is, the First Amendment is one thing they like. I tell them [about the indictment], and they say, "I thought you had freedom of speech?" Yeah, if you're a Nazi, but not if it's about sex. This fetish, this kind of stuff is more popular than you might think. I hear from doctors and lawyers. You think it's the child molesters in the back alley. I would say the more educated you are, the more open you are to different things. Creative things.

Some feminists would like to have your head, I'd imagine.
I'm probably exploiting women less than if they worked at Burger King. Have you ever worked at a fast food place? You get exploited a lot on earth. Everyone consents to do things. Everyone in [these videos] consents. To see it, to be in it.

Do you care what people think of you?
I really don't care what people think. I can't worry about that. As an artist, I can't worry about what you're going to think, what they're going to think, and hopefully, this has some substance.

Some people would say you're a monster.
So maybe I'm a monster.

Do you have any regrets now that you're looking at doing time?
The only thing I regret is not putting Bach in the background.

**NEXT ARTICLE**
• Inside the world's elite secret societies

**READ MORE**
• The Spoils of a Sex Tape: Kelsey Grammer had one. Lauren Conrad might. Everybody's doing it, why shouldn't you?
• 2 Girls, 1 Former Attorney General
• Today's Top Stories

05/07/08

Related: QA

Comments (1) | Print | E-mail | Recommend it (1) | Share it

## Comments

The Duchamp piece was actually called Fountain.

Posted by: alextig on May 8, 2008 9:49 AM

Advertisement

---

The 'Hills' Girls Respond to Audrina's Budding Stardom

A Clip of Olbermann Showing a Clip of O'Reilly

Obama-Curious George Tee an Instant Cobb County Classic

Rep. Vito Fossella (R-NY) is Living Above His Sister's Garage

Spencer Pratt Offers His Expertise On Male Group Dynamics As Regards West Coast Club Admittance

R. Kelly Sex Trial: Prosecution Deliberately Avoiding Black Jurists?

Last Night's Gossip Girl: OMFG It's Boring

Minnesota Governor Isn't Getting Any

Suge Knight Assailant Cops to Using Pipe

**FAME-O-METER**
RADAR'S REAL-TIME
**BUZZ TRACKER**

**DAILY VIDEO**

Bush the Third
You've been warned

A younger Bill O'Reilly gets angry
But did he ever have it?

Sloane Crosley's book told with finger puppets
A publicist gets some puppeteering publicity

A friend's cancer is good for your health: study
Promising new findings

Scientology Recruitment Video
They almost had us there for a minute!



Full Name

Full Address

Email

City

State          Zip Code

Country
US

SUBMIT »

If you like Radar, pay just $10.00 for 9 more issues (10 in all). Otherwise, write "cancel" on the bill, and owe nothing.

Not a U.S. resident? Click here

Privacy Policy





keyword

! All of IFC.com ♦ !

search

# THE INDEPENDENT EYE
## THE IFC BLOG ABOUT FILM

# Odds: "London Fields," shock art, cookiegate.

## Wednesday, May 7, 2008 | 4:33 PM

Martin Amis' novel "London Fields" looks to be back on track to become a film after all, according to the *Guardian*: "Amis himself is collaborating on the adaptation of his controversial 1989 novel, and may even take a small part in the resulting film, which will be directed by David Mackenzie, best known for the films Hallam Foe and 2003's Young Adam." The novel, about a woman who, having foreseen her own death, manipulates the circumstances leading up to it, was for a while one of several projects attached to director David Cronenberg.



"Next month, Ira Isaacs, a 57-year-old Los Angeles-based video director, will sit center stage at what may be the most extreme obscenity trial in U.S. history," writes Susannah Breslin at *Radar*. She interviews Isaacs, who's responsible for such works as "Laurie's Toilet Show," "Mako's First Time Scat" and "Gang Bang Horse (Pony Sex Game)," and who calls his films "shock art."

Until I saw "2 Girls 1 Cup," I wouldn't have thought so many regular people would want to watch this stuff. There are millions of people watching it. For now, it's probably most people like the shock value of it. This is art that asks questions about what's ugly, acceptable, taboo. It takes something mundane, like going to the bathroom, and puts it in a new light. It inspires people.

The *Hollywood Reporter* notes that James Brolin is stepping into the role vacated by James Caan in David O. Russell's "Nailed" followed last month's Cookiegate incident.

#39

Unlimited text, Web and calling to any mobile in America. Get it all while on the Sprint network.

Plans starting at $69/month

Get it now

Sprint

Replay

SIGN IN · · CREATE AN ACCOUNT

BOINGBOING | ARCHIVES | SUBSCRIBE | MARK | CORY | DAVID | XENI | JOHN | **MODERATION POLICY**



**A Directory Of Wonderful Things**

Search

# Ira Isaacs, "poo porn" producer about to go on trial for obscenity, interviewed

POSTED BY XENI JARDIN, MAY 7, 2008 12:56 PM | PERMALINK



Susannah Breslin interviews the 57-year-old scat video producer who is at the center of what may be the "most extreme obscenity trial in U.S. history." Of note: he compares himself to Picasso, Mozart, and Kafka, and does not consider his work to be pornography.

Snip from her intro:

> A few weeks ago, I wrote a post entitled "The 2 Girls 1 Cup Defense," focusing on the case of Ira Isaacs, a Los Angeles based director of coprophagy and distributor of bestiality films who was indicted last summer by the Department of Justice's Obscenity Prosecution Task Force for various obscenity-related offenses. Not long after that post went up, I got an email from Mr. Isaacs himself. He said if I wanted to interview him, I could. So I did. That interview is now online at Radar Online: "But Is It Obscene?"

And snip from her Radar interview:

> RADAR: How did you get started making these movies?
> IRA ISAACS: When the Internet was happening, I wanted to enter it in some way, and I wanted to do something different. In the past, you needed a lot of money and people to make a movie. Until video cameras were invented. Then the Internet was a big breakthrough for distribution. So, I started making a lot of money with these fetish shock videos. I was distributing shock art films from Europe.
>
> What do you mean by "shock art films"?
> You talk about art? What is art? Art is what artists do. If it shocks you, it's art. One of the things art should do is make you think and question things. Shock art has

**Teens build hybrid airship**
DIGITAL OPEN WINNERS: "HYBRID AIRSHIP," BY TEEN ROBOTIC BLIMP BUILDERS.

**Sprint**

*Unlimited text, Web and calling to any mobile in America. Get it all while on the Sprint network.*

Get it now

Plans starting at $69/month

Replay


Advertise Here With FM
www.federatedmedia.net

Recent Comments

always been something that has been a very popular thing through the 20th century. People used feces as shock art. There was a guy who shit in a can and sold it for the price of gold. [In 1961, Italian conceptual artist Piero Manzoni canned his feces in 90 tins and sold them for the price of their weight in gold.] So, the Internet allowed me to be an artist, to reach a lot of people. It allowed me to be on the edge, to do what I would never do as a fine artist. If you're going to paint, you've got to compete with Picasso. If you want to write a great classical music piece, you're competing with Mozart. I would never write anything like Kafka's The Trial. If I was going to make a mark, I was going to do it in some extreme shock way.

Link to Radar piece, and here's the post on Susannah's blog with more out-takes and background. (Photo, via Radar: Getty Images). *[Ed. note to Susannah: you win at internet dumpster-diving, dude. Seriously.]*

Previously on Boing Boing:

- The "2 Girls 1 Cup" defense

*posted in:* CIVLIB , SEX

**FAVORITE THIS! (18)**    **SEND THIS TO A FRIEND**    digg it

| | |
|---|---|
| OLDER | NEWER |
| ANDREWS AND UEDA AT ROQ LA RUE GALLERY IN SEATTLE | GIANT EGGS IN DUTCH CITY |

# Discussion

#1 POSTED BY LOOPFIEND, MAY 7, 2008 1:52 PM

Good Riddance to bad "art"!
I for one am tired of so called "shock artists" clamoring to make a buck as artists and free speech advocates. What they do is too easy and only requires bad taste and no class. Real cultural contributions require talent and hard work.
So if I had my 86 year-old Aunt fellate my poodle and post it on the web, am I too a genius? Do I also get interviews and high profile blog coverage?
Issacs is a sleazy idiot and deserves jail time.
Am I alone here?

#2 POSTED BY RIKE, MAY 7, 2008 1:56 PM

We send people to jail for bad taste and a lack of class now?

#3 POSTED BY ROSETHORNN, MAY 7, 2008 2:04 PM

#1

Step 1: Google "Jackson Pollock"
Step 2: Facepalm

You are quite definitely alone here. Anything that the artist puts meaning into is art, and arguably anything the viewer brings meaning to is also art. This was generally agreed upon in the early 20th century, with the urinal installation, etc.

The difference between pornography and art is nonexistant.

#4 POSTED BY EURYALE, MAY 7, 2008 2:07 PM

I certainly hope you're alone, loopfiend. I loathe scat porn, but I loathe obscenity trials a lot more. People shouldn't be thrown in prison for making things that you think are gross, when you don't have to look.

OMIR THE STORYTELLER ON THE CHIPMUNKS: FROM RAGS TO RI...
"I had a copy of the Chipmunks LP when I was a kid. It was red vinyl. My father-in-law was named Alv ..."

OMIR THE STORYTELLER ON PHILLIP ROEBUCK: ONE MAN BAND ...
"Am I the only one who was bothered, not so much by the seizure inducing editing (although that was b ..."

BLAKE2GO ON DIGGING THROUGH BABY POO IN TH...
"Scatological fun for all! Must be a great conversation starter, so doctor what is your specialty? ..."

BEEDIE ON BOING BOING GUEST BLOGGER: CON...
"Welcome! If I can get my kimchi from a Boing Boinger, then that is what I will do. I love the slog ..."

QUERENT ON THE WOMAN WHO CAN'T STOP ORGAS...
"seconded and agreed. especially, "The one course of action I would not recommend is sitting on a di ..."

CMACEACHEN ON FARMS AS SKYSCRAPERS...
"Who said anything about soil? As I said in my original post, I'm talking about aeroponics. The sil ..."

XENU ON XKCD: VOLUME 0...
"Mine arrived the day of the official release party (coincidentally?) at 111 Mina in SF. It's great ..."

REDESIGNED ON FIREPLACE NAMED WORLD'S MOST B...
"Sorry, but that is one ugly and impractical fireplace. It also must be a very inefficient heater as ..."

SPACE TOAST ON THE WOMAN WHO CAN'T STOP ORGAS...
"She may well be suffering from "just" a psychiatric disorder (if one considers, for instance, a crip ..."

CASEYD ON FARMS AS SKYSCRAPERS...
"population pressure will force some change <a href="http://www.fao.org/news/story/en/item/35571/ico ..."

## Don't Miss

**FARMS AS SKYSCRAPERS**

**XKCD: VOLUME 0**

**THE WOMAN WHO CAN'T STOP ORGASMING**

**MY GENERATION: HOW INDIE GAME MAKERS ARE EMBRACING CONTROLLED CHAOS**

**CROP ART IS FOR EVERYONE!**

**GREAT STUFF YOU MIGHT HAVE MISSED**

**SATURDAY MORNING SCIENCE EXPERIMENT: THE GUMMI BEAR GETS IT**

**URBAN SURVEILLANCE AS A GAME?**

**C GRAFFITI**

**TASTE TEST: RED KURI SQUASH**

Though, if they want to indict him for animal cruelty (the bestiality films), I'm okay with that.

#5 POSTED BY PIPENTA, MAY 7, 2008 2:24 PM

And then there is this:

http://www.valedailynews.com/articles/view/24513

On an abstract level, that is to say, from a safe distance, I'm pretty open minded about what constitutes art. I can't quite put myself in the salt-of-the-earth-guy objecting to these artsy farts. I doubt you're alone Loopfiend, still, I'm not standing with you.

But I'm not a fan of the gross stuff.

As an art student in the days when conceptual art was all the rage, I remember being compelled to watch Chris Burden's Starry Night video in which he slithers, bare chested, across a section of asphalt on which broken glass has been thickly spread. I was revolted. In the discussion that followed, after my fellow sophomores had fallen all over themselves going on about how brilliant the piece was, I said something to the effect that It struck me that Burden was getting off the piece and he was like a carnival geek who'd found an upscale audience, and good for him, but YUCK.

Later that term I met a grad student who claimed to have been a classmate of Burden's. The story this fellow told me was that Burden's first shock piece had merely been a publicity stunt to draw attention to his paintings. He'd had a friend shoot him in the hand. And when the critics practically wet themselves over the artistic significance of the shooting (Kind of their Rorschach reading of the blood splatters, don't you think?)and had ignored Burden's paintings, he took the hint and dropped the painting, but went on to have himself crucified on a Volkwagon and all kinds of other yucky stuff.

Does that make it all less valid as art? I don't know. I don't like it, but I don't think that is relevant. I think art is largely about the intention, and I don't know that Burden's intent was as pure as I'd like. But if he'd gone on to paint like Diebencorn, I wouldn't be questioning his motives, because in that sort of situation, the work stands on its own.

On the flip side, when you have guys like Rudy Guiliani telling us what is and isn't art, you just have to say, OH FUCK OFF RUDY.

#6 POSTED BY ROBERT, MAY 7, 2008 2:37 PM

"If you're going to paint, you've got to compete with Picasso. If you want to write a great classical music piece, you're competing with Mozart."

And if you're going to make a video, you've got to compete with... Why I Eyes Ya Cat?

#7 POSTED BY ANTINOUS / MODERATOR, MAY 7, 2008 2:45 PM

*So if I had my 86 year-old Aunt fellate my poodle and post it on the web, am I too a genius?*

Hell, yeah!

*Am I alone here?*

Hell, yeah!

#8 POSTED BY PAUL TURNBULL, MAY 7, 2008 2:58 PM

Whether it's art or not is irrelevant.
Whether it's revolting or not is irrelevant.
Whether it's obscene or not is irrelevant.

**ᵇᵇGᴀᴅGᴇᴛˢ**  the latest

SOMEBODY SHOULD MAKE A PHONE LIKE THIS

JOEY ROTH'S CERAMIC SPEAKERS

SIDEKICK SERVERS "IMPACTED" BY OUTAGE.

LITTLE DOG

IF ONLY THESE RETRO FAKE ADS WERE FOR REAL PRODUCTS!

INTRODUCING THE KINDLE GUTENBERG BOOKREADER

FLOTSAM ROBOTS

TECHNICAL ILLUSTRATIONS BY KARL HANS JANKE

48CAKE

IN FUTURE AMERICA, CAR STOPS YOU.

**ᵇᵇᴛᴠ**  latest episodes

BOING BOING VIDEO: COACHELLA TIME-LAPSE (DIR. RAY KLEIN, MUSIC BY HAWKE)

BOING BOING VIDEO: SYNESTHESIA, A FILM BY JONATHAN FOWLER.

THEY MIGHT BE GIANTS: "MEET THE ELEMENTS" MUSIC VIDEO (BB VIDEO)

DOCTOR WHO EXIT INTERVIEW: DAVID TENNANT + RUSSELL T. DAVIES, WITH RICHARD METZGER (BB VIDEO)

(BB VIDEO) MIGHTY BOOSH: LIVE AT THE ROXY / POCKET BOOK OF BOOSH (PT. 4 OF 4)

(BB VIDEO) MIGHTY BOOSH, PT 3: SLASHFIC, BOOSH BOOKS, ELEANOR'S NORAD LINK

(BB VIDEO) MIGHTY BOOSH, PART 2: CRIMPIN' AIN'T EASY

BB VIDEO: XENI WITH NOEL FIELDING AND JULIAN BARRATT OF THE MIGHTY BOOSH (PT 1)

BB VIDEO: CARVE STEEL WITH SALTWATER, ELECTRICITY AND A TIN EARRING (POPSCI)

(BB VIDEO) SEND ME A LINK: THE ART OF CASSANDRA C. JONES

The legality of something should have nothing to do with these things. IF there is no harm to others leave it be.

#9 POSTED BY LEAVINGHALFWAY, MAY 7, 2008 3:57 PM

@#1: if you could convince your 86-year old aunt to fellate your poodle, that alone would be mark of genius.

#10 POSTED BY SONNY P FONTAINE, MAY 7, 2008 5:00 PM

and how does Duchamp fit into this?

#11 POSTED BY MRFITZ, MAY 7, 2008 5:21 PM

Philosophy of Art is a very interesting subject. I took a course about ten years ago and we read and discussed various people's (e.g. Kant, Santayana, Nietzsche) views on aesthetics. Kant wasn't very interesting in terms of what art actually is, but he did have some interesting things to say on how to look at it. Basically, he suggests being *impartial*. This school of thought, I think, would suggest distancing one's self from the socially taboo nature of the work, but since that is the intention of the "artist", it would probably also say that it isn't art. For myself I don't really care if it *is* art, or if some group thinks it should be *called* art; it's more a matter of whether I think it's good or not. I don't.

