```
1   ROGER JON DIAMOND
    2115 Main Street
2   Santa Monica, CA 90405
    (310) 399-3259
3   (310) 392-9029
    State Bar No. 40146
4

5   Attorney for Defendant
    Ira Isaacs
6

7

8

9              UNITED STATES DISTRICT COURT

10          FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,  )  CASE NO. No. CR 07-732 GHK
                               )
13         Plaintiff,          )  DEFENDANT'S REPLY MEMORANDUM
                               )
14  vs.                        )
                               )
15  IRA ISAACS,                )  DATE:    January 12, 2011
                               )  TIME:
16         Defendant           )  PLACE:   Room 650 at Roybal
                               )           Federal Building
17  _____)

18                                Hon. George H. King
```

On February 22, 2011 Defendant's attorney received the Government's response which was mailed from Washington, D.C. on February 16, 2011. The court previously gave Defendant the opportunity to file a memorandum with exhibits that Defendant was ordered to file after he made reference to them during the Daubert hearing. Due to inadvertence, the defense only filed the exhibits but failed to file the memorandum designed to accompany the exhibits.

1

Since Defendant has been given the opportunity to file this second memorandum, Defendant will submit the memorandum that he intended to file with the exhibits. Defendant has no objection if the Government wishes to reply. The following is the memorandum.

                          Respectfully submitted,

                          _____S/s_____
                          ROGER JON DIAMOND
                          Attorney for Defendant

From: Sara <webmaster@cinemascat.com>
Subject: daubert op
Date: February 8, 2011 2:17:55 AM PST

Mr. Isaacs would like to correct the record from the Daubert hearing of 1.19.2011
Mr Isaacs was ask by the prosecution, if he had ever been called as an " Expert Witness in Art " in a Federal Court case.
Isaacs replied " NO ", but in fact he was certified by the presiding judge, as an expert art witness at his May 2008 Daubert hearing,
and was to testify as an expert at his trial in june 2008. He never did due the mistrial

---

Methodology used to determine "serious artist value" in a meaningful way

## Traditional Scientific Methodology

Obviously, the traditional scientific method is not sufficient. Research studies, Blind Studies etc would not be useful to determine "Serious Artistic Value"

However, even if you could devise a traditional scientific study with 2 groups plus a placebo group, and where able to hook people up to some machine
that measures pleasure and pain ( maybe something like "A Clockwork Orange " ), you still ultimately would only know about the tastes of a particular individual or group.

"Art" good and bad speaks only to taste . Taste is a subjective value and says nothing about "Serious Artistic Value" ( which is hopefully, more objective based ).

There is great art, that some think are worthless, and some repulsive art, some people think are masterpieces.

## Methodology used in Social Sciences e.g. anthropology Sociology etc

Polls, Surveys, focus groups may give insight to a group or communities attitude and acceptance ( or lack ) of a particular art work or film
It may give insight about community standards on taste- but doesn't address the "Serious Artistic Value" question.
Just because you like a piece of "art " which may give it " value ", but says nothing about weather it serious or not.

Mass produced pop culture music, like Brittany Spears may have millions of fans and may offer a lot of value to her fans, but may still lack "Serious Artistic Value"
However,, Vivaldi's music (virtually unknown until the 1920's) many would say, has plenty of Serious Artistic Value" even though he lacks the fan base of Briitney Spears

Moreover, If you conducted a poll or survey asking directly the question, do you think a particular art work or film has "Serious Artistic Value"
I think most reasonable people ( who are not art experts or have an average understanding of post modern art ) would need more information to make a reasonable conclusion of the art works "Serious Artistic Value"

However, most polls, not having this option of an expert to help them, would answer what they believe what "Serious" and "Value" means to them personally.
Without this information the group ( or in this case the Jury ) may only rely on personal taste.
Subjective taste does not necessarily equal "Serious Artistic Value"

However, if an expert on the subject can present helpful information on the art pieces "Serious Artistic Value", the group ( or Jury ) would have the tools needed to make a reasonable assessment of the works "Serious Artistic Value"

I believe I can bring the necessary and helpful information to the jury

---

Hers what I used to determine "Serious Artistic Value" in the 3 charged works.

