**EXHIBIT 10**









Aud maybe standing or seated whike viewing

Aud reaction projected on screen outside main exhibit

Camera recording aud reaction







Exhibit 3 / 13" X 20" / acrylic on canvas











FAMILY CHICKEN DEAL

YOU RECEIVE:
- One Whole Chicken (6 pieces)
- Large Beans & Rice
- Tortillas & Salsa
- No Substitutions

FAST DELIVERY

CHASO

MENU

FRESH, HOT RUSTY'S PIZZA

RUSTY'S FRIED CHICKEN

CRISP SALADS

COLD COKE

835-5555

RUSTY'S PIZZA PARLORS    1 EASY 1-PICK UP • FREE DELIVERY

FAMILY CHICKEN DEALS



BIG DEALS!

BIG PIZZA DEAL
• LARGE EXTRA PEPPERONI PIZZA
$10.99

CHICKEN PIZZA DEAL
• MEDIUM 2-ITEM PIZZA
• 10 PIECE CHICKEN & WEDGES
$13.99

CHICKEN & WEDGES
• 6 PACK OF COKE
$10.99

Call Rusty's New 1 Number Order System
835-5555

FAST DELIVERY

CHASO



**EXHIBIT 11**

















Rusty's Delivers A "WoW!"

Rusty's Rolls Out a Hot, Delicious Pizza!

Your Emergency Hunger Squad!



IMMEDIATELY

$55 FREE CLEANING INSIDE

from

Arden Fair Cleaners

Arden Fair Cleaners
1717 Walnut Ave
Carmichael Ca 95608

PRST STD
U.S. Postage
PAID
Select
Advertising

FREE CLEANING

from

# Arden Fair Cleaners
## 2 Convenient Locations

CARMICHAEL
(Fair Oaks & Walnut)
1717 Walnut Ave.
482-1717

SACRAMENTO
(Fair Oaks & Munroe)
2632 Fair Oaks Blvd.
488-3524

✷ Same Day Service
✷ Expert Alterations

✷ Gown Preservation
✷ Same Day Skirt Laundry

✷ ✷ We are ahead of our time to protect the environment.
We want to protect your fabrics and give you the best quality possible.
In the future we believe that all dry cleaners will have to use non-toxic solvents.
Cleaning with DF2000 actually preserves the body and texture
of your finest fabrics. Absolutely safe to use on:

• Sequins      • Lace       • Elastic
• Beads        • Gowns      • Print Images







**EXHIBIT 12**







Aud reaction projected on screen outside main exhibit

Aud maybe standing or seated while viewing

Camera recording aud reaction





# FAMILY CHICKEN DEAL



**FAST DELIVERY**

# FAMILY CHICKEN DEALS

## MENU

### FRESH, HOT RUSTY'S PIZZA

### RUSTY'S FRIED CHICKEN

### CRISP SALADS



## BIG DEALS!



**FAST DELIVERY**





Exhibit / 13" X 20"
3   /acrylic on canvas





Rusty's Delivers A "WoW!"

Rusty's Rolls Out a Hot, Delicious Pizza!

Your Emergency Hunger Squad!











**EXHIBIT 13**





Aud maybe standing or seated while viewing

Aud reaction projected on screen outside main exhibit

Camera recording aud reaction



# FAMILY CHICKEN DEAL

*FAST DELIVERY*

**YOU RECEIVE:**
- One Whole Chicken 16-pieces
- Large Beans & Rice
- Tortillas & Salsa
No Substitutions Please

BULK RATE
U.S. POSTAGE
PAID
SEAL BEACH, CA
PERMIT NO. 219

## MENU

### FRESH, HOT RUSTY'S PIZZA

### RUSTY'S FRIED CHICKEN

### CRISP SALADS

### COLD CAKE

835-5555

RUSTY'S PIZZA PARLORS · EAT IN · PICK UP · FREE DELIVERY



# FAMILY CHICKEN DEALS

*FAST DELIVERY*

## BIG DEALS!



### BIG PIZZA DEAL
**1 LARGE EXTRA PEPPERONI PIZZA**
$10.99



### BIG CHICKEN DEAL
- 1 MEDIUM 2-ITEM PIZZA
- 6 PIECE CHICKEN & WEDGES
$13.99



- 6 PACK OF COKE
$10.99

Call Rusty's new 1 Number Order System
**835-5555**
for Delivery, Pick Up & Dine-in Orders.

