MICHAEL W. GRANT
michael.grant@usdoj.gov
Trial Attorney
United States Department of Justice
1400 New York Avenue, NW, Suite 6000
Washington, D.C. 20005

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) **CR-07-732(A)-GHK** |
| IRA ISAACS, | ) **GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE BUSINESS RECORDS AUTHENTICATED UNDER FEDERAL RULE OF EVIDENCE 902(11)** |
| Defendant. | ) |

   The United States of America, by and through its counsel, provides notice that it intends to introduce under Federal Rule of Evidence 803(6) the business records information authenticated by certification under Federal Rule of Evidence 902(11) as shown by the attached certifications of:

   1. Daniel White of The Planet
   2. Natalie Sterling of Network Solutions

1

3. Vivian Solares of Intercosmos Media Group, Inc.

4. Keena Willis of Wild West Domains, Inc.

5. Arlette Rowe of United Parcel Service, Inc.

Respectfully Submitted,

_____/s/_____
DAMON A. KING
Deputy Chief
U.S. Department of Justice
Child Exploitation and
Obscenity Section
1400 New York Avenue, NW
Sixth Floor
Washington, DC 20530
(202)307-1982 (phone)
(202)514-1793 (fax)
Damon.king@usdoj.gov

_____/s/_____
MICHAEL W. GRANT
Trial Attorney
U.S. Department of Justice
Child Exploitation and
Obscenity Section
1400 New York Avenue, NW
Sixth Floor
Washington, DC 20530
(202)307-1982 (phone)
(202)514-1793 (fax)
Michael.Grant@usdoj.gov

**CERTIFICATE OF SERVICE**

    I, Michael W. Grant, Trial Attorney with the United States Department of Justice, Criminal Division, hereby certify that the GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE BUSINESS RECORDS AUTHENTICATED UNDER FEDERAL RULE OF EVIDENCE 902(11) was filed on April 28, 2011 by CM/ECF which will send electronic copies to counsel for the defendant, Roger Jon Diamond, 2115 Main Street, Santa Monica, California 90405.  Also, on April 28, 2011, the Government mailed a paper copy to the counsel of defendant, Roger Jon Diamond, at 2115 Main Street, Santa Monica, California 90405.

```
           _____/s/_____
           MICHAEL W. GRANT
           U.S. Department of Justice
           Trial Attorney,
           Child Exploitation and
           Obscenity Section
           1400 New York Avenue, NW
           Sixth Floor
           Washington, DC 20530
           (202) 514-6715 (phone)
           (202) 514-1793 (fax)
           michael.grant@usdoj.gov
```