# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:07-CR-00732(A)-GHK    Recorder: CS 05/02/2011    Date: 05/02/2011

Present: The Honorable Stephen J. Hillman, U.S. Magistrate Judge

Court Clerk: Terry R. Baker                Assistant U.S. Attorney: Vibhav Mittal

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| IRA ISAACS, dba Stolen Car Films, dba LA Media<br>    BOND-PRESENT | ROGER DIAMOND<br>    RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the first Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the First Superseding Indictment.

This case was previously assigned to the calendar of District Judge George H. King.
It is ordered that the following date(s) and time(s) are set:
    Pre-trial Conference 05/02/2011 at 3:30 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

The Judge's Discovery Order issued.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: TRB