E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 07-732(A)  GHK | Date | May 2, 2011 |
|---|---|---|---|

| **Present: The Honorable** | GEORGE H. KING, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Beatrice Herrera | Mary Riordan Rickey | Michael Grant/Damon King |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ira Isaacs | | ✘ | ✘ | Roger Diamond | | ✘ | ✘ |

**PROCEEDINGS:**     **STATUS CONFERENCE**

    Matter called.  Defendant and counsel of record are present.  The above matter was originally set for Pretrial conference and hearing on Motions in limine.  However, the pretrial conference is unable to go forward in light of the Superseding Indictment filed on April 14, 2011.  Court and counsel confer.  The Court having heard from counsel, sets the above matter for Further Status Conference on **June 13, 2011 at 3:30 p.m.,** in order to allow defendant and his counsel to review the additional discovery.  Court takes oral wavier of defendant.  Counsel shall cooperate with one another in the preparation of proposed findings of excludable time from now through and including June 13, 2011.  Present pretrial conference and trial dates are hereby **VACATED.**

        **IT IS SO ORDERED.**

|  | : | **06** |
|---|---|---|
| Initials of Deputy Clerk | | Bea |