ROGER JON DIAMOND
2115 Main Street
Santa Monica, CA 90405
(310) 399-3259

MICHAEL W. GRANT
michael.grant@usdoj.gov
Trial Attorney
United States Department of Justice
1400 New York Avenue, NW, Suite 6000
Washington, D.C. 20005

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>IRA ISAACS,<br><br>            Defendant.<br>_____ | )<br>)<br>)<br>)<br>) **CR-07-732(A)-GHK**<br>)<br>) **JOINT STIPULATION REGARDING**<br>) **EXCLUDABLE TIME UNDER THE**<br>) **SPEEDY TRIAL ACT**<br>)<br>)<br>) |

Comes Now, Michael W. Grant, Trial Attorney, Criminal Division, United States Department of Justice, and Roger Jon Diamond, Attorney for the Defendant, to file this Joint Stipulation Regarding Excludable Time Under the Speedy Trial Act.  The parties agree that all time from February 8, 2011 until the next status conference, June 13, 2011, is excludable time for purposes of the Speedy Trial Act.

1

On June 13, 2008, this case ended in mistrial before the Honorable Alex Kozinski.  Following the mistrial, the case was transferred back to the original trial judge in this matter, the Honorable George H. King, who subsequently denied defendant's motion to dismiss indictment with prejudice.  The defendant then took an appeal to the United States Court of Appeals for the Ninth Circuit.  The Court of Appeals affirmed Judge King's order denying the motion to dismiss indictment.  This order was entered December 22, 2009.  On February 3, 2010, the Court of Appeals denied defendant's petition for rehearing *en banc*.  The defendant petitioned the United States Supreme Court for a writ of certiorari, which was denied on June 28, 2010.  A new trial date of February 8, 2011 was set by Judge King.

On January 19, 2011, the Court held a *Daubert* hearing.  On March 2, 2011, Judge King ruled on the matter.  In his ruling, Judge King set May 2, 2011 as the final motion hearing and pre-trial conference date.  He also set May 17, 2011 as the trial date.

On April 14, 2011, a Superseding Indictment was filed in the case.  On May 2, 2011, the defendant was arraigned on the Superseding Indictment.  That same day, Judge King held a status conference in lieu of a final pre-trial conference (There were six motions pending before Judge King which were resolved on May 2, 2011).  Judge King set a further status conference for June 13, 2011 in order to allow the defendant and his counsel time to

review additional discovery, provided by the Government, relating to the Superseding Indictment.  Judge King vacated the present pre-trial conference and vacated all trial dates.

Pursuant to 18 U.S.C. § 3161 (e), the defendant should be tried again within 70 days from the date the action occasioning the retrial becomes final, which may be extended to up to 180 days under certain circumstances.  However, the periods of delay enumerated in section 3161 (h) are excluded in computing the time limitations in section 3161 (e).

Pursuant to 18 U.S.C. § 3161 (h)(1)(D), motions were pending before this Court from December 14, 2010 to May 2, 2011. As such, the parties agree that this time should be excludable time pursuant to 18 U.S.C. § 3161 (h)(1)(D).

Pursuant to 18 U.S.C. §3161 (h)(7)(A), Judge King, in response to the Superseding Indictment and in order to give the defense the appropriate time to prepare for the new charged offenses, vacated the May 17, 2011 trial date.  Defense counsel requested additional time to review the supplementary discovery provided by the Government relating to the new charges.  Judge King set the next status conference for June 13, 2011.

The parties agree that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  The defense needs further time to adequately prepare for trial.  Furthermore, given the unusual and complex nature of obscenity cases and the novel questions of

1    fact and law, additional time is needed to not only prepare for

2    trial but to prepare for potential pre-trial motions.

3        For all the reasons described above, all time from February

4    8, 2011 to June 13, 2011 should be excludable time pursuant to

5    18 U.S.C. § 3161 (h)(1)(D), 18 U.S.C. § 3161 (h)(7)(A), and 18

6    U.S.C. § 3161 (h)(7)(B)(ii).

7                                    Respectfully Submitted,

8

9

10                                   _____/s/_____

11                                   ROGER JON DIAMOND
                                     Attorney for Defendant

12                                   IRA ISAACS

13

14

15                                   _____/s/_____

16                                   MICHAEL W. GRANT
                                     U.S. Department of Justice

17                                   Trial Attorney
                                     Child Exploitation and

18                                   Obscenity Section
                                     1400 New York Avenue, NW

19                                   Sixth Floor
                                     Washington, DC 20530

20                                   (202)307-1982 (phone)
                                     (202)514-1793 (fax)

21                                   Michael.Grant@usdoj.gov

22

23

24

25

                                     4

1

## CERTIFICATE OF SERVICE

2      I, Michael W. Grant, Trial Attorney with the United States

3   Department of Justice, Criminal Division, hereby certify that

4   the foregoing Joint Stipulation Regarding Excludable Time Under

5   the Speedy trial Act was filed on May 5, 2011 by CM/ECF which

6   will send electronic copies to counsel for the defendant, Roger

7   Jon Diamond, 2115 Main Street, Santa Monica, California 90405.

8   Also, on May 5, 2011, the Government mailed a paper copy to the

9   counsel of defendant, Roger Jon Diamond, at 2115 Main Street,

10   Santa Monica, California 90405.

11

12                                    _____/s/_____
                                     MICHAEL W. GRANT
13                                    U.S. Department of Justice
                                     Trial Attorney,
14                                    Child Exploitation and
                                     Obscenity Section
15                                    1400 New York Avenue, NW
                                     Sixth Floor
16                                    Washington, DC 20530
                                     (202) 514-6715 (phone)
17                                    (202) 514-1793 (fax)
                                     michael.grant@usdoj.gov
18

19

20

21

22

23

24

25