```
1   ROGER JON DIAMOND
    2115 Main Street
2   Santa Monica, CA 90405
    (310) 399-3259
3   (310) 392-9029
    State Bar No. 40146
4

5   Attorney for Defendant
    Ira Isaacs
6

7

8

9                    UNITED STATES DISTRICT COURT

10                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,   )   CASE NO. No. CR 07-732 GHK
                                )
13        Plaintiff,            )   OBJECTION TO EVIDENCE TO BE
                                )   OFFERED BY GOVERNMENT UNDER
14  vs.                         )   RULE 404(b) OF THE EVIDENCE
                                )   CODE
15  IRA ISAACS,                 )
                                )
16        Defendant             )
                                )   DATE:
17                                  TIME:
                                    PLACE:   Room 650 at Roybal
18                                           Federal Building

19                                  Hon. George H. King

20
```

To the United States of America:

Defendant Ira Isaacs objects to the evidence the government intends to produce pursuant to Evidence Code Section 404(b). All of the evidence contained in the government's notice of intent to offer certain evidence (Docket No. 151 ) should not be submitted to the jury. The evidence is irrelevant, does not comply with Rule 404(b) and its admission would deprive the Defendant of a fair

1

1  trial under the Pro Process Clause of the Fifth Amendment.

2                                          Respectfully submitted,

5                                          _____S/s_____
                                           ROGER JON DIAMOND
6                                          Attorney for Defendant

2