MICHAEL W. GRANT
michael.grant@usdoj.gov
Trial Attorney
United States Department of Justice
1400 New York Avenue, NW, Suite 6000
Washington, D.C. 20005

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>IRA ISAACS,<br><br>    Defendant. | ) <br>)<br>)<br>) **CR-07-732-GHK**<br>)<br>) **GOVERNMENT'S NOTICE OF EXPERT**<br>) **WITNESSES AND WITNESSES WITH**<br>) **SPECIALIZED KNOWLEDGE**<br>)<br>)<br>)<br>) |

The United States of America, by and through its counsel, hereby provides pursuant to Fed. R. Crim. P. 16(a)(1)(G) its written summary of testimony the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial, which describes the expert witnesses' opinions, the bases and the reasons therefore, and the witnesses' qualifications.

1

### **Matthew Goward**

Lead Computer Forensic Specialist Matthew Goward of the U.S. Department of Justice's High Technology Investigation Unit (HTIU) is an individual having knowledge, skill, experience, training, education, and an expertise beyond the ordinary lay person regarding computer forensics.  The Government anticipates that he will provide testimony regarding the accepted procedures and methods in the field of computer forensics, the imaging of the data storage devices, processing the image with forensic tools, verifying the processes of imaging and copying, the making duplicate copies of the image and duplicating specific portions of the image by the FBI CART computer forensic examiners at his request, and the results of the computer forensic examination he conducted as set forth in and consistent with the May 13, 2011, report previously provided to the defense on May 16, 2011.  Mr. Goward's qualifications are detailed in his curriculum vitae previously provided to defense counsel on June 8, 2011.

### **Richard Buster, Erin Gabor, Viktor Grose, Gregory Hermanson, Jacqueline Malak, Lee Shepps and Hesz Rivera**

Computer Forensic Examiners Richard Buster, Erin Gabor, Viktor Grose, Gregory Hermanson, Jacqueline Malak, Lee Shepps and Hesz Rivera of the FBI's Computer Analysis and Response Team (CART) are individuals having knowledge, skill, experience, training, education, and an expertise beyond the ordinary lay

person regarding computer forensics.  The Government anticipates that they will provide testimony regarding the accepted procedures and methods in the field of computer forensics, the imaging of the data storage devices, processing the image with forensic tools, verifying the processes of imaging and copying, providing FBI Special Agents and other computer forensic examiners access to images of data storage devices, making duplicate copies of the image and duplicating specific portions of the image for and at the request of the FBI Special Agents and other computer forensic examiners, concerning the items detailed in the May 13, 2011, report prepared by Matthew Goward previously provided to the defense on May 16, 2011.  Their qualifications are detailed in their curriculum vitae previously provided to defense counsel on June 8, 2011.

Respectfully Submitted,

_____/s/_____
DAMON A. KING
Deputy Chief
U.S. Department of Justice
Child Exploitation and
Obscenity Section
1400 New York Avenue, NW
Sixth Floor
Washington, DC 20530
(202)307-1982 (phone)
(202)514-1793 (fax)
Damon.king@usdoj.gov

```
                                    /s/
                          _____
                          MICHAEL W. GRANT
                          Trial Attorney
                          U.S. Department of Justice
                          Child Exploitation and
                          Obscenity Section
                          1400 New York Avenue, NW
                          Sixth Floor
                          Washington, DC 20530
                          (202)307-1982 (phone)
                          (202)514-1793 (fax)
                          Michael.Grant@usdoj.gov
```

**CERTIFICATE OF SERVICE**

    I, Michael W. Grant, Trial Attorney with the United States Department of Justice, Criminal Division, hereby certify that the GOVERNMENT'S NOTICE OF EXPERT WITNESSES AND WITNESSES WITH SPECIALIZED KNOWLEDGE was filed on June 9, 2011 by CM/ECF which will send electronic copies to counsel for the defendant, Roger Jon Diamond, 2115 Main Street, Santa Monica, California 90405. Also, on June 9, 2011, the Government mailed a paper copy to the counsel of defendant, Roger Jon Diamond, at 2115 Main Street, Santa Monica, California 90405.

                                          _____/s/_____
                                          MICHAEL W. GRANT
                                          U.S. Department of Justice
                                          Trial Attorney,
                                          Child Exploitation and
                                          Obscenity Section
                                          1400 New York Avenue, NW
                                          Sixth Floor
                                          Washington, DC 20530
                                          (202) 514-6715 (phone)
                                          (202) 514-1793 (fax)
                                          michael.grant@usdoj.gov