# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 07-732(A) GHK | Date | June 13, 2011 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. KING, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Irene Ramirez | Mary Riordan Rickey | Michael Grant, DOJ |
|---|---|---|
| *Relief Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ira Isaacs | X | | X | Roger Diamond | X | | X |

**Proceedings:**   FURTHER STATUS CONFERENCE

     The case is called and counsel are present. The Court inquires from counsel regarding the status of the case. Defense indicates that all discovery has been received and reviewed. After having heard from counsel, the Court sets motion deadlines. Defendant shall designate and disclose any and all expert witnesses to government within 60 days. Within 60 days thereafter, counsel shall meet and confer on any and all pre-trial motions, including motions in limine, and file a fully integrated joint brief containing all such motions. These motions shall be noticed for hearing thereafter regularly under the Local Rule.

     Parties shall cooperate with one another in the preparation and lodging of a proposed findings of excludable time.

     IT IS SO ORDERED.

|  | : | 15 |
|---|---|---|
| Initials of Deputy Clerk | IR | |

cc: