MICHAEL W. GRANT
michael.grant@usdoj.gov
Trial Attorney
United States Department of Justice
1400 New York Avenue, NW, Suite 6000
Washington, D.C. 20005

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) **CR-07-732-GHK** |
| IRA ISAACS, | ) **PARTIES JOINT CONSOLIDATED BRIEF** |
| Defendant. | ) |

Pursuant to the Court's Order, dated June 13, 2011, Plaintiff United States of America, through the undersigned counsel, and the Defendant, Ira Isaacs, by and through his counsel of record, Roger Jon Diamond, submit the following joint consolidated brief relating to expert witnesses and pretrial motions.

1

**EXPERT WITNESSES**

During the status conference on June 13, 2011, defense counsel requested additional time from the Court to determine what expert witnesses, if any, would be required by the defense at trial. The Court granted the defense request and ordered "[d]efendant shall designate and disclose any and all expert witnesses to government within 60 days." *See* Criminal Minutes at Docket 166. On August 22, 2011, the parties met and conferred. The defense informed the government that they would not be calling any experts at trial. At a second meet and confer session on September 29, 2011, the defense again stated that no expert witnesses were anticipated.

**PRE-TRIAL MOTIONS**

During the status conference on June 13, 2011, the Court further ordered "within 60 days [after disclosure of expert witnesses], counsel shall meet and confer on any and all pre-trial motions,… and file a fully integrated joint brief containing all such motions." *See id*. On September 29, 2011, the parties met to discuss pre-trial motions. The defense indicated that they did not have any pre-trial motions to file. The government informed the defense of its intent to file a motion to preclude the defense from mentioning that government attorneys work out of Washington D.C. and to preclude any attempt to offer evidence, testimony, or argument regarding any

suspected political motivation for indicting the defendant on the charged offenses.  The defense stated a motion would be unnecessary and agreed not to mention that government counsel were from Washington D.C. nor to offer any evidence, testimony, or argument regarding any suspected political motivation for indicting the defendant on the charged offenses.  Based on this representation, the government does not have any pre-trial motions to offer at this time.

## STIPULATIONS OF FACT

Following the June 13, 2011 status conference, the parties agreed to three stipulations of fact that would reduce the number of witnesses required to testify in person at trial and calls for the pre-admission of certain documentary and video evidence.  *See* Stipulations at Exhibits 1-3.

## PRE-TRIAL STATUS CONFERENCE

The parties respectfully request that the Court inquire into the stipulations and allow the parties to pre-admit the stipulated to evidence at the next status conference. Defense counsel will be out of the country for the last two weeks of October.  The defense has requested that the next pre-trial status conference take place on November 28, 2011.  The government is prepared to appear at any date set by the Court.

The parties further request that a trial date be set at the next status conference.

**EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT**

Pursuant to 18 U.S.C. § 3161(h)(1)(D) and 18 U.S.C. § 3161(h)(7)(A), the parties agree that all time from October 12, 2011 to November 28, 2011, or the date set by the Court for the next pre-trial status conference, is excludable time for purposes of the Speedy Trial Act.

Respectfully Submitted,

_____/s/_____
ROGER JON DIAMOND
Attorney for Defendant
IRA ISAACS


_____/s/_____
DAMON A. KING
U.S. Department of Justice
Deputy Chief
Child Exploitation and
Obscenity Section
1400 New York Avenue, NW
Sixth Floor
Washington, DC 20530
(202) 514-6715 (phone)
(202) 514-1793 (fax)
damon.king@usdoj.gov

```
                                      _____/s/_____
                                      MICHAEL W. GRANT
                                      U.S. Department of Justice
                                      Trial Attorney
                                      Child Exploitation and
                                      Obscenity Section
                                      1400 New York Avenue, NW
                                      Sixth Floor
                                      Washington, DC 20530
                                      (202)307-1982 (phone)
                                      (202)514-1793 (fax)
                                      Michael.Grant@usdoj.gov
```

**CERTIFICATE OF SERVICE**

I, Michael W. Grant, Trial Attorney with the United States Department of Justice, Criminal Division, hereby certify that the foregoing Parties Joint Consolidated Brief Regarding Expert Witnesses and Pre-Trial Motions was filed on October 11, 2011 by CM/ECF which will send electronic copies to counsel for the defendant, Roger Jon Diamond, 2115 Main Street, Santa Monica, California 90405.  Also, on October 11, 2011, the Government mailed a paper copy to the counsel of defendant, Roger Jon Diamond, at 2115 Main Street, Santa Monica, California 90405.

```
          _____/s/_____
          MICHAEL W. GRANT
          U.S. Department of Justice
          Trial Attorney,
          Child Exploitation and
          Obscenity Section
          1400 New York Avenue, NW
          Sixth Floor
          Washington, DC 20530
          (202) 514-6715 (phone)
          (202) 514-1793 (fax)
          michael.grant@usdoj.gov
```