UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　　vs.<br><br>IRA ISAACS,<br><br>　　　Defendant. | ) <br> ) <br> ) <br> ) **CR-07-732-GHK** <br> ) <br> ) Notice of Withdrawal as <br> ) Counsel for the United States <br> ) of America <br> ) |

　　　Comes Now, Chantel L. Febus, Trial Attorney, Criminal Division, United States Department of Justice (the Department), and hereby gives notice of her withdrawal as counsel for the United States of America in the above referenced matter.

　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　Chantel L. Febus
　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　Trial Attorney, Criminal Division, Child Exploitation and Obscenity Section
　　　　　　　　　　　　　　　　　1400 New York Avenue, NW
　　　　　　　　　　　　　　　　　Sixth Floor
　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　(202) 514-6715 (phone)
　　　　　　　　　　　　　　　　　(202) 514-1793 (fax)
　　　　　　　　　　　　　　　　　Chantel.Febus@usdoj.gov

**CERTIFICATE OF SERVICE**

    I, Chantel L. Febus, Trial Attorney with the United States Department of Justice, Criminal Division, hereby certify that the foregoing the foregoing Notice of Withdrawal as Counsel for the United States of America was filed on October 11, 2011 by CM/ECF which will send electronic copies to counsel for the defendant, Roger Jon Diamond, 2115 Main Street, Santa Monica, California 90405 and was also mailed first-class, postage pre-paid to Roger Jon Diamond, 2115 Main Street, Santa Monica, California 90405 on October 11, 2011.

                                          _____/s/_____
Chantel L. Febus
U.S. Department of Justice
Trial Attorney, Criminal Division, Child Exploitation and Obscenity Section
1400 New York Avenue, NW
Sixth Floor
Washington, DC 20530
(202) 514-6715 (phone)
(202) 514-1793 (fax)
Chantel.Febus@usdoj.gov