E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 07-732(A) GHK | Date | October 28, 2011 |
|---|---|---|---|

| **Present: The Honorable** | GEORGE H. KING, UNITED STATES DISTRICT JUDGE |
|---|---|

Interpreter   N/A

| Beatrice Herrera | N/R | Michael Gant — Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ira Isaacs | NOT | | √ | Roger Diamond | NOT | | √ |

**PROCEEDINGS:**      **IN CHAMBERS — ORDER**

    Counsel of record and defendant are hereby notified that the above matter is placed on the Court's calendar for Pre-Trial Conference on **November 28, 2011 at 4:30 p.m.**  Counsel and defendant shall appear on date and time specified herein.

    **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Deputy Clerk | | Bea |