E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 07-732(A) GHK | Date | November 28, 2011 |
|---|---|---|---|

| **Present: The Honorable** | **GEORGE H. KING, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter | N/A |

| Beatrice Herrera | Mary Riordan Rickey | Michael Grant – DOJ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ira Isaacs | | ✘ | ✘ | Roger Diamond | | ✘ | ✘ |

**PROCEEDINGS:**   **PRE-TRIAL CONFERENCE**

     Matter called.  Defendant and counsel of record are present.  Pretrial conference held regarding trial dates.  Having heard from counsel, the Court sets a final pre-trial conference on **February 13, 2012 at 4:30 p.m.,** and a jury trial on **February 28, 2012 at 8:30 a.m.**  Counsel shall meet and confer regarding the joint jury instructions and joint statement of the charges to present to the jury to be filed by no later than seven (7) days prior to the pretrial conference date.  Counsel shall submit courtesy copies of filings to chambers.

   **IT IS SO ORDERED.**

|   |   : | **17** |
|---|---|---|
|   | Initials of Deputy Clerk | Bea |