**FILED: 12/6/11**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>IRA ISAACS,<br><br>    Defendant. | **CR-07-732(A)-GHK**<br><br>**ORDER** |

    The Court hereby accepts the government's and defendant's stipulations as set forth in the Joint Stipulation Regarding Excludable Time Under the Speedy Trial Act and finds that the ends of justice would be served by granting a continuance and further

    **ORDERS** that pursuant to the Speedy Trial Act and pursuant to 18 U.S.C. § 3161(h)(1)(D), 18 U.S.C. § 3161(h)(7)(A), and 18

1

U.S.C. § 3161(h)(7)(B)(ii), all time between October 12, 2011 and February 28, 2012, shall be deemed excludable time.

```
  12/5/11                        _____
   Date                          GEORGE H. KING
                                 UNITED STATES DISTRICT JUDGE
```