MICHAEL W. GRANT
michael.grant@usdoj.gov
Trial Attorney
United States Department of Justice
1400 New York Avenue, NW, Suite 6000
Washington, D.C. 20005

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CR-07-732-GHK(A) |
| IRA ISAACS, | ) **[PROPOSED] SPECIAL VERDICT FORM** |
| Defendant. | ) |

**VERDICT FORM**

The United States of America, by and through the undersigned counsel, hereby submits the following Proposed Special Verdict Form.

//

//

//

//

//

1

**COUNT ONE**

With respect to the offense of engaging in the business of producing with intent to distribute and sell, and engaging in the business of selling obscene matter, including, but not limited to, the movie titled "HOLLYWOOD SCAT AMATEURS NO. 7," which has been shipped and transported in interstate or foreign commerce, we the Jury find the Defendant, Ira Isaacs:

Guilty _____          Not Guilty _____


**(If your answer to Count One is "Guilty," please answer Question No. 1) or (If your answer to Count One is "Not Guilty," you do not need to answer Question No. 1).**

Question No. 1

Do you, the Jury, having found the Defendant guilty of the offense charged in Count One of the Indictment, further find:

a. That the defendant engaged in the business of selling, obscene matter, specifically the movie titled "HOLLYWOOD SCAT AMATEURS NO. 7" (**place an "X" in the appropriate box**):

   Yes _____

   No _____

b. That "HOLLYWOOD SCAT AMATEURS NO. 7" was shipped in interstate or foreign commerce on or about October 20, 2006, (**place an "X" in the appropriate box**):

Yes _____

No _____

### COUNT TWO

With respect to the offense of knowingly using a facility or means of interstate or foreign commerce for the purpose of sale or distribution of obscene material, that is, the movie "GANG BANG HORSE 'PONY SEX GAME,'" we, the Jury, find the Defendant, Ira Isaacs:

Guilty _____               Not Guilty _____

### COUNT THREE

With respect to the offense of knowingly using a facility or means of interstate or foreign commerce for the purpose of sale or distribution of obscene material, that is, the movie "MAKO'S FIRST TIME SCAT,'" we, the Jury, find the Defendant, Ira Isaacs:

Guilty _____               Not Guilty _____

## COUNT FOUR

With respect to the offense of knowingly using a facility or means of interstate or foreign commerce for the purpose of sale or distribution of obscene material, that is, the movie "HOLLYWOOD SCAT AMATEURS NO. 7,'" we, the Jury, find the Defendant, Ira Isaacs:

Guilty _____                    Not Guilty _____

## COUNT FIVE

With respect to the offense of knowingly using a common carrier for carriage of obscene matter, in interstate or foreign commerce, that is, the movie "HOLLYWOOD SCAT AMATEURS NO. 7,'" we, the Jury, find the Defendant, Ira Isaacs:

Guilty _____                    Not Guilty _____

## COUNT SIX

With respect to the offense of knowingly using the mails for the mailing, carriage into the mails, or delivery of obscene materials, or knowingly causing to be delivered by the mail according to direction thereon, obscene materials, that is, the movie "HOLLYWOOD SCAT AMATEURS NO. 7,'" we, the Jury, find the Defendant, Ira Isaacs:


Guilty _____                    Not Guilty _____


## COUNT SEVEN

With respect to the offense of knowingly using the mails for the mailing, carriage into the mails, or delivery of obscene materials, or knowingly causing to be delivered by the mail according to direction thereon, obscene materials, that is, the movie "HOLLYWOOD SCAT AMATEURS NO. 38,'" we, the Jury, find the Defendant, Ira Isaacs:


Guilty _____                    Not Guilty _____

**COUNT EIGHT**

With respect to the offense of knowingly using the mails for the mailing, carriage into the mails, or delivery of obscene materials, or knowingly causing to be delivered by the mail according to direction thereon obscene materials, that is, the movie "TRAILERS,'" we, the Jury, find the Defendant, Ira Isaacs:

Guilty _____                    Not Guilty _____

**COUNT NINE**

With respect to the offense of knowingly using the mails for the mailing, carriage into the mails, or delivery of obscene materials, or knowingly causing to be delivered by the mail according to direction thereon obscene materials, that is, the movie "JAPANESE DOGGIE 3 WAY,'" we, the Jury, find the Defendant, Ira Isaacs:

Guilty _____                    Not Guilty _____

**COUNT TEN**

With respect to the offense of knowingly using the mails for the mailing, carriage into the mails, or delivery of obscene materials, or knowingly causing to be delivered by the mail according to direction thereon obscene materials, that is, the movie "HOLLYWOOD SCAT AMATEURS NO. 10,'" we, the Jury, find the Defendant, Ira Isaacs:

Guilty _____                    Not Guilty _____

Respectfully Submitted,


\_\_\_\_\_/s/_____
DAMON A. KING
U.S. Department of Justice
Deputy Chief
Child Exploitation and
Obscenity Section
1400 New York Avenue, NW
Sixth Floor
Washington, DC 20530
(202) 514-6715 (phone)
(202) 514-1793 (fax)
damon.king@usdoj.gov



_____/s/_____
MICHAEL W. GRANT
U.S. Department of Justice
Trial Attorney
Child Exploitation and
Obscenity Section
1400 New York Avenue, NW
Sixth Floor
Washington, DC 20530
(202)307-1982 (phone)
(202)514-1793 (fax)
Michael.Grant@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Michael W. Grant, Trial Attorney with the United States Department of Justice, Criminal Division, hereby certify that the foregoing Proposed Special Verdict Form was filed on January 27, 2012, by CM/ECF which will send electronic copies to counsel for the Defendant, Roger Jon Diamond, 2115 Main Street, Santa Monica, California 90405. Also, on January 27, 2012, the Government mailed a paper copy to the counsel of Defendant, Roger Jon Diamond, at 2115 Main Street, Santa Monica, California 90405.

_____/s/_____
MICHAEL W. GRANT
U.S. Department of Justice
Trial Attorney,
Child Exploitation and
Obscenity Section
1400 New York Avenue, NW
Sixth Floor
Washington, DC 20530
(202) 514-6715 (phone)
(202) 514-1793 (fax)
michael.grant@usdoj.gov