MICHAEL W. GRANT
michael.grant@usdoj.gov
Trial Attorney
United States Department of Justice
1400 New York Avenue, NW, Suite 6000
Washington, D.C. 20005

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CR-07-732(A)-GHK |
| IRA ISAACS, | ) PROPOSED STATEMENT OF THE CASE |
| Defendant. | ) |

Pursuant to the Court's Order, dated November 28, 2011, Plaintiff United States of America, through the undersigned counsel, and the Defendant, Ira Isaacs, by and through his counsel of record, Roger Jon Diamond, submit the following proposed Statement of the Case.

//

//

//

1

PROPOSED STATEMENT OF THE CASE

Defendant Ira Isaacs, doing business as "Stolen Car Films" and "LA Media," is charged with one count of engaging in the business of producing and selling obscene matter, in violation of Title 18, United States Code, Section 1466(a); three counts of transporting obscene material for sale or distribution, in violation of Title 18, United States Code, Section 1465; one count of transporting obscene material in interstate commerce, in violation of Title 18, United States Code, Section 1462(a); and five counts of mailing obscene matter, in violation of Title 18, United States Code, Section 1461.

In summary, the government alleges that the defendant, from at least May 2004 continuing to at least April 14, 2011, in the state of California, operated a business engaging in the producing, distributing, transporting, and selling of obscene videos and movies. During this time, the defendant, utilizing the Internet and websites he owned and operated, sold and shipped via United Parcel Service ("UPS") and the U.S. Mail, sexually explicit movies which the government asserts violates the obscenity laws of the United States. The movies which the government asserts are obscene, as the term will be defined by the Court, are "Gang Bang Horse 'Pony Sex Game'," "Mako's First Time Scat," "Hollywood Scat Amateurs #7," "Hollywood Scat

Amateurs #10," "Hollywood Scat Amateurs #38," "Japanese Doggie 3 Way," and "Trailers."

<u>Gang Bang Horse 'Pony Sex Game'</u> – is a video approximately one hour in length. The video starts with a female riding a horse in a field. The female leads the horse back to what appears to be a stable and begins to undress. At this time, the female is in the presence of two male horses. The female then proceeds to masturbate using her hands and a carrot and also proceeds to masturbate the horses. Further in the video, the female performs oral sex on the horses and has vaginal intercourse with the horses. These multiple sex acts result in the horses ejaculating in the female's mouth and over her body.

<u>Mako's First Time Scat</u> – is a video approximately two hours in length. At the beginning of the movie, a male inspects the naked body of a female. He then forces one of his fists down the female's mouth, causing her to vomit. The man then forces the female to drink her own spit and vomit. In other sections of the video, during sex acts, the female drinks urine and feces. At one point, a male rubs feces on the female's face and then has sexual intercourse with the female. Later on, the female eats feces and performs oral sex on one of the males while she has feces in her mouth. At one point, a male inserts his fingers into the female's anus, removes feces, and has the female suck his fingers. Also, at one point a male holds a

glass under the female's anus and the female releases semen from her anus into the glass and subsequently drinks the semen and also a bowl of her own urine and feces.

<u>Hollywood Scat Amateurs No. 7</u> – is a video approximately one hour and twenty minutes in length.  There is one male and a female in the video.  The male instructs the female to engage in various acts including oral sex, urination, placing feces in her mouth, smearing feces on her face and body, and smearing feces on the male's penis on which the female then performs oral sex.  There are numerous scenes where the female places the feces in her mouth.  The female urinates in a glass pan, places feces in the urine, then pours the urine in a glass and drinks the urine.  The female then licks the man's anus.

<u>Hollywood Scat Amateurs No. 10</u> – is a video approximately one hour and thirty-five minutes in length.  The video begins with sexual acts between two females.  The females then move to the floor which has a plastic covering.  A bowl of feces is brought into the room.  The females begin to rub feces all over their bodies, to include on their faces, lips, and breasts.  The females begin to place the feces in their mouths and to ingest the feces.  The females, while covered in the feces, perform sexual acts on each other and on the male filming the video.  These acts include the females, while covered in feces,

4

performing oral sex on the male and also one female licking the other female's anus.

<u>Hollywood Scat Amateurs No. 38</u> – is a video approximately one hour and fifteen minutes in length. The video begins with a female masturbating. At one point, the video takes place in a bathroom. In the bathroom, the female is standing naked, only wearing shoes. She spreads her buttocks, bends over and defecates in an empty bathtub. The male directs the female to sit in the bathtub and rub the feces on her body. The female smears the feces all over her body to include her face, breasts, buttocks, and mouth. While smearing the feces on her body, she rubs her breasts and genitalia.

<u>Japanese Doggy 3 Way</u> – is approximately one hour and thirty-seven minutes in length. The video begins with a female masturbating in a moving car. The video then shows the female inside of a house. At one point, a male brings two full-sized dogs into the house. The female then undresses and the dogs begin to lick the female all over her body, to include her breasts and vagina. The female then masturbates and performs oral sex on one of the dogs. The dog subsequently ejaculates into the female's mouth. The female then proceeds to have vaginal intercourse with both dogs. At one point in the video, the female is simultaneously performing oral sex on one dog and having vaginal intercourse with the other dog. Throughout the

1  video, the female has vaginal, anal, and oral sex with the two
2  dogs.
3       <u>Trailers</u> – This video is approximately one hour in length
4  and consists of numerous trailers of videos produced by "Stolen
5  Car Films" and available for sale.  Many of the trailers show
6  multiple females performing sex acts while covered in feces and
7  urine.  The sex acts include females masturbating, performing
8  oral sex, licking the feces-covered bodies of other females, and
9  one female urinating in the mouth of another female.  The video
10 ends with a banner indicating that the movies can be ordered at
11 <u>www.scatmovies.com</u>.

                                    Respectfully Submitted,


                                    _____/s/_____
                                    ROGER JON DIAMOND
                                    Attorney for Defendant
                                    IRA ISAACS



                                    _____/s/_____
                                    MICHAEL W. GRANT
                                    U.S. Department of Justice
                                    Trial Attorney
                                    Child Exploitation and
                                    Obscenity Section
                                    1400 New York Avenue, NW
                                    Sixth Floor
                                    Washington, DC 20530
                                    (202)307-1982 (phone)
                                    (202)514-1793 (fax)
                                    Michael.Grant@usdoj.gov

**CERTIFICATE OF SERVICE**

    I, Michael W. Grant, Trial Attorney with the United States Department of Justice, Criminal Division, hereby certify that the foregoing Parties Joint Proposed Statement of the Case was filed on January 27, 2012, by CM/ECF which will send electronic copies to counsel for the defendant, Roger Jon Diamond, 2115 Main Street, Santa Monica, California 90405.  Also, on January 27, 2012, the Government mailed a paper copy to the counsel of defendant, Roger Jon Diamond, at 2115 Main Street, Santa Monica, California 90405.

                      _____/s/_____
                      MICHAEL W. GRANT
                      U.S. Department of Justice
                      Trial Attorney,
                      Child Exploitation and Obscenity Section
                      1400 New York Avenue, NW
                      Sixth Floor
                      Washington, DC 20530
                      (202) 514-6715 (phone)
                      (202) 514-1793 (fax)
                      michael.grant@usdoj.gov