MICHAEL W. GRANT
michael.grant@usdoj.gov
Trial Attorney                                    E-FILED 02/08/2012
United States Department of Justice
1400 New York Avenue, NW, Suite 6000
Washington, D.C. 20005


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,  )   **CR-07-732(A)-GHK**
                           )
           Plaintiff,      )   **[PROPOSED] ORDER GRANTING
                           )   GOVERNMENT'S *EX PARTE*
           vs.             )   APPLICATION FOR ORDER
                           )   PERMITTING DISCLOSURE OF GRAND
IRA ISAACS,                )   JURY MATERIALS**
                           )
           Defendant.      )
                           )
                           )
                           )
_____)


     The Court, having reviewed the government's *ex parte*

application for an order permitting disclosure of grand jury

materials filed on February 3, 2012, along with the files and

record in this case, and good cause having been shown, hereby

rules as follows:

     The government's *ex parte* application is GRANTED.  The

government may produce to counsel for defendant, a copy of the

transcript of the grand jury testimony of any witness whom the

government may call as a witness at trial and any documents or

1   records constituting grand jury material which are subject to

2   production by the government.  The defendant and his counsel

3   shall not use the transcripts and/or any documents or records

4   for any purpose other than as reasonably necessary for the

5   defense of this case.

6          IT IS SO ORDERED.

7   DATED:   __2/7/12_____

8

9                              THE HONORABLE GEORGE H. KING
                                UNITED STATES DISTRICT JUDGE

10

11  Presented by:

12   _/s/_____
    MICHAEL W. GRANT
13  U.S. Department of Justice
    Trial Attorney

14

15

16

17

18

19

20

21

22

23

24

25