UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

| Case No. | CR 07-732(A) GHK | Date | February 14, 2012 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. KING, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Beatrice Herrera | Not Reported | Damon A. King<br>Michael W. Grant |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *United States Department of Justice* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ira Isaacs | No | | √ | Roger Diamond | No | | √ |

**Proceedings:**   **(In Chambers) Order re:** Statement of the Case; Jury Questionnaire

    We held a final pre-trial conference in this case on February 13, 2012, wherein we advised the Parties that we would issue a proposed Statement of the Case and Jury Questionnaire by February 15, 2012.  The Court hereby issues its proposed Statement of the Case and Jury Questionnaire.  Counsel are reminded that they shall file any objections to the proposed Statement of the Case or Jury Questionnaire by noon on Friday, February 17, 2012.  Courtesy copies of all documents shall be delivered to chambers.  Any Party's failure to file objections to the proposed Statement of the Case or Jury Questionnaire by such time shall be deemed that Party's waiver of objections and consent to the proposed Statement of the Case and/or Jury Questionnaire as currently stated.

|  | -- | : | -- |
|---|---|---|---|
| Initials of Deputy Clerk | Bea | | |