```
              UNITED STATES vs. IRA ISAACS
                    CR. 07-732-GHK

                  STATEMENT OF THE CASE
  (TO BE INCORPORATED INTO THE COURT'S VOIR DIRE OF THE
    JURY, BUT NOT TO BE REPEATED IN THE QUESTIONNAIRE)


                    SUMMARY OF THE CASE
```

The defendant is charged with:

- one count of engaging in the business of producing with intent to sell and distribute obscene matter;

- one count of knowingly using interstate commerce for the purpose of selling and distributing obscene matter;

- one count of knowingly using a common carrier to deliver obscene matter in interstate commerce; and

- two counts of knowingly causing obscene matter to be delivered by mail.

In summary, the government alleges that defendant, from at least May 2004 and continuing to at least April 14, 2011, in the State of California, operated a business engaging in the production, distribution, transportation, and sale of obscene videos and movies. The videos which the government asserts are obscene are:

- Mako's First Time Scat;
- Hollywood Scat Amateurs #7;
- Hollywood Scat Amateurs #10; and
- Japanese Doggie 3 Way;

The following is a brief description of the contents of these movies:

<u>Mako's First Time Scat</u> is a video approximately two hours in length.  It includes various scenes of a female vomiting, drinking urine and vomit, and eating feces during sex acts.

<u>Hollywood Scat Amateurs No. 7</u> is a video approximately one hour and twenty minutes in length. It includes various scenes of a male instructing a female to engage in various acts including oral sex on the male's penis that had been smeared in feces, urination, drinking urine, and placing feces on her face and body and ingesting feces.

<u>Hollywood Scat Amateurs No. 10</u> is a video approximately one hour and thirty-five minutes in length. It includes the use and ingestion of feces during various sex acts among two females and a male who is filming the video.

<u>Japanese Doggie 3 Way</u> is approximately one hour and thirty-seven minutes in length.  It includes various scenes of a female engaged in oral, anal, and vaginal sex with two full-sized dogs, one of which also ejaculates into the female's mouth.