```
            UNITED STATES vs. IRA ISAACS
                  CR. 07-732-GHK

                 JURY QUESTIONNAIRE
```

**INSTRUCTIONS**

    1.   Please answer all questions fully.

    2.   Please write your name on each page of this questionnaire.

    3.   Please **DO NOT** write on the back of this questionnaire.

    4.   Please make sure you sign this questionnaire.

Name: _____

**QUESTIONS**

1. Please state your full name.

_____
   Last               First

2. Other than what you have heard here in open court, have you read or heard anything about this case whatsoever?

_____
Yes or No

   a) If Yes, please describe what you have read or heard about this case.

_____

_____.

3. Please state your age.

_____

4. Please state your area of residence:
   (Please do not state your actual address, just your area of residence, such as: the San Gabriel Valley, the South Bay, the San Fernando Valley, etc.)

_____

Name: _____

5.   Please state your gender.

     _____

6.   How many years have you lived in the Central District of California?  The Central District of California consists of the counties of Los Angeles, Orange, Riverside, San Bernardino, San Luis Obispo, Santa Barbara, and Ventura.

     _____

7.   Please state your marital status.

     _____


8.  What level of school have you reached?  Please identify any degrees you have received.

     _____

9.  Please list any majors or areas of specialization for any college or graduate education you have received.

     _____

10.   Have you ever served in the military?

     _____
     Yes or No

3

Name: _____

    a) If Yes, please state the branch, years of service, and rank attained.

_____

11.  Where do you work?  (If retired, where did you work just before you retired?)

_____

12.  What kind of work do you do?  (If retired, what was the last kind of work you did before your retirement?)

_____

13.  What is or was your job title?

_____

14.  What are/were the duties of your job?

_____

_____

15.  Please state any other jobs you have had in the last 5 years.

_____

_____

Name: _____

16. Where does your spouse or significant other work? (If retired, where did s/he work just before her/his retirement?)

_____

17. What kind of work does your spouse or significant other do? (If retired, what was the last kind of work s/he did before retirement?)

_____

18. What is or was her/his job title?

_____

19. What are/were the duties of her/his job?

_____

_____

20. Please state any other jobs s/he has had in the last 5 years.

_____

_____

Name: _____

21. Please list the gender and age of your children. Please include the occupation of any adult children.

Gender    Age    Occupation                Living with You?

_____

_____

_____

_____

_____

22. Are you now or have you ever worked in law enforcement (including federal, military, state, county, city, auxiliary, or volunteer)?

_____
Yes or No

    a) If Yes, please describe position and dates worked.

_____

_____

_____

_____

Name: _____

23. Does any member of your immediate family work in law enforcement?

_____
Yes or No

a) If yes, please state who, in what capacity, and when.

_____

_____

_____

_____

24. Have you or any member of your immediate family taken any courses in law, received a law degree, or been employed in the field of law?

_____
Yes or No

a) If Yes, please state who and describe.

_____

_____

_____

_____

Name: _____

25. Have you or any member of your immediate family been employed in the fields of counseling, psychiatry, psychology, human sexuality, social work, sociology, criminology, or criminal justice?

_____
Yes or No

a) If Yes, please state who and describe.

_____

_____

_____

_____

26. Have you or a member of your immediate family been a defendant in a criminal case, a victim of a crime, or a witness to a crime?

_____
Yes or No

a) If Yes, please state who, in what capacity, and when.

_____

_____

_____

_____

Name: _____

27. Have you or any member of your family or relatives ever been a plaintiff or a defendant in a civil or criminal case in federal or state court?

_____
Yes or No

    a) If Yes, please answer the following:

| Who? | In what capacity (Plaintiff or defendant) | Court (federal or state) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

    b) What was the nature of the case?

_____

_____

Name: _____

28. If you answered "Yes" to any of questions 22, 23, 24, 25, 26, or 27, please state whether any of that experience causes you any difficulty in being fair and impartial to both sides of this case.

_____
Yes or No

a) If Yes, please explain.

_____

_____

_____

_____

29. Have you ever previously served on a jury that actually deliberated on a case?

_____
Yes or No

a) If Yes:

    i) Was it a criminal or civil case?

        _____

    ii) Was it in federal or state court?

        _____

Name: _____

    iii) Did the jury come to a verdict? (Please answer only yes or no; do NOT state what the verdict was!)

_____
Yes or No

30. Do you regularly read a newspaper or news website of local or national circulation?

_____
Yes or No

    a) If Yes, please identify the newspaper(s) and tell us how often you read that/those newspaper(s).

_____

31. How many days per week, if any, do you watch the local television news?

_____

32. How many days per week, if any, do you watch national news programs?

_____

33. Are you or any member of your immediate family involved in the business of distributing or producing movies or videos?

_____
Yes or No

11

Name: _____

a) If Yes, please state who and describe.

_____

_____

_____

_____

34.  Do you have such strong beliefs or convictions about the sale or use by adults of sexually oriented materials, either in favor of or against, including magazines, videos, movies, or other sexually oriented items, that you believe you could not be a fair or impartial juror in this case?

_____
Yes or No

35.  During the course of this trial, if you are selected to serve as a juror, you will be shown videos which depict sexually explicit activities, as previously summarized for you, so that you may determine if they meet the definition of obscenity. Several of the videos are at least one hour in length. Would you be able to look at these depictions as part of your service as a juror?

_____
Yes or No or Unsure

Name: _____

36. During the deliberation of the jury, would you be able to discuss such evidence with the other members of the jury?

_____
Yes or No or Unsure

37. Do you have any feelings about sexually explicit materials that you have not yet mentioned that might affect your ability to be a fair and impartial juror in this case?

_____
Yes or No

a) If Yes, please describe.

_____

_____

_____

13

Name: _____

38. Regardless of any feelings about sexually explicit materials that you have, do you believe that you can set those feelings aside and impartially follow the law as the court will instruct you on?

_____
Yes or No or Unsure

39. Do you have such strong feelings as a result of any personal, philosophical, religious, or other beliefs about the subject of this case that you would be unable to serve as a fair and impartial juror in this case?

_____
Yes or No or Unsure

**I DECLARE, UNDER PENALTY OF PERJURY, THAT ALL ANSWERS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION.**

_____
Please print your full name

_____
Please sign your name

_____
Date