MICHAEL W. GRANT
michael.grant@usdoj.gov
Trial Attorney
United States Department of Justice
1400 New York Avenue, NW, Suite 6000
Washington, D.C. 20005

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) CR-07-732-GHK(A) |
| vs. | ) |
|  | ) GOVERNMENT'S NOTICE OF FILING |
| IRA ISAACS, | ) OF REDACTED FIRST SUPERSEDING |
|  | ) INDICTMENT, AMENDED PROPOSED |
| Defendant. | ) JURY INSTRUCTIONS, AND AMENDED |
|  | ) PROPOSED SPECIAL VERDICT FORM |
|  | ) |

Pursuant to the Court's Order of February 13, 2012, following the Court having granted the Government's motion to dismiss Counts Two, Four, Six, Seven, and Eight of the First Superseding Indictment filed on April 14, 2011, Plaintiff United States of America, through the undersigned counsel, hereby provides notice of filing and files the following documents: 1) First Superseding Indictment [Redacted and Renumbered]

1

(Attachment 1); Proposed Jury Instructions [Amended] (Attachment 2); and 3) Proposed Special Verdict Form [Amended] (Attachment 3).

Respectfully Submitted,

_____/s/_____
DAMON A. KING
Deputy Chief
U.S. Department of Justice
Child Exploitation and
Obscenity Section
1400 New York Avenue, NW
Sixth Floor
Washington, DC 20530
(202)307-1982 (phone)
(202)514-1793 (fax)
Damon.king@usdoj.gov


_____/s/_____
MICHAEL W. GRANT
Trial Attorney
U.S. Department of Justice
Child Exploitation and
Obscenity Section
1400 New York Avenue, NW
Sixth Floor
Washington, DC 20530
(202)307-1982 (phone)
(202)514-1793 (fax)
Michael.Grant@usdoj.gov

**CERTIFICATE OF SERVICE**

    I, Michael W. Grant, Trial Attorney with the United States Department of Justice, Criminal Division, hereby certify that the GOVERNMENT'S NOTICE OF FILING OF REDACTED FIRST SUPERSEDING INDICTMENT, AMENDED JURY INSTRUCTIONS, AND AMENDED PROPOSED SPECIAL VERDICT FORM was filed on February 21, 2012 by CM/ECF which will send electronic copies to counsel for the defendant, Roger Jon Diamond, 2115 Main Street, Santa Monica, California 90405.  Also, on February 21, 2012, the Government mailed a paper copy to the counsel of defendant, Roger Jon Diamond, at 2115 Main Street, Santa Monica, California 90405.

                                                  _____/s/_____
MICHAEL W. GRANT
U.S. Department of Justice
Trial Attorney,
Child Exploitation and
Obscenity Section
1400 New York Avenue, NW
Sixth Floor
Washington, DC 20530
(202) 514-6715 (phone)
(202) 514-1793 (fax)
michael.grant@usdoj.gov