MICHAEL W. GRANT
michael.grant@usdoj.gov
Trial Attorney
United States Department of Justice
1400 New York Avenue, NW, Suite 6000
Washington, D.C. 20005

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CR-07-732-GHK(A) |
| IRA ISAACS, | ) **PROPOSED SPECIAL VERDICT FORM [AMENDED]** |
| Defendant. | ) |

**VERDICT FORM**

The United States of America, by and through the undersigned counsel, hereby submits the following Proposed Special Verdict Form.

//

//

//

//

//

1

**COUNT ONE**

With respect to the offense of engaging in the business of producing with intent to distribute and sell, and engaging in the business of selling obscene matter, including, but not limited to, the movie titled "HOLLYWOOD SCAT AMATEURS NO. 7," which has been shipped and transported in interstate or foreign commerce, we the Jury find the Defendant, Ira Isaacs:

Guilty _____          Not Guilty _____

**(If your answer to Count One is "Guilty," please answer Question No. 1) or (If your answer to Count One is "Not Guilty," you do not need to answer Question No. 1).**

Question No. 1

Do you, the Jury, having found the Defendant guilty of the offense charged in Count One of the Indictment, further find:

a. That the defendant engaged in the business of selling, obscene matter, specifically the movie titled "HOLLYWOOD SCAT AMATEURS NO. 7" (**place an "X" in the appropriate box**):

   Yes _____

   No _____

    b. That "HOLLYWOOD SCAT AMATEURS NO. 7" was shipped in interstate or foreign commerce on or about October 20, 2006, (**place an "X" in the appropriate box**):

Yes _____

No _____

## COUNT TWO

With respect to the offense of knowingly using a facility or means of interstate or foreign commerce for the purpose of sale or distribution of obscene material, that is, the movie "MAKO'S FIRST TIME SCAT,'" we, the Jury, find the Defendant, Ira Isaacs:

Guilty _____                              Not Guilty _____

## COUNT THREE

With respect to the offense of knowingly using a common carrier for carriage of obscene matter, in interstate or foreign commerce, that is, the movie "HOLLYWOOD SCAT AMATEURS NO. 7,'" we, the Jury, find the Defendant, Ira Isaacs:

Guilty _____                              Not Guilty _____

**COUNT FOUR**

With respect to the offense of knowingly using the mails for the mailing, carriage into the mails, or delivery of obscene materials, or knowingly causing to be delivered by the mail according to direction thereon obscene materials, that is, the movie "JAPANESE DOGGIE 3 WAY,'" we, the Jury, find the Defendant, Ira Isaacs:

Guilty _____                    Not Guilty _____

**COUNT FIVE**

With respect to the offense of knowingly using the mails for the mailing, carriage into the mails, or delivery of obscene materials, or knowingly causing to be delivered by the mail according to direction thereon obscene materials, that is, the movie "HOLLYWOOD SCAT AMATEURS NO. 10,'" we, the Jury, find the Defendant, Ira Isaacs:

Guilty _____                    Not Guilty _____