E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 07-732(A) GHK | Date | February 13, 2012 |
|---|---|---|---|

| **Present: The Honorable** | **GEORGE H. KING, UNITED STATES DISTRICT JUDGE** |
|---|---|

| Interpreter | N/A |
|---|---|

| Beatrice Herrera | Anne Kielwasser | Michael Grant/Damon King |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ira Isaacs | ✘ | | ✘ | Roger Diamond | ✘ | | ✘ |

**PROCEEDINGS:**     **PRETRIAL CONFERENCE**

    Matter called.  Defendant and counsel of record are present.  Final pre-trial conference held regarding jury trial.  Having heard from counsel, the Court will grant the parties request for a jury questionnaire.  The Court will issue its questionnaire by no later than Wednesday, February 15, 2012.  Counsel shall file their objections to such questionnaire by no later than February 17, 2012.  Courtesy copies shall be delivered to chambers on the same day.  Motion of the government to dismiss counts 2, 4, 6, 7, and 8 of the Superseding Indictment, is **GRANTED**.  Counts 2, 4, 6, 7, and 8 are **ordered** dismissed.  The government shall file a Redacted Indictment.  Court reviews jury process with counsel and number of propose jurors.  Counsel stipulate to certain evidence on the record.  Jury trial will proceed on **Monday, February 27, 2012 at 9:00 a.m.**  Counsel shall appear at 8:30 a.m.

    **IT IS SO ORDERED.**

|  |  | : | **47** |
|---|---|---|---|
|  | Initials of Deputy Clerk | | Bea |