UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs<br><br>IRA ISAACS,<br><br>              Defendant. | CASE NO. CR 07-732(A) GHK<br><br>**DEFENDANT STATEMENT IN SUPPORT OF TESTIMONY** |

CLERK, U.S. DISTRICT COURT
MAR - 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# Post Modern Madness ( 7 minutes in Heaven )

A film of contrasts and similarities. The films intent is to shift the focus of art from physical craft to
intellectual interpretation, The viewers reaction is the artistic intent of the film, not the film itself.
Using Shocking and disturbing images is intended to get the viewers attention.

The first 4 minutes, which is in full color, utilizes disturbing images from Iaacs's 2 movies combined with images from TV commercials, pictures of violence and political and iconic figures. It asks the viewer to question which truly is shocking and disturbing.

A scatological clip on the surface, seems to be a far distance away from a TV ad ( like the ones in the film ) - and on the surface, the 2 images seem to have nothing in common, however in deeper interpretation, they may be more similar then one immediately may think. Are both selling you the same thing " crap "
( metaphorically speaking ) or is something else completely different going on.
 And thats the point of the fm -  to challenge the viewer  to think about the fms content and subject matter, in a way they may have never considered before.

I took an article of life ( Feces ), placed it so that its useful signifiance disappeared under a new title and point of view – created a new thought for that object

Is a person smearing feces on there body more disturbing then all the commercials and advertising that people are exposed to on a daily basis from, TV. Radio. Web, print etc.. ?

Further contrast, is the films sound track of Beethoven 2nd movement from his 9th symphony. The music is combined with the disturbing images of the film, to challenge (once again ) the viewer to question the relation between the aesthetic brilliance of a beethoven, to shocking and disturbing images created by Isaacs and others.

The contrast on the surface, of the music and images, seems to be extreme and not related. But is it ? My intent was to create what I call a " Postmodern Fugue " One of the key elements of a traditional fugue in classical music, is 2 or more completely different musically themes ( voices ) played at the same time, ( of course there are other elements like imaation, etc, but multiple voices is essential ).

I believe I have taken 2 completely different narratives 1 musical ( Beethoven 9th ) and 1 visual containing only images, and played them together to create a fugal type piece 2 voices 2 narratives, 1 musical, one visual

This merger is nothing new  - music with flm has been around for over 80 years.  Sound tracks to movies are very common.

What is new -  is I have reject the notion that a fugal structure is only reserved for music . A Postmodern idea is to reject convention

I have recognized the combining  2 narratives ( visual and music ) as a new type of fugal structure, The music and the images are dependent on each other to complete each other as a artistic piece. What is new, is I created a new thought on how we think about merging music and images.

The second part of the films changes to black and white images similar to the first part accept no tv ads or other pics only scatological images.

There are also flashing words for about a 1/2 second through out this section of the film saying " Big Brother Is Now " ( a orwellian reference )

The music changes to J. S. Bach's " Air " - the intent of this part is to give the viewer a different prospective of the scatological images contained in the first part of the film.

How this film relates to the 2 charged movies

My intent, for the 2 charged films, as many of my films, was ultimately to create films like " Post Modern Madness " Like many creative people, all my ideas don't
always come to me at the same time - The 2 charged films not only supplied me with a lot of the necessary scatological content to make " Post Modern Madness "
but also supplied the basic ideas of  " Post Modern Madness ".  HSA # 7 and HSA #10 were in fact early versions of the  " Post Modern Madness " - raw uncut footage with many of the same artistic ideas described above.

" Post Modern Madness " helps explain and illustrates my intent in creating the 2 charged films