# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | _____ | | Date | _____ |
|---|---|---|---|---|
| Present: The Honorable | _____ | | | |
| Interpreter | _____ | | | |

| _Deputy Clerk_ | _Court Reporter/Recorder_ | _Assistant U.S. Attorney_ |
|---|---|---|
| _____ | _____ | _____ |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|

_____ Day <u>COURT TRIAL</u>          _____ Day <u>JURY TRIAL</u>          _____ Death Penalty Phase

_____ One day trial;   _____ Begun (1ˢᵗ day);   _____ Held & continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified          _____ Exhibits admitted

_____ Government rests.          _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made          _____ Court instructs jury          _____ Bailiff sworn

_____ Alternates excused          _____ Jury retires to deliberate          _____ Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

Dft # _____    _____ Guilty on count(s)          _____ Not Guilty on count(s)

_____ Jury polled          _____ Polling waived

_____ Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # _____ remanded to custody.   Remand/Release# _____ issd.   Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

_____ Case continued to _____ for further trial/~~further jury deliberation~~.

_____ Other:

_____ : _____

Initials of Deputy Clerk _____

---

CR-78 (10/08)          **CRIMINAL MINUTES - TRIAL**          Page 1 of 1