# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CR 07-732(A) GHK | Date | March 6, 2012 |
| Present: The Honorable | **GEORGE H. KING, U. S. DISTRICT JUDGE** | | |
| Interpreter | N/A | | |

| Beatrice Herrera | Mary Riordan Rickey | Michael Grant/Damon King — DOJ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ira Isaacs | ✘ | | ✘ | Roger Diamond | ✘ | | ✘ |

☐ Day <u>COURT TRIAL</u>　**5TH** Day <u>JURY TRIAL</u>　☐ Death Penalty Phase
☐ One day　☐ Begun (1st　☐ Held &　☐ Completed by jury verdict/submitted to court.
☐ The Jury is impaneled and sworn.
☐ Opening statements made
☐ Witnesses called, sworn and testified.
☐ Exhibits identified　☐ Exhibits admitted
☐ Government rests.　☐ Defendant(s) _____ rest.
✘ **COURT DECLARES MISTRIAL**
☐ Motion for judgment of acquittal (FRCrP 29) _____ is _____ granted _____ denied _____ submitted
✘ Supplemental closing arguments made by plaintiff and defendant.
☐ Alternates excused　✘ Jury resumes deliberations
☐ Finding by Court as follows:　☐ Jury Verdict as follows:
Dft # _____ Guilty on _____　Not Guilty on count(s) _____
☐ Jury polled　☐ Polling waived
✘ Filed Witness & Exhibit lists　✘ Filed Jury notes　✘ Filed Jury Instructions
☐ Dft # _____ Referred to Probation Office for Investigation & Report and _____ for
☐ Dft # _____ remanded to _____ Remand/Releas _____ issd Dft # _____ released from
☐ Bond exonerated as to _____
✘ Case set for re-trial　**April 24, 2012 @ 8:30a.m**　Pre-trial Conference set **April 23, 2012 at 3:30 p.m.**
✘ Other:　**Expert designation by defendant no later than 3/27/12. Rebuttal expert designation 4/10/12.**

**1 : 08**
Initials of Deputy Clerk　Bea