# LIST OF EXHIBITS AND WITNESSES

ORIGINAL

| Case Number | CR 07-732(A)-GHK | Title | UNITED STATES OF AMERICA v. IRA ISAACS |
|---|---|---|---|
| Judge | GEORGE H. KING, UNITED STATES DISTRICT JUDGE | | |
| Dates of Trial or Hearing | February 29, 2012 - March 2, 2012 | | |
| Court Reporters or Tape No. | Nichole Rhynard & Mary Riordan Rickey | | |
| Deputy Clerks | B. Herrera & V. Del Rio | | |

FILED
CLERK, U.S. DISTRICT COURT
MAR 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Michael Grant, U.S. Department of Justice | Roger Diamond, Retained |
| Damon King, U.S. Department of Justice | |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | **SEE ATTACHED PLAINTIFF LISTS** | |
| | | | | | | Ira Isaacs | Defense |
| | | | 100 | 3/2 | 3/2 | Advertising illustration - animals | |
| | | | 102 | 3/2 | 3/2 | Picture of can | |
| | | | 103 | 3/2 | 3/2 | Picture of naked woman sculpture | |
| | | | 104 | 3/2 | 3/2 | Picture of man & white wall | |
| | | | 105 | 3/2 | 3/2 | Picture of urinal | |
| | | | 106 | 3/2 | 3/2 | Picture of naked woman sculpture | |
| | | | 107 | 3/2 | 3/2 | Advertising illustration | |
| | | | 108 | | | Defendant's Post Modern Madness Disc | |