ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAR - 6 2012
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. **CR 07-732(A)GHK** |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| IRA ISAACS ) | |
| ) | |
| Defendant ) | |

Date: 3/6/12

Time: 8:51 am

REDACTED.

JURY NOTE NUMBER __2__

___ THE JURY HAS REACHED A UNANIMOUS VERDICT

_X_ THE JURY REQUESTS THE FOLLOWING:

We are unable to reach ~~an verdi~~ ~~the ceas~~
a unanimous verdict and jurors
a firm on their decisions.
How do we proceed from this point?

SIGNED: _____
JUROR