ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAR 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff           )   Case No. **CR 07-732(A)GHK**
                                )
      vs.                       )
                                )
IRA ISAACS                      )
                                )
            Defendant           )
                                )

Date: 3/5/12

Time: 11:32 AM

REDACTED

**JURY NOTE NUMBER 3**

___   THE JURY HAS REACHED A UNANIMOUS VERDICT

_X_   THE JURY REQUESTS THE FOLLOWING:

We the jurors are unable to reach a unanimous consensus. There is no reason to deliberate further.

SIGNED: _____
            JUROR