March 26, 2012
Isaacs
expertwitness

ROGER JON DIAMOND
2115 Main Street
Santa Monica, CA 90405
(310) 399-3259
(310) 392-9029
State Bar No. 40146


Attorney for Defendant
Ira Isaacs




UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. No. CR 07-732 GHK |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S DESIGNATION OF |
| | ) | EXPERT WITNESS |
| vs. | ) | |
| | ) | |
| IRA ISAACS, | ) | |
| | ) | DATE: |
| Defendant | ) | TIME: |
| | ) | PLACE:   Room 650 at Roybal |
| | | Federal Building |

Hon. George H. King


        Defendant Ira Isaacs hereby designates Dr. Mohair Nair to

testify that the motion picture films in question have serious

scientific value.   Defendant incorporates by reference his prior

designation of Dr. Nair.  Defendant has not yet paid Dr. Nair, who

has not yet viewed the two additional movies. This designation is

being filed at request of Defendant.


                                Respectfully submitted,
                        _____
                                        S/s
                                ROGER JON DIAMOND