E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 07-732(A)  GHK | Date | March 28, 2012 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. KING, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Beatrice Herrera | N/R | Michael Grant/Damon King - Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| IRA ISAACS | NOT | | ✘ | ROGER DIAMOND | NOT | | ✘ |

**PROCEEDINGS:**     **IN CHAMBERS  — ORDER**

     On the Court's own motion, the above pre-trial conference and trial dates are hereby **ADVANCED**. The final Pre-Trial conference is set for **April 9, 2012 at 3:30 p.m.**  Jury Trial set for **Monday, April 23, 2012 at 8:30 a.m.**  Counsel responsible for the above trial shall appear on date and time specified herein.

     **IT IS SO ORDERED.**

--  :  --

Initials of Deputy Clerk          Bea