UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 07-732(A) GHK | Date | April 16, 2012 |
|---|---|---|---|

**Present: The Honorable**      **GEORGE H. KING, UNITED STATES DISTRICT JUDGE**

| Interpreter | N/A |
|---|---|

| Beatrice Herrera | Mary Riordan Rickey | Michael Grant/Damon King – DOJ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ira Isaacs | | ✘ | ✘ | Roger Diamond | | ✘ | ✘ |

**PROCEEDINGS:**      **PRE-TRIAL CONFERENCE**

      Matter called.  Defendant and counsel of record are present.  Pre-trial conference held regarding jury voir process.  Defendant withdraws designation of expert witness.  Counsel are given a copy of the propose questionnaire.  Any objections to the questionnaire shall be in writing and filed by no later than 12 noon, April 18, 2012.  Courtesy copies shall be delivered to chambers on the day of filing.  Counsel shall return for trial at **8:30 a.m.**, April 23, 2012.

      **IT IS SO ORDERED.**

|  | : | **31** |
|---|---|---|
| Initials of Deputy Clerk | | Bea |