UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,   )
                            )
            Plaintiff       )   Case No. **CR 07-732(A) GHK**
                            )
      vs.                   )
                            )
IRA ISAACS                  )
                            )
            Defendant       )
_____)

Date: 4/27/12

Time: 11:55

*Redacted*

**JURY NOTE NUMBER  1**

___   THE JURY HAS REACHED A UNANIMOUS VERDICT

_X_   THE JURY REQUESTS THE FOLLOWING:

THE DEFINITION OF "MORBID",

SIGNED: _____
        JUROR