UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK U.S. DISTRICT COURT
APR 27 2012
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA, )
)
        Plaintiff )   Case No. **CR 07-732(A) GHK**
)
   vs. )
)
IRA ISAACS )
)
        Defendant )
)

Date: 4/27/12

Time: 11:56

Redacted
**JURY NOTE NUMBER 2**

___  THE JURY HAS REACHED A UNANIMOUS VERDICT

_X_  THE JURY REQUESTS THE FOLLOWING:

UNDER "PRURIENT" INTEREST, MUST ALL 3 CRITERIA BE MET? "MORBID, DEGRADING, AND UNHEALTHY INTEREST IN SEX"?

SIGNED: _____
JUROR