UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK US DISTRICT COURT
APR 27 2012
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | Case No. **CR 07-732(A) GHK** |
| ) | |
| vs. ) | |
| ) | |
| IRA ISAACS ) | |
| ) | |
| Defendant ) | |

Date: 4/27/12

Time: 1:09

Redacted

**JURY NOTE NUMBER 3**

___   THE JURY HAS REACHED A UNANIMOUS VERDICT

 X    THE JURY REQUESTS THE FOLLOWING:

WE HAVE A VERDICT

SIGNED: _____
JUROR