UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | CASE NO. CR 07-732(A) GHK |
| ) | *Redacted* |
| ) | **JURY VERDICT** |
| IRA ISAACS, ) | |
| ) | |
| Defendant. ) | |

We, the Jury in the above-entitled cause of action hereby FIND the defendant,

## IRA ISAACS

__GUILTY__ as charged in Count 1 of the Redacted First Superseding Indictment.
(GUILTY or NOT GUILTY)

__GUILTY__ as charged in Count 2 of the Redacted First Superseding Indictment.
(GUILTY or NOT GUILTY)

__GUILTY__ as charged in Count 3 of the Redacted First Superseding Indictment.
(GUILTY or NOT GUILTY)

__GUILTY__ as charged in Count 4 of the Redacted First Superseding Indictment.
(GUILTY or NOT GUILTY)

__GUILTY__ as charged in Count 5 of the Redacted First Superseding Indictment.
(GUILTY or NOT GUILTY)

Dated this 27 day of, APRIL, 2012
At Los Angeles, California

_____
FOREPERSON OF THE JURY