```
 1  JEANNETTE GUNDERSON
    Trial Attorney
 2  United States Department of Justice
    Criminal Division
 3  Asset Forfeiture and
    Money Laundering Section
 4  Tenth Floor
    Washington, D.C. 20005
 5  Telephone: (202)307-2343
    Facsimile: (202)514-5522
 6  E-mail: Jeannette.Gunderson@usdoj.gov

 7
    Attorney for Plaintiff
 8  UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 07-732-GHK |
| Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL |
| v. | |
| IRA ISAACS dba "STOLEN CAR FILMS" dba "LA MEDIA" | |
| Defendant. | |

Plaintiff United States of America hereby gives notice that Trial Attorney Jeannette Gunderson shall be an attorney of record in this case. Deputy Chief Damon A. King and Trial Attorney Michael W. Grant will also continue to represent the United States.

Dated: July 9, 2011                Respectfully submitted,

                                   JENNIFER SHASKY CALVERY
                                   Chief
                                   Asset Forfeiture and
                                   Money Laundering Section

                            By:        /s/
                                   JEANNETTE GUNDERSON
                                   Trial Attorney
                                   United States Department of Justice
                                   Criminal Division

```
                              Asset Forfeiture and Money
                              Laundering Section
                              Attorney for Plaintiff
                              UNITED STATES OF AMERICA
```