```
1    ROGER JON DIAMOND
     2115 Main Street
2    Santa Monica, CA 90405
     (310) 399-3259
3    (310) 392-9029
     State Bar No. 40146
4

5    Attorney for Defendant
     Ira Isaacs
6
```

                    UNITED STATES DISTRICT COURT

                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. No. CR 07-732 GHK | |
| Plaintiff, ) | OBJECTIONS TO PRE SENTENCE REPORT | |
| vs. ) | | |
| IRA ISAACS, ) | DATE: | August 6, 2012 |
| Defendant ) | TIME: | 11:00 A.M. |
| ) | PLACE: | |
| | Hon. George H. King | |

   Pursuant to Rule 32(f) of the Federal Rules of Criminal Procedure, Defendant objects to portions of the pre sentence report.

   First, Isaacs should be given reduction for acceptance of responsibility pursuant to United States Sentencing Guideline Section 3E1.1(a). At every moment from the time of the initial execution of the search warrant until the jury verdict Defendant accepted responsibility. He told the FBI that it was his business and that he was responsible for distributing the material. He

1

1  never once denied anything. He testified in pre trial proceedings.
2  He testified at both trials.  He should be given a reduction for
3  acceptance of responsibility.

4  He respectfully objects to the Court considering any post
5  verdict activity.  Defendant objects to consideration of any movie
6  that was not the subject of the Indictment.  Every movie is
7  different.  We know from the second trial that there were some
8  jurors who voted not guilty with respect to the same movies.
9  Defendant Isaacs does not concede that any movie he might have sold
10 after the verdict was obscene. Moreover, Isaacs states that at the
11 time of the verdict he only had $200.00 in cash and he was
12 concerned about starving before sentencing.  Isaacs points out
13 that he has spent all of his money on legal costs and still owes
14 over $75,000 in legal fees since there have been three trials one
15 appeal to the Ninth Circuit and one Petition for Writ of
16 Certiorari.  Isaacs states he was facing eviction from his
17 apartment and repossession of his only car.

18  Isaacs tried to restart his advertising business and spoke to
19 former advertising clients .  Clients stated they wanted to wait to
20 see about sentencing because if Isaacs is going to be in prison he
21 would not be able to help clients.

22 Isaacs considered looking for a minimum wage job to get him
23 through the few months after the verdict and before sentencing but
24 because of the economy and because he is a 61 year old felon facing
25 prison he was not a candidate for a job.  Isaacs also points out
26 that he could not qualify for food stamps because felons are not
27 eligible for food stamps or social services according to Isaacs.
28

Accordingly, Isaacs decided to wait until sentencing but once the Government objected he stopped all activity. Isaacs states that all the web sites were closed. Accordingly, Defendant respectfully submits that his acceptance of responsibility should not be taken from him because of alleged post verdict conduct which has ceased. Acceptance of responsibility means he acknowledged doing everything of which he was accused by the Government. He cooperated with the Government, subjected to himself to interviews by the FBI, and testified in Court. He has never denied acceptance of responsibility. He ought to be given a reduction in the Guidelines.

With respect to his role in the offense, at no time has Isaacs ever employed five or more employees at one given time. From 2005 to 2007 Isaacs employed from between 2 and 3 employees at any one time. From January 2007 to 2011 Isaacs employed only one person. As the Court knows from the evidence it was a one man operation with perhaps one or two office helpers.

In two of the four movies (the ones Isaacs produced), there were one or two independent contractors. They were not employees.

There is no statute that prohibits probation in this case. Defendant Isaacs respectfully asks this Honorable Court to depart downward or to grant a variance to allow Isaacs to be eligible for probation and to receive a probationary sentence. He has no criminal record at all. He is over 60 years of age. This is his first criminal offense. A first time offender should not be sentenced to a lengthy prison term but should be given probation. If he should violate probation he could then be sentenced.

3

July 24, 2012
Isaacs
OBJECTPRESENT

While mindful that the United States Supreme Court has ruled that obscenity is not protected by the First Amendment, many learned justices of the U.S. Supreme Court disagreed.  Indeed, Justice William O'Douglas never watched any of the alleged obscene movies. He voted automatically to reverse based on the First Amendment.

Defendant Isaacs respectfully asks this Honorable Court to show mercy and grant him probation. If complete probation cannot be granted he respectfully asks for a split sentence.  During the eight years of the Clinton administration there were no obscenity prosecutions.

There is one factual error at Item 64 of the pre sentence report.   Isaacs graduated from State University College at New Paltz, New York in 1977 not from NYU in 1975.

                                                                                Respectfully submitted,

                                                                                S/s
                                                            ROGER JON DIAMOND
                                                           Attorney for Defendant