E-FILED 08/02/2012
LINK TO DOC. #236

MICHAEL W. GRANT
Michael.grant@usdoj.gov
Trial Attorney
United States Department of Justice
1400 New York Avenue, NW, Suite 6000
Washington, D.C. 20005

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

IRA ISAACS,

Defendant

CR-07-732(A)-GHK

~~(PROPOSED)~~

PRELIMINARY ORDER OF FORFEITURE

**NOTE CHANGES MADE BY THE COURT**

IT IS HEREBY ORDERED THAT:

1. As a result of the guilty verdict on Counts One through Five of the Redacted First Superseding Indictment, for which the Government sought forfeiture pursuant to 18 U.S.C. § 1467(a) and 21 U.S.C. § 853, the defendant shall forfeit to the United States all property used or intended to be used to commit or to promote the commission of the offenses.

2. The Court has determined, based on the evidence already in the records and the stipulations submitted by the parties, that the following property is subject to forfeiture pursuant to

18 U.S.C. § 1467(a) and that the government has established the
requisite nexus between such property and the offenses:

      A. The websites involved in the defendants crimes,
         including the domain names, as identified in
         Attachment A.

      B. All copies of the movies involved in the defendant's
         crimes, including "Hollywood Scat Amateurs No. 7,"
         "Mako's First Time Scat," "Hollywood Scat Amateurs No.
         10," "Japanese Doggie 3 Way," and all other movies
         listed in Attachment B, including all master copies,
         electronic copies, and hard copies owned either
         legally or beneficially by the defendant.

      C. The copyrights of all movies produced or otherwise
         created by the defendant, either personally or doing
         business as Stolen Car Films or L.A. Media, from the
         inception of the business through April 14, 2011,
         including all movies listed in Attachment C and any
         and all other movies in the Hollywood Scat Amateurs
         series.

      D. All computers and computer servers, DVD players and
         burners, video equipment (including but not limited to
         cameras, editing, and video reproduction equipment),
         and blank electronic media, including but not limited
         to blank DVDs, CD-roms, VHS tapes, hard drives, and
         media covers and cases for such media, legally or

beneficially owned  by the defendant as of April 14, 2011.   These items include, but not limited to, the following items examined on or about January 17, 2007 during the execution of a federal search warrant on the premises of L.A. Media at 3699 Wilshire Blvd, 1290 A, Los Angeles, CA 90010:

      i. an Apple G4 computer bearing serial number XB1190KPKZ1;

     ii. an Apple iMac computer bearing serial number W86081PSUZN;

    iii. an Apple G5 computer bearing serial number W8544PRKTAQ;

     iv. a Mac Power PC computer bearing serial number QP40209XOVW;

      v. an Apple Power PC computer bearing serial number G8439BVQJ8; and

     vi. a Com Data external hard drive bearing serial number Y5G98682.

E. All audio/video equipment, office equipment, videos, and materials, that are shown and documented in Government Exhibit 20 - the photos from the execution of the January 2007 search of LA Media office.

F. All props, costumes, scenery, lighting equipment, and other assets used in the production of obscene

materials legally or beneficially owned by the defendant as of April 14, 2011.

3. The defendant shall turn over all assets subject to the preliminary order of forfeiture within 14 days of the entry of this Order. Upon the entry of this Order, the United States (or a designee) is authorized to seize the above-named property, whether held by the defendant or by a third party, and to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

4. Upon entry of this Order, the United States is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

5. The United States shall publish notice of the order and its intent to dispose of the property in such a manner as the United States may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Subject Property.

6. Any person, other than the above named defendant, asserting a legal interest in the Subject Property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged

interest in the Subject Property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n).

7. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant upon entry and shall be made part of the sentence and included in the judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

8. Any petition filed by a third party asserting an interest in the Subject Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Subject Property, any additional facts supporting the petitioner's claim and the relief sought.

9. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

10. The United States shall have clear title to the Subject Property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period

provided in 21 U.S.C. § 853(n)(2) for the filing of third party petitions.

11. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

DONE this the 1ST day of AUGUST, 2012

Honorable George H. King
United States District Judge

# Attachment A

| Domain | IP Address | Created | Expires | Registrar | Restistrant | Admin Contact | Domain Servers |
|---|---|---|---|---|---|---|---|
| adulthostingxxx.com | 74.53.204.42 | 16-Apr-03 | 16-Apr-13 | NETWORK SOLUTIONS, LLC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 | Isaacs, Ira 7119 Sunset Blvd #335 Los Angles, CA 90046 (phone: 310-728-8634) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| cinemascat.com | 216.131.122.153 | 11-Oct-07 | 11-Oct-12 | Thunder Road BV | Thunder Road BV: Busitel 1 Orlyplien 85 Amsterdam 1043 DS NL (phone: 20 403 7384) | Thunder Road BV: Busitel 1 Orlyplien 85 Amsterdam 1043 DS NL (phone: 20 403 7384) (email: thunderroad2008@yahoo.com) | NS73.WORLDNIC.COM and NS74.WORLDNIC.COM |
| clubscat.com | 74.53.204.42 | 3-Jul-01 | 3-Jul-12 | NETWORK SOLUTIONS, LLC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 | Isaacs, Ira 7119 Sunset Blvd #335 Los Angles, CA 90046 (phone: 310-728-8634) (email: stolencarfilms@yahoo.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| clubscatextreme.com | not found | 17-Nov-05 | 17-Nov-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS73.DOMAINCONTROL.COM, NS74.DOMAINCONTROL.COM |
| dirtylisa.com | 74.53.204.42 | 28-Jun-02 | 28-Jun-13 | NETWORK SOLUTIONS, LLC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 | Isaacs, Ira 7119 Sunset Blvd #335 Los Angles, CA 90046 (phone: 310-728-8634) (email: stolencarfilms@yahoo.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| enemaweb.com | 74.53.204.42 | 14-Aug-02 | 14-Aug-12 | NETWORK SOLUTIONS, LLC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 | Isaacs, Ira 7119 Sunset Blvd #335 Los Angles, CA 90046 (phone: 310-728-8634) (email: stolencarfilms@yahoo.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| gayscatmovies.com | not found | 10-Jan-06 | 10-Jan-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| hiddenxvideo.com | 74.53.204.42 | 24-Oct-00 | 24-Oct-12 | NETWORK SOLUTIONS, LLC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 | Isaacs, Ira 7119 Sunset Blvd #335 Los Angles, CA 90046 (phone: 310-728-8634) (email: stolencarfilms@yahoo.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| iamatoilet.com | 74.53.204.42 | 28-Apr-02 | 28-Apr-13 | NETWORK SOLUTIONS, LLC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 | Isaacs, Ira 7119 Sunset Blvd #335 Los Angles, CA 90046 (phone: 310-728-8634) (email: stolencarfilms@yahoo.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| megaclubscat.com | not found | 17-Nov-05 | 17-Nov-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS73.DOMAINCONTROL.COM, NS74.DOMAINCONTROL.COM |

| Domain | IP Address | Created | Expires | Registrar | Restistrant | Admin Contact | Domain Servers |
|---|---|---|---|---|---|---|---|
| megascatshow.com | 74.53.204.42 | 17-Nov-05 | 17-Nov-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| ninacardovaxxx.com | 74.53.204.42 | 10-Jan-06 | 10-Jan-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| pissingandposing.com | 74.53.204.42 | 15-Dec-04 | 15-Dec-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| scatchicks.com | 74.53.204.42 | 8-Mar-02 | 8-Mar-12 | NETWORK SOLUTIONS, LLC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 | Isaacs, Ira 7119 Sunset Blvd #335 Los Angles, CA 90046 (phone: 310-728-8634) (email: stolencarfilms@yahoo.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| scatcinemax.com | 74.53.204.42 | 29-Apr-03 | 29-Apr-12 | DIRECTNIC, LTD | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@scatmovies.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| scatclips4sale.com | could not find | 16-May-06 | 16-May-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| scatflicks.com | 74.53.204.42 | 5-Dec-01 | 5-Dec-14 | NETWORK SOLUTIONS, LLC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 | Isaacs, Ira 7119 Sunset Blvd #335 Los Angles, CA 90046 (phone: 310-728-8634) (email: stolencarfilms@yahoo.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| scatmovies.com | 74.53.204.42 | 22-Jun-99 | 22-Jun-13 | NETWORK SOLUTIONS, LLC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 | Isaacs, Ira 7119 Sunset Blvd #335 Los Angles, CA 90046 (phone: 310-728-8634) (email: stolencarfilms@yahoo.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| scatmoviez.com | 216.131.122.156 | 8-Nov-07 | 8-Nov-12 | NETWORK SOLUTIONS, LLC. | Thunder Road BV: Busitel 1 Orlyplien 85 Amsterdam 1043 DS NL (phone: 20 403 7384) | Thunder Road BV: Busitel 1 Orlyplien 85 Amsterdam 1043 DS NL (phone: 20 403 7384) (email: thunderroad2008@yahoo.com) | NS73.WORLDNIC.COM and NS74.WORLDNIC.COM |
| stolencarfilms.com | 74.53.204.42 | 11-Feb-04 | 11-Feb-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |

| Domain | IP Address | Created | Expires | Registrar | Restistrant | Admin Contact | Domain Servers |
|---|---|---|---|---|---|---|---|
| thunderroadbv.com | 216.131.122.157 | 21-Jun-07 | 21-Jun-12 | NETWORK SOLUTIONS, LLC. | Thunder Road BV: Busitel 1 Orlyplien 85 Amsterdam 1043 DS NL | Thunder Road BV: Busitel 1 Orlyplien 85 Amsterdam 1043 DS NL (phone: 20 403 7384) (email: thunderroad2008@yahoo.com) | NS73.WORLDNIC.COM and NS74.WORLDNIC.COM |
| tioletstacy.com | 74.53.204.42 | 16-Sep-05 | 16-Sep-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| toiletamber.com | 74.53.204.42 | 12-Jan-06 | 12-Jan-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| toiletangela.com | 74.53.204.42 | 16-Sep-05 | 16-Sep-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| toiletann.com | 74.53.204.42 | 16-Mar-06 | 16-Mar-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| toiletapril.com | 74.53.204.42 | 16-Sep-05 | 16-Sep-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| toiletashton.com | 74.53.204.42 | 4-Jan-06 | 4-Jan-13 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| toiletdelilah.com | 74.53.204.42 | 16-Sep-05 | 16-Sep-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| toiletgina.com | 74.53.204.42 | 16-Sep-05 | 16-Sep-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| toiletjasmine.com | 74.53.204.42 | 1-Nov-05 | 1-Nov-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |

| Domain | IP Address | Created | Expires | Registrar | Restistrant | Admin Contact | Domain Servers |
|---|---|---|---|---|---|---|---|
| toiletjennifer.com | 74.53.204.42 | 16-Sep-05 | 16-Sep-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| toiletlinda.com | not found | 16-Sep-05 | 16-Sep-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| toiletroxy.com | 74.53.204.42 | 16-Sep-05 | 16-Sep-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| toiletsherry.com | 74.53.204.42 | 28-Apr-02 | 28-Apr-13 | NETWORK SOLUTIONS, LLC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 | Isaacs, Ira 7119 Sunset Blvd #335 Los Angles, CA 90046 (phone: 310-728-8634) (email: stolencarfilms@yahoo.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| tolietveronica.com | 74.53.204.42 | 16-Sep-05 | 16-Sep-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| veronicajett.com | 74.53.204.42 | 18-Jan-05 | 18-Jan-12 | WILD WEST DOMAINS, INC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 (Registered through: RegisterCheaper.com) | Media, LA 3699 Wilshire Blvd. 1290A Los Angeles, CA 90010 (323 468 8600) (email: webmaster@clubscat.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |
| xtremexvideo.com | 74.53.204.42 | 18-Apr-01 | 18-Apr-13 | NETWORK SOLUTIONS, LLC. | LA Media 3699 Wilshire Blvd 1290A Los Angeles, CA 90010 | Isaacs, Ira 7119 Sunset Blvd #335 Los Angles, CA 90046 (phone: 310-728-8634) (email: stolencarfilms@yahoo.com) | NS1.THEPLANET.COM, NS2.THEPLANET.COM |

