UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 07-732(A) GHK | Date | August 30, 2012 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. KING, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Beatrice Herrera | N/R | Michael Grant/Damon King – N/P |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| IRA ISAACS | NOT | | ✘ | ROGER DIAMOND | NOT | | ✘ |

**PROCEEDINGS:**     IN CHAMBERS — ORDER

     We have reviewed the Probation Officer's Pre-Sentence Report (PSR) as well as the parties' position papers re: sentencing. In its papers, the Government states that it intends "to present evidence at sentencing in support of the application of a two-level increase under Section 3A1.1, vulnerable victim, and the facts that are in dispute between the parties with respect to same." We decline to proceed with the sentencing hearing without a better understanding of what the Government intends to prove and how. Moreover, the defendant should be given the benefit of knowing the Government's evidence so as to be able to be prepared to respond to it at the hearing. Accordingly, we took the August 6, 2012 sentencing hearing off calendar. We now direct the Government to do the following in advance of the sentencing hearing:

     **A.** Within 14 days hereof, the Government and counsel for defendant shall meet and confer and discuss (1) the evidence the Government intends to offer, including the substance of any testimony by any witnesses, in support of the Section 3A1.1 enhancement; (2) the objections, if any, by defendant to any of the Government's evidence or testimony; (3) whether defendant intends to submit evidence or testimony, including the substance thereof, in response to the Government's evidence and testimony; and (4) whether either side intends to cross-examine the other side's witnesses. Within 7 days thereafter, counsel shall file a joint status report with the court addressing each of these points. Within 7 days thereafter, each side shall file and serve written declarations of each witness he/it intends to call that will constitute the direct testimony of such witness at the hearing. Failure to timely file such declaration shall be deemed that party's waiver of testimony of such witness. The witnesses shall be limited on direct examination to only that which is stated in the declaration. Any evidentiary objections to the declarations shall be reserved for the hearing.

     **B**. Within 14 days hereof, the Government shall lodge all evidence in support of its assertion that defendant had made post-verdict sales of videos that it claims are obscene. This evidence shall show when the sales were made, which videos were the subject of such sales, how many such sales were made, and the connection between those sales and the defendant. Moreover, to enable the court to determine whether the post-verdict videos that were sold are allegedly the same sort of video as those found to be obscene by the jury at trial, the Government shall lodge a DVD that contains the videos sold post-verdict on which the Government bases its claim that defendant should not receive any reduction for acceptance of responsibility.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

After we review the evidence submitted by the parties, we will determine whether an evidentiary hearing will be necessary. If so, we will set a time for the evidentiary hearing, and will proceed with sentencing immediately after such hearing.

**IT IS SO ORDERED.**

|  | : |  |
| --- | --- | --- |
| -- |  | -- |
| Initials of Deputy Clerk | | Bea |