MICHAEL W. GRANT
michael.grant@usdoj.gov
Trial Attorney
United States Department of Justice
1400 New York Avenue, NW, Suite 6000
Washington, D.C. 20005

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>IRA ISAACS,<br>Defendant. | **CR-07-732-GHK**<br><br>**GOVERNMENT'S RESPONSE TO COURT ORDER REGARDING DEFENDANT'S POST-VERDICT SALES OF OBSCENE VIDEOS** |

Pursuant to the Court's Order, dated August 30, 2012, Plaintiff United States of America, through the undersigned counsel, submits the following information and evidence concerning post-verdict sales of obscene videos by defendant, Ira Isaacs.

On April 27, 2012, the defendant, Ira Isaacs, was convicted of multiple violations of federal obscenity laws to include engaging in the business of selling and transferring obscene matter in violation of 18 U.S.C. § 1466(a) for operating a

business in which he engaged in the distribution, transportation, and sale of obscene videos which depict women engaging in sex acts while eating and ingesting feces, and engaging in sexual intercourse with animals including dogs.

On April 29, 2012, the defendant and his attorney appeared on a morning talk radio show hosted by David Cruz, which was broadcast in Los Angeles, California on KFI AM 640. A CD/DVD containing a copy of the broadcast has been lodged with the Court. During the broadcast at [15:12], the defendant asks Mr. Cruz if he may provide the URL of his website to the listeners, and stated: "I could use the money, I could use the money, so please order, go check out the site, it's www.scatmoviez, with a "z", s-c-a-t-m-o-v-i-e-z dot com, scatmoviez, with a z, dot com. Please go." The defendant's post-conviction statements make it clear that just two days after being convicted of engaging in the business of transferring, distributing, and selling obscene videos, he knowingly continued to engage in the same business and continued to knowingly violate federal obscenity laws by selling and distributing obscene videos.

After hearing the defendant make these statements on the radio show, Detective Kyle Lewison of the Los Angeles Police Department (LAPD), while acting in an undercover capacity, accessed the website www.scatmoviez.com. Det. Lewison knew this website was operated by the defendant based on his prior investigation of the defendant and his companies LA Media and

Stolen Car Films. Screenshots of the defendant's website, captured on May 17, 2012, demonstrate that the defendant continued to actively operate this website following his conviction on April 27, 2012. (*See* Website Screenshots at Attachment 1).

Moreover, Det. Lewison discovered that twenty-eight new videos were advertised, posted, and available for purchase on April 30, 2012, just three days following the defendant's conviction. The defendant's website advertised "28 New Arrival[*sic*] Monday April 30th, All DVDs now $14.95." (*See* Attachment 1 at p. 1). The titles and descriptions of some of the newly posted videos, including "EURO Scat Girls," "My Pony Lover," and "Violet: Dog and Pig Fuckers," suggested that these videos depict women engaged in sex acts while eating and ingesting feces, and sex acts depicting women engaged in sexual intercourse with animals, including dogs, which is the exact same type of conduct depicted in the videos deemed obscene by the jury and resulting in the defendant's conviction on April 27, 2012. (*See* Attachment 1 at pgs. 2-4).

On May 17, 2012, in order to verify that the defendant was still selling and distributing obscene videos, Det. Lewison conducted a controlled undercover purchase of three of the defendant's post-verdict newly advertised and released videos. The videos purchased were "EURO Scat Girls (#10377)," "My Pony Lover (#576)," and "Violet: Dog and Pig Fuckers (#564)." The

defendant accepted payment for the videos and subsequently shipped the videos, postmarked May 24, 2012, using the United States Postal Service (USPS) to an undercover address in Los Angeles, California. (*See* LAPD Investigation Report by Det. Lewison at Attachment 2).

