**CHRONOLOGICAL RECORD**

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

DR #

| DATE | TIME | INVESTIGATION |
|---|---|---|
| 05/17/2012 | 10:00 | On 5-17-12, at approx 1000 hrs, I (Det. Lewison #24609) logged onto scatmovies.com and made an undercover purchase of three DVDs using an undercover name and address. The three DVD's purchased were "Euro Scat Girls" #10377, My Pony Lover" #576 and Violet: Dog and Pig Fuckers" #564. |
| 05/29/2012 | 6:45 | On 5-29-12, at approx 0645 hrs, I (Det. Lewison#24609) received a package at my undercover mail box. The return address on the package was from "CW" 7119 Sunset Blvd, LA CA 90046. I recognized the address as "LA Media" but not the initial's "CW". I opened the package and there were four dvd's inside, three of which I purchased and another with the #952 written on it. Also, enclosed was a piece of paper/ receipt inside which stated the following: "Thank you for ordering from Scatmoviez.com or Cinemascat.com. Your credit card will be billed from Cosmetic Warehouse we will bill multiple orders as one charge. Please, if ever asked about purchase, please be discreet. Any question reply to this email or call 310-728-0917, Thanks Sara"<br><br>I recognized the address and phone number were from LA Media's web site. |
| | 11:30 | I (Det. Lewison #24609) viewed all four DVD's from the package.<br><br>See attached for summary. |

CONTINUE ON NEXT PAGE

## CONTINUATION SHEET

| PAGE 1 OF 2 | TYPE OF REPORT LA Media | | | | | BOOKING NO. | DR NO. |
|---|---|---|---|---|---|---|---|
| ITEM NO. | QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC. DESCRIPTION (COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC.) | DOLLAR VALUE |

### EURO Scat Girls #10377

The DVD begins with two naked females on a bed engaging in sexual activity with a dildo. One female then begins to oral copulate the other female and urinates into her mouth. Both females then continue fondling and kissing each other. The scene cuts away. The new scene begins with the same two females, one female is masturbating the other while urinating. After a short time of sexual activity the scene stops. A new scene begins with the same two females partially clothed one female is oral copulating the other and stops. A new scene begins with one female giving the other a enema, once finished, the female released the fluid from her anus into the other females mouth. The scene stops and continues with the same female licking the others rectum in which she eventually defecates into her mouth and begins smearing and eating the feces. The scene stops and a new one begins. One female is on her back oral copulating the other female who is on top facing the other direction. The female on her back inserts sex toys into the others rectum causing feces to be removed onto the sex toy. The scene changes where a unk male is now having anal intercourse with the female. The scene stops and starts again with one female urinating on the females chest area. The scene again changes with the same two females, one giving the other an enema, the female who received the enema straddles the other female and defecates on her stomach area. They smear the feces all over each others body. The movie ends and previews of new movies begin. The total length of the dvd is 1:25.35 including the previews.

### My Pony Lover #576

The movie begins with credits in an unknown language. There are several short clips of woman involved in sexual acts with dogs and horses. The movie then begins with a female orally copulating a dogs penis and having sexual intercourse with the dog in different positions. The new scene begins with a different female laying down masturbating herself with a horse in the background. The scene changes to the female oral copulating and having sexual intercourse with the horse. The scene changes to a different female laying down on a bed masturbating when a second female joins her. After a short time the first female leaves the scene and brings in a large dog. Both females have sexual intercourse with the dog and the first female oral copulates the dog. the movie ends. The total length of the dvd is 58:12.

### Violet: Dog and Pig Fuckers #564

The movie begins with the name of the film and starts with a view of a farm and two dogs. The scene changes to a male and female engaged in sexual activity on a bed. The male then leaves and retrieves a dog from the rear yard and brings it into the bedroom where the female is. They both begin to pet the dog and the female begins to oral copulate the dog and has sexual intercourse with the dog in several positions. After the scene ends the male and female engage in sexual activity for a short time. A new scene begins with the male going outside to an area where a large hog is being held. The male brings the hog into the bedroom where he allows the hog to have anal intercourse with him.

15.09.00 (10/81)

**CONTINUATION SHEET**

| PAGE | TYPE OF REPORT | | BOOKING NO. | DR NO. |
|---|---|---|---|---|
| 2 OF 2 | LA Media | | | |

| ITEM NO. | QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC. DESCRIPTION (COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC.) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

The scene changes again and the male and female are in the bedroom with small hog and the female licks the anus of the hog and places the hogs tail and hoof into her vagina. End of movie. Total length is 58:13

### Hot Girl With Dogs #952

The scene begins with a female entering a residence and being instructed to undress and sit on a couch by another male. They are speaking an unknown language. The female then masturbates with a carrot. A short time later a dog enters the room and the female has sexual intercourse with the dog in several positions. The female then oral copulates the dogs penis and the scene ends. A new scene begins with a different female sitting on a couch and a dog licking the females vagina. The female then has sexual intercourse with the dog in different positions and then oral copulates the dogs penis. The movie ends with the dog licking the females vagina and her touching herself. The total length of the dvd is 1:11:45.

15.09.00 (10/81)