

FROM:
CW
7111 Sunset
Los. CA 90046

TO:
Kevin Regan
8860 Corbin Ave
Northridge, CA 91324
#225

U.S. POSTAGE PAID
LOS ANGELES, CA
90028
MAY 24, '12
AMOUNT
$2.12
00016351-22



AirTight™
BUBBLEMailer

USPS TRACKING NUMBER
9574 2101 6351 2145 5263 13

Thank you for ordering from ScatMoviez.com or CinemaScat.com

Your credit card will be billed from

**" Cosmetic Warehouse "**
**We will bill multiple orders as one charge**

PLEASE, IF EVER ASKED ABOUT PURCHASE, PLEASE BE DISCREET

Any question reply to this e-mail or call 310 728 0917

THANKS
SARA