MICHAEL W. GRANT
michael.grant@usdoj.gov
Trial Attorney
United States Department of Justice
1400 New York Avenue, NW, Suite 6000
Washington, D.C. 20005

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>IRA ISAACS,<br><br>    Defendant. | **CR-07-732-GHK**<br><br>**DECLARATION OF EXPECTED TESTIMONY BY DETECTIVE KYLE LEWISON** |

Pursuant to the Court's Order, dated August 30, 2012, Plaintiff United States of America, through the undersigned counsel, submits the following Declaration of Expected Testimony for LAPD Detective Kyle Lewison. When called to testify at the defendant's sentencing hearing, Detective Kyle Lewison is expected to testify that he interviewed Ms. Gray on June 9, 2011, and that Ms. Gray told him the following:

Ms. Gray moved to Los Angeles in December 2002 and started using marijuana and methamphetamine. By April 2003, she began

1

1  performing in adult pornography movies in order to support
2  herself and her drug habit.  In late 2003, Ms. Gray met the
3  defendant after she responded to a newspaper ad for LA Media.
4  At her first meeting with the defendant at his office, the
5  defendant provided her with marijuana which she smoked in his
6  office.  Initially, the defendant went by the name "Mike" but
7  later identified himself as Ira Isaacs.  Approximately one week
8  later, Ms. Gray agreed to film pornographic videos for the
9  defendant at his house.  Once she arrived at the defendant's
10 house, he provided her with marijuana and alcohol.
11      In January or February of 2004, Ms. Gray met with the
12 defendant in his office again to discuss making more videos.
13 The defendant told her that he filmed scat movies and showed Ms.
14 Gray several of his websites involving the use of scat.  The
15 defendant advised Ms. Gray that there was a good market for this
16 type of material and he was the only one selling it.  Ms. Gray
17 agreed to participate in scat videos for the defendant.
18      When she arrived at the defendant's house, the defendant
19 provided her with alcohol, marijuana, and crystal
20 methamphetamine and stated that she could use as much as she
21 needed.  The defendant told Ms. Gray that the drugs were "for
22 the girls."  Ms. Gray stated to Detective Lewison that she felt
23 the defendant "knew she was vulnerable because he knew she was
24 an addict."  After consuming the drugs and alcohol, Ms. Gray
25 went to the down stairs area of the residence.  She noticed the

floor covered in plastic.  The defendant then brought out a tray with human feces in it that he said was his feces.  Ms. Gray then performed in the scat video with the defendant by consuming the feces and rubbing it on her body and face.

Over the next six months, Ms. Gray made between five to seven scat videos for the defendant (to include HSA#7 and HSA#10).  Ms. Gray performed with different women and with the defendant in the videos.  Each time prior to filming these videos, the defendant provided Ms. Gray with marijuana, methamphetamine, and alcohol.

In 2004, Ms. Gray lived with Ms. Tibbetts.  At that time they both were drug addicts.  Ms. Gray introduced Ms. Tibbetts to the pornography industry and introduced her to the defendant.  Ms. Gray and Ms. Tibbetts both appeared together in the defendant's video HSA#10.

Ms. Gray has since left the pornography industry and no longer uses illegal drugs.  Ms. Gray does not want to attend court because she is ashamed and is afraid that her family, her fiancé, and her newborn child will someday learn about what she did.  She hopes that there will be a time where she can put this sad chapter of her life behind her.  She has not spoken to Ms. Tibbetts in years and has never discussed with her the case against the defendant.

Detective Lewison is also expected to testify to the following:

1      Detective Lewison learned that two days after the defendant
2 was found guilty in this case, the defendant appeared on a
3 morning talk radio show hosted by David Cruz, which was
4 broadcast in Los Angeles, California on KFI AM 640.  Detective
5 Lewison then listened to the radio show and heard, during the
6 broadcast at [15:12], the defendant ask Mr. Cruz if he may
7 provide the URL of his website to the listeners, and then
8 stated: "I could use the money, I could use the money, so please
9 order, go check out the site, it's www.scatmoviez, with a "z",
10 s-c-a-t-m-o-v-i-e-z dot com, scatmoviez, with a z, dot com.
11 Please go."
12      After hearing the defendant make these statements on the
13 radio show, Detective Lewison, while acting in an undercover
14 capacity, accessed the defendant's website www.scatmoviez.com.
15 Detective Lewison knew this website was operated by the
16 defendant based on his prior investigation of the defendant and
17 his companies LA Media and Stolen Car Films. A review of the
18 defendant's website demonstrated that the defendant continued to
19 actively operate this website following his conviction on April
20 27, 2012.
21      In addition, Detective Lewison discovered that twenty-eight
22 new videos were advertised, posted, and available for purchase
23 on April 30, 2012, just three days following the defendant's
24 conviction.  The defendant's website advertised "28 New
25 Arrival[*sic*] Monday April 30th, All DVDs now $14.95."  The titles

