1 | ANDRE BIROTTE JR.
United States Attorney
2 | ROBERT E. DUGDALE
Assistant United States Attorney
3 | Chief, Criminal Division
JOEY BLANCH (SBN 186487)
4 | Assistant United States Attorney
United States Courthouse
5 | 312 North Spring Street, 1500
Los Angeles, CA 90012
6 | Telephone: (213) 894-3315
Facsimile: (213) 894-3713
7 | Email: joey.blanch@usdoj.gov

8 | MICHAEL W. GRANT
Trial Attorney
9 | United States Department of Justice
1400 New York Avenue, NW, Suite 6000
10 | Washington, DC 20005
Telephone: (202) 307-1982
11 | Facsimile: (202) 514-1793
Email: michael.grant@usdoj.gov

12

13 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

14

LODGED

2013 JAN -5 PM 3:34
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CAL
LOS ANGELES
BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )  No. 07-732-GHK
                                   )
              Plaintiff,           )  [PROPOSED] ORDER SEALING DOCUMENT
                                   )
16        v.                       )
                                   )
17 | IRA ISAACS,                   )
                                   )
              Defendant.           )
                                   )
                                   )
                                   )
_____)

23
24
25
26
27
28

1  For good cause shown, IT IS HEREBY ORDERED THAT:

2      The government's ex parte application for sealed filing is

3  GRANTED.   The document sought to be filed under seal and the

4  government's ex parte application for sealed filing shall both be

5  filed under seal.

6  DATED: _____1/10/13_____

7

8                              _____
                               UNITED STATES DISTRICT JUDGE

9

10

11

12  OR IN CASE OF DENIAL:

13      The government's application for sealed filing is DENIED.

14  The sealing application will be filed under seal.   The underlying

15  document(s) shall be returned to the government, without filing

16  of the documents or reflection of the name or nature of the

17  documents on the clerk's public docket.

18

19  DATED: _____

20                              _____
                               UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28