# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No.    CR 07-732(A)  GHK                                              Date    January 16, 2013

**Presiding: The Honorable**    **GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE**

|  |  |  | Michael Grant – DOJ |
|---|---|---|---|
| Beatrice Herrera | Mary Riordan Rickey | N/A | Jeannette Gunderson–DOJ |
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

================================================================================

| DEFENDANT(S) | COUNSEL FOR DEFENDANT(S) |
|---|---|
| IRA ISAACS, db; Stolen Car Films, La Media | Roger Jon Diamond |
| √ Present    Custody    √ Bond | √ Present    Appointed    √ Retained |

**PROCEEDINGS:**          **SENTENCING AND JUDGMENT**

✘  Imprisonment for **48 months.** Term  consists of 48   months on each of Courts 1-5 of 1st SSI to run concurrently.
✘  **3 years** *Supervised Release,* on Counts 1-5 of the First SSI to run  concurrently, under the usual terms & conditions  (See back of Judgment Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

☐    Perform                          hours of community service.
☐    The deft shall  serve a term of *months* in   Home Detention, with electronic monitoring to begin 7/1/07.
✘    Pay a **FINE**   of **$10,000** which shall bear   interest as provided by law.
☐    Make a total   restitution of $          to the victim in the confidential PSI report.
✘    The defendant shall pay the special assessment and fine in accordance with Judgment/Commitment.
✘    Refrain from the unlawful use of a controlled substance and submit to drug testing.
✘    All computers, computer-related devices, and their peripheral equipment shall be subject to search and seizure.
✘    Other conditions:   cooperate in the collection of a DNA sample of the defendant.

☐   All fines are waived, including costs of imprisonment & supervision.  The Court finds the defendant does not have the ability to pay.
✘   Pay the   United States  total of $500   special assessment, which is due immediately.
✘   Government's motion, all remaining counts are ordered dismissed.
✘   Defendant is advised of his right to appeal.
☐   ORDER sentencing transcript for Sentencing Commission.    ☐  Processed statement of reasons.
✘   Bond order exonerated   ✘  upon surrender       ☐  upon service of
✘   Execution of sentence is stayed until 12 noon,  **February 19, 2013,** at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U. S. Marshal
☐   Issued Remand/Release  #
☐   Present bond to continue as bond on appeal.        ☐  Appeal bond set at    $
☐   Filed and distributed judgment.  Issd JS-3.  ENTERED.
        Defendant's motion to continue on bond pending appeal is **denied.**  PSR to be revised to show the correct
✘  **Other**   college the defendant graduated from.

                                                                                    1              15

                                                        Initials of Deputy Clerk          Bea