*Fee not paid*

FILED

Name **Roger Jon Diamond**
Address **2115 Main Street**
City, State, Zip **Santa Monica, CA 90405**
Phone **310/399-3259**
Fax **310/392-9029**
E-Mail **rogdiamond@aol.com**

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

2013 JAN 18  AM 11: 44

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CR 07-732 GHK |
| v. | |
| Ira Isaac | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____**Ira Isaacs**_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☒ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status: *Free on personal surety bond. Ordered to report to prison on February 19, 2013*

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on **JAN 16, 2013**. Entered on the docket in this action on **JANUARY 16, 2013**

A copy of said judgment or order is attached hereto.

January **16**, 2013        Signature *Roger Jon Diamond*
Date
                              ☐ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                    NOTICE OF APPEAL