RECEIVED

Name/Address of Attorney or Pro Per
Ira Isaacs
7119 Sunset Bl, 335
LA CA 90046
Telephone 213-326-7261
☐ FPD  ☐ Apptd  ☐ CJA  ☒ Pro Per

2013 JAN 18 AM 11: 44

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

USA

PLAINTIFF(S),

v.

Ira Isaacs

DEFENDANT(S).

CASE NUMBER: CR 07-732-GHK

Motion and Affidavit for Leave to Appeal In Forma Pauperis:  ☐ 28 U.S.C. 753(f)
☐ 28 U.S.C. 1915

The undersigned Ira Isaacs, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:
   a. ~~See Attached~~ Jury Improperly instructed.
   b. Double jeopardy violated.
   c. Defendant's testimony restricted violation of due process

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

   a. Are you presently employed? ☐ Yes  ☒ No. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. _____

   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source? ☒ Yes ☐ No.
   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.
   Self Employed
   approx $14,000

---

A-18 (04/10)    MOTION AND AFFIDAVIT FOR LEAVE APPEAL IN FORMA PAUPERIS    Page 1 of 2

c. Are you presently employed in prison? ☐ Yes ☑ No.
   If yes, state the number of hours you work per week and the hourly rate of pay.

d. Do you own any cash or do you have money in a checking or savings account? ☐ Yes ☑ No.
   If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit.

e. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? NO

f. In what year did you last file an income tax return? ~~2008~~ 2011

g. Approximately how much income did your last tax return reflect? $75,000

h. List the persons who are dependent upon you for support and state your relationship to those persons.

i. State monthly expenses, itemizing the major items. $600 Rent & Food
   100 Rent   500 Food

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Party

1/18/13
Date

_____
Signature of Attorney
(Disregard if filed in propria persona)

Form 4.        Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**Appellant or Petitioner,** United States of America

v.                                              **Case No.** CR 07-732 GHK

**Appellee or Respondent,** Ira Isaacs

---

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm, under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. sec. 1746; 18 U.S.C. sec. 1621.

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need nore space to answer a question, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Signed:** [signature]       **Date:** 1/17/13

**My issues on appeal are:**

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-Employment | $ 400 | $ | $ 400 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and Dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 200 | $ | $ 100 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child Support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment Payments | $ 0 | $ | $ 0 | $ |
| Public-Assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify) | $ | $ | $ | $ |
| **TOTAL MONTHLY INCOME:** | $ 600 | $ | $ 100 | $ |

2. List your employment history, most recent employer first.
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| L.A. media | 7114 Sunset Bl, LA, CA 90046 | From 6/99 To Present | $ 400 |
|  |  | From To |  |
|  |  | From To |  |
|  |  | From To |  |

3. List your spouse's employment history, most recent employer first.
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
|  |  | From To |  |
|  |  | From To |  |
|  |  | From To |  |
|  |  | From To |  |

4. How much cash do you and your spouse have? $ ☐

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| No Bank account | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutuional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account .

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| NO HOME | $ | | $ |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| Do not own car | | | $ |
| Motor Vehicle 2: Make & Year | Model | Registration # | Value |
| | | | $ |

| Other Assets | Value |
|---|---|
|  | $ |
|  | $ |
|  | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

7. State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.

| Name | Relationship | Age |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

-5-

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>- Are real estate taxes included? ☑ Yes ☐ No<br>- Is property insurance included? ☑ Yes ☐ No | $ 100 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 300 | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 10 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments)<br>- Homeowner's or renter's | $ 0 | $ |
| - Life | $ 0 | $ |
| - Health | $ 0 | $ |
| - Motor Vehicle | $ 0 | $ |
| - Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments)<br>Specify: | $ 0 | $ |
| Installment payments<br>- Motor Vehicle | $ 0 | $ |
| - Credit Card (name): | $ 0 | $ |
| - Department Store (name): | $ 0 | $ |
| - Motor Vehicle | $ 0 | $ |

-6-

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ 50 | $ |
| Other (specify) | $ | $ |
| Total Monthly Expenses: | $ 460 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☑ Yes   ☐ No

   If yes, describe on an attached sheet.

   Maybe Be in Prison

10. Have you paid--or will you be paying--an attorney any money for services in connection with this case, including the completion of this form?

    ☐ Yes   ☑ No

    If yes, how much? $ _____

    If yes, state the attorney's name, address, and telephone number.

    Name: 
    Address: 
    City: _____ State: ___ Zip Code: _____
    Telephone Number (ex., 4153558000): _____

11. Have you paid--or will you be paying--anyone other than attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ☐ Yes   ☑ No

    If yes, how much? $ _____

    If yes, state the attorney's name, address, and telephone number.

    Name: 
    Address: 
    City: _____ State: ___ Zip Code: _____
    Telephone Number (ex., 4153558000): _____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

> Do not have money. Barky surviving

13. State the city and state of your legal residence.

City: Gardena    State: CA

Your daytime telephone number (ex., 4153558000): 213-321-7261

Your age: 61    Your years of schooling: 16 years

Last four digits of your Social Security Number (ex.,6789): 7756

-8-

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

USA

PLAINTIFF(S),

v.

Ira Isaacs

DEFENDANT(S).

CASE NUMBER: CR-07-732 GHK

ORDER ON MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS:
☐ 28 U.S.C. 753(f)
☐ 28 U.S.C. 1915

The Court, having reviewed the Motion for Leave to Appeal In Forma Pauperis and Affidavit thereto, hereby ORDERS: *(The check mark in the appropriate box indicates the Order made.)*

☐ **The court has considered the motion and the motion is DENIED.** The Court certifies that the proposed appeal is not taken in good faith under 28 U.S.C. 1915(a) and is frivolous, without merit and does not present a substantial question within the meaning of 28 U.S.C. 753(f).

The Clerk is directed to serve copies of this Order, by United States mail, upon the parties appearing in this cause.

_____
Date

_____
United States District Judge

☐ **The Court has considered the motion and the motion is GRANTED.** It appears to the Court that the proposed appeal is taken in good faith within the meaning of 28 U.S.C. 1915(a). The Court certifies that the proposed appeal is not frivolous, that it presents a substantial question. The within moving party is authorized to prosecute an appeal in forma pauperis to the United States Court of Appeals for the Ninth Circuit without pre-payment of any fees or costs and without giving security therefor.

  ☐ A transcript is needed to decide the issue presented by the proposed appeal, all within the meaning of 28 U.S.C. 753 (f). The Court Reporter is directed to prepare and file with the Clerk of this Court an original and one copy of a transcript of all proceedings had in this Court in this cause; the attorney for the appellant is advised that a copy of the transcript will be made available. The expense of such transcript shall be paid by the United States pursuant to 28 U.S.C. 1915(c) and 753(f).

The Clerk is directed to serve copies of this Order upon the parties appearing in this cause.

_____
Date

_____
United States District Judge

A-18 ORDER (02/08)   ORDER ON MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS