FILED

### UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

JAN 29 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff - Appellee,<br><br>  v.<br><br>IRA ISAACS, d.b.a. LA Media, d.b.a.<br>Stolen Car Films,<br><br>             Defendant - Appellant. | No. 13-50036<br><br>D.C. No. 2:07-cr-00732-GHK-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |



**RECEIVED**
CLERK, U.S. DISTRICT COURT

1/29/13

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____CR_____ DEPUTY

Before:  Peter L. Shaw, Appellate Commissioner.

Appellant's submission of a completed financial affidavit is construed as a motion to proceed in forma pauperis.  So construed, the motion is granted.  The Clerk shall amend the docket to reflect this status.

Court records show that counsel Roger Jon Diamond, Esq., was retained to represent defendant before the district court and that counsel Diamond filed the notice of appeal.  Counsel Diamond, therefore, remains counsel of record for this appeal.  *See* 9th Cir. R. 4-1(a).

The previously established briefing schedule remains in effect.

KG/MOATT

The Clerk shall serve a Form CJA 24 on counsel.  Upon filing the transcripts, the court reporter shall submit the Form CJA 24 to this court for payment.

The Clerk shall also serve this order on counsel and appellant individually at 7119 Sunset Blvd., # 335, Los Angeles, California 90040.