**FILED**

FEB 01 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>  v.<br><br>IRA ISAACS, d.b.a. LA Media, d.b.a. Stolen Car Films,<br><br>  Defendant - Appellant. | No. 13-50036<br><br>D.C. No. 2:07-cr-00732-GHK-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

2/1/13

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CR_____ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

The motion of retained counsel, Roger Jon Diamond, Esq., to withdraw as counsel of record and to be appointed as counsel of record for this appeal is granted. Roger Jon Diamond, Esq. shall be appointed by separate order.

The previously established briefing schedule remains in effect.

KG/MOATT