UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 07-732(A)-GHK | Date | April 25, 2013 |
|---|---|---|---|

| Present: The Honorable | **GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter | N/A |

| Beatrice Herrera | Not Reported | Michael Grant/Damon King – N/P |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| IRA ISAACS | NO | | X | ROGER DIAMOND | NO | | X |

**Proceedings:** **(In Chambers) Order re:** Vacating Surrender Order

On April 23, 2013, the Ninth Circuit granted Defendant's Motion for Bail Pending Appeal. Accordingly, our March 22, 2013 surrender order is hereby **VACATED**. Defendant may remain on the bond previously posted pending appeal.

**IT IS SO ORDERED.**

cc: U.S. Marshal

|   | -- | : | -- |
|---|---|---|---|
|   | Initials of Deputy Clerk | | Bea |