May 8, 2014
Isaacs
proposedorder

ROGER JON DIAMOND
2115 Main Street
Santa Monica, CA 90405
(310) 399-3259
(310) 392-9029
State Bar No. 40146

Attorney for Defendant
Ira Isaacs

**NOTE CHANGES MADE BY THE COURT**

FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. No. CR 07-732 GHK |
| Plaintiff, | PROPOSED ORDER |
| vs. | PLACE:    Courtroom 650 |
| IRA ISAACS, | Hon. George King |
| Defendant | |

The Court, having received the mandate from the Ninth Circuit Court of Appeals, hereby ~~directs the~~ *orders* Defendant Ira Isaacs *to* surrender *himself to the* ~~no later than July 12, 2014 to a~~ prison ~~to be~~ designated by the Bureau Prisons *for his confinement* ~~.~~ *by no later than noon on* ~~July 12, 2014~~. ~~He may report directly to the institution instead of surrendering to the U.S. Marshal~~ *If no such designation has been made, defendant shall surrender himself, by the same date & time, to the U.S. Marshal of this District at 312 N. Spring St., Los Angeles, California. Bond will be exonerated upon his surrender.*

5/16/14
_____
Honorable George King, Judge

1