#12 POSTED BY NOEN, MAY 7, 2008 5:48 PM

I must be odd because I think the impulse to shock is not an artistic impulse, it's political. I am certainly aware that there are art theorists who feel that shocking the bourgeoisie is what art *should* strive to do.

I don't buy it. I think that what happened is that people who wished to advance a political agenda saw that successful practicing artists produced works that at times shocked. They then convinced young artists that the route to greatness was the easy path of canning your own shit, putting it out on the gallery floor and selling it.

I think that what an artist produces is art. Even if it is shit on a stick. At the same time if some hack comes along and creates shit on a stick, it isn't art. I kind of think this fellow falls into the latter rather than the former category but I'll never know. I'm sure as hell not going to be seeing it.

#13 POSTED BY SPINOBOBOT, MAY 7, 2008 7:34 PM

My entire life is an underappreciated piece of performance art.

Sound implausible? Perhaps that's because calling something "art" should not be sufficient for making it art. The art world seems to have been given over entirely to the subjective, so that the vast majority of people consequently view most so-called artists (especially of this sort) with disdain.

To say, as Noen does, that "what an artist produces is art" simply begs the question: who counts as an artist? Am I an artist if I say I am? If that's the case, people should be throwing money at me whenever I interact with them because they've got a front row seat for a fantastic piece of avant garde performance art.

Another possibility: is being an artist merely a matter of convention, i.e., of what other people think (and are willing to pay for)? In that case, any conman who can convince pretentious elites to spend millions on the shit he produces (in some cases, quite literally) becomes an artist.

Many criteria of art could be offered, but it seems to me that the problem with art today is that there are no agreed-upon standards (except, perhaps, that whatever can be found in a museum counts as art, although this leaves out a lot too).

I'm a philosopher, but I almost entirely avoid aesthetics/philosophy of art largely

because it seems to take on one of two forms: a relativistic, postmodern free-for-all; or an unapologetically political endeavor, concerned more about changing society (usually by implementing some questionable leftist program) than about beauty and taste.

Nevertheless, while I would not call what Isaacs does art, I agree with those commentators who say this is not relevant to the issue of legality. I'm not necessarily entirely opposed to obscenity regulations (for instance, it seems reasonable to forbid certain potentially offensive displays in public areas that people can't avoid), but I would prefer they be extremely limited in scope.

Isaacs certainly does not deserve jail time, despite how much of a tasteless hack he may be.

#14 POSTED BY VALCHAEL, MAY 7, 2008 7:53 PM

I know that this opinion will be unpopular but not everything an artist produces is art even if the artist says it is. Most artists are hacks that just have the ability to sting together BS that sounds like it means something.

You can make everything seem like art. We as humans have the fantastic ability to think abstractly and artists use that to communicate ideas in different and new ways that stretch the bounds of normal perception. However, art for the sake of shock usually (in my opinion) is not art.

For most practitioners of shock art there is often the explanation that they're doing it to promote "discussion" of some sort as a euphemism for inciting anger or disgust. They also often say that they do something "without judgement" or other terms that make it seem as if they are impartial or uninvolved in the specifics of the action/art while still receiving the attention for it.

How far are we supposed to allow artists to go? Is a serial killer an artist because he/she kills people in specific ways with an artistic intent and with a specific message? How about a suicide? Or a group suicide? What about the anorexic/bulimic girl sculpting her body into her ideal of beauty? How about the people that mutilate girls genitalia for social or religious purposes? There is a meaning and something to discuss in all these things, but does that make it art? Does that mean we should support such artists?

Specifically this applies to the girl from yale that someone linked an article above about. What she did was potentially harmful to herself as well as creating life with the specific intent to destroy it. It wasn't an accidental impregnation nor was it impregnation by rape or other traumatic means. AND her purpose "was to spark conversation and debate on the relationship between art and the human body." I can't help but think that the link between that idea and what she did was tenuous at best. Certainly it applies to her body, but she's not the only one affected.

She could have chosen to get a full body tattoo or under skin implants or mutilate herself in some way that would address her topic. In the way she did it it seems more attention getting for the controversy around the subject than for the human body as art.

#15 POSTED BY MIKELOTUS, MAY 7, 2008 8:04 PM

scatologically speaking, many of you are full of shit :-) certainly the germans and dutch have done much better scat, the brazilians are new to the game. this will go away with bush. what i want to know, has anyone been harmed by this?

#16 POSTED BY VALCHAEL, MAY 7, 2008 8:11 PM

As an addendum to my original post, the comments and a Washington Post article suggest that the girl from Yale was doing performance art, and that it was faked.

http://www.washingtonpost.com/wp-dyn/content/article/2008/04/17/AR2008041702519.html

Which means she's either lying to reduce the backlash or an attention whore.

#17 POSTED BY ANTINOUS / MODERATOR. MAY 7, 2008 8:33 PM

The Yale thing was almost immediately outed as a hoax. So, attention whore.

#18 POSTED BY ADAMMETAL. MAY 7, 2008 9:20 PM

I hope he goes to jail and gets shocked.

#19 POSTED BY ROACH. MAY 7, 2008 10:26 PM

Although the Yale administration said it was a hoax immediately, Shvarts wrote an article for YDN after that saying that it is not a hoax and that the administration is wrong. The article came out the same day as the WaPo article, so they're operating off of older information there.

http://www.yaledailynews.com/articles/view/24559

The rest of the piece after the initial assertion of veracity is the worst kind of postpostmodern baloney. It could have been written by a simple computer given a small vocabulary of buzzwords.

The administration was definitely lying when they said it was a hoax. That doesn't necessarily mean it wasn't, of course, but the artist still says she actually did it.

#20 POSTED BY ROSETHORNN. MAY 8, 2008 12:37 AM

Guys, seriously. Everything is art, art is undefinable.

"Does this mean I should pay everyone!? For everything!?"

No, it just means that what you pay for and what you don't have the same relevance. It's subjective, which is pretty much the whole point.

Anyway, I agree with the "It shouldn't matter" sentiment. No one's being harmed, they should leave Isaacs alone.

#21 POSTED BY PIPENTA. MAY 8, 2008 5:22 AM

Yeah, I was sort of half following the Yale thing, it's a hoax, no it isn't. OMIZOG, HTF is this going to affect alumni donations? Does not do to piss off the old blues. Even if I found the original piece grotesque (real or no, it's a glurtfest), watching Yale scramble has been vastly amusing. And if THAT was the intent of the artist, well...

And of course, an awful lot of artist of all sorts are in it for the attention.

I haven't any academic background in philosophy. (I do know that the more philosophers you have on any committee, the less likely it is that the committee will actually accomplish anything in a timely fashion. And for some reason, they seem to get into sparring matches with the mathematicians. Which is entertaining, but not productive.) So my philosophical approach to art is pretty loose.

Obviously, once photography and similar technologies appeared, the role of the artist in society changed. The name of the game was no longer primarily about having the skills to use a series of conventions to make visual representations. First artists started playing with the visual images, then they started messing with your head, with concepts and ideas. Hurrah sez I, all to the good.

In no time at all, we've jumped from signed urinals to silkscreens of canned soup to giant curtains dividing valleys.

If getting the public to discuss art, to consider the role of art is the point, then you've really got to give Christo the nod. Who has done a better job of getting the most people to have real conversations about what art is? The thing about poop art, about the

and then they're running so hot emotionally, that they don't think. They have a kneejerk
response. And sometimes that's a fine thing for a piece of art to do, but when it has been
done and done and done, it doesn't get you anywhere.

Christo could get cabbies and their fares, folks in the diner, folks on line at the post
office arguing and debating and discussing what art was and wasn't and thinking about
the relevance art had in their lives. I think that's a good thing. Pieces like Valley Curtain
were inclusive without being dumbed down. What's better than that?

The poop art, the mutilation art, the infect yourself with parasites performance art aren't
invalid, but they aren't as effective. For one thing, it starts becoming pretty derivative.
Yeah, here we go with more bodily fluids. After a point it becomes like dirty words
scribbled on a restroom stall. We aren't provoked in a way that produces thought, we're
just annoyed.

A conversation about what art is, is good. Art is not simply oil paintings on canvas of
landscapes and portraits and still lifes. Art is a whole lot of things. Art is pretty damn
open-ended.

The biggest problem with poop art is that it inspires the tedious anti-intellect response
in people who are uncomfortable with things that aren't immediately easily pigeonholed.
These are the guys who aren't comfortable with paintings that aren't by Rockwell, by
food that isn't meat and potatoes, by music that isn't pop, by travel outside of theme
parks.

And their responses, the old "My two year old could do that." are so predictable, so
boring and possible the only thing more derivative and pointless than the poop art itself.

#22 POSTED BY FIGHTCOPYRIGHT, MAY 8, 2008 6:17 AM

The most revealing part of the interview was his acknowledgment of the greatness of
Mozart, Kafka, and Picasso... and the fact that he couldn't compete with them.

Unable to match their artistic skill, he expresses himself with shit.

There are craftsman who built cathedrals more than 800 years ago that still inspire awe.

But how will our generation be remembered? Will our feces be proudly displayed
alongside classical Greek statuary?

Many have asked, whether anyone was hurt by this... but when considering art, the
question should rather be what does it say about our culture? No culture can be saved by
putting "artists" on trial. But there can be no doubt that such art deeply impoverishes us
as a society. It enervates our creativity, and creates a world without beauty or virtue. But
sadly, some of you are already too jaded by these works to see this.

#23 POSTED BY ERROR404  MAY 8, 2008 6:47 AM

the guy does scat vids?

jail time for obcenity for 2 girls 1 cup?

In Australia we call people like you WOWSERS

Proffessionally OUTRAGED, and you love it.

#24 POSTED BY EURYALE, MAY 8, 2008 7:50 AM

*But there can be no doubt that such art deeply impoverishes us as a society. It*
*enervates our creativity, and creates a world without beauty or virtue.*

Right, because a few people making scat porn means no one else is making beautiful art
or exercising their creativity at all.

...wait, what?

#25 POSTED BY JEFF, MAY 8, 2008 8:14 AM

One of the modern, established conventions of art is the ethic that art can and should be used to challenge the conventions of the time. We may not like poop-pop-art, but perhaps that's the point. If you can become interested enough in a piece of art to comment about it, then it might very well be "good" art.

#26 POSTED BY BRIAN RUTHERFORD, MAY 8, 2008 8:41 AM

I think Isaacs is pretty clever. Facing possible jail time for breaking the law he was smart enough to con boingboing into a conversation about his 'art'. His lawyer is most likely hitting the printscreen button right now.

#27 POSTED BY ROSETHORNN, MAY 8, 2008 8:58 AM

Brian: While boingboing may be one of the more popular blogs out there that aren't exclusively about videogames, I think you may be getting ahead of yourself by saying artists will use it as a stepping stone to success. ;)

#28 POSTED BY NOEN, MAY 8, 2008 9:01 AM

Pretty much everything Pipenta said I agree with.

I once got into an argument with a woman on Craig's list about Thomas Kinkade. She was going on and on about what a great artist he is and how we shouldn't criticize him because he is "the painter of light!!!". What really disgusted me was her constant complaint that we were persecuting her because she was a Christian (as if we were not) and that she was such a poor victim. Such a poor little white Christian persecuted minority. Not an exaggeration, she literally believed that.

"there can be no doubt that such art deeply impoverishes us as a society."

Perhaps, at least in America, society deserves to be impoverished. A shit culture deserves shit art. Very few things disgusted me more than the media's reaction to the murder of Jon Bennet. It really laid bare at least for me how sick our culture is. The media got off on her murder and pimped her better than any pedo could.

America loves shit. It's media and politicians serve up great steaming plates of shit to the American public and they just love it. They get out their spoons and gobble it up. They look up and they smile, shit oozes from their teeth and they lick those plates clean and beg for more shit. Well then give 'em what they want.

#29 POSTED BY MRFITZ, MAY 8, 2008 9:43 AM

*I do know that the more philosophers you have on any committee, the less likely it is that the committee will actually accomplish anything in a timely fashion. And for some reason, they seem to get into sparring matches with the mathematicians. Which is entertaining, but not productive.*

I've never heard of a committee of philosophers, other than some academic faculty group deciding on what the department is going to spend its money on or what poor schlep is going to be admitted to its graduate program.

As far as getting into scraps with mathematicians, the only thing I can remember is a math student claiming that all logic is really just Boolean algebra, and since Boole was a mathematician, logic is a part of math and not philosophy.

#30 POSTED BY JEFF, MAY 8, 2008 10:30 AM

Noen, one of the nice things about our American culture is that it allows for poop art and everything else too. What we allow ourselves to see and question (is it art?) is just as

important, if not more so, than what our government allows us to see and question.

#31 POSTED BY **DOUBLE ENTENDRE**, JUNE 11, 2008 9:30 AM

What is the deal with the Jews and their "shock art"? Exactly who are they trying to shock? "Mainstream America"? Through movies and television, Jews have *created mainstream America! Ha! They aren't the fringe group they imagine themselves to be.*

I recommend Michael Alexander's book "Jazz Age Jews".

From the Amazon editorial review:
Alexander argues that Jewish outsider status was a theological phenomenon. Jews who migrated from Eastern Europe in the late 19th and early 20th centuries brought with them the belief that "humiliation and alienation were signs of being God's chosen people."
Their stories, as told by Alexander, are "are about making it but thinking you haven't. They are about being there but believing you are held back." They offer succor to all Americans who "despite evidence of their own success, understand themselves best by identifying with those who have least."

#32 POSTED BY **GEOFFCORDNER**, JUNE 11, 2008 9:01 PM

A few posters have said that whether or not this poop stuff is art is irrelevant. Actually, it's all that's relevant because the dude is being tried for obscenity and the just about the only way out for him is to declare the stuff is art. Part of the definition of obscene is that the work "taken as a whole, lacks serious literary, artistic, political, or scientific value."

Whether or not it's obscene is also relevant, because that's the reality of the law. That doesn't mean it's a good law -- but it's still the reality.

Another poster said intent was crucial in determining whether or not it's art. I happen to agree with that personally, but I don't know that I'm ready to declare that a universal truth. I think it's safe to say based on his many interviews that Isaac's intention was to make a boatload of money, and if a better, quicker avenue involved a website of cute pictures of kittens, he'd've taken that route and to hell with the poop eaters and goat f*ckers who no longer feel alone thanks to the social service his videos perform in ending the marginalization of these fetishists.

Isaacs distributed a bunch of poop eating and bestiality videos so that he could make a boatload of money from guys who jerk off to this stuff. They are not jerking off to it because they think it's art. They are jerking off because poop eating gives them a woody. Art never entered the picture until the Feds raided the joint.

At the point when we declare everything to be art, there ceases to be art. I'd love to see these obscenity laws overturned just so we could go back to calling poop eating poop eating and not have to justify it with a bunch of idiotic comparisons to Duchamp...but to call this stuff art...well, if I was on the jury I'd give it a big thumbs down.

Back to the obscenity law: why oh why can't they claim the work has scientific or political value instead of being art? Surely making tons of money forcing people to eat sh*t or getting f*cked by dogs works better as a metaphor for politics than it succeeds as art.

#33 POSTED BY **ANTHONY**, JUNE 11, 2008 9:19 PM

Man! I just got through with a comment session about all this over on the Coop painting post; Institutional theory of art (so "Fountain" by Duchamp is a weird synchronicity), high vs. low, the whole nine yards, and here this thread pops up! But I'm too tired to contribute!
I will add that the Chris Burden piece where he crawls across the glass is excellent. You know he bought air time on commercial TV and inserted the footage into 1970's prime time? How awesome is that? Youtube has the clip:

http://www.youtube.com/watch?v=xyQ8en-la-g&feature=related

Keep in mind this flashed on between Sears ads and commercials for "Dallas" or

Performance artists are pretty ripe for comparison on these threads, I know.

#34 POSTED BY ANTHONY, JUNE 11, 2008 9:38 PM

And Pipenta @21, well put

#35 POSTED BY AVERAGENOBODY, JULY 6, 2008 9:30 PM

I don't considered myself to be an artist and I am not aware of any guidelines commonly accepted for judging whether something is art or not. But if I had to choose on the basis of my sense of beauty alone between, say, watching a flick about some "assassin" or "psycho" running around murdering people by surprise and watching a very beautiful woman take a shit, I believe I would have to go with the latter. Are bodily functions Obscene? I really don't think obscenity is the issue here. Was Hannibal Lecter obscene when he sauteed a piece of Krendler's brain in butter and herbs and fed him a piece of his own body (and later some kid ate some too)? And what about cutting off your face and feeding it to your dogs? Art? Perhaps the department of justice needs to raid Hollywood and Dino De Laurentis Company for producing such "filth". Maybe art and beauty are both within the eyes and ears of the beholders. I say to each his own, leave scat porn alone.