**1- Is the artworks theme, idea or narrative reflective of other agreed upon " Serious " art works in either Museums, galleries, Movie theaters etc.**

   The charged films share post modern themes and ideas similar to the following established artists

   Exhibit 206a-g  -  web site featuring short articles and pics of many establish artist using scatological themes  Including:

   Paul McCarthy, **Piero Manzoni, Keith Boadwee and others below**

   1- Piero Mannzoni  : Artist Shit  ( Package can ) In Museum
   2- Kiki Smith         : Trail ( sculpture )  n Museum
   3-Chris Ofili          : Madonna ( painting )  n Museum
   4- Salo,or the 120 days of sodom   : Pier Paolo Pasolini ( sex with feces eating in critically acclaimed  movie) -- ( not presented as exhibit )
   5- Robert Maplethorpe  ( Sado - Masochistic themes in photo art ) - ( not presented as exhibit ) n Museum

---

**2- Is the art work a part of a serious artistic genre or movement**
       Yes - the 3 charged films are consistent with postmodern art.
        Here are some samples

       **Exhibit 205a-b**  Mannequin on toilet bids for top British art prize - Turner prize nominee
       plus all the artists from above

---

**3- Does the art engage the viewer with new ideas, does it challenges the viewer to think differently about life,  art, politics, social morays, taboos, and the basic human condition., does it promote commentary and discussion about the art work**

The 3 films and Isaacs have generated articles and commentary from the media Including
    L A Times
    L A Weekly
    NY Daily News
    Radar On Line
    KFI radio  ( interviews plus topic on several talk shows )
    AP New Service

The 3 films and Isaacs have generated artistic and political discussion in many web blogs and article comment section including
    Boing Boing
    Radar OnLine
    L A Times

    Defamer
    LA Weekly
    These are only a few of the 100's of blogs and website that pick up the story and generated reader comments

  Isaacs films have engaging people to discuss "what is Art. " What is Obscene " below are few examples of this from Boing Boing,
  How Cafe, and poop report.

    Exhibit 43a-k
    Exhibit 45a-d
    Exhibit 201a-k
    Exhibit 200a-j

**4. The test of time**
    This is very important because many of yesterdays obscenity is todays masterpieces
    e.g. James Joyce, D.H. Lawrence, Lenny Bruce, Alan Ginsberg amongst others

  I might suspect a 1720 baroque music critic may not understand Beethoven 9th symphony.
  After all The "classical " music period rebells and rejects the complex baroque counter point style with simpler melodies and accompaniments
    Would the baroque critic reject the simplicity of a Mozart piano concerto as "not serious" in favor of
    J S Bach's " Art Of The Fugue ". Probably
    J. S. Bach was all but forgotten until Mandelson revitalization of the St. John Passion about 75 years after Bachs death

  Or to put it pop culture terms, the last scene of the 1985 movie " Back to the Future" where Marty McFly horrifies the 1955 audience at the big dance with a
    heavy metal guitar riff that leaves the 1955 audience shocked and confused.
    Who could expect them to understand music from 30 years in the future

---

**Some will say: People are engaged because of the obscenity trial only, not because of any artistic value the films may have.**
**In Fact, most people never actually seen any of these films, they just read about them**

These critics are partially correct. The venue of this Federal Trial has elevated the films ( even if they weren't before) to "Serious Artistic Value" status

For example, Robert Rauschenberg " White Painting" is elevated to "Serious Art" status just because the venue of the Museum
A "white painting" in the Museum of Modern Art is a serious work of art, but a white painting in someone garage is not - it's just a canvas with white paint.

Rauschenberg "White Painting" is important not because there is some aesthetic beauty of white paint on canvas, but because in a museum people question "Why is this Art", " Why is a empty white painting in a museum " etc.

**Art that makes you think deeper about a subject - is the goal of art ( at least in modernism)**

Another Rauschenber story to illustrate the importance of venue.

Robert Rauschenberg was commissioned to paint a portrait of Iris Clert for her gallery in France ( circa 1955 ).

He sent a telegram to the gallery saying
" This is a **portrait** of Iris Clert if I say so."
The telegram hung in the gallery along side the rest of the paintings

Conceptual art is not about what you see, but the idea behind what you see

Postmodern ( and neo modernism) art is conceptual by design, the " idea " is whats important - not necessarily the aesthetic value of the art work
In fact you don't even need any real artwork at all - just the belief that the art or film exists and the right venue to promote the work is enough.

Thats why Rauschenberg "White Painting" and " Portrait Telegram " became serious art, not because of the intrinsic value of the art, but rather the idea
and the credibility of the venue. In Rauschenbergs case the Museum and the gallery, in the Isaacs case
the trial

Ironically, Duchamps ready made " Fountain " , rejected by the 1917 New York Big Show, ( for being a mens urinal ) gained masterpiece status
because the venue rejected his work ( after all, the show theme was any artist can submit anything)

So in this mater of the 3 charged films, the government has
inadvertently elevated the work to "Serious Artistic Value" status
However I believe the films have "Serious Artistic Value" independent of the trial venue


Finally, I believe, my expert testimony will help the jury understand the "Serious Artistic Value" of the 3 charged
Films.