These Offers are good at any Duke's Holdings
Rusty's Pizza Parlors
and Rusty's Pizza & Wings.





Exhibit 1 13" × 20"
3 / acrylic on canvas





*Rusty's Delivers A "WOW!"*

*Rusty's Rolls Out a Hot, Delicious Pizza!*

*Your Emergency Hunger Squad!*





PRST STD
U.S. POSTAGE
PAID
Natese
Advertising

Arden Fair Cleaners
1717 Walnut Ave.
Carmichael, Ca 95608

MEDIATELY

$55 FREE CLEANING INSIDE
from
Arden Fair Cleaners

FREE CLEANING
from

Arden Fair Cleaners
2 Convenient Locations

CARMICHAEL
(Fair Oaks & Walnut)
1717 Walnut Ave.
482-1717

SACRAMENTO
(Fair Oaks & Munroe)
2632 Fair Oaks Blvd.
486-3624

• Same Day Service      • Gown Preservation
• Expert Alterations     • Same Day Shirt Laundry

• We are ahead of our time to protect the environment.
We want to protect your fabrics and give you the best quality possible.
In the future we believe that all dry cleaners will have to use non-toxic solvents.
Cleaning with DF2000 actually preserves the body and texture
of your finest fabrics. Absolutely safe to use on:

• Sequins      • Lace        • Elastic
• Beads        • Gowns      • Print Images









**EXHIBIT 14**



Aud maybe standing or seated while viewing

Aud reaction projected on screen outside main exhibit

Camera recording aud reaction










Exhibit 13 / 13" X 20" / acrylic on canvas





*Your Emergency Hunger Squad!*

*Rusty's Rolls Out a Hot, Delicious Pizza!*

*Rusty's Delivers A "WoW!"*





PRST STD
U.S. Postage
PAID
Issaes
Advertising

IMMEDIATELY

$55 FREE CLEANING INSIDE
from
Arden Fair Cleaners

FREE CLEANING
from

Arden Fair Cleaners
1717 Walnut Ave.
Carmichael, Ca 95608

Arden Fair Cleaners
2 Convenient Locations

CARMICHAEL
(Fair Oaks & Walnut)
1717 Walnut Ave.
482-1717

SACRAMENTO
(Fair Oaks & Monroe)
2632 Fair Oaks Blvd.
488-5524

• Same Day Service
• Expert Alterations

• Gown Preservation
• Same Day Shirt Laundry

We are ahead of our time to protect the environment.
We want to protect your fabrics and give you the best quality possible.
In the future we believe that all dry cleaners will have to use non-toxic solvents
Cleaning with DF2000 actually preserves the body and texture
of your finest fabrics. Absolutely safe to use on:

• Sequins
• Beads

• Lace
• Gowns

• Elastic
• Print Images

# FAMILY CHICKEN DEAL

**YOU RECEIVE:**
• One Whole Chicken (precut)
• Large Fries & Rice
• Tortillas & Salsa

*FAST DELIVERY*

# FAMILY CHICKEN DEALS

*FAST DELIVERY*

## MENU

### RUSTY'S FRIED CHICKEN

### FRESH, HOT RUSTY'S PIZZA

### CRISP SALADS

### COLD COKE

835-5555

RUSTY'S PIZZA PARLORS

# BIG DEALS!

BIG PIZZA DEAL
1 LARGE EXTRA PEPPERONI PIZZA
$10.99

MEDIUM 2-ITEM PIZZA
#6 PIECE CHICKEN & WEDGES
$13.99

#6 PACK OF COKE
$10.99

Call Rusty's New 1 Number Order System
835-5555