# Attachment B



CINEMASCAT.COM
Club Scat
Join Club
About Downloads
Buy DVDs
Questions & Answers
Contact Us
My Downloads
My DVDs
Select your video(s) from below. Be sure to have your password ready. If you don't have a password yet, order one from the "Downloads" section here.
14000:
10268: kylie 3
10267: Kaviar Models 14
10266: Dom Web Scat 11
10265: Dom Web Scat 12
10264: Fart and Shit (CGP)
10263: Dom Web Scat 10
10262: Dom Web Scat 9
10261: Misty's Dom Scat
10259: Web Scat 109
10257: Web Scat 107
10256: Web Scat 104
10255: Dom Web Scat 8
10254: Japanese Web 15
10253: Japanese Web 12
10252: Web Scat 106
10251: Web Scat 105
10250: Web Scat 103
10249: Web Scat 102
10248: Japanese Web 14
10247: Japanese Web 13
10246: Dom Web Scat 7
10245: Cuckold 2
10244: Glory Hole Web 1
10243: Dom Web Scat 6
10242: Dom Web Scat 2
10241: Dom Web Scat 5
10240: Dom Web Scat 4
10239: Dom Web Scat 3
10238: Japanese Web 11
10237: Web Scat 101
10236: Japanese Web 10
10235: Japanese Web 9
10234: Japanese Web 8
10233: Web Scat 100
10232: Dom Web Scat 1
10231: Japanese Web 7
10230: Japanese Web 6
10229: Scat Web 99
10228: Japanese Web 4
10227: Japanese Web 3
10226: Japanese Web 2
10225: Japanese Web 1
10224: Web Scat 98

- 10223: Web Scat 97
- 10222: Web Scat 96
- 10221: Japanese Web 5
- 10220: AOT-3
- 10219: Web Scat 94
- 10218: WEb Scat 93
- 10217: Web Scat 92
- 10216: Web Scat 91
- 10215: Shitting On Slave
- 10214: Web Scat 90
- 10213: Trans Scat
- 10212: Web Scat 89
- 10211: Web Scat 88
- 10210: Web Scat 87
- 10209: WEb Scat 86
- 10208: Web Scat 85
- 10207: Web Scat 84
- 10206: Web Scat 83
- 10205: Web Scat 82
- 10204: Web Scat 81
- 10203: Web Scat 80
- 10202: Web Scar 79
- 10200: Kylie 2
- 10199: Web Scat 78
- 10198: Web Scat 77
- 10197: Grauzone 25
- 10196: Hitomi Kasahara
- 10195: SG 25
- 10194: SG-11
- 10193: SG-8
- 10192: SG 6
- 10191: Shit Ladies
- 10190: 3SG-1
- 10189: Web Scat 76
- 10188: SG-12
- 10187: Web Scat 75
- 10186: Web Scat 74
- 10185: Scat Web 52
- 10183: Sabina's First Shit Video
- 10182: Perverted Sex
- 10181: PST-04
- 10180: Sofea and Friends Vol 8 (cgp)
- 10179: JDKB-02
- 10178: Krysee and Company (CGP)
- 10177: Kikunoya Vol. 2
- 10176: Naniwa 32
- 10175: Tokyo BC 37
- 10174: Brazil 3 Extreme Voyeur
- 10173: Sofea and Friends Vol. 6 (cgp)
- 10172: Un C-17
- 10171: MTS 3 Japanese Brown
- 10170: Das Dinner
- 10169: GB-18
- 10168: TBD 2
- 10167: QUE-1
- 10166: Service Maids 2
- 10165: BTU JTP 155
- 10163: Kaviar Burger Picnic UNCENSORED
- 10162: SGE 41
- 10161: SGE 40
- 10160: Kaviar Babes 2

- 10159: College Girls Pooping 13
- 10158: SD 2012 Mistress Erika and the Scat Slaves
- 10157: Euro Bathroom
- 10156: Tokyo Scato 5 UNCENSORED
- 10155: Scat Web 69
- 10154: Web Scat 73
- 10153: KB 26
- 10152: KA 109
- 10151: Web Scat 72
- 10150: Scat Web 71
- 10149: Web Scat 70
- 10145: Scarlet
- 10144: Holley 2
- 10143: Holley 1
- 10142: More Simone
- 10139: Tartort Toilette
- 10137: Grauzone 45
- 10136: Grauzone 24
- 10135: SG-23
- 10134: DVVMA 54
- 10133: Grauzone 49
- 10132: Grauzone 48
- 10128: Outside Ivory (cgp)
- 10127: Japanese Scat Girl 5
- 10126: Jojo and Crew
- 10125: College Girls Pooping 10
- 10123: Brazilian Brown Combo 11
- 10122: Scat Girl Yuki
- 10121: Trans Animal Blow a Horse
- 10119: UN 2 & 4
- 10115: Aroma 215
- 10114: PISS-KISS 3
- 10113: Rad 10
- 10111: Sofea and Friend Vol. 5 (cgp)
- 10110: Universal B10
- 10109: Daisy Dumps (CGP)
- 10107: JTP's Extreme TG-001
- 10106: TGO 13 Japanese Brown
- 10105: Tartorte Toilette 13
- 10104: Grauzone 42
- 10103: SG-2
- 10102: Scat Web 68
- 10101: Web Scat 67
- 10100: Web Scat 66
- 10099: Web Scat 65
- 10098: Web Scat 64
- 10097: Web Scat 63
- 10096: Scat Web 62
- 10095: Japanese Scat Chick
- 10091: Juicy Latin Lady Boys
- 10089: Piss and Scat Experiment
- 10086: Universal A 13
- 10084: You Asked For Solo Shemales
- 10081: Asian Transexual Lesbians 2
- 10079: Fart Compilation
- 10078: Shanghai Japanese Toilet 17
- 10077: LMGA-01
- 10076: Japanese Extremes
- 10075: Brown Extremes SOS
- 10074: VSTVS-07
- 10073: M-160

- 10072: College Girls Pooping 16
- 10071: Scato Slut Wife
- 10070: Aguaeuso
- 10069: GB-04
- 10068: Porcote In Toilette
- 10067: College Girls Pooping 3 Vienna
- 10066: Scat Web 61
- 10065: Scat Web X2
- 10064: Scat Web X
- 10063: GPBK-1
- 10061: Kelsey and Misty
- 10058: Uncensored Scat Kitchen
- 10057: Web Scat 59
- 10056: Scat Stories
- 10055: OOP 3
- 10054: Web Scat 58
- 10053: Adventures of Scat Louise
- 10052: Web Scat 57
- 10051: Tokyo BC 1 & 2
- 10050: SD-75
- 10049: Aroma 240
- 10048: Shitlovers Vol. 1
- 10046: Living Toilet 4
- 10045: Alen Volenzia Pregnant Scat Queen from Rome
- 10044: Montys Nasty DVD 5
- 10042: Web Scat 56
- 10041: Classic Japan Bathroom
- 10040: More Pretty Lisa
- 10039: Pretty Lisa Unreleased
- 10038: Scat Web 55
- 10036: Scat Web 54
- 10034: Scat Web 53
- 10033: Toilet Man
- 10032: Scat Web 51
- 10031: Web Scat 50
- 10030: Web Scat 49
- 10029: Shitty Times
- 10028: Perverted Sex 1
- 10027: Shit Gang 8
- 10025: Brown Reunion: Veronica and Ingrid
- 10024: SAPS-01
- 10023: Web Scat 48
- 10022: Summer Vomit
- 10021: Sewer Sluts: Chocolate
- 10018: Scat Web 47
- 10017: Tatort Toilette: Unersatlich
- 10015: Web Scat 45
- 10014: MFX Brazilian Soccer Girls
- 10013: OOP-1
- 10012: College Girls Pooping Locker Room
- 10011: Web Scat 44
- 10009: BBAK-1
- 10008: Scat Swapping School Swallow
- 10007: Shitmaster 32
- 10006: OO-3
- 10005: ETS-2
- 10004: Scat Queen 2
- 10003: A New Kind Of Admiration
- 10002: Kammy and Friends
- 10001: College Girls Pooping - Nadiah and Company
- 10000: Mistress T 2

- 9999: American Bowl Cam
- 9998: College Girls Pooping - Kisha
- 9997: Enema Girls
- 9996: Extreme Scat Farm
- 9995: Shitting Biker Girls
- 9994: Toilet Girl
- 9993: Kylie
- 9992: Panty Poop Girls
- 9991: Mistress T
- 9990: Busted Builder
- 9989: Grauzone 121
- 9988: EVOTS-3
- 9987: We Love Diarrhea
- 9986: MFT 1
- 9985: on site
- 9984: Teenage Experiments 4 - The London Girls
- 9982: Uncensured Office Party
- 9981: Web Scat 43
- 9979: FSP-5
- 9978: Payback for John
- 9976: SSMA 1
- 9975: MFX 224
- 9974: MFX 594
- 9973: Lesbian Shit Love
- 9972: London Scat Party
- 9971: Alexia's Annive
- 9970: OOP 2
- 9969: More Louise Hunter
- 9968: The Dinner Club
- 9966: My Scat Maid
- 9965: Vulcan Shit
- 9964: P-175
- 9963: Shitmaster 20
- 9962: Shitty Girls 2
- 9961: Louise and Friends
- 9960: TSNU 1
- 9958: Web Scat 42
- 9957: Shit Girl #5
- 9956: Shitmaster 17
- 9955: Mila (Scat voyeur) vol. 2
- 9954: All Mine
- 9953: Scat Web 41
- 9952: Brown Shower Gift
- 9951: Louise Hunter Scat Eater 1
- 9950: MFX 307
- 9949: Secret Diaper Fantasy
- 9948: on site
- 9947: WUG 1
- 9946: SD-18
- 9945: Kaviar Models 02
- 9944: Ode De Toilet 25
- 9943: Japanese Undercover Toilet Vol. 14
- 9942: on site
- 9941: Simply Red
- 9940: Montys Nasty DVD 4
- 9939: Montys Nasty DVD 3
- 9938: Montys Nasty DVD 2
- 9937: Montys Nasty DVD 1
- 9936: Scat Web 40
- 9934: Scat Web 39
- 9933: Mila (Scat voyeur) vol. 1