On May 29, 2012, Det. Lewison received a package containing the purchased videos. The return address on the package was from “CW” at “7119 Sunset Blvd, LA, CA 90046,” which Det. Lewison recognized as an address associated with the defendant and his company “LA Media.” (*See* Attachment 2 at p. 1). Det. Lewison opened the package, which contained four videos inside, the three videos he ordered and purchased and another video with the number “592” written on the DVD. (*See* Attachment 2 at p. 1). Also, inside the package was a receipt which stated “Thank you for ordering from ScatMoviez.com or CinemaScat.com. Your credit card will be billed from ‘Cosmetic Warehouse’… PLEASE, IF EVER ASKED ABOUT PURCHASE, PLEASE BE DISCREET…” The receipt was signed “Thanks, Sara.” (*See* Receipt at Attachment 3). From the investigation and trial, Det. Lewison knew that the defendant operated both the websites scatmoviez.com and cinemascat.com. Furthermore, the defendant admitted, both by stipulation and during his testimony at trial, that he owned and operated scatmovies.com, cinemascat.com, and other variations of the sites. Det. Lewison also knew that the defendant used the name “Sara” when corresponding with customers and that the defendant

identified all of his movies with a number designation, just as he did with the May 2012 purchase (*e.g.,* “592” and “10377”).

Det. Lewison reviewed the four videos and found that the videos depict women engaging in sex acts while eating and ingesting feces, and depict men and women engaging in sexual intercourse with animals, which is the same type of conduct depicted in the videos deemed obscene by the jury and resulting in the defendant’s conviction on April 27, 2012. (*See* Attachment 2 at pgs. 2-3). A DVD copy of each video has been lodged with the Court.

The government filed a letter concerning the post-conviction sales by the defendant with the United States Probation Officer handling this case, and copied the defense. After the defense was on notice that the government was aware of the defendant’s post-verdict sales, the defendant’s websites no longer advertised, nor made available for sale, obscene videos.

The information and evidence set forth above demonstrate that the defendant, Ira Isaacs, continued to violate federal obscenity laws by engaging in the business of transferring, distributing, and selling obscene videos within two days of having been convicted of that very same conduct. The Government submits that the defendant’s post-conviction ongoing criminal conduct belies his profession of acceptance of responsibility for the offense of conviction.

As such, the government respectfully requests the Court follow the recommendation of the probation officer, outlined in the Pre-Sentencing Investigation Report, and refuse to apply a reduction for acceptance of responsibility under U.S.S.G. § 3E1.1.

Respectfully Submitted,

__/s/____________

DAMON A. KING
U.S. Department of Justice
Deputy Chief
Child Exploitation and
Obscenity Section
1400 New York Avenue, NW
Sixth Floor
Washington, DC 20530
(202) 514-6715 (phone)
(202) 514-1793 (fax)
damon.king@usdoj.gov

_______/s/____________

MICHAEL W. GRANT
U.S. Department of Justice
Trial Attorney
Child Exploitation and
Obscenity Section
1400 New York Avenue, NW
Sixth Floor
Washington, DC 20530
(202)307-1982 (phone)
(202)514-1793 (fax)
Michael.Grant@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Michael W. Grant, Trial Attorney with the United States Department of Justice, Criminal Division, hereby certify that the foregoing Government's Response to Court Order Regarding Defendant's Post-Verdict Sales of Obscene Videos was filed on September 12, 2012 by CM/ECF which will send electronic copies to counsel for the defendant, Roger Jon Diamond, 2115 Main Street, Santa Monica, California 90405. Also, on September 12, 2012, the Government mailed a paper copy, including all attachments, to the counsel of defendant, Roger Jon Diamond, at 2115 Main Street, Santa Monica, California 90405.

_______/s/____________
MICHAEL W. GRANT
U.S. Department of Justice
Trial Attorney,
Child Exploitation and
Obscenity Section
1400 New York Avenue, NW
Sixth Floor
Washington, DC 20530
(202) 514-6715 (phone)
(202) 514-1793 (fax)
michael.grant@usdoj.gov