and descriptions of some of the newly posted videos, including "EURO Scat Girls," "My Pony Lover," and "Violet: Dog and Pig Fuckers," suggested that these videos depict women engaged in sex acts while eating and ingesting feces, and sex acts depicting women engaged in sexual intercourse with animals, including dogs.

On May 17, 2012, in order to verify that the defendant was still selling and distributing obscene videos, Detective Lewison conducted a controlled undercover purchase of three of the defendant's post-verdict newly advertised and released videos. The videos purchased were "EURO Scat Girls (#10377)," "My Pony Lover (#576)," and "Violet: Dog and Pig Fuckers (#564)." The defendant accepted payment for the videos and subsequently shipped the videos, postmarked May 24, 2012, using the United States Postal Service (USPS) to an undercover address in Los Angeles, California.

On May 29, 2012, Detective Lewison received a package containing the purchased videos. The return address on the package was from "CW" at "7119 Sunset Blvd, LA, CA 90046," which Detective Lewison recognized as an address associated with the defendant and his company "LA Media." Detective Lewison opened the package, which contained four videos inside, the three videos he ordered and purchased and another video with the number "592" written on the DVD. Also, inside the package was a receipt which stated "Thank you for ordering from ScatMoviez.com

5

or CinemaScat.com.  Your credit card will be billed from 'Cosmetic Warehouse'… PLEASE, IF EVER ASKED ABOUT PURCHASE, PLEASE BE DISCREET…"  The receipt was signed "Thanks, Sara." From the investigation and trial, Detective Lewison knew that the defendant operated both the websites scatmoviez.com and cinemascat.com.  Detective Lewison also knew that the defendant used the name "Sara" when corresponding with customers and that the defendant identified all of his movies with a number designation, just as he did with the May 2012 purchase (*e.g.,* "592" and "10377").

   Detective Lewison reviewed the four videos and found that the videos depict women engaging in sex acts while eating and ingesting feces, and depict men and women engaging in sexual intercourse with animals.

   Detective Lewison memorialized these investigative actions in an investigative report.  Also included in that report are descriptions by Detective Lewison of the four videos he received from the defendant.

//
//
//
//
//
//
//

Respectfully Submitted,

\_\_\_\_\_/s/_____
DAMON A. KING
U.S. Department of Justice
Deputy Chief
Child Exploitation and
Obscenity Section
1400 New York Avenue, NW
Sixth Floor
Washington, DC 20530
(202) 514-6715 (phone)
(202) 514-1793 (fax)
damon.king@usdoj.gov


_____/s/_____
MICHAEL W. GRANT
U.S. Department of Justice
Trial Attorney
Child Exploitation and
Obscenity Section
1400 New York Avenue, NW
Sixth Floor
Washington, DC 20530
(202)307-1982 (phone)
(202)514-1793 (fax)
Michael.Grant@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Michael W. Grant, Trial Attorney with the United States Department of Justice, Criminal Division, hereby certify that the foregoing Declaration of Expected Testimony by LAPD Detective Kyle Lewison was filed on September 26, 2012, by CM/ECF which will send electronic copies to counsel for the defendant, Roger Jon Diamond, 2115 Main Street, Santa Monica, California 90405.  Also, on September 26, 2012, the Government mailed a paper copy to the counsel of defendant, Roger Jon Diamond, at 2115 Main Street, Santa Monica, California 90405.

          _____/s/_____
          MICHAEL W. GRANT
          U.S. Department of Justice
          Trial Attorney,
          Child Exploitation and
          Obscenity Section
          1400 New York Avenue, NW
          Sixth Floor
          Washington, DC 20530
          (202) 514-6715 (phone)
          (202) 514-1793 (fax)
          michael.grant@usdoj.gov