#36 POSTED BY ANONYMOUS, SEPTEMBER 8, 2009 8:32 PM

I support poo porn. Free Ira Isaacs!

Eyrev

#37 POSTED BY ANONYMOUS, SEPTEMBER 13, 2009 7:10 PM

With regards to Scat Porn, I will say this. It is legal to own for a reason. Some people, a lot of people, or most people obviously enjoy to watch the content and may even enjoy it the most when they masturbate. The privacy of these people is suppose to be protected by law. In other words, it is nobody's business what people want to watch. For it to be considered obscene, well, that is a matter for the individuals watching it, and these people that like it probably do not find it obscene and find it erotic. A turn on. These are all issues for Doctors qualified to make an accurate assessment. Not a Judge or jury. They are not qualified. As for the Animal porn. Well, all the sites that operated in the United States were shut down and the others closed down. So the so called Shock Artist may get in some trouble for the Animal Porn, but nothing serious. Maybe some minor fines, because in the past, most of these site owners did not get in much trouble.

## Leave a comment

Sign in to comment, or comment anonymously.

WARNING: Anonymous messages are held for moderation. This could take a (long) while. Or your comment may not be posted at all. Please consider creating an account and logging in. It's fast, free, and we don't spam, ever.

Name:
Anonymous

Comments (You may use HTML tags for style)

| PREVIEW | SUBMIT |

## Subscribe

**BOING BOING**

**AUDIO PODCAST**

Subscribe by email:

| SUBSCRIBE |

## boingboing

**GO HOME**

**ARCHIVES**

*Other Sites:*

**BOING BOING GADGETS**

**BOING BOING TV**

## Extras

**DEFEAT CENSORWARE**

**POLICIES**

**HOWTO: GET A LINK POSTED TO BOING BOING**













This work is licensed under a **Creative Commons License** permitting non-commercial sharing with attribution.

Boing Boing is a trademark of Happy Mutants LLC in the United States and other countries.

SIGN IN   CREATE ACCOUNT

MODERATION POLICY



**A Directory of Wonderful Things**

## The "2 Girls 1 Cup" defense
POSTED BY XENI JARDIN , APRIL 14, 2008 2 24 PM | PERMALINK

Susannah Breslin has as an interesting post up today about an interview on *Adult Video News*, the trade magazine of the adult video industry, with Ira Isaacs, the adult video creator and distributor named in a federal obscenity indictment last July:



And perhaps most interestingly, Isaacs and his lawyer, he says, intend to pursue an unprecedented legal defense. The 2 Girls 1 Cup defense, that is.

Isaacs explains:

"'What it is, is, there's videos all over the internet of millions of people watching this [Two Girls, One Cup] video, and it's a shock video, and people record their reactions...' '[T]he idea is, millions of people are watching this video about girls shitting in each other's mouths, vomiting in each other's mouths, and they are not, I think, obviously looking for prurient interest to masturbate. People are trying to shock themselves, because in today's world, everything is shock on TV...

People need a lot to be shocked these days... What I've done is, I think, really shocked people, and I think that's why the federal government is on this case."

While it remains to be seen how the 2 Girls 1 Cup defense will play out in court, Isaacs is right about one thing. In the 21st century, adult videos may be more hardcore than ever before, but so is the American public's taste for it.

Link to post. Image: Sergey Kovalenko.

Previously on BB:
* Feds hand eight-count obscenity charge to porn producer
(about a related but different case, a more recent obscenity case involving porn producer John Stagliano).

*posted in:* CIVLIB , SEX

FAVORITE THIS! ( 75 )     SEND

OLDER
TODAY ON *BOING BOING GADGETS*

NEWER
FIGURE AT REST INSIDE A LATEX VACUUM BED (VIDEO)

---

**Teens build hybrid airship**
DIGITAL OPEN WINNERS "HYBRID AIRSHIP," BY TEEN ROBOTIC BLIMP BUILDERS



**Advertise Here With FM**
www.federatedmedia.net

### Recent Comments

OMIR THE STORYTELLER ON THE CHIPMUNKS: FROM RAGS TO RI...
"I had a copy of the Chipmunks LP when I was a kid It was red vinyl. My father-in-law was named Alv .."

OMIR THE STORYTELLER ON PHILLIP ROEBUCK: ONE MAN BAND ...
'Am I the only one who was bothered, not so much by the seizure inducing editing (although that was b "

BLAKE:&gt;:GO ON DIGGING THROUGH BABY POO IN TH...
"Scatological fun for all! Must be a great conversation starter, so doctor what is your specialty? .."

BEEDIE ON BOING BOING GUEST BLOGGER: CON...
"Welcome! If I can get my kimchi from a Boing Boinger, then that is what I will do. I love the slog .."

QUERENT ON THE WOMAN WHO CAN'T STOP ORGAS...
"seconded and agreed. especially, "The one course of action I would not recommend is sitting on a di   "

CMACEACHEN ON FARMS AS SKYSCRAPERS...
"Who said anything about soil? As I said in my original post, I'm talking about aeroponics. The sil .."

XENU ON XKCD: VOLUME 0...
"Mine arrived the day of the official release party (coincidentally?) at 111 Mina in SF. It's great .."



**#1 POSTED BY ANTINOUS . APRIL 14, 2008 2:30 PM**

You *are* going to cover the trial for BB, right?

**#2 POSTED BY CHRIS . APRIL 14, 2008 2:35 PM**

I hear either four sets of apocalyptic horse hooves beating, coming closer and closer, or is that Nero fiddling(?). Hard to tell which.

**#3 POSTED BY CWAHLERS . APRIL 14, 2008 3:34 PM**

Well i guess we're all aristocrats, aren't we?

**#4 POSTED BY CHRIS GRISWOLD . APRIL 14, 2008 3:41 PM**

CWahlers = funny.

**#5 POSTED BY HUNTY . APRIL 14, 2008 3:50 PM**

Ladies and gentlemen of this supposed jury, you've heard the prosecutor's testimony. And they make a good case. Hell, I almost felt pity myself! But, ladies and gentlemen of this supposed jury, I have one final thing I want you to consider. Ladies and gentlemen, this is "2 Girls 1 Cup". These two girls are moderately attractive, but they have chosen to spend their time eating poop out of a cup. Now think about it; that does not make sense! Why would two good-looking girls want to eat poop out of a cup? That does not make sense! But more important, you have to ask yourself: What does this have to do with this case? Nothing. Ladies and gentlemen, it has nothing to do with this case! It does not make sense! Look at me. A man's life is on the line, and I'm talkin' about 2 Girls 1 Cup! Does that make sense? Ladies and gentlemen, I am not making any sense! None of this makes sense! And so you have to remember, when you're in that jury room deliberatin' and conjugatin' the Emancipation Proclamation, does it make sense? No! Ladies and gentlemen of this supposed jury, it does not make sense! If two good-looking girls eat poop out of a cup, you must acquit! The defense rests.

**#6 POSTED BY NOAHPOAH . APRIL 14, 2008 4:07 PM**

As The Onion reported in February:

> WASHINGTON— Jaded by the sight of what it deemed "run-of-the-mill" orifices, the nation's pornography-saturated populace released a statement Monday demanding a new bodily opening to leer at. "At this point, staring at an anus, vagina, or beckoning mouth has become so commonplace that it is no more titillating than ogling, say, the human elbow," the statement read in part, its list of demands specifying that the new orifice, wherever its location on the body, must be concealed by some sort of clothing or shroud during the majority of the day, so that the viewer grows more eager for its eventual revelation when its covering is seductively removed. "If at all possible, we'd prefer some sort of self-moistening orifice that grips tightly enough to constrain fingers and foreign objects, but also gapes wide enough to fit a human head." According to pornographic historians, there hasn't been a public outcry like this since 1989, when the nation's mainstream pornographic-film industry pacified its audience by unveiling the first penetrable asshole.

**#7 POSTED BY WEIGHTEDCOMPANIONCUBE . APRIL 14, 2008 4:12 PM**

Last night's rerun of Family Guy was edited to put "Stewie's reaction to 2G1C" back *in*.

Disgusting, yes, but I can't see how shocking it is if you can make jokes about it on broadcast TV.

---

REDESIGNED ON FIREPLACE NAMED WORLD'S MOST R...

"Sorry, but that is one ugly and impractical fireplace. It also must be a very inefficient heater as . ."

SPACE TOAST ON THE WOMAN WHO CAN'T STOP ORGAS...

"She may well be suffering from "just" a psychiatric disorder (if one considers, for instance, a crip ..."

CASEYD ON FARMS AS SKYSCRAPERS...

"population pressure will force some change <a href="http://www.fao.org/news/story/en/item/35571/ico ."

## Don't Miss

**FARMS AS SKYSCRAPERS**

**XKCD: VOLUME 0**

**THE WOMAN WHO CAN'T STOP ORGASMING**

**MY GENERATION: HOW INDIE GAME MAKERS ARE EMBRACING CONTROLLED CHAOS**

**CROP ART IS FOR EVERYONE!**

**GREAT STUFF YOU MIGHT HAVE MISSED**

**SATURDAY MORNING SCIENCE EXPERIMENT: THE GUMMI BEAR GETS IT**

**URBAN SURVEILLANCE AS A GAME?**

**C GRAFFITI**

**TASTE TEST: RED KURI SQUASH**

## GADGETS the latest

**SOMEBODY SHOULD MAKE A PHONE LIKE THIS**

**JOEY ROTH'S CERAMIC SPEAKERS**

**SIDEKICK SERVERS "IMPACTED" BY OUTAGE.**

**LITTLE DOG**

**IF ONLY THESE RETRO FAKE ADS WERE FOR REAL PRODUCTS!**

**INTRODUCING THE KINDLE GUTENBERG BOOKREADER**

**FLOTSAM ROBOTS**

**TECHNICAL ILLUSTRATIONS BY KARL HANS JANKE**

**48CAKE**

**IN FUTURE AMERICA, CAR STOPS YOU.**

## tv latest episodes

**BOING BOING VIDEO: COACHELLA TIME-LAPSE (DIR. RAY KLEIN, MUSIC BY HAWKE)**



@#5 ROFLMAO. ROFLMAO, ROFLMAO, ROFLMAO. KUDOS.

#9 POSTED BY UNDERGROUNDBASTARD, APRIL 14, 2008 5:01 PM

The 2G1C defense, while intriguing, is not, alas, novel.

In United States v. Gugliemi (810 F.2d 451), the 4th Circuit Court of Appeals considered the legality of bestial pornography, sided with Alan Dershowitz' contention that the grossness of the events depicted in the defendant's film, "The Snake F**kers" was so extreme as to not appeal to the prurient interests demanded of the pornography standard. In short, it was so gross it was beyond pornography, which is what the defendant here is arguing.

As an interesting sidenote, the judge who decided this case was notoriously lazy, content to give his verdict to his clerks and let them write the decisions, which he would just automatically sign off on. The clerk for this case wanted to test the boundaries and so transcribed in pretty specific detail what was going on in the movies and, sure enough, the judge signed off on it, forever enshrining it in legal pantheon. The case is notorious enough that it was routinely assigned to a writing class at BU's law school for a bunch of years.

That and In re Satan and his Minions, in which the court denied plaintiffs argument that Satan was responsible for his misdeeds, reasoning that personal jurisdiction couldn't be secured over the dark lord...

#10 POSTED BY PUKEBAZOOKA , APRIL 14, 2008 6:07 PM

Can any legal beagles here define "the prurient interest" in the context of the Miller Test? It seems interesting that concept of "prurient interest" is (seemingly) completely divorced from that of the producer and that of the consumer. Just whose prurient interests have to be appealed to here?

#11 POSTED BY LANDOWNER , APRIL 14, 2008 6:37 PM

Never seen it. Never will.

#12 POSTED BY MIKELOTUS , APRIL 14, 2008 7:30 PM

the 2 girl, one cup is actually quite mild compared to many other beast and scat films out there.

#13 POSTED BY SISTER Y . APRIL 14, 2008 7:34 PM

Still, it should be an OSHA issue, not an obscenity issue.

#14 POSTED BY XLITTLEP . APRIL 14, 2008 8:45 PM

#5 deserves to be enshrined in the comments hall of fame. Imagine if he was actually showing the video to the jurors as he was talking. They would be transfixed on the video with jaws agape, unable to comprehend the outside world, yet still listening to the closing arguments by the late John Cochran. Who knows, one juror's head might explode. But then everyone would snap out of their trance when he turns off the TV just as he says, "Acquit!" And they all would.

#15 POSTED BY BERSERKER73 , APRIL 14, 2008 10:57 PM

You can have my porn when you pry it out of my cold, dead hand. Uh...better make that the other hand.

#16 POSTED BY GRAHAM , APRIL 15, 2008 5:08 AM

BOING BOING VIDEO: SYNESTHESIA, A FILM BY JONATHAN FOWLER.

THEY MIGHT BE GIANTS: "MEET THE ELEMENTS" MUSIC VIDEO (BB VIDEO)

DOCTOR WHO EXIT INTERVIEW: DAVID TENNANT + RUSSELL T. DAVIES, WITH RICHARD METZGER (BB VIDEO)

(BB VIDEO) MIGHTY BOOSH: LIVE AT THE ROXY / POCKET BOOK OF BOOSH (PT. 4 OF 4)

(BB VIDEO) MIGHTY BOOSH, PT 3: SLASHFIC, BOOSH BOOKS, ELEANOR'S NORAD LINK

(BB VIDEO) MIGHTY BOOSH, PART 2: CRIMPIN' AIN'T EASY

BB VIDEO: XENI WITH NOEL FIELDING AND JULIAN BARRATT OF THE MIGHTY BOOSH (PT 1)

BB VIDEO: CARVE STEEL WITH SALTWATER, ELECTRICITY AND A TIN EARRING (POPSCI)

(BB VIDEO) SEND ME A LINK: THE ART OF CASSANDRA C. JONES

45C

Oh, dear God. Stay off my side, Isaacs!

#17 POSTED BY ILL LICH . APRIL 15, 2008 10:48 AM

Is pornography becoming more hardcore because porn-aficionados demand it be more hardcore, or is it for some other hidden reason? I'm thinking of the recent post here on BB where starlings in the UK were ingesting contaminated worms and thus altering the pitch of their voices-- the chemical mimicked a hormone in the birds. We know that phthalates in common plastics mimic human hormones, and may pose dangers to infants (even causing genital abnormalities)-- what if there were other man-made chemicals in our food or water supplies but we assume are harmless but are actually making us more "sexed-up?" Maybe pornography isn't a multi-million dollar business because of loosening sexual attitudes, but rather both are tied to an increase in some substance we are exposed to.

Just a thought.

#18 POSTED BY MANICBASSMAN . APRIL 15, 2008 11:07 AM

there's a defence for 2G1C???

#19 POSTED BY EMORDINO . APRIL 17, 2008 2:00 AM

> prurient interest to masturbate

A truly magnificent phrase. Now, to find some laydees who are into dirty lawyer roleplay...

#20 POSTED BY ANTINOUS . MAY 3, 2008 3:35 PM

Please assume that the above is a malicious link.

I've reported it for removal.

#21 POSTED BY TAKUAN . MAY 19, 2008 6:42 PM

whaddya think? virus?

#22 POSTED BY TERESA NIELSEN HAYDEN / MODERATOR  . MAY 21, 2008 4:49 AM

Ill Lich, I think it's the sorting function of the web. Pornography used to have to aim at a general audience, so you got middling treatments of a few major fetishes and interests. Now it's become easier to identify minority fetishes and market to them. Also, there's a lot more semiprofessional stuff (having no need to have a distribution deal makes it easier), and those productions can get as particular and specialized as they want.

## Post a comment

Login or create an account to comment on this entry.

You can also comment anonymously below:

**WARNING:** Anonymous messages are held for moderation. This could take a (long) while. Or your comment may not be posted at all. Please consider creating an account and logging in. It's fast, free, and we don't spam, ever.

Subscribe                     boingboing                    Extras

BOING BOING                   GO HOME                       DEFEAT CENSORWARE

45-0







But just a dab of MB3 will make me soothing and more effective!

FEEL FRESH. FEEL CLEAN.
EVERY TIME.



USABIDET



poopreport : binosawdra :

**MAIN SECTIONS**
Stories About Poop
2 Girls 1 Cup
Consumer Reports
Fun with Poop
Poop at the Office
Technology
Travel Logs
The Catharsis and
Academic Poop
Home


**POOP CULTURE**
Get Dave's book today!



**RESOURCES**
The PoopReport Oh? Fact
Poop Culture: the Book
Journal of Ass Production
The PoopReport Store
The Septate Shirt
PoopReport FAQ
Best Of PoopReport
Press Room
Advertise!
PoopReport on Myspace
PoopReport on Facebook

**THE B.M.
NEWS WIRE**
"All the poop that's fit to print"

Smelldumelive Ply Snafus
National D-saster (16)
Panda Poo Makes for a
Profitable Penny (4)
Poop Where You Vote (3)
More headlines...