From: Sara <webmaster@cinemascat.com>
Subject: dupert 2
Date: February 8, 2011 2:36:42 AM PST
▷ 4 Attachments, 4.8 KB

## 1) exhibit 36a-b

### Filmmaker Magazine and blog

Is a quarterly publication magazine and Blog covering issues relating to independent film. The magazine was founded in 1992 by Karol Martesko-Fenster, Scott Macaulay and Holly Willis. The magazine is now published by IFP (Independent Feature Project) an advocacy organization that supports and serves the independent film community.

Article
### The trial of Josef K
by Scott Maculay on Wednesday May 7th 2008
Article about isaacs - recaps isaacs interview with Susannah Breslin (Radar on Line) about " Art, filmmaking, and Obscenity "

**From the filmmaker article**
"Later in the interview, we learn that Isaac's Kafka reference is not just some random musing:
**So you were indicted.**
In July [2007], they indict me. This has all been very surreal. I'm a big Kafka fan. I always dreamed to be Josef K. [the central character of Kafka's *The Trial*, who wakes up one morning to find he is being prosecuted for an unknown crime]. And now I am. I'm rereading the book, and I see the similarities. In fact, the director's credit I use in all my films is Josef K. I am Josef K., the character. Now I get to play Josef K. I get to go to court and do all these things. This whole thing is art. Now I get my 15 minutes of fame."

---

## 2) exhibit 39

### The Independent Eye ( IFC Film Blog)

Article
### Odds " London Fields" shock art, cookiegate
### May 7th 2008

Article talks about 1 mainstream film plus isaacs's work and thoughts on " Shock Art "

---

## 3) exhibit 38a-d

Radar-Online is an American online publication. It started as a magazine first printed in 2003 as a test issue, relaunched twice in 2005 and 2006, and ceased publication in 2008. The magazine published articles on entertainment, fashion, politics, and human interest. Its founder and editor-in-chief was Maer Roshan, an editor who previously worked at Interview magazine, New York Magazine, the New York Times, and Talkmagazine.

**Radar OnLine Article**
May 13, 2008
**BUT IS IT OBSCENE?**
"Shock art" director Ira Isaacs about to go on trial for obscenity
By Susannah Breslin

In-depth interview with Isaacs about filmmaking and of course the trial
First use of Duchamp's " Fountain " pic in relation to Isaacs's work
------------------------------------------------------------------------------------------------------------------------

### 4) exhibit 43a-k

**Boing Boing** (originally bOING bOING) is a publishing entity, first established as a magazine, later becoming a group blog.

Boing Boing Article
Ira Isaacs, "poo porn" producer about to go on trial for obscenity, interviewed
POSTED BY XENI JARDIN, MAY 7, 2008 12:56 PM | PERMALINK

A basic rehash of the Radar OnLine article with reader comments about the trial and Isaacs's work

**Here a few samples of reader comments from article both good and Bad**

#1 POSTED BY LOOPFIEND, MAY 7, 2008 1:52 PM

Good Riddance to bad "art"!
I for one am tired of so called "shock artists" clamoring to make a buck as artists and free speech advocates.
What they do is too easy and only requires bad taste and no class. Real cultural contributions require talent and hard work.
So if I had my 86 year-old Aunt fellate my poodle and post it on the web, am I too a genius? Do I also get interviews and high profile blog coverage?
Issacs is a sleazy idiot and deserves jail time.
Am I alone here?

=================================

#8 POSTED BY PAUL TURNBULL, MAY 7, 2008 2:58 PM

Whether it's art or not is irrelevant.
Whether it's revolting or not is irrelevant.
Whether it's obscene or not is irrelevant.

The legality of something should have nothing to do with these things. IF there is no harm to others leave it be.

=================================

#11 POSTED BY MRFITZ, MAY 7, 2008 5:21 PM

Philosophy of Art is a very interesting subject. I took a course about ten years ago and we read and discussed various people's (e.g. Kant, Santayana, Nietzsche) views on aesthetics. Kant wasn't very interesting in terms of what art actually is, but he did have some interesting things to say on how to look at it. Basically, he suggests being impartial. This school of thought, I think, would suggest distancing one's self from the socially taboo nature of the

work, but since that is the intention of the "artist", it would probably also say that it isn't art. For myself I don't really care if it is art, or if some group thinks it should becalled art; it's more a matter of whether I think it's good or not. I don't.