- 9932: Nasty Web #3
- 9931: College Girls Pooping
- 9930: Web Scat 36
- 9928: Web Scat 38
- 9927: Mistress Balkin 3 (no scat)
- 9926: Mistress Balkin 2 (no scat)
- 9925: Web Scat 37
- 9924: Web Scat 35
- 9923: Panty Poop
- 9922: Mistress Balkan (no scat)
- 9921: Scat Mistress
- 9920: Piss Girl 3
- 9919: Piss Girl 2
- 9918: Piss Girl 1
- 9917: Scat Web 9
- 9916: Web Scat 34
- 9915: Sara's Toilet Show Adventure Vol. 2
- 9914: Sara's Toilet Show # 1
- 9913: QueenyLove Scat and Vomit
- 9912: ESHV-1
- 9910: P-153 Christi Nympho Scat Girl
- 9909: Klistner Scat Vol. 12
- 9908: Cack Zone 1
- 9907: Web Scat 33
- 9906: Amateur Panty Poop
- 9905: Web Scat 32
- 9904: Web Scat 31
- 9903: Tatorte Toilette 97
- 9902: Toilet Wannabe
- 9901: Sweet Mook
- 9900: Honey and Friend
- 9804: (missing)
- 9803: Grauzone 51: Zur Strafe Vollgeschissen
- 9802: Sperrgebiet #37
- 9801: Super Shit Compilation
- 9800: Tartort Toilette #56 (no good)
- 9799: Japan Farts #2
- 9798: Scat Web 29
- 9797: Web Scat 30
- 9796: Scat Web 28
- 9795: Web Scat 26
- 9794: Scat Web 27
- 9793: Web Scat 25
- 9792: Web Scat 24
- 9791: Scat Web 23
- 9790: Scat Web 22
- 9789: Scat Slave
- 9788: Euroshots 4
- 9787: Scat Web 21
- 9786: Scat Web 20
- 9785: Web Scat 19
- 9784: Scat Web 17
- 9783: Scat Web 18
- 9782: Best Of Web #16
- 9781: Mom Forced Me AKA Smelly Pussy
- 9780: Scat Chic 1
- 9779: Shit Master 5
- 9778: Scat Chic 3
- 9777: The Best Moments of Barbara Christina
- 9776: I Hate You Teacher
- 9775: Fetish Games

- 9774: Sex Klistier 2
- 9772: Scat Chic 5
- 9771: ShitMaster 15
- 9769: Gilda
- 9768: Best ScatWeb #15
- 9767: Best WebFarts #2
- 9765: Best of Honey #3 UNCENSORED!
- 9764: Best WebScat #13
- 9763: Yapoo Market 64
- 9762: JADE HIDDEN TOILETS
- 9761: SM 41
- 9760: Mexican Beach Pooping
- 9759: Best of Stolen Car Films 1
- 9758: Shit in Brazil
- 9757: Best of ScatWeb #12
- 9756: Best of ScatWeb #14
- 9755: Scat Chic 6
- 9754: Best WebScat #11
- 9753: Best WebScat #10
- 9752: Best of Honey #2 UNCENSORED!
- 9751: SM 47
- 9750: SKR-1: Scat Kiss Locker Room 1
- 9749: Scat Shake
- 9748: Scat Searching
- 9747: ShitMaster 12
- 9746: Shit Chic No. 7
- 9745: SM 13
- 9744: SG 9
- 9743: ESNR 1
- 9742: For That You Get the Works!
- 9741: Best of WebFarts #1
- 9739: EVO-SMT
- 9738: TST-4
- 9737: Kaviar Amateurs 109
- 9736: X-51 Sweet Scatty Candyshow
- 9735: Kaviar Babes 23
- 9734: Kaviar Amateurs 114
- 9733: Kaviar Babes 24
- 9732: Scat Mistress
- 9731: DIST-1
- 9730: Tokyo Scat 9
- 9729: She-Male in Brazil LTND-1
- 9728: Yapoo Market 78 part 2
- 9727: Yapoo Market 78 part 1
- 9726: WCM-21
- 9725: Yapoo Market 50
- 9724: UGD - 10
- 9723: LesbianSCA-1
- 9722: Giga Exhibit
- 9721: PG-11a
- 9720: MFX 10
- 9719: Best WebScat #8
- 9718: Yapoo Market 79 part 2
- 9717: UNCENSORED! Lady Ninja: Ku-noichi Forced Excretion
- 9716: WCM 1
- 9715: SCWU 01
- 9714: KOBP Fartina
- 9712: Yapoo Market 74 part 2
- 9710: Bangkok Bizar (no good)
- 9709: Fetish Games
- 9706: Asian Shit Eating

- 9705: Best of ScatWeb #7
- 9702: Best of Web Farts #1
- 9701: Best of ScatWeb #5
- 9700: Yapoo Market 79 part 1
- 9699: Best of ScatWeb #6
- 9698: Yapoo Market 14
- 9697: DDF 5
- 9696: ODT 27
- 9695: Shit Gang 5
- 9694: Best Web Panty Poops #1
- 9693: Scat Girls and Dom
- 9692: GZ-127
- 9691: STMR-6
- 9690: TT-122
- 9689: 2 Girls 1 Cup
- 9688: Delicious Scat Fron Takes
- 9687: Shit Chic No 5
- 9686: GZ-123
- 9685: DSF-1
- 9684: LGTO 3 (do not Use ( hideTide )
- 9683: Scat Fan Louise
- 9682: Dream Job!
- 9681: Shit Chic No 3
- 9679: Scat Party 174
- 9678: Teenage Experiment
- 9677: BLT-1
- 9676: Tima and The Pregnant Girl
- 9675: Anal Grateness 1
- 9674: DDF 3
- 9673: GZ-126
- 9672: Best of ScatWeb #4
- 9671: Best of ScatWeb #3
- 9670: Sandy and Panther's Scat Video
- 9669: Best of ScatWeb #2
- 9668: Best of ScatWeb #1
- 9667: Perv Sex #4
- 9666: Perv Sex #3
- 9665: Perv Sex #2
- 9664: Perv Sex #1
- 9663: KA-112
- 9662: EVO 6
- 9661: Shit Eating 101
- 9660: SSTC
- 9659: SD-213
- 9658: Scat Basic Training
- 9657: KA-113
- 9655: STMR-1
- 9653: USB
- 9652: Cochonnes Covered in Shit
- 9650: Swallow My Precious Scat
- 9649: GZ-125
- 9648: KMK-1
- 9646: World Scat Club
- 9645: Pay Back Shit Swallow
- 9643: Let's Shit on the Thief
- 9642: Shit Gang 9
- 9641: One Wild Night
- 9640: Do You Know Latiffa?
- 9638: Education of a Young Slave 2
- 9637: Choco Piss 20
- 9636: LSS-5

- 9635: WSAA
- 9634: VD-1
- 9632: SLN-1
- 9630: AUS-01
- 9629: DTAR-1
- 9626: IHFS-1
- 9624: Sisters in Scat
- 9623: FC-2
- 9622: RKA-2
- 9621: HSM-1
- 9620: Debuttanti in Scat
- 9619: Scat Surprise Swallow
- 9618:
- 9617: Toilet Slave 3 Extreme Shit Domination
- 9616: Scat Date Vol.1
- 9614: Puke on ME
- 9613: Oh-de Toillete No. 5
- 9612: At Home Release
- 9611: Aroma: Tuisha Vongorseikawatu' vol 726
- 9610: SLURP
- 9609: KA-111
- 9608: DBO 18
- 9607: HHT-1
- 9606: A Pig In Shit
- 9605: RKA-1
- 9604: GZ-112
- 9603: SPK-21
- 9602: SPK-12
- 9601: VSUC.1
- 9600: G2-117
- 9599: Lovely Scatorine Vol. 6
- 9598: Panic Vol. 1
- 9597: Pit-1
- 9596: DDIN.1
- 9595: SCLA.2
- 9594: TBCP vol 3
- 9593: Katie and Company
- 9592: Peach Fun #22
- 9591: Grensbencsh GZ-133
- 9590: LSMG4
- 9589: GEBO 1
- 9588: SSG3
- 9583: College Girls Pooping 4 Extreme
- 9582: MGM-08
- 9581: Enema #4
- 9580: MFV-Luana & Kemily Domination 2
- 9579: YM-131
- 9578: MGM-03
- 9577: OVS 3
- 9576: PWA 2
- 9575: OHTSUKA ODV 119
- 9574: Golden Legend SheMale Queen
- 9573: Female Scat Couples 2
- 9572: Female Scat Couples 1
- 9571: Shitting Amateur Daughter 1
- 9570: Yappo Market 51
- 9569: Yapoo Market 74 part 1
- 9568: Yappo Market 75
- 9567: Shit Wars
- 9566: Public Toilet Vomitting
- 9564: MFX Presents - Shit Gang 9

- 9563: Scat in Brazil presents - Scat Barb-Q
- 9562: DJV-2
- 9561: MFX-927 "Scat Admiration"
- 9559: KB-22
- 9558: EVO-5
- 9557: KA-110
- 9556: Toilet Torture #1
- 9555: STMR 30
- 9554: The Best Of Scat Dumping Moments
- 9553: PEE-18
- 9552: KPT-3
- 9551: Dinner Time
- 9550: Doc's Girls-1
- 9549: MFX presents-My Favorite Teacher
- 9548: TBIZ-1
- 9547: STMR 31
- 9546: SCD-2
- 9545: YGLS
- 9544: AGIS
- 9543: MFX presents - Breakfast is a Special Meal
- 9542: MFX presents "Scat Pasta"
- 9541: MFX presents "Give it all to Me"
- 9540: HSM-1
- 9539: X-Models das Shit-Casting
- 9538: DSS-1
- 9537: MSW-1
- 9536: Only Blondes Love Shit...100% Blonde Scatscenes
- 9535: Scat Superstars 5
- 9534: MFX presents "Wild Scat Easter"
- 9533: VV-1
- 9532: SGE 16
- 9531: TT 98
- 9530: Japanese Dom-Scat (missing)
- 9529: Thai Kinky: Dirty Shit Pig
- 9528: X-48
- 9527: X-45
- 9525: WCM 4
- 9524: DJW-1
- 9523: FOOP 5
- 9522: BURI-1
- 9521: BSFT-1
- 9520: POOT 3
- 9519: GTP-1
- 9518: MBIZ-1
- 9517: KIT 217
- 9516: BDBO-10
- 9515: KB-21
- 9514: IMB - 3
- 9513: BDBO-1
- 9512: BDBO-2
- 9511: FSS - 8
- 9510: Akan Swarie... Eat Shit, Drink Piss
- 9509: Oh-De Toilette No.4 Kaviar Feen Abrakadabra
- 9508: Pregnant Kaviar Erotik
- 9507: Kaviar Babes 9
- 9506: SC-02
- 9504: AJS-6
- 9503: Scat Surprise Swallow
- 9501: Thai Kinky: Forced to Eat Shit
- 9500: Table Manners
- 9498: IMB - 2