**NEWS AND ADVICE**
Scatalogy Scotting
Poop For Peace
The Summer Shitertise

**FEATURES**
Social Reports
Movie Poop Archive
Toilet Paper Survey
Poopbov
Comics
Poop Contests

**MOVEMENTS**
Scatalogy Scotting
Poop For Peace
The Summer Shitertise

**DISCUSSIONS**
Shit Of My Career
OSCB Oh Poop
Out Of The Characters
First Memory of Poop
More

**REPORT POOP**
Poop Forums
PoopReport Chat
Submit

**SEARCH**

(flush)



**Navigation**
▪ member list
▪ recent stories


**POOP COMICS**

our buddies:

You're sitting in a public place surrounded by strangers, such as the DMV. You have fix your seat and make a farting sound. You:

▢ Act like nothing happened.

▢ Act like the sound came from someone else.

▢ Act like you did, indeed, fart and say, "excuse me," or something similar.

▢ Say, "it wasn't me, it was the chair!"

# The 2 Girls 1 Cup defense: a scat producer goes on trial

Posted 05.08 2008 by Dave

"You talk about art? What is art? Art is what artists do. If it shocks you, it's art. One of the things art should do is make you think and question things."

While the US government seems content (so far) to allow its citizens to read funny poop stories, it has drawn the line at allowing them watch people poop on each other. Ira Isaacs, a fifty-seven-year-old Los Angeles director, will go on trial next month on a 48-count federal obscenity indictment for making films like *Laurie's Toilet Show*, *Mako's First Time Scat*, *Gang Bang Horse (Pony Sex Game)*, and *Hollywood Scat Amateurs No. 7*.

(You don't want to Google those titles.)

But Isaacs isn't pursuing common-sense defenses like First Amendment arguments or the fact that consenting adults should be able to watch other consenting adults poop on whoever and whatever they please. Instead, he's arguing that his work is art, not porn, and thus not subject to decency laws.

"I don't want to say this is porn," Isaacs told Radar Magazine, "I don't think the people watch my stuff to watch sex. They can watch porn for that."

Isaacs elaborates in an interview with Adult Video News (link NSFW): "People don't buy my videos because they want to watch people having sex. Regular porn does that. I need to convince people that mine is serious art."

So he's going to take the stand and argue that Debbie Does Imodium is serious artistic expression. And 2 Girls 1 Cup, as Reverse Cowgirl points out, is going to bolster his case -- because (and our own poll supports this point), the people watching it are not looking to get their rocks off. "People are trying to shock themselves, because in today's world, everything is shock on TV. (...) People need a lot to be shocked these days." People watching 2 Girls 1 Cup, he says, aren't seeking sexual gratification. So the gratification they get can only be artistic.

Isaacs' product is packaged like porn, is marketed like porn, and is consumed like porn. Doesn't that make it porn? Six years ago, I asked the same question to Jed Ela, the artist behind ShitBegone toilet paper. "Your (declared artistic) intentions aside," I asked, "you are making and selling a product. You market something that appeals to a niche. To me, that sounds like capitalism. If you consider ShitBegone art, how do you differentiate it from what Proctor and Gamble does?"

Ela's answer convinced me that ShitBegone is art. So because I'm also convinced that Merde d'Artista is art and Fountain is art and Cloaca is art, does that mean that I have to believe *Hollywood Scat Amateurs* Numbers 1-6 are art as well? I sure hope not. Because that kind of art is gross.

email this page | printer friendly version

*Show some poop support, or make a poop retort.*



**Dave** (12038) -- 05.08.2008
Reverse Cowgirl also calls our attention to a comment on Boing Boing that provides a legal precedent for Isaacs' defense: "In United States v. Guglielmi (819 F.2d 451), the 4th Circuit Court of Appeals considered the legality of bestial pornography, aided with Alan Dershowitz' contention that the grossness of the events depicted in the defendant's film, The Snake F**kers, was so extreme as to not appeal to the prurient interests demanded of the pornography standard. In short, it was so gross it was beyond pornography, which is what (Isaacs) is arguing."

**Herbert** (not verified) -- 05.08.2008
I believe in free speech where art and legitimate cultural expression are concerned. However, this is *not* art; it's simple obscenity, and it's entirely right that it should be prohibited.

**daphne** (5136) -- 05.08.2008
I had to redo my response. When re-reading, I noticed that Dave said it was packaged as porn, but intended as art. If this is so, that's a mixed message.

On the other hand....

I'm not arguing for or against, but I am asking the question *why is it indecent and PR is not art *to correct why it should be prohibited. We are, after all, on a poop humor site. There are people who think WE'RE indecent and gross. Are they right just because it's their opinion, these people most past about once a day stating we're freaks? And why is Herbert's opinion what's legitimate and what's not important in the scheme of things, or mine, for that matter? While I'm all for having common sense and being pragmatic, this concept that we determine what others do seems mighty egotistical. I think alot of performance is stupid, but it's not my favorite type of art.

Is it obscene because it's a behavior that is illegal in public? Toxic? Unhealthy? If so, I want to see that type of thought, the rationale, the follow up, instead of just the initial knee-jerk reaction. I may have to check out these links closer later on today.

**BUTTPLUGS**
PoopReport's Marketplace

**What horror lurks beneath the lid?**
Buy Monsturd on DVD direct from PoopReport!
poopreport.com

**The Poop Business Card Holder**
Don't let your boss see it...

**It's like PoopReport, but in book form.**
Get *Poop Culture*: the first book by Dave Praeger, editor of PoopReport.com.

**Your ad here!**

**Recent comments**
▸ Ab. Poopreport How Do I Class My Damme? (17)
▸ Up To Hg Colony in 1:17!
▸ SmeldersmeTwo Ply Scarce National Quester Adds
▸ Fane Poop Story: An Odd Letter Addressed To You (143)
▸ A Poopreport Short: Wings And Wishes (2)
▸ Fun and try to you one, Mum makes (4)
▸ You are more to Be Mur (2)
▸ yes, lm accee as the E (217)
▸ The Baht Test Just by Many European Worum Amerique (206)
▸ Flying With Ammo 1st Boy (26)

**Who's online**
There are currently 1 user and 308 guests online.

**Online users:**
▸ ___morg9

**Highest Users**

| user | points |
|---|---|
| Dave | 12038 |
| daphne | 5136 |
| prane dooon | 4544 |
| ChiefThunderbutt | 4186 |
| The Shit Volcano | 3818 |
| B (oppump | 3084 |
| Lnaam | 2834 |
| GottaGoGirl | 2615 |
| The Dumpster | 2523 |
| sittingpretty | 2479 |
| The Brt Wiper | 2302 |
| MSG | 1824 |
| Thunderbox | 1677 |
| donker | 1581 |
| ChikKahKah | 1528 |

See all users ranked by points
Browse content by Author
View some statistics
Learn more about userpoints



THE MOVIE POOP SCENE ARCHIVE

obviously apparent, but slippery still.

Oh, one last thought........ there is a worse case of performance art going on right now. Some 'artist' has chained up a skinny dog and is not feeding him as performance art in South America. I think it's cruel, and he's come under the fire of many groups. I want to kick the guy in the balls. However, is he saying "you see this in the yard next door and do nothing - why is this different?" and if so, is the dog going to make people think why one thing is OK and the other is not? If it's all supposed to make you think or be shocked, as much as I hate it, I cannot deny performance art has a goal to the artist that might not be so obvious as first glance. It took me a few days to come to the conclusion that many people who are totally off the hook about the dog might not be so concerned with dogs chained up in their own neighborhood, and those people could use a little shock value to get them to take action in their own areas.

.....hugging bunnies since 1969
www.daphneszoo.com

Bilgepump (3084) -- 05.08.2008
The adage that "beauty is in the eye of the beholder" couldn't be more true, at least for me. I dislike most "art" just because somebody else tells me it IS art. I don't even like some of the classic stuff...Mona Lisa is one ugly bitch, in my opinion, and Picasso can't hold a candle to my brain damaged, retarded nephew, who is a whizz with a blue crayon. TGIC can be what ever the hell the viewer wants it to be. Scat films, same, but I'm not gonna look at 'em, they don't turn me on, nor do they inspire any other emotion other than disgust, from me. But thats simply my opinion.

daphne (5136) -- 05.08.2008
They disgust me, too, and I totally agree with your point of view. And yet as always, I want to know why something is banned, or labeled, or charged with 6 obscenity counts. The moment we stop caring why things are labeled the way they are - not appropriate - even if it's shit art - is the moment our freedoms start to disappear. Question authority.

.....hugging bunnies since 1969
www.daphneszoo.com

lauren54 (70) -- 05.08.2008
That's sick, I agree with Dave in that if its packaged to look like porn it is porn.

"I'll shit when I please, not when you tell me to." Nelson Mandela

The Shit Volcano (3818) -- 05.09.2008
Gang Bang Horse (Pony Sex Game)... Uh, from the sound of the title, this doesn't sound like art to me. It sounds like animal abuse.

Sorry I don't have any long, witty speech about it (because daph, Bilge, and Dave have already said much of what I might). I don't have a problem with two consenting people doing whatever the hell they want to each other (as long as I don't have to watch), but when you bring animals or kids into it, I have a problem.

Born right the first time.

baron von crapalot (656) -- 05.09.2008

Ms. Biko, are you related to the man S. Biko?

Did I just fart?.... hope so!

Frank2401 (206) -- 05.09.2008
I'm with The Shit Volcano on this one- Two consenting people doing whatever...
However, if I catch any Poop reporter's watching any of this revolting filth, I will have to call your mothers and have you grounded for a month.

Leave comment!
Trialjunky (not verified) -- 05.09.2008
Dave
your common sense approach to the first amendment is a nice thought
However would not be let into this trial because the "Obscenity" law is not on trial
but whether Isaacs broke the law with his films.

I came across this site, when I was googling the Isaacs trial
There are many web blogs discussing this trial and most support Isaacs

The funny and maybe ironic thing is that- Your site which promotos pooping in your own pants
as fun and important. would be so against this Isaacs guy

I think most of you should reexamine your relation with shit - at least Isaacs makes money
with his art

Bilgepump (3084) -- 05.09.2008

Trialjunky, you insulted me by saying that I am posting on this site to make money. If you change have studied this trial, you would find that outside of a few anonymous trolls, NO ONE here promotes shitting their pants as fun or important. You probably ought re-examine your own line of bullshit.

Lame comment!
**trialjunky (not verified) -- 05.09.2008**
Bilgepump
I'm sorry I insulted you
But notice, you had nothing to say about the substance of my post
Could it be, you were pooping in your pants while writing your post
and meaningful comments will follow as soon as you wipe your
ass

Logjam (2834) -- 05.09.2008
Trialjunky. Folks on this site are constantly examining their
relationship to shit, but not only shit. I know I frequently think
of all the money I could earn if I used the time I spend here making
doilies or pornographic movies. But I fail to see how this has
anything to do with whether I regard Isaacs work as art or not or
whether I think he's broken some law. (Oh, hi Bidge. Want to have
another pants pooping contest?)

Bilgepump (3084) -- 05.09.2008
Oh right, the season is coming up, we really should get back into
training, LJ...I'm thinking we could take the tag team titles this
year. It is important, you know?

Logjam (2834) -- 05.09.2008
It's important AND fun. I also think we should re-examine our
relationship.

Bilgepump (3084) -- 05.09.2008
I'll get on that as soon as I re-examine the toe nail fungus I'm
battling, its also important, and fun.

Logjam (2834) -- 05.09.2008
I've had that fungus shit for years. I'm holding out getting the
anus bleached until I get the toe nails looking good again.

Bilgepump (3084) -- 05.09.2008
I'm right with ya. Oh, I got some really cool new beads for my ass
corn rows...its gonna look great with my spangly thong during the
pants shitting competition.

Logjam (2834) -- 05.09.2008
We do have to remember this year to save something in case we have
to go extra rounds. I was humiliated last year to walk out of the
ring after round 3 with perfectly clean pants. I could have died
right on the spot.

prarie doggin (4544) -- 05.09.2008
Boys, let's not forget the spanking competition that will (this
year) directly follow the pants shitting. I'm so excited.

Logjam (2834) -- 05.09.2008
Spanking. Wow. So Di must be on the organizing committee this year.
(I thought it was unfair when they banned her for 2 years for
videotaping signals from the competition.)

prarie doggin (4544) -- 05.09.2008
Yup, she's working on a pentathlon. Who needs to go to Bejing.

The Shit Volcano (3818) -- 05.10.2008
Trialjunkie, so, let me get this straight. Making money makes
Isaacs' "art" okay. Making money butt-raping a horse.

If I were to be paid five thousand bucks to rape a child and call it
performance art, would that make it okay?

Born right the first time.

baron von crapalot (656) -- 05.10.2008

Ouch! TSV, on the money, as usual.

Did I just fart?.... hope so!

trialjunky (not verified) -- 05.10.2008
first no horse got hurt. just a blow job from a beautiful girl.
I can't say that much form the horse that was killed at kentucky
derby

Second,. Isaacs did not make the film, just sold it

What makes it art is a lot of people are discussing the subject
mater
asking question, examining ideas,

I think a lot of peoples thing that if its art, it must be good art
Art can totally be tasteless but its still art if it challenges the
viewer.

even in a negative way

trialjunky (not verified) -- 05.10.2008
Also
everyone in these films were consenting adults
child rape is not

Artful Dodger (394) -- 05.10.2008
*trialjunky (not verified) -- 05.10.2008*
What makes it art is a lot of people are discussing the subject
mater
asking question, examining ideas,

I'm sure this makes for interesting discussions in whatever avant
garde circles you run in, trialjunky, but all the discussion I've
heard on the subject seems limited to "Ooooh, nasty! She's eating
poop!/blowing a horse!"

How does that further the scope of artistic development?

Not art.

trialjunky (not verified) -- 05.10.2008
just because you don't like the idea being discussed ( which again
is so
ironic to me, since this is a site devoted to people pooping )
or you feel its not art doesn't make it so.

This site POOPREPORT could be charged with obscenity as well
Would you then scream its art if it was your 1st amendment speech
was taken away and you were put in prison

phatmanxxl (545) -- 05.10.2008
It all comes down to if you think its offensive then don't watch it.
Its all consent and staged. Its just another attack on our freedoms
and censorship. PR may be next.

Great comment! +1 point
daphne (5136) -- 05.10.2008
trialjunky,

Poopreport.com is not necessarily dedicated to people pooping. It is
dedicated to the intellectual appreciation of poop humor. It's the
concept that everyone poops, from world leaders to rubbydubs to New
Zealand bushmen, that this website strives to express, and topical
observations - like yours at the moment - are exactly the type of
mentality we want to challenge, and hopefully change.

Please consider that this site is more than just a "poop site".

*.....hugging bunnies since 1969*
www.daphneszoo.com

baron von crapalot (656) -- 05.11.2008

Amen to that!

*Did I just fart?.... hope so!*

Great comment!
Herbert (not verified) -- 05.11.2008
PoopReport is not obscenity in any sense, so Trialjunky's purported
comparison above is ludicrous. It's debatable where the line should
be drawn between legitimate expression and obscenity, but under US
law the relevant test is that laid down by the Supreme Court in
Miller v California (1973). The test has three parts:

1. "Whether the average person, applying contemporary community
standards, would find that the work, taken as a whole, appeals to
the prurient interest" - in other words, would Joe Average consider
it to be porn?
2. "Whether the work depicts/describes, in a patently offensive way,
sexual conduct or excretory functions specifically defined by
applicable state law" - self explanatory
3. "Whether the work, taken as a whole, lacks serious literary,
artistic, political or scientific value" - this is a question of
fact for the court to decide, so it's difficult to determine in
advance.

The Supreme Court has made clear that obscene material which meets
the "Miller test" is NOT protected by the First Amendment, and that
federal and state obscenity laws ARE enforceable. Freedom of speech
is very important for political, religious and cultural expression,
but it is also necessary to protect society from the detrimental
effects of porn. If you disagree with federal obscenity laws,
contact your local Senator or Congressman, or vote for someone who
will change them; don't blame the authorities for enforcing the law
as it stands.

baron von crapalot (656) -- 05.11.2008

I like it, although I doo have one minor problem

".... detrimental effects of porn..."

That statement in itself is an assumption.
Porn, per-say, is arguably the same as poop. Accepted in some
cultures, and not in others.
Yet, sex, the act, and nakedness are a common human pursuit.

If the above is true, then by way of default, you argue that poop is

detrimental.