---

5 ) exhibit 45a-d

**Boing Boing**
**The "2 Girls 1 Cup" defense**

POSTED BY XENI JARDIN, APRIL 14, 2008 2:24 PM | PERMALINK
ARTICLE ABOUT ISAACS AND ART AND OBSCENITY
MORE ENGAGED READERS BLOG THERE OPION ABOUT ART AND OBSCENITY

ANOTHER REHASH OF THE RADAR ON LINE INTERVIEW
HERE MORE READER COMMENTS ONART AND OBSCENITY

#5 POSTED BY HUNTY, APRIL 14, 2008 3:50 PM

Ladies and gentlemen of this supposed jury, you've heard the prosecutor's testimony. And they make a good case. Hell, I almost felt pity myself! But, ladies and gentlemen of this supposed jury, I have one final thing I want you to consider. Ladies and gentlemen, this is "2 Girls 1 Cup". These two girls are moderately attractive, but they have chosen to spend their time eating poop out of a cup. Now think about it; that does not make sense! Why would two good-looking girls want to eat poop out of a cup? That does not make sense! But more important, you have to ask yourself: What does this have to do with this case? Nothing. Ladies and gentlemen, it has nothing to do with this case! It does not make sense! Look at me. A man's life is on the line, and I'm talkin' about 2 Girls 1 Cup! Does that make sense? Ladies and gentlemen, I am not making any sense! None of this makes sense! And so you have to remember, when you're in that jury room deliberatin' and conjugatin' the Emancipation Proclamation, does it make sense? No! Ladies and gentlemen of this supposed jury, it does not make sense! If two good-looking girls eat poop out of a cup, you must acquit! The defense rests.

---

6 ) exhibit 201a-k

# How Cafe Blog 6-10-2008

# Is It Art, or just Crap. Art vs Community Standards.

Fire Pit - Politics & potentially heated topics

More reader comments on ART and Obscenity

So... is it Art, or is it Obscene, and can it be both at the same time?

Who is to say what "community standards" are? A jury?

How is an Artist to know in advance that the Art he is creating is obscene by community standards?

Can an Artist commit an obscenity crime without knowing he is commiting a crime, and can he be held accountable for not knowing the minds of others?

Interesting case.



"The truth of a theory is in your mind, not in your eyes." - Albert Einstein

"A government becomes the enemy when it, by policy, treats its populace as the enemy." - Me. 11 Jan 2010.

OTWA #13

---

06-11-2008, 07:29 PM

**Whitey Ford**

Join Date: Jun 2007
Posts: 1,715
HOW Square Rating 0% (0)
Thanks: 29
Thanked 672 Times In 322 Posts

Wow---I'm surprised at your comment, Litlux.

All of the artists I know, and I know a lot of them---I went to art school in the 80s in NYC---would defend the right of an artist to create whatever he/she desires. Sure, they may think it's crap, but...

Censoring of art is a dangerous business and usually backfires.

Remember that guy (Chris Opheli (sp)) who showed a piece at the Brooklyn Museum that was a portrait of the virgin mary that incorporated elephant dung in his work? And Guiliani went batshit and tried to ban it and then another batshit person attacked the painting?

I never even would have known his name if Guiliani didn't make such a big fuss over it. But I did see the painting and it was good, beautiful.

And there is no such thing as "community standards."

And a bunch of prudes/people with power will get together and try to ban anything that is a threat to them.

And that's also why women artists have had to disguise artwork referencing the vagina as flowers. (See Georgia O'Keefe and Judy Chicago)

And to belabor the issue--do you think Hitler allowed Jewish artists to express anything about the zietgist? No, instead you got the bland, politically devoid of expression Bauhaus movement.

---------------------------------------------------------------------------------------------------------------------------------

7) exhibit 200a-j

**Poop Report. Com**

### The Intellectual Appreciation of Poop Humor | PoopReport.com
Stories about poop. Essays about poop. Consumer reports about poop. Comics about poop. It's all here on PoopReport.com. But if that's not enough, ...
www.poopreport.com/ - Cached - Similar

| | |
|---|---|
| Stories About Poop | Bringing Out Baby |
| Poop Forums | Ask a Poodiatrist |
| Poop at the Office | Techniques |
| The Movie Poop-Scene Database | Fun with Feces |

**Poop report. com is a web site devoted to articles and readers comments on matters related to feces**
**There is no sex or scat here**