- 9496: JDTV-3
- 9495: FTSS-7
- 9494: KA - 108
- 9493: IMB 3
- 9492: FCRA-1
- 9491: KUS1-1
- 9490: Kaviar Amateurs 107
- 9489: EVO 4
- 9488: JBV-1
- 9485: DUA-1
- 9484: AFG-1
- 9483: JDTV-1
- 9482: PSS-1
- 9481: MAM-1 MyLee and Morra & Kayla
- 9480: JDTU 1
- 9479: My Private Shit Party
- 9478: JDTU 3
- 9477: JDTU 2
- 9476: YM 71
- 9475: ASEA-1
- 9474: YM 73
- 9473: MU-1
- 9472: vomit games VSUC-1
- 9471: BOAS-1
- 9470: MFX - 548 SheMale Scat House
- 9469: EVO 3
- 9468: SM-2
- 9467: SGE-38
- 9466: KA-104
- 9465: KA-105
- 9464: SD-118 Education of a Young Slave 2
- 9463: Kaviar Amateurs 106
- 9461: POST-1
- 9460: OBLS-1
- 9459: WCM 6
- 9458: WT01-1
- 9456: Solo 6
- 9454: College Girls Pooping Biker Chix Flix Vol. 2
- 9453: JIGA 1
- 9452: HHOD-1
- 9451: Euro Shots 5
- 9450: EVO 2
- 9449: SFSS - 1 Transexual Scat
- 9448: MFX-557
- 9447: MFX-561
- 9446: Kaviar Breakfast MFX-581
- 9444: MFX-756 Scat Workshop
- 9443: MFX-801
- 9442: SD-51
- 9441: MFX-641 Scat in the Kindergarten
- 9440: MFX-199
- 9439: MFX-596
- 9438: MFX-454
- 9437: MFX-232
- 9436: MFX 539
- 9435: FPSX-1 Flower Power Scat Girls
- 9434: TSSF-1
- 9432: JSEA-1
- 9431: CP 38
- 9430: YM 57
- 9429: SCAM 1

- 9428: SPK 13
- 9427: YM 53
- 9426: STMR 10
- 9425: STMR 33
- 9422: PSEX 5
- 9421: CDS 1
- 9420: STMR 11
- 9418: SPK 22
- 9416: BE - 1
- 9415: KB-20
- 9414: MFX-1230
- 9413: SD-211 Dominating with Pleasure and Scat
- 9412: SPK-10
- 9411: MIDD-285
- 9410: Scat Office Interview
- 9409: Karla's Birthday Bukkake "Bring Your Diarrhea"
- 9408: Shitting and Partying
- 9407: Diarrhea Bukkake
- 9406: MFX-357 "Pure Domination 2"
- 9405: MFX-OS
- 9404: Nina
- 9403: DBO 2
- 9401: PE 19
- 9400: YM 66
- 9388: YM 49
- 9387: GHC 17
- 9384: BEE 57
- 9383: ALFL-1
- 9382: BEE 58
- 9381: LM-108
- 9378: MFX-337
- 9377: MFX-124
- 9376: MFX-115
- 9375: MFX-104
- 9374: MFX-48
- 9373: MFX-39
- 9372: Super scat Compilation
- 9371: SD-146
- 9370: SD-137
- 9369: SD-135
- 9368: SD-127
- 9367: SD-116
- 9366: SD-111
- 9365: SD-105
- 9364: SD-103
- 9363: SD-99
- 9362: SD-74
- 9360: SD-70
- 9359: SD-64
- 9358: SD-61
- 9357: SD-59
- 9356: SD-57
- 9355: SD-56
- 9354: SD-53
- 9353: SD-54
- 9352: LM-03
- 9351: MFX-450
- 9350: MFX-439
- 9349: MFX-04
- 9348: SD-40
- 9347: SD-42

- 9346: LM-65
- 9345: LM-86
- 9344: LM-107
- 9343: MFX-135
- 9341: MFX-140
- 9340: MFX-143
- 9339: MFX-148
- 9338: SD-38
- 9337: SD-46
- 9336: SD-47
- 9335: SD-52
- 9334: MFX-209
- 9333: MFX-96
- 9332: MFX-78 (missing)
- 9331: MFX-77 Chili Hot Shit Peppers
- 9330: MFV-73
- 9328: MFX-58
- 9327: MFX-57
- 9325: LM-16
- 9324: LM-053
- 9323: LM-30
- 9322: LM-15
- 9321: MFX-149
- 9320: SD-23
- 9319: MFX-485
- 9318: MFX-370
- 9317: MFX-371
- 9315: MFX-378
- 9314: MFX-352
- 9311: MFX-544
- 9309: MFX-355
- 9308: SD-26
- 9303: no good
- 9302: MFX-247
- 9300: MFX-188
- 9210: Toilet Girl (missing)
- 9206: Japan Shit eating (missing)
- 9205: Japanese Debutantes #4 (missing)
- 9203: hk-19 (missing)
- 9202: Giga hk03 (missing)
- 9201: Aroma #475 (missing)
- 9200: Anna and Yuki (missing)
- 9175: MFX-201
- 9174: Custom Vomit. Gagging Whores
- 9173: MFX-206
- 9172: LM-20
- 9171: LM-22
- 9170: MFX-202
- 9168: Yappo Market 39
- 9165: ARA 748
- 9164: MFX-259
- 9162: KA-102
- 9161: KA-103
- 9159: Nina Goes Wild
- 9158: ARA-154
- 9157: SD-24
- 9156: SD-22
- 9155: SD-20
- 9154: S&P Kliesten 19
- 9152: JS-016
- 9151: LS-4

- 9148: SD-32
- 9147: SD-31
- 9146: SD-29
- 9145: MFX-467
- 9143: MFX 216
- 9142: MFX 162
- 9141: MFX-220
- 9140: MFX-180
- 9137: KAE -1
- 9136: KA 99
- 9135: KA-101
- 9134: MFX-870
- 9133: KA-100
- 9132: Shit Gang 6
- 9130: MFX 193 Toilet Man
- 9129: MFX 158
- 9128: KA-92
- 9127: KA-96
- 9126: KA-95
- 9125: KA-93
- 9124: Brazilian Scat and Vomit
- 9123: Nipon Sole Shit
- 9122: Shit Journey in Shri Lanka #1
- 9121: SGE-36
- 9120: AF-4
- 9119: Kavier Amateurs #98
- 9116: UNK 01
- 9115: E-28
- 9114: Shit Masters #4
- 9112: SD-9
- 9110: SD-12
- 9109: SD-14
- 9108: SD-16
- 9107: SD-17
- 9106: Lesbian Scat Military Girls #1
- 9105: Brazilian Scat Police
- 9103: The Lazy House Maid
- 9102: MFX Lesbian Shit Love
- 9101: MFX Scat Girls
- 9100: Scat lesbians
- 9098: 3 Brazilian Shit Girls
- 9097: Pay Back Swallow
- 9096: Lesbian Scat School Girls #3
- 9095: SGE -34
- 9093: Euro Shit Scenes #666
- 9092: KA -97
- 9091: Brown Shower Mistress
- 9090: ODV 119
- 9089: Japan Scat Contest
- 9088: Kavier Babes-19
- 9086: Kavier Babes Euro
- 9085: Euro scat Witches
- 9083: CP-1
- 9082: Yappo Market 59
- 9081: Japan Solo Scat
- 9078: SSG -2
- 9076: SPK-9
- 9075: Amateur Nina
- 9074: SGE 33
- 9071: Scat Fever # 7 (no sound)
- 9070: Kavier Models -12 (no sound)

- 9068: Shit Gang #5
- 9064: Brazilian Scat Eating
- 9063: Mast -1
- 9062: Japan Scat Love
- 9061: mjd-53
- 9060: AVGI #5
- 9057: ESTO-22
- 9056: FH#1
- 9055: WDO#1
- 9054: ZS-4
- 9053: Best of Yappo Market # 1
- 9052: YR #5
- 9051: Street and Panty Kaviar #6
- 9050: inko #1
- 9049: Best of Honey #1
- 9048: TTTI
- 9045: Japan Enema and Scat
- 9044: Beautiful japanese girl in heavy shit action
- 9039: CEX
- 9038: AJS #7
- 9037: Shitty Whit Dove
- 9036: Solo Scat Show mfx-587
- 9035: Brasilian Vomit mfx-601
- 9034: Brazilian mfx-615
- 9033: Gang scat mfx-635
- 9032: MFX-768
- 9031: Brazilian Scat Party
- 9030: MFX-835
- 9029: MFX-837
- 9028: MFX Vomit Dinner (missing)
- 9026: Shit Masters #22
- 9025: Scat and Fisting
- 9024: Kavier Amateurs #94
- 9022: Glory Quest (mjd-21)
- 9021: Aroma #470
- 9020: BKA-18
- 9019: Japan gang Shit
- 9017: 3 Euro Shit Sluts
- 9016: MMAL-1
- 9015: Portrait Extreme 17
- 9012: American Scat Girl in Europe
- 9011: Aroma-346
- 9010: Japanese Scat Show 45
- 9009: Yappo Market 650
- 9008: Yappo Market 651
- 9007: OPED -3
- 9006: Scaturo Nippon
- 9003: Brazilian Scat and Vomit
- 9002: September Scat Love
- 9000: Eat my Diareia
- 6053: Fist of the Healer 2
- 6051: SMA 275
- 6049: Abbey XXX #2
- 6048: WLP Vol. 3: Large Insertion Amateur Anal
- 6047: Fist & Some Scat
- 6046: CRSD-03
- 6045: WANZ FACTORY FIST FUCK 2
- 6044: SHA-96 Hell Fist
- 6043: GLORY QUEST Japanese FIST
- 6042: Fist Fuck
- 6041: FistxFistxFistx

- 6040: Sue Takahara Anal Fist
- 6039: Japanese Fisting Frenzy
- 6038: Wanz Factory Fist Fuck 1
- 6037: Japanese Anal Fist
- 6036: Japanese Fisting
- 6035: Beautiful Blonde
- 6034: S & M Fisting Fantasy
- 6033: Abbraxa #9
- 6032: Shit and Fist
- 6031: Fisting Orgy
- 6030: Penetrate Me
- 6029: Euro Extremities #32
- 6028: Pussy Hole Workout
- 6027: Abbey XXX
- 6026: Dolores Vol. 1
- 6025: G/S Amateur
- 6024: Handmade 2
- 6023: Pissegiel & Fistsuchtig
- 6021: Brenda 3 (Brenda and Terry)
- 6018: BJ & Ariel #3
- 6011: Payton
- 6009: Fisting Babes
- 6002: Aeisha and McGuire
- 5041: Kabuki Lady Boys Vol. 4
- 5040: TV Ladies Room
- 5036: Summer Girls
- 5033: Teen Tranny
- 5029: She Male Coeds #1
- 5028: Transsexual Heartbreakers #3
- 5023: Transsexual Sex Slave
- 5018: Asaian Amateur Shemale #3
- 5010: Sexually Dominant Transvestite
- 4798: Piss Web 1
- 4797: Russian Toilet
- 4795: Viola Extra No. 10 Pissy Pissy
- 4794: Mistress
- 4793: Cuckold 1
- 4792: Piss Slave 2
- 4791: Piss Slave
- 4790: Golden Guzzlers 6
- 4789: Felicia Pool Piss
- 4787: Felicia Piss-Charity
- 4786: Yellow Pee 1
- 4785: Japanese Idol
- 4784: Gold Rush
- 4779: IPID 046
- 4778: Cissie, Jung, and Durstig
- 4777: Sex Box-001
- 4776: WDI-003
- 4775: DDT-051
- 4774: GGG 20094 Marina's Sperma Traume
- 4773: Zu Hause Bei Strullerman's
- 4772: Pissende Schulmadchen 8
- 4771: Japanese Piss and Bukkake
- 4769: WDI-001
- 4768: MVSD 030
- 4767: MVSD 036
- 4766: MIGD 158
- 4765: IPSD-012
- 4764: MIGD 148
- 4763: MIGD 137