*Did I just fart?.... hope so!*

**Herbert (not verified) -- 05.11.2008**
That's a legitimate point of view; however, the fact remains that
the US does have obscenity laws at both the federal and state
levels, because its democratically elected legislatures have
determined that hardcore porn is detrimental to the interests of
society. As I said, if you disagree with that you are free to
complain to your senator or congressman. But it isn't, and shouldn't
be, a constitutional issue.

Personally I am against porn. I may be something of a hypocrite on
this issue, since I will admit to having looked at porn in the past.
However, on reflection I do feel that it's morally wrong and
exploitative, and that it shouldn't be encouraged as an industry.

I think your statement that "porn is arguably the same as poop" is a
false analogy. Defecation is a function of the human body which
everyone MUST perform, whether they like it or not; thus it cannot
be no morally wrong in itself, and no society would make that claim.
The issues surrounding poop are to do with social etiquette and
public decency, not morals. With porn, on the other hand, the issue
is a moral one; is it morally acceptable for people to download/look
at porn in the privacy of their own homes? The answer, according to
the moral consensus of US society, is evidently No.

**prarie doggin (4544) -- 05.11.2008**
BVC, if they taught math equations like that when I was in school, I
would probably be a nuclear physicist by now......or a pervort.

**baron von crapalot (656) -- 05.11.2008**

Post Script: (kinda)The very concept of a offloading a butt spud
being a detrimental act, is causing me great mental anguish, IBS
would dictate that offloading is an urgent requirement.

However, if I offload, am I being detrimental to myself, or worse,
others.

This very thought, only serves to worsen the IBS and therefore
increase the need to offload *now*.

But given this scenario, am I now at risk of being even more
detrimental to myself (or others- 'detrimental' effect was unclear
in the original post)

We now find ourselves in a position worsening at every synaptic
pulse.

Something has got to give.

Doo I reach for a cup, a cork, the nearest copy of the Enquirer?

This, to a large degree re-enforces a previously posted theory
regarding getting something from nothing.

Steve got it right, Quantum theory does it every time.

*Did I just fart?.... hope so!*

**baron von crapalot (656) -- 05.11.2008**

Herbert, surely though, the sex act is also a 'must', after all, if
we all elected on mass not to indulge, then we would rapidly negate
the need to poop, given that there would be none of us left. We, by
that premise, should, and in-fact, are obligated to 'bonk like
rabbits' so poopetuating the need for toilets. The link between the
two is irrevocable. Regardless of the law (and a countries law helps
define, yet is driven by its culture) of any one country, poop and
sex are, bodily functions that varying cultures view in
different ways. I am not for on second suggesting that the two are
connected in the same time space, or as one single event, more so
that the attitude to both, across cultures varies needlessly. We all
do both at some point. I find it difficult to conceive that any one
person on the planet has not at some point in their lives, shoved
their hand down the front of their pants and had a private eureka!
moment.
Did I just fart?.... hope so!

**baron von crapalot (656) -- 05.11.2008**

ooh! and

"is it morally acceptable for people to download/look at porn in the
privacy of their own homes? The answer, according to the moral
consensus of US society, is evidently No"

If this was the case, then why has sex been the biggest industry on
the planet since God was a boy?

I'm off to read this months Playboy!

*Did I just fart?.... hope so!*

**Bilgepump (3084) -- 05.11.2008**
I'd dearly like to know how Herb, a conscript in the Queen's Army,
had the time and wherewithal to take a moral consensus of the United
States.

**daphne (5136) -- 05.11.2008**

read through your excellent and thank, therefore for posting that information. I'm glad you did. I haven't had time to read it in depth, but you can be sure I will later.

I don't have much to add, except to comment on baron's post above mine, that the moral consensus of US society says it's not OK to download porn. Let me tell you what I saw on tv about 2 years ago that makes me think this statement may be flawed.

This guy who owned a porn shop in Utah was under attack because his shop was considered to be an affront to the community and town in which it was located. The Mormon community composed roughly ninety percent of that particular population, and they were wicked pissed at this store owner. They said "He should go, because this is not a porn community."

Want to know how the porn store combated this attack and won? It was enlightening.....

The cable company couldn't give him names and account information, but they could give him anonymous percentages. At a town meeting, he and his lawyer showed that, according to the cable company, over fifty percent of the town's population was buying late night porn on their cable accounts. And that meant even if the ten percent of the community that wasn't Mormon was in the fifty percent of those buying porn, forty percent of the population absolutely livid at this guy for having a public porn store were buying porn themselves. His response? He would leave if the community wanted him to, but then that meant the cable company would also have to withdraw porn availability to that area due to what they were attempting to vote on, that porn should not be available within the city limits.

He stayed, obviously. No one was willing to vote the cable company take porn away.

The point is that the moral consensus most likely has dogshit for credibility. We say one thing in public, but in the dark, private, depths of our tv caves and computer rooms, we whack it like mad bastards, pulling our puds and fapping for all it's worth. We just don't want to tell anyone or admit it. For this reason, I don't believe in the concept of moral consensus because you can't prove the polls are accurate or truthful.

_____.....hugging bunnies since 1969_
_www.daphneszoo.com_

**Herbert (not verified) -- 05.11.2008**
(To Bilgepump) Let me clear a couple of things up. Firstly, I am not a "conscript in the Queen's Army". I am an Officer Cadet in the Officers Training Corps, a British Army-sponsored organisation which teaches basic military skills to university students. ( See http://en.wikipedia.org/wiki/Officers_Training_Corps ) I'm not a professional soldier or anything close to it. But that has absolutely nothing to do with anything I'm saying here.

Secondly, I did not purport to "take a moral consensus of the United States". I was pointing out that Americans have elected legislators at the state and federal level who have seen fit to enact obscenity laws which limit the availability of porn. One of these is the law which prohibits the sending of obscene material through the post, under which the operators of www.girlspooping.com were prosecuted a few years back (as PoopReport reported at the time).

**Bilgepump (3084) -- 05.11.2008**
Show some of those laws purportedly enacted, junior. Porn is available every where I turn, I just don't have much use for it. Might do you some good though, tell me where to send it.

**Herbert (not verified) -- 05.11.2008**
I just cited one. Read my post again: "One of these is the [federal] law which prohibits the sending of obscene material through the post, under which the operators of www.girlspooping.com were prosecuted a few years back (as PoopReport reported at the time)."

Many US states also have obscenity laws on the books. In Miller v California (which I cited above), the relevant provision was California Penal Code 311.2(a), "knowingly distributing obscene material".

Unfortunately, in Reno v ACLU, the Supreme Court struck down (on First Amendment grounds) obscenity-related provisions of the Communications Decency Act, which would have been a valuable weapon in fighting the flood of Internet porn. Online porn is also difficult to ban or regulate because of the nature of the Internet itself. Thus, though the Internet has done many good things for society, it's also dramatically increased the availability of porn, which is a bad thing.

**Bilgepump (3084) -- 05.11.2008**
Herbert, I'm being very serious. I applaud your efforts and diligence in your argument, and make some valid points, but I'm not sure you have a full understanding of the 1st Amendment, (that you cite refering to Reno vs ACLU), nor do I think you have a grasp of the morality, or lack thereof, regarding porn, obscene materials, art, et al. At least the morality of this country, which, in my opinion, should never be legislated, since my morality will never equal yours, or Daphne's, or prario Doggin's or Long Jan's, (well, maybe Long Jan's :). Morality is unique in every individual, and while society (in the US) loosely blankets a basic, simple, moral code that is easy enough for MOST folks to swallow, there are still those who screech religious persecution for what I deem morally wrong (ie: the fundamentalists of the Mormon Church that find bigamy and child marriages ok, in fact encouraged). This is, perhaps, a poor example, because we DO, in fact, have laws against that very behavior, but I hope it makes my point, sort of. Not beating on you,

..., you did not say, do an email post/public pm, and be
willing to do some homework to back up your statements. I like that,
and respect it, alot.

prarie_doggin (4544) -- 05.11.2008
Thanks for standing behind me Bilge...I think.

baron_von_crapalot (656) -- 05.12.2008

I think there is something we are missing here,

Just because America feels that something is correct or not, does
not make it so.

No one nation has a blanket decision on any topic of debate.

Quoting American law in a forum that is basically engineered to
'standardise' a certain basic bodily function, is narrow minded at
best.

Or, was it that the whole point of the PR has been overlooked?

Somebody send him a freebie copy of Dave's book for being such a
good sport, and for having more than a few braincells to rub
together!

Good stuff (I'd send him one but I'm broke!)

_____
Did I just fart?.... hope so!

prarie_doggin (4544) -- 05.12.2008
BVC, I hate to say it, but America is always right and you're just
jealous.

baron_von_crapalot (656) -- 05.12.2008

I'm telling my mam on you!

_____
Did I just fart?.... hope so!

baron_von_crapalot (656) -- 05.12.2008

*The Grand Baroness enters the room, to find poor little BVC on his
knees and crying*

'Boy?, Ay said Boy?'

'Yes mam?'

'Why would you cry so?'

'Its... Its... Its him'
*Points virtual finger*

WHOOO? HIM?

'Yes mam, he's been a'pickin awn me'

'What?!! speak English boy' *Clip around the ear*

'Ouch! thanks mam'

'Who? this little rapscallion calling himself PD?'

'Yes mam'

'Stop being a softie and get on with it boy'

*other ear now clipped*

'I must apologise Mr. PD, my son has a weak way about him, here,
take this threepence and get yourself a kebab and a beer'

'But mam...'

'Shut up boy, you have embarrased me enough, now what chance do I
stand with PD, now that your father has moved in with Daphne?'

'Butt mam, Daphe only looks after animals.'

'EXACTLY - now shut up and pack your bags, you are off to Blackpool
for a week with uncle Baron, and don't forget the wet wipes, you'll
both need them'

Boy? BOY?......

_____
Did I just fart?.... hope so!

prarie_doggin (4544) -- 05.12.2008
Does this mean I'll soon be royalty?

daphne (5136) -- 05.12.2008
By the way, your father's litter box was filthy.

_____
.....hugging bunnies since 1969
www.daphneszoo.com

baron_von_crapalot (656) -- 05.13.2008

Daphne, sorry about dad's litterbox, the servants refuse to help out
anymore, something about '..a hazmat suit..'

Pat, PD, I think you could be in luck here, almost in Camilla
Parker-Bowels kinda way!

Did I just fart?.... hope so!

baron von crapalot (656) -- 05.13.2008

Daphne,

"The point is that the moral consensus most likely has dogshit for
credibility. We say one thing in public, but in the dark, private,
depths of our tv caves and computer rooms, we whack it like mad
bastards, pulling our puds and fapping for all it's worth. We just
don't want to tell anyone or admit it. For this reason, I don't
believe in the concept of moral consensus because you can't prove
the polls are accurate or truthful."

Nothing less than brilliant.

Did I just fart?.... hope so!

CC (not verified) -- 05.14.2008
Google Kermit the Frog reacts to 2 Girls one Cup

prarie doggin (4544) -- 05.14.2008
BVC, Camilla parker Bowels??? I may be a lowlife, but I'm not a
horse thief!

The Thunderous ___ (741) -- 05.14.2008
There is a porno star with that name prairie? Would be a great name
for someone into scat. I don't know,its one thing to watch girls
peeing. But this is a little over the top. However what people do in
the privacy of their own home is their business. I dont want someone
to come into my house and judge me BASED on the PORN I watch. I dont
think I watch anything REALLY abnormal I am NOT into scat OR
barnyard animals or anything like that. BUT if they crack down on
ONE group then who is to say they wont come after everyone. Its just
like taking away a nude beach because you have people who can't
control themselves and leave condoms and porn magazines littering
the beach.

The Thunderous Crapper 63 Enjoying home toilet advantage since 2004!

prarie doggin (4544) -- 05.14.2008
Thunder, I couldn't agree with you more. I'm on my way now to clean
up my litter.

daphne (5136) -- 05.14.2008
CC, I just watched the Kermit video. Aagh! Thank you so much, that
was hysterical! Did you see the video after that where he showed it
to Rowlf? It's not as funny, but it still made me laugh.

.....hugging bunnies since 1969
www.daphneszoo.com

baron von crapalot (656) -- 05.15.2008

Goddammit! watched it, hilarious!
My childhood however has just been ruined._____
Did I just fart?.... hope so!

CC (not verified) -- 05.15.2008
I'm a dog.I eat my own shit all the time.Woof!
The hysterical aspect of The Kermit video is their use of profane
language destroys the pristine image we had of them.It was almost
like seeing Pamela Sue Martin and the late Dana Plato pose for
Playboy.Imagine how funny it would be if Daffy Duck cursed out Bugs
Bunny.

spandexman (not verified) -- 05.15.2008
Ironically the largest pornographers are huge corporations like
General Motors, Verizon, hotel chains, etc.
The phone books are filled with escort service ads, the phone
company gets a percentage of 900 calls and allows them to be billed
on regular phone bills, hotels offer dirty movies on their tvs. and
General Motors owns the station. You would be amazed at to local
business that own the building where strip joints, dirty movie
theatres, and porn shops are, and have no problems collecting the
rent money. A lot of people make money in the pornography business,
so to be against some little guy strikes me as odd. No one goes up
against the phone companies or hotel chains about their making big
bucks.

The Shit Volcano (3818) -- 05.16.2008
Interesting point. Perhaps this is a case of corporate conspiracy.

Born right the first time.

baron von crapalot (656) -- 05.16.2008

spandexman, you have hit the nail on the head, so to speak. Your
comment re-affirms the premise that porn is a massive, yet as Daphne

understand our attitude toward taboo. Taboo, let's remember, it was
about peoples attitude toward that which is perfectly natural. By
design we are engineered to look, ponder etc. the female form (and
vice versa) just as 'by design' we all poop. Funny that we, and I
use 'we' loosely, given cultural variants, seem to have the same
attitude toward the 'act' as we do poop.

"I would never doo that!"

_____
*Did I just fart?.... hope so!*

**Herbert (not verified) -- 05.16.2008**
Well, I think porn is a major problem for society. It's an
exploitative industry, just like prostitution. It's also worrying
how easy it is for kids to get hold of porn in these days of the
Internet.

Pooping, on the other hand, is an essential function and there's
nothing wrong with it (though there are still plenty of times when
it isn't socially appropriate to talk about it) but that's an
etiquette issue, not a moral issue).

baron von crapalot (656) -- 05.16.2008

Herb, you just ain't getting it are you. sure, kids & porn need to
be policed, butt thats not what we are talking about. The issue is
peoples attitude to poop, we all doo it, and it can be analogous to
our attitude towards porn/sex etc.

Plainly you have an objection to porn.

That objection is the very thing or concept, that PR aims, through
humour, to dispell, not, I stress about porn, butt about poop.

"It's an exploitative industry, just like prostitution"

the only exploitation, is that the 'artists' inflict on those that
choose to pay for it.

*thumbs through a copy of porn stars turned prostitutes weekly* (or
even strongly)

_____
*Did I just fart?.... hope so!*

prarie doggin (4544) -- 05.16.2008
BVC, don't forget the "silent victims" here. I'm speaking of our
little brown friends. They do a service of ridding our bodies of
wastes and toxins. They often cause us enough pleasure upon exit to
make us scream to the heavens. Ok, an occasional rogue one or two
trys to cause us embarrasment or discomfort, but we profit hansomely
from these ruffians right here in PR. And what, may I ask you, do we
do with our little friends? We literally flush them down the toilet!
Talk about exploitation! I need a drink.

baron von crapalot (656) -- 05.16.2008

Yep, I know, the poor little shits never get a mention.

*where is the Glenfidic*

_____
*Did I just fart?.... hope so!*

daphne (5136) -- 05.16.2008
Spandexman makes some nice points, but they don't really refer to
the guy in question in the newswire. He's not being persecuted
because he's the little man, he's being prosecuted because he's
trying to pass off his scat porn as art. These two points are
different.

_____
*.....hugging bunnies since 1969*
www.daphneszoo.com

Turdle Dove (85) -- 06.19.2008
I know this post is old and so are the arguments, but I just needed
to add my two cents, so to speak.

The Supreme Court held long long ago that obscenity was not
protected speech under the First Amendment. Herbert correctly stated
the Miller test as the current test for whether a particular act is
obscene. As for me, I am a radical feminist complecely opposed to
pornography as it exists today, but I think it should be protected
speech just like PR is. I don't think there should be any obscenity
exception to freedom of speech. The government should limit all
regulation of porn to the criminalization of child pornography, and
leave the rest alone.