**They are engaged**

**This is a sample of comment section from 3 readers about the charged movies and weather or not they are "art"**
**They actually had a pretty in-depth discussion on " what is Art"**

**this forum and comments went on for more than 4 days**

**here are some samples**

### Herbert (not verified) -- 05.08.2008
I believe in free speech where art and legitimate cultural expression are concerned. However, this is *not* art; it's simple obscenity, and it's entirely right that it should be prohibited

---

### Bilgepump (3084) -- 05.08.2008

The adage that "beauty is in the eye of the beholder" couldn't be more true, at least for me. I dislike most "art" just because somebody else tells me it IS art. I don't even like some of the classic stuff...Mona Lisa is one ugly bitch, in my opinion, and Picasso can't hold a candle to my brain damaged, retarded nephew, who is a whizz with a blue crayon. TG1C can be what ever the hell the viewer wants it to be. Scat films, same, but I'm not gonna look at 'em, they don't turn me on, nor do they inspire any other emotion other than disgust, from me. But thats simply my opinion.

---

### trialjunky (not verified) -- 05.10.2008

first no horse got hurt. just a blow job from a beautiful girl.
I can't say that much form the horse that was killed at kentucky derby

Second,. Isaacs did not make the film, just sold it

What makes it art is a lot of people are discussing the subject mater
asking question, examining ideas.

I think a lot of peoples thing that if its art, it must be good art
Art can totally be tasteless but its still art if it challenges the viewer.
even in a negative way

---

**Trialjunky (not verified) -- 05.09.2008**

Dave
your common sense approach to the first amendment is a nice thought
However would not be let into this trial because the "Obscenity" law is not on trial
but whether Isaacs broke the law with his films.

I came across this site, when I was googling the Isaacs trial
There are many web blogs discussing this trial and most support Isaacs

The funny and maybe ironic thing is that- Your site which promotes pooping in your own pants
as fun and important, would be so against this Isaacs guy

I think most of you should reexamine your relation with shit - at least Isaacs makes money
with his art

----------------------------------------------------

<u>daphne</u> (5136) -- 05.08.2008

I had to edit my response. When re-reading, I noticed that Dave said it was packaged as porn, but intended as art. If this is so, that's a mixed message.

On the other hand....

I'm not arguing for or against, but I am asking the question "why is it indecent and PR is not" to cement why it should be prohibited. We are, after all, on a poop humor site. There are people who think WE'RE indecent and gross. Are they right just because it's their opinion, these people who post about once a day stating we're freaks? And why is Herbert's opinion what's legitimate and what's not important in the scheme of things, or mine, for that matter? While I'm all for having common sense and being pragmatic, this concept that we determine what others do seems mighty egotistical. I think alot of performance is stupid, but it's not my favorite type of art.

Is it obscene because it's a behavior that is illegal in public? Toxic? Unhealthy? If so, I want to see that type of thought, the rationale, the follow up, instead of just the initial knee-jerk reaction. I may have to check out these links closer later on today.

This is a slippery slope. Slippery. What makes it slippery is obviously apparent, but slippery still.

Oh, one last thought........ there is a worse case of performance art going on right now. Some "artist" has chained up a skinny dog and is not feeding him as performance art in South America. I think it's cruel, and he's come under the fire of many groups. I want to kick the guy in the balls. However, is he saying "you see this in the yard next door and do nothing - why is this different?" and if so, is the dog going to make people think why one thing is OK and the other is not? If it's all supposed to make you think or be shocked, as much as I hate it, I cannot deny performance art has a goal to the artist that might not be so obvious as first glance. It took me a few days to come to the conclusion that many people who are totally off the hook about the dog might not be so concerned with dogs chained up in their own neighborhood, and those people could use a little shock value to get them to take action in their own areas.

----------------------------------------------------

## 8 ) exhibit 202

## Mercer Union is an artist-run centre in Toronto, Ontario, established in 1979 to exhibit contemporary art[1].

### Short Article about Isaacs on fine art website

---

## 9 ) exhibit 203

## XBIZ.com

## Isaacs Art Installation Would Screen Charged Film

By Rhett Pardon    Friday

### Article on Isaacs art installation
----------------------------------------------------------------------

**exchibit 205a-b  Mannequin on toilet bids for top British art prize - Turner prize nomanee**
----------------------------------------------------------------------

Exhibit 206a-g  -  web site featuring shirt articales and pics of many establish artist using scatological themes Icluding:

    Paul McCarthy, **Piero Manzoni, Keith Boadwee and others**

-----------------------------------------------------------------------------------------------