- 4761: DDM-01
- 4759: Hannibal Ruff Stuff 15
- 4757: ANIS
- 4753: FAPP 1
- 4752: MIAD-003
- 4751: Japanese Pee Cam
- 4741: Golden Shower Play Time
- 4740: Make Me Wet
- 4654: Piss Freaks in Action
- 4653: Die Spritzfotze
- 4652: DPG-1 (missing)
- 4651: PSN-6
- 4095: Extreme Public Piss 21
- 4094: Extreme Public Piss 7
- 4093: IPTD-353
- 4092: MIGD-214
- 4090: MVMD-010
- 4089: SBN-003
- 4088: MVMD-014
- 4083: ERG-01
- 4081: DASD-042
- 4080: MVMD-015
- 4079: MVMD-029
- 4076: DW68
- 4074: MVMD-025
- 4072: MVSD-057
- 4071: PSD-01
- 4070: MVSD-038
- 4068: OPRD-051
- 4067: GIPC-01
- 4065: MVGD-014
- 4063: OPRD-047
- 4062: JPN Piss Spae
- 4061: JPN Piss ESDU-1
- 4060: PSN-3
- 4058: Pissende Schulmadchen 2
- 4057: Japanese anal delight
- 4056: Japanese Fist Fuck
- 4055: NHDT-047
- 4053: Japanese Piss Drinking
- 4044: OPRD - 38
- 4043: RMQD - 018
- 4041: MIAD-229
- 4040: ATIO - 104
- 4033: IPTD - 073
- 4032: MIAD - 219
- 4031: MIAD - 054
- 4030: GK - 02
- 4028: DWD - 07
- 4022: GMM-1
- 4021: Oprd 45
- 4016: MIAD-1189—Dream Idol 3
- 4015: MVSD-004
- 4014: MVGD-024
- 4013: MVSD-002
- 4012: MVSD - 003
- 4009: REAL-198
- 4006: MVSD-005
- 4003: SLSD-003
- 4002: MVGD-017
- 3023: P-Casting

- 3018: Big Volume One
- 3017: Eat Shit 3
- 3016: Kinky Moves
- 3015: ( GAY SCAT ) Brown Hanky Video:
- 3014: Basic Training: Russian River Weekend
- 3013: Shit Nasty
- 3012: Down & Brown
- 3011: Hot Lunch Duo
- 3010: Wet & Messy Men
- 3009: Reality of Dr. Bob
- 3008: DooDoo Eater
- 3007: Steamy Dumps 02
- 3006: Eat Shit 2
- 3005: Angel In the Afternoon 2
- 3004: Eat Shit
- 3003: Shit Faced ( Gay Title )
- 3002: Life of Service "Feeding The Hungry" ( Gay Title )
- 3001: Steamy Dumps 01 ( Gay Title )
- 3000: Big Dump ( Gay Title )
- 2443: Up the Skirt #5
- 2442: Burningman Festival 97
- 2441: Spring Break...Behind the Scenes
- 2439: Japanese Bathroom 9
- 2438: Hidden Camera 35
- 2431: Various Toilet Cam
- 2429: Zipang Shoe Store Upskirt
- 2408: Peeping 17
- 2407: Peeping 20
- 2406: Peeping 16
- 2374: Peeping 33
- 2335: Privat Art
- 2304: Miscellaneous 27
- 2303: Miscellaneous 44
- 2302: Miscellaneous 40
- 2301: Japanese Bathroom 78
- 2300: Bathroom 16
- 2299: Japanese Bathroom 80
- 2298: Japanese Bathroom 5
- 2295: Upskirts1
- 2292: Japanese Bathroom-1
- 2291: Hidden Sex 15
- 2260: Bathroom 22
- 2179: Japanese Voyeur
- 2163: Candid Ladies Room 3
- 2162: hidden Cam 31
- 2085: Catalina's Hot Ash
- 2071: Hidden Voyeur Cam #2
- 2038: Japanese Bathroom
- 2034: Japanese Ladies Locker
- 2031: Mischief #10
- 2009: Hidden cam #33
- 1952: Pissing and Posing 6
- 1910: BYGE - 1
- 1908: USG - 1
- 1906: Yappo Market - 621
- 1905: Yappo Market #620
- 1904: Lesbian Scat Military Girls #3
- 1903: Girls in Paradise
- 1901: Shit Gang #9
- 1900: SD - 214
- 1828: Hollywood Scat Amateurs #38

- 1827: Pissing and Posing #9
- 1826: Hollywood Scat Amateurs # 37
- 1825: HSA # 36 " For the Love Of Shit"
- 1824: Hollywood Scat Amateurs # 35 Anne Parker
- 1823: Hollywood Scat Amateurs # 34
- 1822: Pissing and Posing 8 (missing)
- 1821: Hollywood Scat Amateurs 33 (First Time for Nina)
- 1820: Angela's Toilet Show
- 1819: Pissing and Posing 7
- 1818: Hollywood Scat Amateurs 32 (I Love to Swallow)
- 1817: Holywood Scat Amateurs 31 (First Time for Ashton)
- 1816: Hollywood Scat Amateurs 30 (Jasmine and Roxy)
- 1815: Hollywood Scat Amateurs # 29 "First Time for Jasmine"
- 1814: Hollywood Scat Amateurs 28
- 1813: Violet's Toilet Show
- 1812: Hollywood Scat Amateurs 27
- 1811: Hollywood Scat Amateurs 26 (Angela Swallows A Plate of Shit)
- 1810: Hollywood Scat Amateurs 25 (A Tale of Two Toilets)
- 1809: Hollywood Scat Amateurs 24
- 1808: Hollywood Scat Amateurs 23
- 1807: Pissing and Posing 6
- 1806: Hollywood Scat Amateurs No. 22 (Starring Veronica)
- 1805: Pissing and Posing 5
- 1804: Hollywood Scat Amateurs No. 21 (First Time for Jennifer)
- 1803: Hollywood Enema Amateurs 6
- 1802: Hollywood Scat Amateurs No. 20 (Piss, Shit and Swallow)
- 1801: Hollywood Scat Amateurs No. 19
- 1800: Hollywood Scat Amateurs No. 18 (I Swallow Shit)
- 1799: OPUD -10
- 1798: Street and Panty Kaviar #5
- 1792: TT-120 Lesbian Kavier
- 1789: Teenage Slut Training #2
- 1788: BAE-55
- 1787: BAE - 54
- 1786: Yappo Market-36
- 1780: EX-04
- 1777: KA-90
- 1776: MFX-648 (missing)
- 1775: SD-387
- 1774: SD-156
- 1773: sd-149
- 1772: EE - 08
- 1771: PSD - 301
- 1770: Scat Dom -80
- 1769: Japanese Opera scat
- 1767: RU-
- 1764: Pleasure Farts With Face Sitting
- 1763: Scat Competition
- 1762: Frustrating Party
- 1761: KK - 58
- 1758: Lesbian Scat Police Girls
- 1756: PEE-16
- 1755: Passion for Scat Swallow
- 1754: SAKI - 1
- 1753: Pay Back Swallow Action
- 1750: MXF - 460
- 1749: MFX - 463
- 1748: MFX - 478
- 1746: Japanese Scat
- 1745: KA 89
- 1744: Solo 5

- 1742: Forced to Eat Shit
- 1741: Japan scat delight
- 1739: Japan Fuck
- 1735: DGGS - 01
- 1734: BTD - 02
- 1733: NS 17 - 01
- 1732: Japan Smear
- 1729: agis-01
- 1728: Scat Super Stars #2
- 1727: MAS-1 (missing)
- 1724: AJS - 6
- 1722: Kaviar Amateur # 88
- 1720: Brazilian Solo Shiting
- 1719: Brazilian Kavier Amateurs
- 1718: LSS - 5
- 1717: Student Thai
- 1716: BAE- 53
- 1714: KA-87
- 1713: KA-86
- 1712: SBTC-2
- 1711: CNBN -01 (no good)
- 1709: BAE 52
- 1708: Portrait Extreme # 15
- 1707: SC-1
- 1706: FSS -04
- 1705: Three Girls in Shit Love
- 1704: LSS -3
- 1702: Four Brazilian Girls Solo Scat
- 1701: LSP-3
- 1700: Brazilian Amateurs 19
- 1699: Brazilian Amateurs 15
- 1695: Brazilian Scat Girls 335
- 1694: Brazilian Scat Girls 307
- 1693: Brazilian Scat Girls 259
- 1692: Brazilian Scat Girls 248
- 1690: Brazilian Scat Girls 20
- 1689: Brazilian Scat Girls 10
- 1688: Brazilian Scat Girls 9
- 1687: Brazilian Scat Girls 696
- 1686: Brazilian Scat Girls 675
- 1685: Brazilian Scat Girls 667
- 1683: Brazilian Scat Girls 662
- 1682: KAIM-044
- 1681: COWD-008
- 1679: Brazilian Scat Girls 751
- 1677: Brazilian Scat Girls 507
- 1676: Brazilian Scat Girls 202
- 1672: Kaviar Babes-18
- 1671: RSD-08
- 1670: FSS 05
- 1668: LES 01
- 1667: LES 02
- 1666: LSMG #1
- 1665: Kavier Amateurs 85
- 1664: Kavier Amateurs 84
- 1663: BSG 973
- 1661: DVC 20
- 1660: Exodus Gold 21
- 1657: Roni's Gets Messy/ Roni's Naughty Anal
- 1656: ASAT 1
- 1655: Olivia

- 1654: Mary Jane
- 1653: LV-14: Potty Time With Sommer
- 1650: OG-0015
- 1649: Cobra Scat #1
- 1648: DXM-01
- 1646: Two Girls After School
- 1644: Teeny-Toilets #3
- 1643: DSWW-01
- 1642: RAD-04
- 1640: FSS-01
- 1639: FSS-05
- 1637: CC-02
- 1636: Tokyo BC 7/8 UC
- 1635: Super Maniac Special MB-002/60
- 1632: Tacoyaki #1-N13 Bowel Cam
- 1631: Scatro-2 UCs
- 1629: INT - 31
- 1623: COWD-07
- 1622: MJD-38
- 1621: MAXD-07
- 1619: Tokyo Excretion Style
- 1617: Kavier Amateurs # 83
- 1615: Lisa's First Time Scat!
- 1614: FSC0 - 1
- 1613: CM3-Tina Likes to Shit 4 You
- 1611: THE HUMAN BEING TOILET VOL. 1
- 1610: THE HUMAN BEING TOILET STOOL VOL. 2
- 1608: KAVIAR BABES - 17
- 1607: BAE-51
- 1606: SCATO MANIPULATION
- 1605: Scat Fun
- 1604: ENEMA GIRLS #3
- 1600: TOILET UNCENSORED
- 1598: ODV -111
- 1595: FORCED TO SWALLOW SCAT #3
- 1594: Amateur Shit Eating
- 1593: NICHOLES PREGNANT CUSTOM
- 1592: SHANGHAI - 13
- 1588: UNIVERSAL 13B/1ST
- 1584: PISS-SHIT #10
- 1583: YAPOO'S MARKET 25
- 1582: UNDERCOVER CAM
- 1578: UNIVERSAL 3/B
- 1576: PORTRAIT EXTREME #14
- 1575: AVANT GARDE EXTREME # 50
- 1574: Kavier Amateurs # 80
- 1571: SHIT PISS EAT and SWALLOW
- 1569: KAVIAR BABES - 15
- 1568: FSHS-01
- 1567: REGGIS BATHROOM NASTINESS
- 1566: DEBRA'S BATHROOM SHOW
- 1565: Piss and Shit N0 3
- 1564: SHANGHAI TOILET #16
- 1562: Mako's First Time Scat
- 1561: INTER JR POOPING CONTEST IJPC-04
- 1560: KEEP OUT #4 UNDERCOVER
- 1559: PISS - Shit #9
- 1557: PEACH FUN 2 UNDERCOVER
- 1555: Scat SuperStars
- 1554: Kavier Amateurs # 79
- 1552: JP-VC/3 TOKYO UNDERCOVER