But I digress. I wanted to add a few interesting tidbits on
obscenity and the Supreme Court. In the 60s and 70s, the Court heard
many obscenity cases. There were hundreds and hundreds of writs of
certiorari on obscenity cases, and they included the actual evidence
used for the obscenity prosecutions -- like the pornographic film or
magazine. Every year, on one day all the justices and their clerks
would gather in the basement of the Supreme Court building to watch
each and every film (to determine whether to grant certiorari,
presumably). They'd actually watch all this porn. A few of the
justices didn't like it so much, but others, like Justice Marshall,
cracked jokes the entire time. At one point during this period, one
of the justices (can't remember which one) pointed out how
ridiculous it was that 9 really old men had the authority to decide
what material was morally acceptable for the entire country.

baron von crapalot (656) -- 06.19.2008

My brother is a lawyer, and a very fundamental concept about law, he
continually refers to, thus; "The law is an ass"

Now in the UK that means a Donkey hybrid, very stubborn and usually
wrong.

In the US people tend to think the law is infallible. Unfortunately
history shows that this is not true. Infact you can apply that
comment to the law of any land, butt it was more about Americans
attitudes to infallibility.

The law is an arse?

Did I just fart?.... Oh shit! NO!!

Turdle Dove (85) -- 06.21.2008
In many ways, baron, the law is what nine Justices say it is. Yes,
stare decisis is a major factor in each decision handed down, but
sometimes it's overlooked for various reasons. I think Bush v. Gore
was the worst Supreme Court decision since Korematsu v. US (WWII
Japanese-American internment camp case). Bush v. Gore is the
ultimate example of five justices deciding the fate of our country
based on political affiliations. The Court completely disregarded
all of its previous jurisprudence on refusing to hear cases
involving a "political question."

What pissed me off more than anything was a statement made by
Kennedy within the last two years or so. The justice admitted he
CRIED over the decision and later realized his mistake, or
questioned his vote, or placed some major doubt on his vote (can't
find the article after searching the internet for a bit, sorry). His
publicized statements on this made it clear he was trying to
manipulate the public into feeling sorry for him and the difficult
decisions one has to make as a Supreme Court Justice. The public
doesn't care about a justice's personal anguish over a decision that
destroyed our country; we (well, at least I do) care about what
motivated him to vote in the majority in the first place!!! It was
entirely POLITICAL. The justices were well aware that their decision
essentially replaced a democratic election, and yet they disregarded
the Court's own rules on authority to hear certain cases. I was
pissed off for days after I read the news article on Kennedy's self-
pitying mistake.

Yeah, this is a rant on Bush v. Gore and completely off-topic, but
whenever that case pops into my head, I have to bitch about it.
Studying the case in law school was infuriating just to get through
the opinion, and it's even worse seeing the case on the bar review
materials I'm currently studying.

baron von crapalot (656) -- 06.24.2008

*In many ways, baron, the law is what nine Justices say it is.*

Not in the UK! (or anywhere else as far as I know)

Butt I appreciate your rant.

Did I just fart?.... Oh shit! NO!!

Squat-n-leavout (766) -- 06.24.2008
Perhaps I am confused. Were the participants over 18? Was anybody or
anything harmed? Any threats or coercion involved? Will I, or
anybody else, be forced to watch it? If the answer is no, then why
would there be a trial? Sounds like it is just in bad taste. (and
probably taste bad)


## Post new comment

**Your name:**

Anonymous Coward

**Robot-blocking question:**

Prove you're not a spambot: what bodily function is this site about? Four letters, begins
with p...

**E-mail:**

The content of this field is kept private and will not be shown publicly.

**Homepage:**

**Comment:** *





Kindle Wireless
Reading Device, Wi-
Fi, Graphite, 6" Di...
Amazon.com
New $139.00

Privacy Information

 

**Click For HOW Cafe Via Mobile**

**Enjoy & Appreciate HOW Cafe? Please Spread The Word & Donate If You Can. ~ Thank you**

| Home | PHOTO GALLERY | MEMBER BLOGS | (HOW SQUARE) | HOWs AFFILIATES | DONATE TO HOW CAFE |
|------|---------------|--------------|--------------|-----------------|---------------------|

HOW Cafe > **Community Center** > **Fire Pit - Politics &** potentially heated topics
↳ **Is It Art, or just Crap. Art vs Community Standards.**

User Name: User Name   ☐ Remember Me?
Password: _____   (Log in)

(Search)

| Register | Members List | Calendar | Today's Posts |
|----------|--------------|----------|---------------|

---

**Notices**

**The banner below displays HOW Cafe/Club99 eBay Sellers & using it helps HOW as well.**
*(Please check "Search Description" to view all, eBay's widget no longer brings them all up.)*
*(Add "HOWCafe" to your ebay listings to be included.)*

  George Alevizos Mail Sale Number 13 Rare ...   $10.99   10h 53m    Vtg 50s Girls PARTY Dress Sz 12 30"B Unc ...   $8.99   11h 41m

View all 187 items on eBay                                                                     disclaimer

**Please Check Out...**
**HOW Square**
**For Gift Ideas, Everyday Items & An Occasional HOW Fundraiser.**

---

Is It Art, or just Crap. Art vs Community Standards.

Fire Pit - Politics & potentially heated topics

(REPLY)

---

**Thread Tools   Display Modes**

📄 06-10-2008, 09:15 PM                                                                          #1

 **Powerhouse** ◉
Life - with a laugh track

Join Date: Jun 2007
Location: Jacksonville, Florida
Posts: 8,950
HOW Square Rating 100% (1)
Blog Entries: 7

Thanks: 1,128
Thanked 1,862 Times in 1,314 Posts

② **Is It Art, or just Crap. Art vs Community Standards.**

I put this down here due to the content and possible controversy.

http://www.newsday.com/news/nationwo...,7181848.story

Quote:

> LOS ANGELES - **What violates community obscenity standards** in the nation's reputed pornography capital? Federal prosecutors think they have a case.
>
> **Ira Isaacs readily admits he produced and sold movies depicting bestiality and sexual activity involving feces and urine.** The judge warned potential jurors that the hours of fetish videos included violence against women, and many of them said they don't want to serve because watching would make them sick to their stomachs.
>
> "It's the most extreme material that's ever been put on trial. I don't know of anything more disgusting," said Roger Jon Diamond -- Isaacs' own defense attorney.
>
> The case is the most visible effort of a new federal task force designed to crack down on smut in America. **Isaacs, however, says his work is an extreme but constitutionally protected form of art.**
>
> **"There's no question the stuff is disgusting," said Diamond, who has spent much of his career representing pornographers. "The question is should we throw people in jail for it?"**
>
> Isaacs, 57, a Los Angeles advertising agency owner who says he used to market fine art in commercial projects, **calls himself a "shock artist"** and says he went into distributing and producing films about fetishes because "I wanted to do something extreme."
>
> **"I'm fighting for art," he said in an interview before his federal trial got under way. "Art is on trial."**
>
> He plans to testify as his own expert witness and said he will cite the historic battles over obscenity involving authors James Joyce and D.H. Lawrence.
>
> One of his exhibits, he said, will be a painting of a urinal by famed artist Marcel Duchamp.
>
> Diamond said Isaacs also will tell jurors the works have therapeutic value for people with the same fetishes depicted on screen.
>
> "They don't feel so isolated," Diamond said. "They have fetishes that other people have."
>
> Isaacs makes a brief appearance in one of the videos he produced; others that he distributed were imported from other countries.
>
> The business has been lucrative. At one point, he has said, he was selling 1,000 videos a month at $30 apiece. Then his office was raided by FBI agents who bought his videos online with undercover credit cards.
>
> **The government obtained an indictment against Isaacs on a variety of obscenity charges, including importation or transportation of obscene material for sale.** Prosecutors have declined to comment about the case.
>
> Jean Rosenbluth, a former federal prosecutor and law professor at University of Southern California, said such prosecutions were rare until the creation of the U.S. Department of Justice Obscenity Prosecution Task Force. Child pornography cases are handled by a separate unit.

"The problem with obscenity is no one really knows what it is," she said. "It's relatively simple to paint something as an artistic effort even if it's offensive."

The test of obscenity still hinges on a 1973 U.S. Supreme Court ruling which held that a work is not legally obscene if it has "literary, artistic, political or scientific value."

Jurors also are asked to determine whether the material in question violates standards of what is acceptable to the community at large.

"This task force was quite controversial and many in the Department of Justice felt that it was a waste of resources," Rosenbluth said. "Because of the pressure, they seem to have chosen the worst cases they can find to prosecute."

Each of the six counts against Isaacs carries a five-year maximum prison sentence. Prosecutors also are seeking forfeiture of assets obtained through his video sales.

"A lot of this is about sending a message -- `Don't make this stuff. Don't put it on the Internet. We don't want it here,'" Rosenbluth said.....

So... is it Art, or is it Obscene, and can it be both at the same time?

Who is to say what "community standards" are? A jury?

How is an Artist to know in advance that the Art he is creating is obscene by community standards?

Can an Artist commit an obscenity crime without knowing he is commiting a crime, and can he be held accountable for not knowing the minds of others?

Interesting case.

——————————————

"The truth of a theory is in your mind, not in your eyes." - Albert Einstein

"A government becomes the enemy when it, by policy, treats its populace as the enemy." - Me. 11 Jan 2010.

OTWA #13

[ Quote ]

---

□ 06-11-2008, 04:53 AM                                                                 # 2



**litlux** ●
Never a dull moment.

Join Date: Jun 2007
Location: Berkshires of Massachusetts
Posts: 1,837
HOW Square Rating 0% (0)
Thanks: 90
Thanked 623 Times in 351 Posts

Well if they want to claim it is art, then they should have a jury of their peers. Most artists I know would quickly agree it is pornography and demolish the "art" defense.

[ Quote ]

---

□ 06-11-2008, 07:29 PM                                                                 # 3

Join Date: Jun 2007

**Whitey Ford** ⊚
*****

Posts: 1,715
HOW Square Rating 0% (0)
Thanks: 29
Thanked 672 Times in 322 Posts

Wow---I'm surprised at your comment, Litlux.

All of the artists I know, and I know a lot of them---I went to art school in the 80s in NYC--- would defend the right of an artist to create whatever he/she desires. Sure, they may think it's crap, but...

Censoring of art is a dangerous business and usually backfires.

Remember that guy (Chris Opheli (sp)) who showed a piece at the Brooklyn Museum that was a portrait of the virgin mary that encorporated elephant dung in his work? And Guiliani went batshit and tried to ban it and then another batshit person attacked the painting?

I never even would have known his name if Guiliani didn't make such a big fuss over it. But I did see the painting and it was good, beautiful.

And there is no such thing as "community standards."

And a bunch of prudes/people with power will get together and try to ban anything that is a threat to them.

And that's also why women artists have had to disguise artwork referencing the vagina as flowers. (See Georgia O'Keefe and Judy Chicago)

And to belabor the issue--do you think Hitler allowed Jewish artists to express anything about the zietgist? No, instead you got the bland, politically devoid of expression Bauhaus movement.

( Quote )

---

06-11-2008, 10:05 PM                                                                              #4

**Whitey Ford** ⊚
*****

Join Date: Jun 2007
Posts: 1,715
HOW Square Rating 0% (0)
Thanks: 29
Thanked 672 Times in 322 Posts

http://en.wikipedia.org/wiki/Bauhaus

( Quote )

---

06-11-2008, 10:18 PM                                                                              #5

**Powerhouse** ⊚
Life - with a laugh track

Join Date: Jun 2007
Location: Jacksonville, Florida
Posts: 8,950
HOW Square Rating 100% (1)
Blog Entries: 7
Thanks: 1,128
Thanked 1,862 Times in 1,314 Posts

⚠

Wow! What a really weird twist!

http://www.latimes.com/news/local/la...,6220192.story

Quote:

### 9th Circuit's chief judge posted sexually explicit materials on his website

Alex Kozinski, who is presiding over an obscenity trial in L.A., admits he posted sexually explicit photos and videos. He says he didn't think the public could see the site, which is now blocked.

One of the highest-ranking federal judges in the United States, who is currently presiding over an obscenity trial in Los Angeles, has maintained his own publicly accessible website featuring sexually explicit photos and videos.

Alex Kozinski, chief judge of the U.S. 9th Circuit Court of Appeals, acknowledged in an interview with The Times that he had posted the materials, which included a photo of naked women on all fours painted to look like cows and a video of a half-dressed man cavorting with a sexually aroused farm animal. Some of the material was inappropriate, he conceded, although he defended other sexually explicit content as "funny."

Kozinski, 57, said that he thought the site was for his private storage and that he was not aware the images could be seen by the public, although he also said he had shared some material on the site with friends. After the interview Tuesday evening, he blocked public access to the site.

After details about the website were published on latimes.com this morning, the judge offered to entertain motions to recuse himself from the obscenity trial of Hollywood filmmaker Ira Isaacs, who is accused of distributing criminally obscene sexual fetish videos depicting bestiality and defecation.

Prosecutors said they were conferring with supervisors within the Department of Justice about how to proceed. In the meantime, they wanted jurors to be admonished to disregard publicity in the case. Defense attorney Roger Diamond made no objection to Kozinski continuing to hear the case, which began with opening statements this morning.

This afternoon jurors were taken to the appeals court's offices in Pasadena to view three videos at issue in Issacs' trial.

Stephen Gillers, a New York University law professor who specializes in legal ethics, told The Times that Kozinski should recuse himself from the Isaacs case because "the public can reasonably question his objectivity" concerning the issues at hand.

Gillers, who has known Kozinski for years and called him "a treasure of the federal judiciary," said he took the judge at his word that he did not know the site was publicly available. But he said Kozinski was "seriously negligent" in allowing it to be discovered.

"The phrase 'sober as a judge' resonates with the American public," Gillers said. "We don't want them to reveal their private selves publicly. This is going to upset a lot of people."

Gillers said the disclosure would be humiliating for Kozinski and would "harm his reputation in many quarters," but that the controversy should die there.

He added, however, that if the public concludes the website was intended for the sharing of pornographic material, "that's a transgression of another order."

"It would be very hard for him to come back from that," he said.

Kozinski said he would delete some material from his site, including the photo depicting women as cows, which he said was "degrading . . . and just gross." He also said he planned to get rid of a graphic step-by-step pictorial in which a woman is seen shaving her pubic hair.

Kozinski said he must have accidentally uploaded those images to his server while intending to upload something else. "I would not keep those files intentionally," he said. The judge pointed out that he never used appeals court computers to maintain the site.

The sexually explicit material on Kozinski's site earlier this week was extensive, including images of masturbation, public sex and contortionist sex. There was a slide show striptease featuring a transsexual, and a folder that contained a series of photos of women's crotches as seen through snug fitting clothing or underwear. There were also themes of defecation and urination, though they are not presented in a sexual context....

Wow. Wow. and Triple Wow! 

"The truth of a theory is in your mind, not in your eyes." - Albert Einstein

"A government becomes the enemy when it, by policy, treats its populace as the enemy." - Me. 11 Jan 2010.

OTWA #13

Quote

---

☐ 06-11-2008, 11:17 PM                                                                 #6


**Powerhouse** ◎
Life - with a laugh track

Join Date: Jun 2007
Location: Jacksonville, Florida
Posts: 8,950
HOW Square Rating 100% (1)
Blog Entries: 7
Thanks: 1,128
Thanked 1,862 Times in 1,314 Posts

---

🗒 **LA obscenity trial suspended over judge's Web site**

---

http://news.yahoo.com/s/ap/20080612/...scenity_or_art

Quote:

> ### LA obscenity trial suspended over judge's Web site
>
> PASADENA, Calif. - A federal judge has suspended the obscenity trial of a Los Angeles porn distributor following a newspaper report that the judge had sexually explicit material on his own Web site.
> Judge Alex Kozinski on Wednesday granted a joint motion to suspend the trial after the prosecution said it needed time to look into the issue of the judge's Web site.
> The judge has told the jury to return on Monday. The panel spent hours at the Pasadena offices of the 9th U.S. Circuit Court of Appeals watching videos depicting bestiality and extreme fetishes.
> Kozinski is chief justice of the 9th Circuit but is serving as a trial judge in the obscenity case.



"The truth of a theory is in your mind, not in your eyes." - Albert Einstein

"A government becomes the enemy when it, by policy, treats its populace as the enemy." - Me. 11 Jan 2010.

OTWA #13

( Quote )

---

□ 06-12-2008, 01:02 AM                                                                    #7

**Ronny** ◉
\*\*\*\*\*

Join Date: Jun 2007
Posts: 944
HOW Square Rating 0% (0)
Thanks: 370
Thanked 170 Times in 91 Posts



The first amendment doesn't have any stipulation that freedom of speech depends upon whether the speech is art or not. It will be interesting to see how the courts decide this. One thing I know for certain... if you are a Conservative and believe that activist judges should not be allowed to legislate... then you must side with the pornographer given what the first amendment actually says.



"All animals are equal, *but some animals are more equal than others*." George Orwell in Animal Farm.