- 1549: MARIE C.
- 1546: OOPS 4
- 1545: Undercover Keep out 3
- 1544: UNIVERSAL C-27
- 1543: PISS-Shit #5
- 1542: I'M A PUKE WHORE
- 1538: Japan UNIVERSAL A-15
- 1536: BAE-49
- 1533: Collecter #3
- 1531: ODD-7
- 1529: Japan Scat
- 1528: DXC-8
- 1527: OPERA - 5
- 1526: Opera ( opud-4)
- 1524: Scat Bar
- 1519: AN AMERICAN SCAT GIRL IN EUROPE
- 1517: HEROINE
- 1516: Kit Kat Club Portrait Extreme -13
- 1514: Kit Kat Club (Bea -48)
- 1513: HAMBURGER #2
- 1511: Collector #5 cowd-5
- 1510: Opera # 3
- 1509: BAE-47
- 1508: Cinemagic Memorial 2
- 1506: Public Japanese Bathroom Cam
- 1505: Wild Side SP-07
- 1503: Japanese Shitting Flick
- 1502: Giga Panty Pooping Babes
- 1501: First Sukatoro Fuck
- 1500: Shit Freedom
- 1498: Skye Especially for You
- 1491: Stan's Scat Girls
- 1490: Anonymous Toilet Amateurs
- 1488: D and L Vol. 1
- 1485: Scat Love
- 1484: Amateurs Shit and Piss
- 1483: Japanese Girls Shitting
- 1481: Shit eating Safire
- 1480: Stan's Scat Girls
- 1477: Shitting Hotties
- 1473: Kinky Scat Couple
- 1472: More of Stan's Scat Girls
- 1471: Hot Enema Amateur
- 1470: Real Girls Shitting
- 1469: Shitting Amateurs
- 1468: Stan's Scat Girls 13
- 1467: Stan's Scat Girls #10
- 1466: Piss, Fart, and Shit-01
- 1465: Stan's Scat Girls
- 1461: OPUD-002
- 1459: Kitagawa 39
- 1457: Love Scatology Wild Side DVC-31
- 1456: KUT-21 Gusomilk 5
- 1455: Wild Side DXC-07
- 1453: Intense Scat Moments
- 1451: More Natural High Scat
- 1449: Prestigious Anal Kingdom 12
- 1446: Kaviar Amateurs 74
- 1445: Lesbian Scat Girls 2
- 1444: Portrait Extreme 12
- 1443: BAE 46

- 1442: MASD-10 "Scat Attack"
- 1439: Kaviar Amateurs 70
- 1436: Kaviar Amateurs 72
- 1435: SOD's Sukapara
- 1434: Natural High Enema
- 1432: Best of Japan Scat 02
- 1427: Bakky 3
- 1423: TSC-01
- 1422: Aroma 280
- 1420: GNC-01
- 1419: TR-205
- 1418: RS-0003 Tokyo General Hospital (UNCENSORED!!)
- 1417: Natural High Scat Compilation
- 1416: Potty Mouth
- 1415: BAE 45
- 1414: Male Shit Slave
- 1413: Aroma
- 1412: TGO 11 & 12
- 1410: DH-20
- 1409: HK-16
- 1407: HC-08
- 1406: SGE-26
- 1405: DTMG-07
- 1404: Shit Fun at the Beach
- 1403: PSD-02
- 1402: King of Realsim Exodus Gold Special 18
- 1399: Teen Toilet 2
- 1396: JAO-002
- 1395: KUT-12
- 1393: Portrait Extreme 11
- 1392: BAE 44
- 1389: Japanese Enema Overload
- 1388: Amateurs Es Perverz
- 1387: Japanese Enema and Sea Creature Insertion
- 1386: BAE 43
- 1384: Japanese Scat and Vomit
- 1383: Watch Me Shit
- 1382: Rusty's Shit and Piss 1
- 1378: King of Realism Exodus Special
- 1377: DKB-02
- 1376: Japanese Solo Scat
- 1375: Jojo and Jamie
- 1374: FHD-01
- 1372: Kaviar Amateurs 39
- 1369: Be My Scat Master
- 1367: Big Tit Shit
- 1366: FHD-06
- 1365: No, You are My Toilet!!
- 1363: Best of Japanese Scat and More
- 1361: Portrait Extreme 10
- 1356: DTCW-03
- 1354: Please Shit On Me
- 1352: Wild Shit Scenes
- 1349: BAE 40
- 1348: Michelle
- 1347: Amateur Pooping Action
- 1345: Kaviar Amateurs 53
- 1343: GKD-03
- 1342: Japanese Toilet Initiation
- 1340: KUT 11
- 1339: Exodus Gold 19

- 1336: Kaviar Babes 14
- 1333: Japanese Scat and Smear
- 1332: Secret Japanese Toilet 2
- 1331: Extreme Japanese Toilet Sluts
- 1330: MASD 6
- 1328: Kaviar Amateurs 64
- 1327: Kaviar Amateurs 63
- 1326: MASD 9
- 1325: Portrait Extreme 09
- 1324: BAE-39
- 1323: Secret Japanese Toilet
- 1319: BAE 38
- 1317: Enema Girls in Bondage
- 1316: MASD-4 (Gang Scat Shit)
- 1315: King of Realism Exodus Special 2
- 1313: Brown Bomber #20
- 1311: SPK-09
- 1309: Tartorte Toilette Braune Traume
- 1306: Sadistic Japanese Scat
- 1304: Kidnap and Enema Torture
- 1303: Walking Toilet Bowl 3 (no sound)
- 1302: BAE 37
- 1300: Hollywood Scat Amateurs No. 16
- 1299: Hollywood Scat Amateurs No. 17 (I Eat Shit)
- 1295: Ingrid Returns
- 1294: Japanese Enema and Bondage Torture
- 1293: Shit and Enema Show
- 1292: Japanese Scat Action
- 1291: Japanese Expulsions
- 1289: Hollywood Scat Amateurs No. 14
- 1288: Hollywood Scat Amateurs No. 15
- 1287: BAE 36
- 1286: SGE 31
- 1284: Kaviar Amateurs 61
- 1283: Deep Kiss with Shit-01
- 1281: King of Realism
- 1280: Hot Japanese Shit
- 1279: Hollywood Scat Amateurs # 13
- 1276: Girl Puke 5
- 1275: Yappo Market 11
- 1274: Intense Japanese Scat Video
- 1273: Japanese Enema Action
- 1272: Eat My Enema
- 1271: Japanese Girls Shitting
- 1270: Brittany 4
- 1269: Dave's Brown Bomber 22
- 1268: BAE-34
- 1267: Yappo Market 35
- 1266: Shitting Ines
- 1265: Expulsions
- 1264: Japanese Shit Girls
- 1263: Hollywood Scat Amateurs No. 12
- 1262: Gina Ramone 2
- 1259: Japanese Scat Scenes
- 1258: Yapppo Market 43
- 1255: Shannon's Brown Video
- 1253: Taco Turds- Dan's Brown Bombers
- 1252: Dan's Brown Bomber Daphne and Rachel
- 1251: Hollywood Scat Amateurs No. 11
- 1250: PE-07
- 1249: BAE-32

- 1247: X-37
- 1246: Grauzone 105
- 1245: Yappo Market 22
- 1243: Japanese Uncensored
- 1241: Brittany3
- 1238: Hollywood Scat Amateurs No. 10 (Starring Veronica Jett)
- 1234: Yapp Market 23 ( no sound)
- 1231: Yokohama Extreme Shit Eater
- 1230: Becky and Brian (real amateur footage)
- 1229: Bowel Movements
- 1228: Kacka 3 (real amateur footage)
- 1227: Hollywood Scat Amateurs No. 9 (April and Roxy)
- 1226: the Best of Pretty Lisa Vol. 2
- 1222: Doug and Laura ( Real Amateur footage )
- 1221: King of Realism 1
- 1220: HC-15
- 1219: AOT-002
- 1218: AOT-001
- 1216: DVUM
- 1214: Hollywood Scat Amateurs No. 8 (Roxy Does Shit)
- 1212: BAE-30
- 1211: KB-11
- 1210: SI-06
- 1208: Human Toilet #4
- 1207: Gekko Vol. 7
- 1206: Yappo Market
- 1205: Thai Scat
- 1204: Japanese Scat
- 1203: Hollywood Scat Amateurs No. 7
- 1202: Portrait Extreme 05
- 1201: X-29
- 1200: BAE-29
- 1199: Kaviar Babes 10
- 1197: Japanese School Girl Scat
- 1195: DOU-01
- 1194: INU-11
- 1193: Dawn's Brown Video
- 1192: Black Expulsions #2
- 1191: Hollywood Scat Amateurs No. 6 (2 Girls and a Toilet)
- 1190: Hollywood Enema Amateurs # 5
- 1189: SGE-27
- 1188: BAE 28
- 1187: Yappo Market #38
- 1186: Exodus Gold Vol. 8
- 1185: GM-04
- 1184: UN-22
- 1183: XC-01
- 1182: Exodus Saya In Action
- 1181: Hollywood Scat Amateurs No. 5 (Extreme Toilet Girl)
- 1180: Best Of Lisa Vol.1
- 1179: Kelly's Toilet Show
- 1178: E-Girls #2
- 1176: GM-01
- 1175: Yappo Market #37
- 1173: Hollywood Scat Amateurs No. 4 (First Time for April)
- 1172: Pretty Lisa # 13 ( the lost footage )
- 1170: Hollywood Scat Amateurs No. 3 (First Time for Angela)
- 1169: INU-08
- 1168: ON 25
- 1167: Kinky Thai: 'I Can Do Everything'
- 1166: Japanese Scat Uncensored