( Quote )

---

□ 06-12-2008, 03:30 AM                                                                    #8



**ET!** ◉
Condition: Non-Toxic

Join Date: Jul 2007
Location: In your dreams
Posts: 1,784
HOW Square Rating 0% (0)
Blog Entries: 8
Thanks: 103
Thanked 409 Times in 281 Posts
⌂

Psychologically deprived, mentally unstable, that what these people are. See what living in California can do to a person?!

( Quote )

---

□ 06-13-2008, 12:16 AM                                                                    #9

**litlux** ◉
Never a dull moment.

Join Date: Jun 2007
Location: Berkshires of Massachusetts
Posts: 1,837
HOW Square Rating 0% (0)
Thanks: 90
Thanked 623 Times in 351 Posts

There's quite a bit on the internet about Ira Isaacs, the porn filmmaker.

I think there is a world of difference between what Marcel Duchamp or Picasso did and this con man who is far from an artist.

If you can stand it, read a bit of how he describes the way he makes his "art":

Quote:

What happens in your videos?

They're very, very attractive girls. It's either them solo or two girls. They're making out, it's very sensual type of stuff. They shit on each other, blah-blah-blah, and make out.

Is there a plot?

I have an idea of what I want. There are some plot lines. You can hear my voice telling them what to do.

How do you do it?

You don't breathe through your nose, and after a while you don't really smell it anymore. It's pretty intense, but you get used to it. I had a lot of people work for me, a lot of them girls, and after a while it didn't matter anymore. You get used to it. You get immune to it. Same with the smell. http://reversecowgirlblog.blogspot.c...ra-isaacs.html

It's the blah, blah, blah stuff that he doesn't describe that is the problem. even he won't state publicly what the films contain.

I am no fan of censorship, but this guy is using the art defense to justify the worst pornography ever filmed.

I think artists have a difficult enough time getting respect and making a living without jerks like this running around saying he is an artist. He isn't, he is a pornographer, one who hates women.

Quote

---

☐ 06-13-2008, 10:33 AM                                                                 #10



**Meya** ⊙
Josiah & Caleb's Grandma

Join Date: Aug 2005
Posts: 4,606
HOW Square Rating 0% (0)
Thanks: 639
Thanked 846 Times in 588 Posts

What's even more disturbing is that he finds women who will do what he describes.



Search & Earn

http://www.swagbucks.com/refer/Francosarto

http://www.irazoo.com/ReferedNewUser...by=francosarto

Stay in school. Don't cut your own bangs.

Quote

---

☐ 06-14-2008, 04:52 PM                                                                 #11



**Powerhouse** ⊙
Life - with a laugh track

Join Date: Jun 2007
Location: Jacksonville, Florida
Posts: 8,950
HOW Square Rating 100% (1)
Blog Entries: 7
Thanks: 1,128

Thanked 1,862 Times in 1,314 Posts

📝 **Judge ends trial**

http://apnews.myway.com/article/20080614/D919GPO00.html

Quote:

> **Judge declares mistrial in LA obscenity case**
> LOS ANGELES (AP) - A federal judge under scrutiny for posting sexually explicit material on his own Web site declared a mistrial Friday in an obscenity trial over which he was presiding. Judge Alex Kozinski said he would ask that the case be assigned to another judge.
> Kozinski is chief judge of the 9th U.S. Circuit Court of Appeals but was serving as a trial judge in a federal obscenity prosecution of a man who distributed videos showing bestiality and extreme fetishes.
> "In light of the public controversy surrounding my involvement in this case, I have concluded that there is a manifest necessity to declare a mistrial," Kozinski wrote in his order....



"The truth of a theory is in your mind, not in your eyes." - Albert Einstein

"A government becomes the enemy when it, by policy, treats its populace as the enemy." - Me. 11 Jan 2010.

OTWA #13

( Quote )

---

📅 06-15-2008, 09:57 AM                                                                 **#12**



**Empires** ⊚
Zzzzzzzzzzz

Join Date: Jun 2007
Location: Upstate NY
Posts: 2,170
HOW Square Rating 0% (0)
Thanks: 80
Thanked 225 Times in 174 Posts

📝

---

Quote:

> Originally Posted by **Meya** 📄
> *What's even more disturbing is that he finds women who will do what he describes.*

The shame is there are plenty of them in the trade...



*Life sucks when you only have one bullet left...* 🤐

( Quote )

---

📅 06-15-2008, 09:58 AM                                                                 **#13**

WALT DISNEY                                                     Join Date: Jun 2007



## Empires 🔘
Zzzzzzzzzzz

Location: Upstate NY
Posts: 2,170
HOW Square Rating 0% (0)
Thanks: 80
Thanked 225 Times in 174 Posts

http://news.yahoo.com/s/afp/20080615...s_080615055138

*Life sucks when you only have one bullet left...*🐻

Quote

REPLY

---

## HOW Square Random Listings




**The Busy Day Book Banner Press 1974 Hard cove..,**
SandrasACRE



**viva Tecate Neon Light Bar Beer Display Mexic..,**
SandrasACRE



**Buy Sell Community**
SandrasACRE



**Lot of 14 T-Shirts Preshrunk Cotton S- M-L Ass..,**
mswiser



**ST John's Bay Large Hunter green sweat pants ..,**
SandrasACRE

---

## HOW Square Newest Listings



**Lot 5 Warm 4T shirt pajamas sweater Mini jez ..,**
SandrasACRE



**Pink Lot 6 Shirts Long Sleeve jackets 4T 3T m..,**
SandrasACRE



**The Official Guidebook of China by China Trav..,**
SandrasACRE



**Copper Khaki tan Moon Glow screw back earring..,**
SandrasACRE



**Kabloona HC Book 1941 / 1980 Poncins Eskimo G..,**
SandrasACRE

---

« Previous Thread | Next Thread »

**Posting Rules** ↑

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**

Forum Jump

All times are GMT -4. The time now is 04:13 AM.

Powered by: vBulletin
Copyright ©2000 - 2011, Jelsoft Enterprises Ltd.
HOW Cafe

---- Cafe Blue - Basic

**Contact Us - HOW Cafe - Archive - Top**

Share   Report Abuse   Next Blog»

# Mercer Union ✦✦
A CENTRE FOR CONTEMPORARY ART

Showing newest posts for query ira isaacs.  Show older posts

**Thursday, May 8, 2008**

## 1 Guy 1 Can



The 57 year-old man behind the Internet sensation *2 Girls 1 Cup* (in which a pair of women shit and puke in a cup and take turns eating it) is planning to defend himself against obscenity charges in the US by claiming he is a fine artist, and invoking the name of Piero Manzoni and Marcel Duchamp. Here's an excerpt:

*What do you mean by "shock art films"?*
You talk about art? What is art? Art is what artists do. If it shocks you, it's art. One of the things art should do is make you think and question things. Shock art has always been something that has been a very popular thing through the 20th century and the 21st century. People used feces as shock art. There was a guy who shit in a can and sold it for the price of gold. [In 1961, Italian conceptual artist Piero Manzoni canned his feces in 90 tins and sold them for the price of their weight in gold.] So, the Internet allowed me to be an artist, to reach a lot of people. It allowed me to be on the edge, to do what I would never do as a fine artist. If you're going to paint, you've got to compete with Picasso. If you want to write a great classical music piece, you're competing with Mozart. I would never write anything like Kafka's The Trial. If I was going to make a mark, I was going to do it in some extreme shock way.

*2 Girls 1 Cup* has been viewed by millions and a few months ago Youtube was flooded with 'response' videos, where viewers were secretly recorded watching the clip, recoiling in horror.

The full interview with Ira Isaacs is here.

Posted by Mercer Union at 9:34 AM 1 comments 🔗

Newer Posts                    Home                    Older Posts

---



Our new space on Bloor, photographed by Yvonne Bambrick

## Blog Archive

▶ 2010 (2)
▶ 2009 (25)
▼ 2008 (199)
  ▶ December (1)
  ▶ November (7)
  ▶ October (6)
  ▶ September (6)
  ▶ August (11)
  ▶ July (13)
  ▶ June (2)
  ▼ May (7)
    Tonight, tomorrow night
    Hello Goodbye
    Robert Rauschenberg, RIP
    Turner Prize
    Sobey Award
    Stutter and Twitch
    1 Guy 1 Can
  ▶ April (35)
  ▶ March (58)
  ▶ February (26)
  ▶ January (27)
▶ 2007 (202)
▶ 2006 (13)

## About Us

Mercer Union
Toronto, Canada

Mercer Union, A Centre for Contemporary Art is an artist-run centre dedicated to the existence of contemporary art. We provide a forum for the production and exhibition of Canadian and international conceptually and aesthetically engaging art and related cultural practices. We pursue our primary concerns through critical activities that include exhibitions, lectures, screenings, performances, publications, events and special projects.

#202 A







‣ **Home** › **News** › Isaacs Art Installation Would Screen Charged Film

• Bookmark  • Register    Search  SEARCH OPTIONS

Sunday, Feb 06, 2011

HOME

NEWS
- Web / Tech
- Video
- Novelty
- Retail
- Gay / GLBT
- Europa
- Mobile
- Apparel
- Legal

FEATURES
- Business
- Opinions
- Educational
- Profiles
- Legal
- Quick Bites

BLOGS

DIRECTORY

BOARDS

VIDEO INDEX
- Premiere Releases
- Editors Choice
- Studios

CALENDAR

SERVICES
- PR Blaster
- Newsletters
- Mobile News
- Desktop News
- RSS / Syndication



Popular RSS Feeds:
- All News / Editorial
- Web & Tech News
- Video Business News
- Feature Articles

All Feeds »

XBIZ NEWSWIRE
News For The Media

Video Secrets

**NEWS STORY**

# Isaacs Art Installation Would Screen Charged Film

*XBIZ NEWS* REPORT

By Rhett Pardon
Friday, Dec 24, 2010   Text size [+] [-]

Recommend

LOS ANGELES — Ira Isaacs hopes to open a gallery installation that will involve one of the charged films in his obscenity indictment just prior to trial in spring.

But screening the film, "Hollywood Scat Amateurs No. 7," could be a tricky proposition. Isaacs told XBIZ, because he's worried that there's a possibility that authorities could go after gallery property owners on local obscenity charges when the installation opens.

"Because the film is part of the federal indictment and it would be shown to an audience but not mailed, it could interest local authorities on state obscenity charges," said Isaacs, who noted he's interested in opening the installation in the Los Angeles area. "But I will figure out a way to make this happen."

Isaacs has been charged with federal obscenity violations over the mail distribution of "Gang Bang Horse — 'Pony Sex Game'" and "Mako's First Time Scat," as well as "Hollywood Scat Amateurs No. 7," which would be shown to an audience in a closed room in the gallery where a camera records their reaction to the film in real time.

The real-time reaction video then would be projected on to a screen outside the viewing room for gallery patrons to see.

Isaacs, a self-described filmmaker in the Postmodernism 'Shock Art' style, said that it could be the first time an exhibit captures two perspectives of the same artistic event. He says his films are not only about the obvious — what you see — but also about what you don't see, like the audiences reaction to the film.

Isaacs already has come up with sketches on how the installation would work and is actively in talks with gallery operators.

▶ **Sketch of Isaacs Installation**

🖨 Print    ✉ Email

Recommend / Share

 Facebook   Twitter   LinkedIn  🔲 🔳 🔳 🔳   📄 Blog this

See all current articles in › **adult industry news**

**FOLLOW XBIZ ON** twitter

**Related Articles**


ISAACS INSTALLATION
'Hollywood Scat Amateurs No. 7'

How will 3D impact the world of adult entertainment?

It will usher in a new era of great profits for the industry
18.40%

There will be limited consumer demand, select producers will profit
52.78%

There will be little to no demand
28.82%

Out of 288 votes  Results based on votes submitted by members of XBIZ.net social network.

 XBIZ LA   

 XBIZRetail   

 XBIZ Awards   

GTBill.com

HIGHER APPROVALS
LOWER DECLINES
MORE MONEY TO YOU

subscribe
for information »

Boards   Opps   Blogs   Photos   XBIZ.net ⌄

Producer's Content Rights Vs. Performers' Content Rights
Ben, Perviens

People I Would Like To Talk To At XBiz
Robbie

Advice needed (some sort of legal)
Sexy_Ann

Full Length Porn Movie is good or not?
PornSells.Biz


PIMPROLL GOES MOBILE!

4 BRAND NEW MOBILE SITES!

WHITELABEL BUILDER

    

Search





FOR THE EXPERT VIEW
ON FOREX
Click here

ARTICLE



REUTERS EXPERT

FOR THE EXPERT VIEW
ON FOREX

Click here

SPONSORED BY ☑ dbFX

READ

1  South Sudan votes for independence by a
   landslide
   07 Feb 2011

2  Chandhok to test with Team Lotus
   06 Feb 2011

3  Multiculturalism has failed in Britain - Cameron
   05 Feb 2011

4  Analysis - After the Great Recession, the Great
   Regression?
   07 Feb 2011

5  Anger simmers at German austerity plan for EU
   07 Feb 2011

DISCUSSED

12  Multiculturalism has failed in Britain
    – Cameron

5   Police avert clashes at anti-Islamist
    rally

3   EU states frustrated by Paris, Berlin
    summit deal

WATCHED

Fast train links Finland and
Russia
Mon, Dec 13 2010

# Mannequin on toilet bids for top British art prize

Recommend        Be the first of your friends to recommend this.



By Paul Majendie
LONDON | Tue May 13, 2008 7:36pm BST

Tweet this

Share this

Link this

Digg

Email

Related Topics
Entertainment »
UK »

(Reuters) - A mannequin perched on the toilet vied with a cartoon cat on Tuesday to land the Turner Prize, the controversial British award that annually sparks a heated debate about the definition of art.

Critics may lambaste the short list as pretentious claptrap, but the Turner has recognized Britart stars like Damien Hirst and the exhibition attracts up to 70,000 fans a year.

Not a single painter made the short list for the 2008 Turner, which is dominated by filmmakers and video artists.

Mark Leckey splices together images of "The Simpsons," presents clips from the "Titanic" movie and confesses to an obsession with cartoon star Felix The Cat.

Cathy Wilkes displays shop mannequins squatting on the toilet and sitting with leftover bits of dried porridge at their feet.

Bangladeshi-born Runa Islam re-creates cult cinema scenes from Ingmar Bergman films along with footage from the car park used in the Michael Caine thriller "Get Carter."

Polish-born Goshka Macuga, described as a "cultural archaeologist," draws inspiration from the 1919 German horror movie "The Cabinet of Dr. Caligari."

The Turner, first awarded in 1984, is open to British-based artists under the age of 50. Their work is showcased from October at London's Tate Britain museum and the winner of the 25,000 pound ($49,000) award is announced on December 1.

Stephen Deuchar, Tate Britain director and chairman of the 2008 jury, said of this year's short list: "The works are not especially easy this time."

"The audience for contemporary British Art has now become incredibly sophisticated. These are not just one-liners," he told Reuters at the short list launch.

 AOL bets big on Huffington
Post
Mon, Feb 7 2011

The day ahead: Feb. 8, 2011
Mon, Feb 7 2011

But what of the critics who rail against the Turner as a travesty of modern art and the tabloid newspapers that habitually mock its short list?

"This is art made by people for people," Deuchar retorted.

"What is vital about the Turner prize is that it creates informed debate about art. People are not frightened to argue about its merits and de-merits."

Damien Hirst won the Turner in 1995 with a pickled cow. Chris Ofili daubed his 1998 winning entries with elephant dung.

Martin Creed won in 2001 with an empty room containing a light that switched on and off. Pop superstar Madonna swore live on television when presenting him with the award.

But perhaps the award for the most bizarre costume should go to transvestite potter Grayson Perry. He turned up to collect his 2003 prize in a frilly Shirley Temple dress.

Reuters/Nielsen

 **Annuities Report**
Are you looking for the best annuity rates?
**Request Free Report**

 **Investment Magazine**
**Emerging Markets: Coming of Age**
**Find out more**

 **RJO Guide**
Get a free copy of the 2011 Commodity
Trading guide from RJO Futures
**Request free guide**

ENTERTAINMENT   UK

Recommend    Be the first of your friends to recommend this.

Tweet this    Share this    Link this    Digg this    Email    Reprints

### YOU MIGHT ALSO LIKE

INTERVIEW-Motor racing-Hamilton doubts Schumacher will triumph

UK's Art Fund names 10 galleries on prize long list

Google touts "game changer" in online art viewing

Analysis: After the Great Recession, the Great Regression?