- 1165: BAE-27
- 1163: Aroma Skatorine
- 1162: Tima and the Slave
- 1161: Portrait Extreme 04
- 1159: Aroma 200
- 1158: Kinky Thai 'I My Face Please
- 1157: Yappo Market 29
- 1154: Yappo Market 30
- 1153: Rocket's Toilet Show
- 1152: BAE 26
- 1150: Kaviar Babes 8
- 1149: Aroma Vol 345
- 1145: Hollywood Scat Amateurs No. 2 (First Time for Erika)
- 1144: Sperrgebiet Erotik 29-SGE 29
- 1142: KV 02
- 1139: Yappo Market 3
- 1138: Hollywood Scat Amateurs No. 1 (Linda's Toilet Training)
- 1137: Amateur Experiment #2
- 1136: Deep 6/2
- 1130: Nina Goes Nasty
- 1129: Amateur Experiments # 1
- 1128: Yappo Market 20
- 1127: GM-03
- 1125: Grauzone 83
- 1123: Pretty Lisa # 12: Cheap Motel Diary Vol 1
- 1122: Yappo Market 33 Pt 2
- 1121: BAE 24
- 1120: Kit Kat Club: PE03
- 1119: Yappo Market 18
- 1118: Tartort Toilette 66
- 1117: Scat Amateur Julie
- 1113: Tartort Toilette 63
- 1111: Nina Goes Extreme
- 1110: Aroma 144
- 1107: Tima's The Dirty Afternoon
- 1106: Kaviar Babes Extreme 6
- 1104: SG Street and Panty Pisser 12
- 1102: Japanese Scat 2
- 1101: Kaviar Amateurs #42
- 1100: Kaviar Babes: Skye
- 1099: BAE 21
- 1098: Kaviar Babes 4
- 1096: Jap Scat #4
- 1095: Pretty Lisa #11
- 1094: SG #43
- 1093: 4 Brazilian Girls in Vienna
- 1092: BAE #19
- 1091: Shitting and Pissing
- 1089: portrait extreme #2
- 1087: Tokyo Scat Girls
- 1084: SG #44
- 1083: BAE #20
- 1082: GM #02
- 1081: Kaviar Models #4
- 1080: Hollywood Enema Amateurs #4
- 1079: Toilet Sherry #4
- 1077: Kit Kat #24
- 1076: Aroma 364
- 1075: Pregnant Shit Piss and Vomit
- 1074: TJG-01
- 1073: Aroma 311

- 1072: BAE #17
- 1071: Shit and Vomit Game Show
- 1070: Japanese Solo Scat
- 1069: Boston Amateur Panty Shit
- 1067: I Want to be A Toilet: Starring Gina Ramone
- 1066: Pretty Lisa # 10
- 1063: Aroma 326
- 1062: Kaviar Models#2
- 1060: Yappo #16
- 1059: Kit Kat Club Experiment #23
- 1058: BAE #15
- 1057: SG-#42
- 1056: BAE-16
- 1053: Lisa #9
- 1052: Scatastic
- 1051: HC-05
- 1050: SG 41
- 1049: HK 11
- 1047: Alexia in Paris
- 1045: Yappo Market #9
- 1044: lesbian Scat girls
- 1043: Kaviar Groupies Exteme
- 1042: Alexia Toilet Girl
- 1041: Hollywood Enema Amateurs No. 3 (Linda & Fiona)
- 1040: Ingrid and Cathy
- 1032: Sherry Does Samantha #3
- 1031: Female Toilet Mouth No. 2
- 1030: Toilet Sherry in Life as a female toilet No. 1
- 1026: Avant Guarde Exteme
- 1025: Girl Puke 4
- 1024: Pretty Lisa 8
- 1022: Hollywood Enema Amateurs No. 2
- 1021: Kaviar Groupies 3
- 1019: Kaviar Amateurs 33
- 1018: Hollywood Enema Amateurs No. 1 (Farting Special)
- 1017: Pretty Lisa 7
- 1016: Yappo Market
- 1015: Japanese Scat Wedding Submission
- 1014: King of Realism's
- 1013: sperrgebiet #40
- 1012: Kaviar Groupies #4
- 1011: Pretty Lisa #6
- 1010: Mel & Tima II
- 1007: Kaviar Amateurs #32
- 1004: Japanese Scat Make-up #9
- 1003: Tartort Toilet #51
- 1001: Grauzone 94
- 1000: Kaviar Amateur #31
- 996: PetWeb 5
- 995: Pet Web 3
- 994: Pet Web 4
- 993: Pet Web 2
- 992: Pet Web 1
- 991: Zoo DVD
- 990: B-254
- 989: Doggie Anal Love
- 987: MAD 40
- 986: Horny Anal Fucking Dog
- 985: DJK-029
- 984: Young Dog Lovers
- 983: Doggie Pleasure

- 982: Lust for Animals Bobby Dog
- 981: Doggie Time for 2 Girls
- 980: Dog Bitches 2
- 979: Dog Slave
- 978: Brazilian Horse Girls
- 976: Fuck by A Dog
- 975: Anal Dog Lovers
- 974: Dog Cica
- 973: 3 Titles of Horse Action
- 971: Girls and Dogs
- 970: Dog Bitches
- 969: Teens and Animals
- 968: MAD 46
- 967: Perverted Dog Lovers
- 966: Japanese Doggie 3 Way
- 965: HDK-03
- 964: Roxy
- 961: Big Dogs Small Pussy
- 959: A Horse Cum Taste
- 956: Dogs and Chicks
- 955: Animal Adventures 7
- 954: Animal Dick
- 952: Hot Girls with Dogs
- 951: Brazilian Animal Sluts
- 950: Me and My Man, and My Horse
- 949: Two Beauties and a Dog
- 945: Girls Who Suck Dogs #12
- 942: Blonde Dog Fucker
- 941: Dog Fucking Scenes #4
- 940: DJK-030
- 939: MAD-07
- 937: Zoo Delight
- 936: Animal Circus
- 935: Girl Who Sucks Dogs #13
- 934: Girls Who Suck Dogs #11
- 933: Girls and their Dogs
- 932: Doggy Style
- 931: Suck the Pup
- 930: Ride 'em Girl
- 929: Poolside with the dogs
- 927: Dog and Horse
- 926: Riding and Sucking a Horse
- 925: An afternoon with my dog
- 924: Daline and her Dog
- 923: Dog and Man
- 922: Eel Insertion
- 921: The Anus Sad to An Eel and Loch
- 920: The Beast Who Penetrates Me
- 919: Japanese Beast Fuck 64
- 918: Japanese Beast Fuck 16
- 917: Japanese Beast Fuck 14
- 916: Japanese Beat Fuck 6
- 915: Linda and the Pony
- 914: Horsing Around
- 913: Teeny's Dog
- 912: Lucky Horse
- 911: Lucky Dog
- 910: Canine's Companion
- 909: Pony Ride
- 908: Beast Fuck 5
- 907: Horsing Around

- 906: Canine Adventures
- 905: A Redhead and Her Dog
- 904: Pet Compilation
- 903: Brunette with Dog
- 902: Horse Fucking Girls
- 901: Animals AT
- 897: MDG 117
- 894: Planet Pee Vol. 1
- 892: MIAD-112
- 891: SMA-170
- 890: OPRD-021
- 889: COT-003
- 887: SEWER VALE TUDOR part 1
- 885: MDED - 397
- 882: Golden drink
- 881: SW GETS THROAT FUCKED
- 877: More Amateur Piss Action with Scarlet
- 876: Piss Queen Scarlet
- 875: Kinky Pissing Amateurs
- 874: Golden Fantasies 23 with Cindy
- 873: Japanese Piss Workers
- 872: I Eat Cum
- 871: Japanese Piss Sluts
- 870: DDT046
- 869: Bukkake Phone Sex
- 868: MDX-022 Moe Hirishima Bukkake
- 867: Bukkake Hottie
- 866: Sticky Situation
- 865: Milky Cat CZM-02
- 864: MDE- 358 Sperm Slut
- 863: Kit Kat Klub 50
- 862: The Fine Art of Japanese Pissing
- 861: Piss On Me, Cum on Me
- 860: Tokyo Piss and Sperm
- 859: Kit Kat Klub 49
- 858: Cum and Piss All Over Me
- 857: Dream Woman Japanese Bukkake
- 856: X-39 Beatrice the Piss Drinking Slut
- 855: Milky Baby
- 854: Sticky with Cum
- 850: Eat My Cum
- 849: Japanese S&M Bukkake and Piss
- 841: Dream Woman Dx-6 Side B
- 840: Page Girls Peeing 2
- 839: Kit Kat Klub 46
- 838: Scarlet (no good)
- 837: Piss Collector's Edition Vol.3
- 836: Rainy Daze 3
- 835: Hidden Beach Piss Cam
- 833: Bukkake Stewardesses
- 832: Kit Kat Klub #45
- 831: Japanese Piss and Cum Fun
- 830: Dream Woman DX
- 828: Bengel Fur Charlie 17
- 827: Kit Kat Klub #44
- 825: Please Make Me a Urinal
- 823: Dream Woman DX-5
- 822: MDLD-064
- 821: EDGD-012 Onedari Bukkake
- 820: MDID-139 Dream Woman 7
- 818: Kit Kat Klub #43

- 817: Dream Woman (Japanese Piss and Bukkake)
- 816: Milky Cat (Japanese Piss and Bukkake)
- 809: Brazilian She-Males' Jungle Heat
- 808: Life of Service
- 807: Rage
- 806: Pissed
- 805: Oh Shit
- 804: Life as a Toilet
- 803: Jack's Shit Hole
- 802: The Bizarre Pleasures of Shit
- 801: Basic Training
- 799: Pissing and Posing 4
- 797: Yellow Shower
- 794: Amateur Piss Lovers
- 792: Pissing and Posing No. 3
- 790: Kit Kat Klub 41
- 789: Bengel Fur Charlie 14
- 786: Kit Kat Klub 40
- 784: Liquid Rain 9
- 783: Jack's Amateur Piss Club Pt.1
- 781: Kit Kat Klub 39
- 780: Bengel Fur Charlie III
- 779: Hollywood Piss Amateurs No. 2 (Pissing and Posing)
- 773: Kit Kat Klub 37
- 769: Kit Kat Klub 36
- 764: Sweet Pee 9
- 763: PKR-01
- 762: KBGF-01
- 761: TBFC-07
- 760: Hollywood Piss Amateurs No. 1 (Pissing and Posing)
- 759: KK-34
- 758: DNASS -06
- 756: 3 Blondes Pissing
- 754: Kit Kat 33
- 753: 3 Bengel Fur Charlie # 2
- 752: Sweet Pee 11
- 751: Laurie's Toilet Show
- 749: Golden Shower Tennis Girl
- 746: Kit Kat Klub 32
- 745: Sweet Pee 10
- 742: 3 Bengel fur Charly #4
- 738: Amateur American Piss Queens
- 737: 3 Bengel fur Charly #3
- 736: Kit Kat Club 31
- 735: Golden Shower: Japanese Stewardess
- 734: Devote Piss Girls
- 732: Sweet Pee 8
- 730: Kit Kat Club #30
- 729: Kit Kat Club: BCS #1
- 728: Sweet Pee 7
- 726: See Me Pee #4
- 723: Experiment Ansgelifert Sein #29
- 722: Max Hardcore Extreme 14 Uncut
- 719: sperm and Piss 7
- 714: Kit Kat Club #25
- 712: Liquid Gold 5
- 711: Kit Kat Club #26
- 709: GH-1
- 704: Kit Kat Club #24
- 696: Yappo Market 28
- 695: KIt Kat Club 20