Stick 'em up! Your money or your scented stamps

### FROM AROUND THE WEB

7 Foods That Cause Acid Reflux *(Health.com)*

Pot, Cigarette Smoke Wreaks Havoc on Lungs *(Health.com)*

Darth Vader Super Bowl Commercial: The Best Ad Starred a Kid (VIDEO) *(The Stir By CafeMom)*

Is Your Bladder Trying to Tell You Something? *(Caring.com)*

Overactive Bladder? 10 Foods to Avoid *(Caring.com)*

[what's this]

### Comments (0)

**This discussion is now closed. We welcome comments on our articles for a limited period after their publication.**

Request a free, personalized annuity quotes report  GET FREE REPORT

Get your free copy of the 2011 Hightower Guide from RJO Futures  REQUEST FREE GUIDE

Emerging Markets: Coming of Age  FIND OUT MORE

# MORE FROM REUTERS

## Labour aided Libya over bomber release - report

LONDON (Reuters) - The Labour government tried to make it easier for Libya to seek the

**HAPPENING NOW**

 **Is Europe in the Great Regression?**
Wages, pensions and welfare benefits are under attack in many areas as governments struggle to

**TOP VIDEOS**

**MARKETS**

UK Indices

FTSE100
53.65
6,051.03

# DC's

WEDNESDAY, AUGUST 19, 2009

## Back from the dead: 'Shit for Brains' (orig. 10/05/06)

. . . .



Paul McCarthy

**Art**

**Piero Manzoni:** 'In May 1961, while he was living in Milan, Italian artist Piero Manzoni produced ninety cans of Artist's Shit. Each was numbered on the lid 001 to 090. Tate's work is number 004. A label on each can, printed in Italian, English, French and German, identified the contents as '"Artist's Shit", contents 30gr net freshly preserved, produced and tinned in May 1961.' In December 1961 Manzoni wrote in a letter to the artist Ben Vautier: 'I should like all artists to sell their fingerprints, or else stage competitions to see who can draw the longest line or sell their shit in tins. The fingerprint is the only sign of the personality that can be accepted: if collectors want something intimate, really personal to the artist, there's the artist's own shit, that is really his.'



Read John Miller's 'Excremental Value: Piero Manzoni

AVAILABLE NOW FROM LITTLE HOUSE ON THE BOWERY



THE MECHANICS OF HOMOSEXUAL INTERCOURSE, a radical map of shortcomings in our daily experiences in the form of a debut story collection, presents thematically related windows into serious emotional trouble and monstrous love. Lonely Christopher combines a striking emotional grammar with an unyielding imagination in the lovely-ugly architecture of his stories.



"Stokoe's vision of Hell is a carnivore's nightmare. A powerful and all too possibly prophetic work."—Kathy Acker

**THE NEWS AND EXTRAS AREA**

## 'Shit,' Baron/Boisante

**Gallery:** Group show at a New York gallery featuring work by Paul McCarthy, Gilbert & George, Rosemarie Trockel, Dieter Roth, Bruce Nauman, Tony Tasset, Peter Huttinger, Therese Cafaro, Sam Goodman, Boris Lurie, o.a.



"It's a good thing this show didn't smell, because no one would have stepped in the door if it had. In the small, one-room gallery was a dense concentration of scatological art dating from 1961 to the present. Some of it was made from the real thing and some was replicated; all of it was produced as art." Read the rest of the review from Art In America.

## Keith Boadwee: "The best

known contemporary artist when it comes to orifices and organs is undoubtedly Keith Boadwee, the Californian who made a big splash several years ago with paintings done by giving himself paint enemas. His



current works maintain the fecal focus, especially in simple collages done with colored construction paper, such as the Earth Art parody Spiral Shitty ($700)." -- Walter Robinson, artnet Visit Boadwee blog

* 'Artist exhibits slabs of human excrement at London gallery'
* 'Absolute excrement': Adrian Searle on Santiago Sierra
* 'Controversy over Canadian excrement art exhibit'
* 'Art: The Excrement of Action, Edited'
* 'Excrement Sculpture Wins Latvian Art Festival



Book

Upcoming performances:

**February 18, 19:** Bergen, Norway, *BIT Teatergarasjen-Graz,* This Is How You Will Disappear
**February 24:** Oslo, *The National Theater,* This Is How You Will Disappear (w/ post show discussion and q&a with Gisele Vienne and Dennis Cooper)
**February 25:** Brooklyn, *Unnameable Books,* Lonely Christopher w/ Dale Peck, Rachel Levitsky
**February 26, 27:** Oslo, *Festival Marstrand/ Black Box Teater,* I Apologize (w/ post show reading by Dennis Cooper on the 26th)
**March 4, 5:** Hamburg, *Kampnagel,* This Is How You Will Disappear
NEW & WORLD PREMIERE: **March 15 - April 3:** Brest, France, *Festival Antipodes/ Centre d'Art la Passerelle,* Last Spring, a Prequel (Director: Gisele Vienne, Text: Dennis Cooper, Sounds: Peter Rehberg, Stephen O'Malley, Jonathan Capdevielle)
**March 16, 17, 18:** Brest, France, *Festival Antipodes,* This Is How You Will Disappear
**March 24:** Vanves, France, *Theater de Vanves,* Jerk
**March 29:** Caen, France, *La Comedie de Caen,* Jerk
**March 31:** Brooklyn, *Brooklyn Public Library,* Lonely Christopher w/ Nathan Larson, David Unger, Kevin Holohan
**March 31 & April 1:** Caen, France, *La Comedie de Caen,* This Is How You Will Disappear
**April 6, 7:** Poitiers, France, *Scene Nationale de Poitiers,* This Is How You Will Disappear
**April 20, 21, 22:** Paris, *Centre Pompidou,* This Is How You Will Disappear
**April 26, 27:** Saint Medard en Jalles, France, *Les Carre de Jalles,* Jerk
**April 28:** Pessac, France, *Pessac en Scene,* Jerk
NEW: **May 5, 6, 7:** Krems, Austria, *Donaufestival,* Kindertotenlieder
NEW: **May 19 - June:** Geneva, *Galerie HARDHAT,* Last Spring, a Prequel
**May 27, 28:** Utrecht, *Festival Huis van Dewerf,* This Is How You Will Disappear
**May (dates tba):** Goteberg, Sweden, *Goteberg Dans & Teater Festival,* This Is How You Will Disappear


Upcoming releases:

*April:* Dennis Cooper, Gisele Vienne, Peter Rehberg **Jerk / Through their Tears** *(DisVoir):* A CD/ book containing French and English language recordings of the trio's 'Jerk' radio play and a new photo sequence created by Vienne and Cooper.
NEW: *November 1, 2011:* Dennis Cooper **The Marbled Swarm** *(Harper Perennial)*

**Dominique Laporte** *History of Shit* (MIT Press): "Written in Paris after the heady days of student revolt in May 1968 and before the devastation of the AIDS epidemic, *History of Shit* is emblematic of a wild and adventurous strain of 1970s' theoretical writing that attempted to marry theory, politics, sexuality, pleasure, experimentation, and humor. Radically redefining dialectical thought and post-Marxist



politics, it takes an important--and irreverent--position alongside the works of such postmodern thinkers as Foucault, Deleuze, Guattari, and Lyotard. Dominique Laporte, who died in 1984 at the age of thirty-five, was a psychoanalyst and the coauthor of *Français national: Politique et practiques de la langue nationale sous la Révolution Française.*" (Order it)

## Jeff Persels and Russell Ganim *Fecal Matters in Early Modern Literature and Art* (Ashgate):



'The editors do an excellent job of situating their study in the context of anthropological work on the subject of dirt, or matter out of place, as Mary Douglas famously put it, and its definitions and perceived dangers; likewise, they follow in the footsteps of Mikhail Bakhtin, Peter Stallybrass, and Allon White in their efforts to focus on the 'grotesque' body and its carnivalesque and subversive symbolic functions... In breaching that taboo (so to speak), the essays gathered in this volume contribute importantly to the cultural materialist and Foucauldian project of constructing a genealogical history of the body's discursively productive wastes.' *Renaissance Quarterly* (Read the book's introduction here)

## Samuel Delaney *Hogg* (Fiction



Collective Two): Hogg is a pornographic novel by Samuel R. Delany. It was written in San Francisco in 1969 and completed just days before the Stonewall Riots in New York City. A second draft was completed in 1973. At the time no one would publish it due to its graphic descriptions of murder, homosexuality, child molestation, incest, coprophilia, coprophagia, necrophilia and rape. Hogg was finally published (with some further, though relatively minor, rewrites) in 1995 by Black Ice Books; as is Delany's wont, each subsequent edition has featured some correction, up to and including that published by Fiction Collective 2 in 2004. Read more

* 'Excrement in the Late Middle Ages: Sacred Filth and Chaucer's Fecopoetics'
* 'Excrement in every corner, in chimneys, studies, cellars'

*TBA 2011:* Dennis Cooper & Keith Mayerson **Horror Hospital Unplugged** *(Harper Perennial)*

COMRADES

**Follow**
with Google Friend Connect
**Followers (492)** More »



Already a member? Sign in

CLICK IT TO ORDER IT



AVAILABLE NOW FROM LITTLE HOUSE ON THE BOWERY



Click the book cover to order



Reading Philosophy: Human Excrement
* 'The Excrement Poem' by Maxine Kumin

Derek McCormack has written a mini-masterpiece that keeps swelling with invention long after you've put it down." -- Guy Maddin



'WRITERS DAY': EXTENDED ENGAGEMENT

Part 1
Part 2



**Porn**



**Angel:** Pity the gay scat porn fan who isn't into hairy, overweight, middleaged men. Angel, a roughly 19 year old boy of Native American/Hispanic heritage, is a rare exception. A scat top, Angel co-starred with his then boyfriend Ian -- a minor legend in amateur gay porn for his 'well hung' tongue, rimming skills/daring, and, his, err, voracious appetite -- in a late 1990s foursome of DVDs produced by Ian's DirtyBoys company: 'Angel in the Morning, Afternoon, Evening, and ... at Midnight.'



**Uncredited:** This blond 'twink' model, who looks to be in his early 20s, performed as the scat bottom in two videos produced circa the late 1980s: 'Basic Training 1: California Style' and 'Basic Training 2: San Francisco Style.' The videos are rather legendary among scat porn aficionados due to the aforementioned fact that boys as young and attractive as what's-his-name appear in gay scat videos as bottoms/eaters about as frequently as Halley's Comet strikes the earth.



**Jerome:** Star of a handful of scat themed porn productions, the most notorious being the currently o.o.p. bisex video 'The Great Netherlands

**BLOG ARCHIVE**

► 2011 (31)
► 2010 (377)
▼ 2009 (590)
  ► December (50)
  ► November (50)
  ► October (51)
  ► September (48)
  ▼ August (52)
    ► Aug 31 (2)
    ► Aug 29 (2)
    ► Aug 28 (2)
    ► Aug 27 (2)
    ► Aug 26 (2)
    ► Aug 25 (2)
    ► Aug 24 (2)
    ► Aug 22 (2)
    ► Aug 21 (2)
    ► Aug 20 (2)
    ▼ Aug 19 (2)
      Back from the dead: 'Shit for Brains' (orig. 10/05...
      p.s. Hey. Let's see ... oh, I want to give you a

**RELEVANT PLACES**

• DC's: A Table of Contents
• Dennis Cooper Merchandise
• Dennis Cooper Official Website
• Distimuim's 'The Guide Thing'
• Gisele Vienne
• Grove Press
• Little House on the Bowery
• Marius Mangseth's and Sveinung Mikkelsen's 'Krybbedad,' a short film based on DC's 'Horror Hospital Unplugged'
• Peter Rehberg / Pita
• POL
• Rallo: the DC Blog Collective
• Short Swedish TV documentary about 'I Apologize'
• Stephen O'Malley
• The Distinguished Locals Shoppe
• The Filthy
• USERLANDS: Dave Hebb's short film 'Metaphase'
• USERLANDS: the theatrical trailer

blown out and an as-yet-untitled, much talked about future release from the aforementioned DirtyBoys Productions, Amsterdam-based, 26 year old Jerome is probably best known as the self-styled 'world's premiere scat bottom escort,' serving both male and female clients. Visit for his website for more information, rates, and availability.

\* Should anyone out there want to watch these DVDs/videos, probably the easiest place to buy them (not to mention a plethora of other scat DVDs/videos, gay and hetero) is naughtybids.com.

\* 'ScatPorn.org
\* Scat Porn Magazine
\* GayScatVideos.com
\* Scatmen.com: Gay Scat Stories



Rachel Harrison

► Aug 18 (2)
► Aug 17 (2)
► Aug 15 (2)
► Aug 14 (2)
► Aug 13 (2)
► Aug 12 (2)
► Aug 11 (2)
► Aug 10 (2)
► Aug 08 (2)
► Aug 07 (2)
► Aug 06 (2)
► Aug 05 (2)
► Aug 04 (2)
► Aug 03 (2)
► Aug 01 (2)
► July (46)
► June (46)
► May (49)
► April (52)
► March (51)
► February (45)
► January (50)
► 2008 (587)
► 2007 (1413)
► 2006 (79)

• Video: DC wins the 2007 Prix Sade
• Video: DC wins the 2007 Prix Sade
• Void Books

**ORDER PAUL HEGARTY AND DANNY KENNEDY'S 'DENNIS COOPER: WRITING AT THE EDGE' (SUSSEX ACADEMIC PRESS)**



More information here

## Music

**GG Allin:** 'Despite threats of an onstage death, GG Allin died of a heroin overdose on 28 June 1993, in a friend's New York City apartment, at 29 Avenue B, Manhattan. He was 36 years old. His last show was at a small club called The Gas Station in New York City. Video footage of the soundcheck, concert, and aftermath is appended to the DVD release of the documentary *Hated*. In his last show he did a few songs before the  power went out, after which he trashed the venue and walked the streets of New York naked and covered in blood and feces, surrounded by fans whom he openly embraced. On VH1's recent Freakiest Concert Moments, Allin's final show ranked at number four. After arriving at his friend's apartment, Allin snorted heroin, eventually passing out. Some party-goers posed for photos with the unconscious Allin, not knowing that he was already dead. The next morning, some noticed that Allin

still lay motionless in the same place where they had left him, and called for an ambulance, but Allin was pronounced dead at the scene.'
-- from the GGA Wikipedia page

**Feces Species:** 'This is the story of a band that had the potential to burst into the music stratosphere only to dissipate into oblivion. Those who actually remember Feces Species recall the band's explosive sound fueled by Casio keyboards. F.S. was the wind that carried the lonely and misunderstood, unleashing emotionally charged numbers about life's general crappiness that left few unaffected.



The Feces originated in Butte, Montana, in 1980, when half-sisters Eminenima (born Tiffany Runz) and Intestina (born Suzie Runz) began taking piano lessons through a juvenile delinquency prevention program. Showing a natural gift for music and sensitivity beyond their adolescent years, the girls were soon performing at family holidays and recitals under the name The Girls.' (Read more)

**Coil *Scatology*:** "Coil's first full-length album *Scatology* is part of the backbone of Coil's great albums (along with *Horse Rotorvator* and *Love's Secret Domain*). This is Coil at their early, industrial stage. The album is about making good music from shitty sounds, hence the title. Most of the songs are harsher and less polished than more recent releases. "Restless Day" and it's description of a mundane life filled with ennui is accented by strange tickings and a throbbing bass. "The Tenderness of Wolves" features vocals by Gavin Friday and the album ends with a somber rendition of "Tainted Love", which was originally released as a single with two album cuts ("Aqua Regis" and "Panic") was later added to the CD reissue. Coil's cover and subsequent video of "Tainted Love" was their reaction to the AIDS epidemic of the era (mid-to-late 1980's). Originally released on Force & Form/Some Bizzare, (along with Horse Rotorvator), the illegitimate repressing of these albums has been the cause of much anger and frustration on Coil's part. The short version: Stevo (from their old label) kept on releasing the album(s) and screwing Coil out of their share of the profits." -- Dave Pinella



SCATOLOGY

* http://www.myspace.com/fekalmetal
* Torrent: Cerebral Incubation 'Asphyxiating On Excrement' (2009)
* The lyrics of Meat Shits' song 'Excrement Infection of the Male Urethra'
* Download Abosranie Bogom's album 'CoproTherapy'
* GG Allin bobblehead doll



## Joke

Scat Collection at newgrounds.com
toilette-humor.com
porcelainpoetry.com


## Etc.

The Scat FAQ at redright.com
Academic poop at poopreport.com
Sex and scatology in the Bible
....

Posted by Dennis Cooper at 12:49 AM

## 3 comments:

 **Esther Planas said...**

Hello Dennis
Great stuff at your blog!
very very hot sunny days
here is great!
Weird adventures
by night at the city
that stills have a very
seedy decadent population
incrusted since the times
of Jean Genet..
I am on crisis about the Art
World and Curators Empire
and tempted to desaperar
away..maybe to Orient
to ElCairo or something
like that