- 693: Avant Garde Extreme #22 Kit Kat Club
- 678: Kit Kat Club's Experiment #19
- 672: Kit Kat Club's 'Das Haus Hedonia #2
- 669: Kit Kat Club's Experiment #16
- 658: Peeing #13: A Wee Bit of Everything
- 655: Max Hardcore's Golden Guzzlers #2
- 653: Golden Guzzlers #3
- 631: Pissy Girls
- 614: X-Streams
- 613: Yellow Jell-O
- 599: The Insatiable Dog
- 598: Two Girls With Horses
- 597: Hot Girls Fucking a Dog
- 596: Blind Date Obsession
- 595: Animals Brazil
- 594: Dog Crazy
- 593: Aggressive Dog
- 592: My White Pony
- 591: Teeny Danish Dog Lover
- 590: Dogs' Night Out
- 589: Sucking with Pleasure
- 588: Amores Perros Extreme
- 587: Doggie Gets All
- 586: Dogsuckers East
- 585: Animal Magick
- 584: Dog Show #3
- 583: 12 Inches in My Ass
- 582: Adventures with a Dalmation
- 581: Hounds Up, Ho's Down
- 580: Horse and Hounds Xtreme-Brasil !!
- 579: Good Dog
- 578: Me, My Dog and My Girlfriend
- 577: Wild Gang Bang
- 576: My Pony Lover
- 575: Horse and Hounds Xtreme
- 574: The Dog's Bollocks vs. The Horse's Cock
- 573: Horse Cock Sucker
- 572: Teenage Dog Fucker
- 571: Sucking the Puppy
- 570: Dog Fuckers Scenes Pt. 15
- 568: L'Amore È Bestial
- 567: Animal Desire 18
- 566: Mr. Dog's Farmyard Fuckfest
- 564: Violet: Dog and Pig Fuckers
- 563: Sucking A Dog
- 562: A New Lover
- 561: Crazy for Animals
- 560: Teeny Dog Suckers
- 557: Classic Pet
- 555: Mr Dog and a Horse
- 554: Dog Day Afternoon
- 553: 2 Gals and a Dog
- 551: Sarah's Dog and Man Double Fuck
- 550: Animal Lovers #1
- 549: New Animals 4 & 11
- 548: Super Animal Highlights No 8
- 547: Euroanimal No 2
- 546: Horse-Humping Honey
- 545: 'Fuck My Dog Slave!'
- 544: Two Blondes and a Horse
- 543: Blonde with Dog

- 542: Dog Sex Fantasy
- 541: Two Girls and a Dog
- 540: Horse Play
- 539: Dog Fun
- 538: Dog Lover
- 537: Husky Fucker
- 536: Dog's Play (uncensored)
- 535: Jacking Off My Dog Jackson
- 534: New Animals #20
- 533: Canine Cock Lovers
- 532: Japanese Animal Fuck #9
- 531: Celine's Nasty Horse Fucking Video
- 530: Dog Suckers Pt. 9
- 529: Animal Climax #5 'Dog Explosion'
- 528: Fucking Dog
- 527: The Best Scenes from 'Chessy Moore' Pt. I
- 526: Cathy's Horse
- 525: Dog Suckers Pt. 7
- 524: Mother, Daughter, & the Dog
- 523: Horny Amazon
- 522: Fucking Dog #13
- 521: Gang Bang Horse 'Pony Sex Game'
- 520: Lustfull Animals #2
- 516: Two Timen' Dog
- 514: Animal Collection #2
- 512: Dog Suckers Part 6
- 511: Pet A
- 510: Animal Animal Animal
- 509: Teeny's Dog
- 508: Dog Suckers #4
- 505: Dog Baszas #2
- 504: Dog Baszas #2
- 503: Alana & Her Kinky Dogs
- 502: Mistress Beast & Cow
- 500: Fuck Me Dog
- 494: Mr. Dog's Rusty Lover #3
- 488: How to Please a Horse
- 486: Chessie
- 483: Doggie Rape & Partner Exchange
- 479: Lust For Animals #32
- 451: Redheaded Flower Girl Part 1
- 449: New Animals 10 & 12
- 443: Chessie
- 434: Animal Highlights 4
- 428: Horses & Women 1
- 426: Girl's Dog Party Part 1
- 424: Stop This Fucking Dog Part 1
- 422: 2 Lesbians Part 1
- 420: Doggie Style
- 417: Hot Puppy
- 416: Dog Fun
- 403: Best of Bizarre 8 Part 1
- 396: Alexia, Tima, & Julie...Piss, Kiss, & Shit in Paris
- 395: Sperrgebiet Erotik #18
- 393: Japanese Enema Abuse
- 392: Kit Kat Club's 'Berlin Avantguarde'
- 389: Girly Puke 3
- 387: Alexia & Tima Piss, Kiss, & Shit in Paris
- 385: Big T Lady
- 382: Kit Kat Club's Das Haus Hedonia part 3
- 379: Alexia #9 'Alexia's Anniversary'

- 372: Japanese Outer Space Vomit & Scat
- 371: SPK-14
- 370: Kaviar Amateur #27
- 367: Jewelyn & Misty's Brown Sports
- 366: Japanese Scat Girls
- 360: Pretty Lisa #5
- 359: Alexia Shit Dreams for Nasty Girls
- 358: Kit Kat Club's BAE #10
- 357: Japanese Double Scat
- 356: Crazy Girls
- 355: Sperrgebiet Erotik #14
- 354: Pretty Lisa #4
- 353: Kaviar Amateur #26
- 352: Kaviar Groupies
- 351: Under Alexia Mouth
- 349: Amateur Shit Girl
- 348: Kit Kat Club's: Experiment #2
- 347: Africa
- 341: Japanese Shit Fantasy (no good)
- 339: Kaviar Amateur #24
- 337: Shit Amateurs
- 336: Pretty Lisa No. 3
- 335: Kit Kat Club's Avante Garde Extreme #8
- 332: Kaviar Amateur #22
- 330: Girlie Puke #2
- 329: Girls Who Puke
- 328: Shit & Puke Rendezvous Alexia #3
- 327: Pretty Lisa No. 2
- 326: Franny's Fart Show
- 325: Girl Puke #1
- 319: Sperrgebiet #39: Reve de Kaviar
- 318: Caviar Games #3: 'Painting Black'
- 314: Alexia Dreams
- 312: Kit Kat Club's Das Haus Hedonia
- 310: 24 Times
- 308: Sperrgebiet Erotik #12
- 307: Kit Kat Club #5
- 306: The Best of Brittany & Friends
- 305: All Alex
- 304: Brittany #1
- 302: Berlin Avante Guarde Extreme #5 (no good)
- 301: Japan Toilet
- 300: Japanese Lesbian Scat
- 299: Sperrgebiet Erotik #11
- 297: Big Shit #11
- 296: Spanish Girl Scat
- 295: Total Shit & Piss #4 Bad Eating Habits
- 293: Street & Panty Klistier #2
- 292: Sperrgebeit Erotik #10
- 284: Sperrgebiet Erotik #7
- 283: Heavy Japanese Scat
- 282: Alexia Garbage Girl
- 281: Alexia Dirty Nurse
- 280: Alexia Pregnant Hard Shit Games 2
- 279: Lesbian Enema Love
- 274: Sperrgebiet Erotic #8
- 272: Pretty Lisa No. 1
- 266: Sperrgebeit Erotik #9
- 262: Piss, Shit, and Vomit
- 261: Avant Garde Extreme # 3
- 257: Black Expulsions #5

- 248: Simone #7
- 247: American Vomit
- 243: Der Waldspanner Volume 3
- 240: Sperrgebiet #38
- 237: Anja
- 236: Der Waldspanner Vol. 1
- 235: Oh-de-Toilette #22 Live on the Street #12
- 232: Tartort Toilette #46
- 231: Alexia Pregnant Shit Hypnosis
- 228: Cinemagic Noir
- 226: Japanese Slumber Party
- 216: The Smell of Shit
- 212: PoPo Club #5
- 211: Caviar Express
- 210: Mary's Video
- 208: Street and Panty Klistier #6
- 205: Japanese Toilet Angel
- 201: Japanese Shit Girl
- 200: Sperrgebiet Erotik #5
- 198: Japanese Vomit Extreme
- 197: All American Scat #3
- 194: Carol & Moesha
- 193: Alexia Shit Nitemare
- 192: Vomitorium
- 190: Cindy Lets Potty
- 189: Black Expulsions
- 188: Humiliated Blonde
- 178: Roxanne Gang Scat
- 176: Sperrgebiet 36
- 175: Breakfast Club
- 173: PoPo Club #2
- 172: Hot Shit Ladies
- 169: Shannon's Enema Show
- 168: Vomit Girl
- 159: Simone #5 (missing)
- 158: Poo Poo Club #6
- 157: Shit Compilation #6
- 153: Please Shit In My Mouth
- 151: Daddy
- 147: British Scat Girls
- 142: Sherry at Home VII
- 138: SG-30
- 137: Ines Part 2
- 136: Ines Part 1
- 132: Modeling Job
- 131: Brittany #2
- 130: Sperrgebiet 35
- 129: Simone's Wine Enema
- 121: Sperrgebiet 32
- 119: Julie's First Enema
- 117: Abbraxa: Spitting Anus
- 116: Sara's Enema Show
- 115: Two Scat Girls
- 114: Popo Club 1
- 113: Pretty Sabrina
- 112: American Scat Couples Part 1
- 111: Dirty Ladies
- 110: Asian Xavier #1
- 108: Walking Toilet Bowl Part 1
- 103: Nicole
- 102: All American Scat Mix Part 2

• 101: All American Scat Mix Part 1

# Attachment C

Films created by Ira Isaacs

1. Hollywood Enema Amateurs # 6
2. Hollywood Scat Amateurs #7
3. Hollywood Scat Amateurs #10
4. Hollywood Scat Amateurs No. 18 (I Swallow Shit)
5. Hollywood Scat Amateurs No. 19
6. Hollywood Scat Amateurs No. 20 (Piss, Shit and Swallow)
7. Hollywood Scat Amateurs No. 21 (First Time for Jennifer)
8. Hollywood Scat Amateurs No. 22 (Starring Veronica)
9. Hollywood Scat Amateurs 23
10. Hollywood Scat Amateurs 24
11. Hollywood Scat Amateurs 25 (A Tale of Two Toilets)
12. Hollywood Scat Amateurs 26 (Angela Swallows A Plate of Shit)
13. Hollywood Scat Amateurs 27
14. Hollywood Scat Amateurs 28
15. Hollywood Scat Amateurs # 29 "First Time for Jasmine"
16. Hollywood Scat Amateurs 30 (Jasmine and Roxy)
17. Hollywood Scat Amateurs 31 (First Time for Ashton)
18. Hollywood Scat Amateurs 32 (I Love to Swallow)
19. Hollywood Scat Amateurs 33 (First Time for Nina)
20. Hollywood Scat Amateurs # 34

21.     Hollywood Scat Amateurs # 35 Anne Parker

22.     HSA (Hollywood Scat Amateurs) # 36 " For the Love Of
        Shit"

23.     Hollywood Scat Amateurs # 37

24.     Hollywood Scat Amateurs #38